No. 25-2163

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

COMITÉ DIALOGO AMBIENTAL, INC.; ALIANZA COMUNITARIA
AMBIENTALISTA DEL SURESTE, INC.; CAMPAMENTO CONTRA LAS CENIZAS
EN PENUELAS, INC.; CASA TALLABOENA DE FORMACION COMUNITARIA Y
RESILIENCIA, INC.; CENTER FOR BIOLOGICAL DIVERSITY; COMITE
CABORROJENO PRO SALUD Y AMBIENTE, INC.; COMITE YABUCOENO PRO-
CALIDAD DE VIDA, INC; EL PUENTE DE WILLIAMSBURG, INC.; FRENTE UNIDO
PRO-DEFENSA DEL VALLE DE LAJAS, INC.,
*Plaintiffs-Appellees*,

v.

FEDERAL EMERGENCY MANAGEMENT AGENCY; DEPARTMENT OF
HOMELAND SECURITY; KAREN EVANS, Acting Administrator, Federal Emergency
Management Agency; KRISTI NOEM, Secretary, Department of Homeland Security,
*Defendants-Appellants*.

Appeal from the United States District Court for the District of Puerto Rico
Civ. A. No. 3:24-1145 (Hon. Jay A. Garcia-Gregory)

**JOINT APPENDIX VOLUME 2 (529-921)**

(*For appearances, see inside cover.*)

*Of Counsel:*
LAUREN GILLESPIE
KRISTINA PETT
*Attorneys*
Federal Emergency Management
Agency

ADAM R.F. GUSTAFSON
*Principal Deputy Assistant Attorney General*

ROBERT LUNDMAN
JACOB ECKER
CHRISTOPHER C. HAIR
*Attorneys*
Environment and Natural Resources Division
U.S. Department of Justice
Post Office Box 7415
Washington, D.C. 20044
(202) 598-9583
christopher.hair@usdoj.gov

*Counsel for Defendants-Appellants*

HOWARD M. CRYSTAL
ANCHUN JEAN SU
Center for Biological Diversity
1411 K Street, N.W.
Suite 1300
Washington, DC 20005
(202) 809-6926
hcrystal@biologicaldiversity.org
jsu@biologicaldiversity.org

*Counsel for Plaintiffs-Appellees*

## Table of Contents for Joint Appendix of Record Excerpts
*Comité Dialogo Ambiental, Inc., et al. v. Federal Emergency Management Agency, et al.*,
1st Cir. No. 25-2163

| Volume 1 (1-569) | | |
|---|---|---|
| **Documents from District Court Record** | **ECF No.** | **JA Page** |
| District Court Docket Report | | 1 |
| Complaint (Apr. 11, 2023) | 1 | 13 |
| Federal Defendants' Notice of Lodging the Administrative Record (July 31, 2024) | 45 | 71 |
| Federal Defendants' Notice of Appeal (Dec. 1, 2025) | 74 | 73 |
| Plaintiffs' Statement of Material Facts (Aug. 21, 2024) | 46-1 | 76 |
| Declaration of Timmy Boyle (Aug. 21, 2024) | 46-3 | 86 |
| Declaration of José Manuel Díaz Pérez (Aug. 21, 2024) | 46-4 | 89 |
| Declaration of Lydia M. Diaz Rodriguez (excerpts) (Aug. 21, 2024) | 46-5 | 92 |
| Second Declaration of Peter Galvin (excerpts) (Aug. 21, 2024) | 46-6 | 96 |
| Declaration of Frank S. Gonzalez Garcia (Aug. 21, 2024) | 46-7 | 99 |
| Declaration of Victor Alvarado Guzmán (Aug. 21, 2024) | 46-8 | 105 |
| Declaration of Sirena Montalvo Katz (Aug. 21, 2024) | 46-9 | 108 |
| Declaration of Federico Cintrón Moscoso (Aug. 21, 2024) | 46-10 | 111 |
| Declaration of Jose Vargas (Aug. 21, 2024) | 46-11 | 116 |
| Declaration of Carlos Alfredo Vivoni (Aug. 21, 2024) | 46-12 | 119 |
| Declaration of Ann Brown (Nov. 22, 2024) | 63-3 | 122 |
| Second Declaration of Victor Alvarado Guzmán (Nov. 22, 2024) | 63-4 | 156 |
| Declaration of Lissette Aviles-Ríos (Nov. 22, 2024) | 63-5 | 158 |

| Documents from Administrative Record | AR Page | JA Page |
|---|---|---|
| Puerto Rico Energy System Recovery and Resilience Advisory Group Initial Scenario Discussion, Virtual Meeting (Mar. 31, 2022) | AR_0000596-634 | 160 |
| Programmatic Environmental Assessment, Utility Repair, Replacement, and Realignment (Aug. 2020) | AR_0002886-3004 | 199 |
| Finding of No Significant Impact, Programmatic Environmental Assessment, Commonwealth of Puerto Rico - Utilities Repair, Replacement, and Realignment (June 2021) | AR_0003136-60 | 318 |
| Opposition to PREPA's Motion Seeking Puerto Rico Energy Bureau Approval of 10-Year Infrastructure Plan (Mar. 2, 2021) | AR_0003933-70 | 343 |
| Expert Testimony of Daniel Gutman – Puerto Rico Integrated Resource Plan (excerpts) (Oct. 23, 2019) | AR_0004322-35 | 381 |
| Center for Biological Diversity Letter re: Comments Objecting to the Approval of the Programmatic Environmental Assessment (Dec. 21, 2020) | AR_0004375-400 | 395 |
| Build Back Better: Reimagining and Strengthening the Power Grid of Puerto Rico (Dec. 2017) | AR_0008376-438 | 421 |
| COR3, Puerto Rico Energy System Modernization (ESM) Plan, FEMA Presentation (Feb. 5, 2019) | AR_0011455-93 | 484 |
| Government of Puerto Rico - Puerto Rico Planning Board, Resolution JP-2018-324 (Oct. 3, 2018) | AR_0011701-07 | 523 |

| Volume 2 (570-961) | | |
|---|---|---|
| Documents from Administrative Record | AR Page | JA Page |
| Transformation and Innovation in the Wake of Devastation - An Economic and Disaster Recovery Plan for Puerto Rico (excerpts) (Aug. 8, 2018) | AR_0017363-600 | 530 |
| Application – Puerto Rico Electric Power Authority (excerpts) (Sep. 20, 2017) | AR_0026528-87 | 768 |

| | | |
|---|---|---|
| PREPA-LUMA 90-Day Plan (Dec. 2021) | AR_0027198-209 | 828 |
| PREPA Supplemental 90-Day Plan (Dec. 2020) | AR_0027224-29 | 840 |
| FEMA Letter to Center for Biological Diversity (Jan. 25, 2023) | AR_0029141-42 | 846 |
| Center for Biological Diversity Letter re: Urgent Demand for Appropriate NEPA Review on FEMA's Funding Towards Puerto Rico Electricity Projects (Jan. 6, 2023) | AR_0029401-07 | 848 |
| Email re: Energy PEA Partner Meeting (Apr. 13, 2023) | AR_0029687-90 | 855 |
| Email re: Energy PEA Partner Meeting (Feb. 15, 2023) | AR_0029701-03 | 859 |
| Email re: FEMA PR Power Kickoff (July 19, 2022) | AR_0029741-42 | 862 |
| Memorandum for Record: NEPA Approach for Puerto Rico Energy Generation Projects in the Hurricanes Irma and Maria and Earthquake Disasters at the Puerto Rico Joint Recovery Office (June 21, 2022) | AR_0029751-54 | 864 |
| We Want Sun and We Want More 75% Distributed Renewable Generation in 15 Years in Puerto Rico is Achievable and Affordable (Mar. 2021) | AR_0029787-807 | 868 |
| Puerto Rico Distributed Energy Resource Integration Study (Feb. 2021) | AR_0029934-66 | 889 |

# TRANSFORMATION AND INNOVATION IN THE WAKE OF DEVASTATION

## AN ECONOMIC AND DISASTER RECOVERY PLAN FOR PUERTO RICO



**COR3**
CENTRAL OFFICE FOR
RECOVERY, RECONSTRUCTION AND RESILIENCY

**RICARDO ROSSELLÓ NEVARES**
GOVERNOR OF PUERTO RICO

AR_0017363

# CONTENTS

Foreword from the Governor...........................................................ii

Executive Summary.......................................................................vi

1 Introduction............................................................................1

2 A Vision for Puerto Rico......................................................16

3 Puerto Rico: An Island Undergoing Transformation............36

4 Puerto Rico's Opportunity..................................................62

5 Start with a Strong Foundation.........................................70

6 Build Resilient Communities, Modernize Infrastructure, and Restore the Natural Environment.................................82

7 Focus on the Future..........................................................140

8 Estimated Costs and Funding for Puerto Rico's Recovery.......156

9 A Commitment to Transparency.......................................176

10 Plan in Action...................................................................188

11 Conclusion........................................................................198

12 Detailed Actions...............................................................202

13 Detailed Look at How the Plan Was Developed................486

14 Acknowledgments............................................................500

15 Abbreviations...................................................................506

AR_0017364

# FOREWORD FROM THE GOVERNOR



AR_0017365

## TRANSFORMATION AND INNOVATION IN THE WAKE OF DEVASTATION: AN ECONOMIC AND DISASTER RECOVERY PLAN FOR PUERTO RICO

Puerto Rico experienced a disaster that was unprecedented not only in the Island's history but in the history of the United States. In September 2017, Puerto Rico was hit by two ravaging hurricanes, Irma and Maria, with Category 4 or greater winds within weeks of each other—something that had never happened anywhere in the nation. It is unparalleled that an entire state population lost power, water, communication systems, and basic services, with devastation so extreme that it has taken months to fully restore these services on an emergency basis. Being an island, none of the solutions to our challenges was easy, and the logistics chain to bring in needed resources has been long, expensive, and time-consuming. As we approach the one-year anniversary, we have only just begun permanent reconstruction efforts. Based on this, in many ways, this is the first truly catastrophic natural disaster in modern U.S. history.

As bad as the situation has been, there is reason for real hope. The complete and widespread devastation gives us an opportunity to view our island as a blank canvas, upon which we can implement innovative solutions that can make Puerto Rico a showcase for the world with a modern and more resilient infrastructure, a newer and stronger housing stock, and a more vibrant and competitive economy.

Toward that end, I have spent substantial amounts of time engaging with stakeholders across Puerto Rico, as well as with the best minds across the United States and around the world, to develop a shared vision for the future that can capitalize on the opportunities before us.

My concept for Puerto Rico's recovery is built around the four core principles of (1) promoting effective governance and transparency, (2) investing in building the capacity we need both for reconstruction and for the future of Puerto Rico, (3) incorporating resiliency into everything that we build and do, and (4) pursuing innovation in our recovery wherever possible.

Building on these principles, the vision for Puerto Rico seeks to define how we will fit into the economy, environment, and the society of the future at not only the national but also the global levels. Puerto Rico has much to contribute to America's success as a global leader, and this recovery plan will set the foundation for a strong, resilient, and thriving Puerto Rico. In this plan, I address how we can accomplish this through developing Puerto Rico as (1) a source of the "Human Cloud," (2) a platform for innovation, (3) "open for business," (4) a connector of the Americas, and (5) a place that enhances the quality of life of the U.S. citizens of Puerto Rico. Each of these components of the vision strengthens the Island's ability to be a leader in a global economy.

The path presented in this plan not only is essential to Puerto Rico's recovery and reconstruction but also marks a key opportunity for America to correct course on the patchwork of oftentimes unequal and incoherent federal laws and policies that have limited Puerto Rico from reaching its full potential to date. The plan presents an opportunity to build on the policies of

AR_0017366

JA_533

fiscal stabilization and debt restructuring laid out in the Puerto Rico Oversight, Management, and Economic Stability Act and to invest in a way that revitalizes our island and people as an asset for America's national and global economic success.

The recovery funding that Congress has appropriated to date should provide the resources needed to jumpstart this vision. I realize the magnitude of the responsibility before us, and I am fully committed to working together with you to invest those federal resources responsibly and wisely and to taking the actions necessary to modernize our government structures so that we can truly transform Puerto Rico. Toward that end, I established the Central Office of Recovery, Reconstruction, and Resiliency (COR3) to serve as a focal point for strategic thought and management of the recovery. This group will lead the implementation of my vision and coordinate with other stakeholders across the Island and across the country to make it a reality.

The publication of *Transformation and Innovation in the Wake of Devastation: An Economic and Disaster Recovery Plan for Puerto Rico* marks the definitive transition from the emergency phase of our island's recovery into longer-term recovery and the strengthening of our infrastructure, our economy, and our people. It establishes an initial "road map" that describes and clearly justifies the need for resources and identifies some of the impactful ways in which we can invest them into our recovery to capture the opportunities before us and achieve the results the U.S. citizens of Puerto Rico so desperately need and deserve. In its development, COR3 worked closely with a long list of federal government agencies, the Homeland Security Operational Analysis Center (HSOAC, a federally funded research and development center operated by the RAND Corporation under contract with the U.S. Department of Homeland Security), municipalities, the private sector, the nonprofit sector, and others to begin the process of developing and operationalizing this shared vision for Puerto Rico. COR3 will now guide recovery investment and policy in the days, months, and years ahead.

To make the vision for the future of Puerto Rico laid out here a reality, we must come together as Americans. We will certainly encounter significant challenges and obstacles along the way that will require partnerships and creative approaches to resolve. We will need to pull together both resources and expertise from countless public and private-sector partners. We will need to secure whatever additional funding is necessary from Congress, federal departments and agencies, and the private sector to fully implement the vision. More importantly, to be confident both now and in the future that the inequities experienced in our past will fade forever, we will need to put Puerto Rico on a path to full equality through statehood. From that point forward, we will be fully empowered as citizens of the United States, with equal rights and responsibilities, to contribute to the success not only of Puerto Rico but of the United States as a whole.

I am confident that the Government and people of Puerto Rico are committed to building a stronger and brighter future and making this vision a reality. With your participation and engagement, we will achieve our goal.

The Honorable Ricardo Rosselló Nevares,
Governor of Puerto Rico

August 8, 2018

AR_0017367

This page intentionally left blank.

AR_0017368

# EXECUTIVE SUMMARY



 

RICARDO ROSSELLÓ NEVARES
GOVERNOR OF PUERTO RICO

AR_0017369

It has been almost a year since Hurricanes Irma and Maria devastated Puerto Rico, but the Island's recovery is far from over. The Government of Puerto Rico proposes a transformational plan that will help the Island recover from the hurricanes, become more resilient to future disasters, and turn around the economic decline that Puerto Rico has been struggling with for more than a decade. To achieve this ambitious vision, the Government of Puerto Rico will seek out $139 billion in funding—from the federal government, foundations and other nonprofits, and Puerto Rico's own budget—to invest in a robust and resilient future.

This economic and disaster recovery plan lays out the Government of Puerto Rico's strategic vision and goals and provides a detailed framework for achieving them.

## Catastrophic disaster

In September 2017, Puerto Rico suffered catastrophic damage as Hurricane Irma passed just north of San Juan. Hurricane Maria made a direct hit on the Island two weeks later. The hurricanes' effects on people's health and safety were devastating. Damage to critical infrastructure resulted in cascading failures of the lifeline systems of energy, telecommunications, water, and transportation. Because the disaster occurred at the end of a very active hurricane season, federal resources for disaster response were stretched. In addition, aid from other states was not readily available due to a lack of mutual assistance compacts and the geographical separation of more than 1,000 miles between Puerto Rico and the continental United States. Given the scale of the disaster, the limited response resources, and the failure of lifeline systems, emergency services were severely compromised and residents lacked electricity, food, and water for a prolonged period. And with roads impassable, residents had limited access to medical care. After the hurricanes, people lost their jobs, schools were closed, government services and private enterprise could no longer operate effectively, landslides caused flooding hazards, and wastewater polluted marine environments. While the hurricanes touched

AR_0017370

JA_537

> **The Government of Puerto Rico views the recovery effort as an opportunity to transform the Island by implementing solutions that are cost-effective and forward-looking, harness innovative thinking and best practices, and revitalize economic growth.**

virtually every segment of the population, older adults, children, individuals with disabilities or chronic illnesses, and women were disproportionately affected by this disaster.

Catastrophic hurricanes and the resulting disasters are not unique to Puerto Rico. Coastal communities affected by Hurricane Katrina in 2005 also suffered widespread damage, severe interruption of essential services, and deep economic losses. Lessons learned from these past disasters suggest that the Island now faces a lengthy recovery. Although Puerto Rico has been working to restore services, reopen schools and other public buildings, and help residents return to normal life since the 2017 hurricane season, much work remains to be done.

Critically, Puerto Rico has been grappling with preexisting conditions that exacerbated the impact of the hurricanes, including an economic crisis spanning more than a decade and structural, demographic, health, social, and infrastructure stresses; in addition, it has been responding to demands for improved government transparency. Efforts to address these challenges—including Governor Ricardo Rosselló's *Plan for Puerto Rico*; the *New Fiscal Plan for Puerto Rico: Restoring Growth and Prosperity*, which was certified by the Financial Oversight and Management Board; and the *CDBG-DR Action Plan* approved on July 30, 2018—are foundational documents that outline the Governor's vision for Puerto Rico. His vision for transforming Puerto Rico for the future is grounded in the present, taking into account a variety of preexisting factors that will continue to challenge the Island and its citizens in the years ahead. These include Puerto Rico's location and geography, changing demographics, the economic trends and fiscal conditions prior to the hurricanes, and the limited maintenance of critical infrastructure. This recovery effort represents more than simply the effort to physically repair and reconstruct the damage caused to the Island by the hurricanes; it is also an opportunity to implement the social, governmental, fiscal, and economic reforms that will lead to a 21st-century Puerto Rico.

## The plan for recovery

The Government of Puerto Rico—in particular, the Central Office of Recovery, Reconstruction, and Resiliency (COR3)—was supported by the Federal Emergency Management Agency (FEMA) and the Homeland Security Operational Analysis Center (HSOAC) to develop a recovery plan in response to the Bipartisan Budget Act of 2018 (Public Law 115-123). The effort involved extensive outreach to and collaboration with a broad group

AR_0017371

JA_538

of federal agencies, state and municipal government agencies within Puerto Rico, private-sector and nonprofit entities, and the group most affected by the hurricanes—the people of Puerto Rico.

## A transformational vision for Puerto Rico

The Government of Puerto Rico views the recovery effort as an opportunity to transform the Island by implementing solutions that are cost-effective and forward-looking, harness innovative thinking and best practices, and revitalize economic growth. The Governor is sharing this economic and disaster recovery plan consistent with his vision:

**To build the new Puerto Rico to meet the current and future needs of the people through sustainable economic development and social transformation; transparent and innovative approaches to governance; resilient, modern, and state-of-the-art infrastructure; and a safe, educated, healthy, and sustainable society.**

To achieve the Governor's ambitious vision, the recovery plan is focused on the following four primary goals

### Society



Ground the new Puerto Rico in the needs of its people by promoting a society that is
1. educated
2. healthy
3. sustainable.

### Economy



Ensure that rebuilding and restoration efforts promote sustainable economic growth and social transformation and contribute to
1. a more vibrant and competitive economy that can provide opportunities for job growth
2. personal advancement that produces benefits for Puerto Rico's residents for generations to come.

**VISION**

### Resilience



Enhance Puerto Rico's ability to withstand and recover from future disasters through
1. individual, business, and community preparedness
2. redundant systems
3. continuity of operations
4. improved codes and standards.

### Infrastructure



Strengthen Puerto Rico's critical infrastructure by rethinking its design and reconstruction to
1. be more modern, sustainable, and resilient than before the hurricanes
2. effectively support people, industry, and the economy.

AR_0017372

## Priority short-term and long-term needs

As it decides how to best invest recovery dollars, the Government of Puerto Rico must take a strategic approach to ensure that its plans account for the challenges it has faced in the past, the interdependence of systems that caused failures to cascade, and its vision for how to grow and thrive in an uncertain future. Recovery planning for Puerto Rico requires balancing solutions that quickly tackle the immense scope of short-term needs with decisions that adequately address long-term resilience needs.

The most-immediate key priorities for Puerto Rico in the short term (1-2 years) are as follows:

- **Reestablish lifeline systems** to provide affordable and reliable energy, telecommunications, water, and transportation. These are important to the economy and necessary to ensure the functioning of government. Furthermore, these systems and the services they provide are crucial to giving Puerto Ricans a sense of normalcy, protecting their health and well-being, and confirming that all regions will take part in the recovery. It is vital to create an energy grid that is reliable enough to get water treatment plants, hospitals, and other critical infrastructure off of emergency generators and make them less vulnerable to crashes, outages, or future hurricanes.

- **Repair or rebuild the approximately 166,000 residential structures** damaged or destroyed during the hurricanes. This effort is particularly important for homes built before more-protective building codes were adopted or for which building codes were not enforced. Increasing the number of qualified inspectors and requiring building permits before construction can proceed are critical to enforcing building permit requirements. Noncompliant houses that were not damaged by the hurricanes also remain at risk unless they too are brought up to code.

- **Improve emergency preparedness infrastructure** and develop the government workforce so that all residents and businesses are better protected in advance of a future disaster. Just 37 percent of municipalities reported that their response plans worked adequately given the scope and scale of Hurricanes Irma and Maria. With the arrival of a new hurricane season, it is imperative for Puerto Rico to address gaps in the emergency preparedness infrastructure. The Puerto Rico Emergency Management Agency is working

AR_0017373

JA_540

to update or develop plans for all 78 municipalities with the support of FEMA, which is also educating residents on preparedness and developing the government workforce. Coordinating the parties responsible for the emergency response and for stockpiling materials, resources, and personnel are short-term priorities.

- **Clarify ownership and responsibility** for various infrastructure, assets, and services so that repairs can be completed efficiently and rebuilding reduces risk. Creating a comprehensive inventory and management system is a next step for the energy, transportation, housing, and public buildings sectors, in particular. Consensus is emerging about the need to rethink how services are delivered—for example, creating regional structures—to improve efficiency, reduce costs, and improve the lives of citizens. This reorganization is needed to respond to future disasters and streamline service delivery, but it will have broad implications that likely require involving key stakeholders in Puerto Rico and incorporating municipal input.

In the longer term (3–11 years), the key priorities for Puerto Rico's recovery are as follows:



Delivery drivers for FEMA contractor Estes Express Lines volunteer at the Hogar Escuela Sor Maria Rafaela school for girls in Bayamon on February 1, 2018. The volunteers repaired damaged roofs, tables, benches, and playground equipment during their free time.

Kenneth Wilsey / FEMA

- **Stem the flow of residents away** from the Island and encourage economic growth by lowering the costs of doing business, incentivizing formal labor force participation, broadening the tax base, and increasing fiscal discipline.

- **Revitalize urban centers** to focus economic recovery efforts.

- **Scale social services, health, education, and infrastructure systems** to meet the health, social, and economic needs of the current and future population.

- **Rebuild infrastructure to meet modern codes and standards,** and enforce the laws and regulations governing construction, water supply connections, and electricity metering.

- **Establish modern methods for providing both the public and private sectors with timely, accurate, and comprehensive information** to make effective decisions about recovery and day-to-day operations.

Although these are longer-term priorities that will remain enduring efforts on longer timelines, work on addressing them will need to begin immediately to take advantage of the short-term rebuilding and recovery efforts.

AR_0017374

JA_541

## Meeting these needs

To address these priorities, the Government of Puerto Rico is focusing on nine areas of physical, natural, and human **capital investments of approximately $132 billion** (roughly 75 percent for upfront costs and 25 percent for recurring costs, which reflect 11 years of annual costs from 2018-2028 for ongoing activities, such as operations and maintenance). Some of this total amount has already been provided by federal disaster relief, private insurance, the private sector, and philanthropic sources. In addition, the Government of Puerto Rico has identified eight strategic initiatives that build on the nine fundamental capital investments and capitalize on Puerto Rico's unique assets and strengths to promote economic growth that is grounded in innovation, sustainability, and resilience. These **strategic initiatives add approximately $6.6 billion** in estimated marginal costs. The Government of Puerto Rico has identified more than 270 specific courses of action—including their estimated costs, possible funding sources, and potential implementers—that will be pursued to ensure that capital investments and strategic initiatives achieve the ambitious objectives indicated in the graphic on the next page.



A new toy brings a smile to one boy's face in Naguabo on December 23, 2017, during a charity event with Proyecto Esparciendo AMOR for families affected by the hurricanes.

Petty Officer 2nd Class Lisa Ferdinando \ U.S. Coast Guard

AR_0017375

JA_542

# CAPITAL INVESTMENTS

## Physical Capital

### ENERGY

**Transform** the energy system to ensure customer-centric, affordable, reliable, and scalable electricity that incorporates more renewables, microgrids, and distributed energy resources; can drive new businesses and employment opportunities; and can support residents' well-being.

### COMMUNICATIONS/INFORMATION TECHNOLOGY

**Modernize** the telecommunications system to ensure fast, reliable, and resilient residential, commercial, and emergency communications that drive Puerto Rico's economy, prosperity, and well-being.

### WATER

**Rethink** water systems to be safer, more reliable, and protected from future disasters to ensure the well-being of Puerto Ricans and the environment as well as the operations of government and businesses.

### TRANSPORTATION

**Rebuild** and strengthen maritime, surface, and air transportation to ensure a flexible and reliable transportation system that moves people and goods, ensures economic continuity, and facilitates disaster response.

### HOUSING

**Repair** and rebuild resilient residential housing that is safe and affordable to create a better built environment.

### PUBLIC BUILDINGS

**Repair**, rebuild, and right-size the public buildings inventory to ensure stronger and more resilient public buildings that meet today's standards, mitigate against future disasters, represent innovative designs, and meet communities' needs.

## Human Capital

### EDUCATION

**Transform** the education system to produce competitive graduates with the knowledge and skills needed to adapt to changes in the economy, the environment, and technology.

### HEALTH AND WELL-BEING

**Rebuild** and enhance health and social service infrastructure and regional health care networks to ensure reliable and equitable access to health and social services and health-promoting communities, including an efficient and effective response to public health crises and other future disasters.

## Natural Capital

### NATURAL ENVIRONMENT

**Restore**, plan for, and develop the natural environment so that marine and terrestrial ecosystems coexist sustainably with tourism, promote the economic development of Puerto Rico, serve as natural infrastructure to protect against storm damage, manage waste, and preserve the natural and cultural heritage of Puerto Ricans.

# STRATEGIC INITIATIVES

### OCEAN ECONOMY (BLUEtide)

**Integrate** and promote all of Puerto Rico's ocean-dependent industries and ecosystems as a cohesive effort to promote economic growth, improve quality of life for residents, and enhance the visitor's experience.

### VISITOR ECONOMY

**Develop** a strong visitor economy to help position Puerto Rico as a global destination of investment, production, and wealth.

### EMERGENCY SERVICES MODERNIZATION

**Enhance** public safety and first responders' ability to deliver reliable, modern, and integrated emergency services.

### AGRICULTURAL TRANSFORMATION

**Modernize** agriculture to promote greater productivity and output and improve exports.

### DIGITAL TRANSFORMATION

**Build** the capabilities and workforce needed to fundamentally transform key industry and government processes to become more user-focused, relevant, and efficient at addressing local needs and delivering basic services.

### 21ST-CENTURY WORKFORCE

**Develop** and protect human capital to establish a world-class workforce, increase labor force flexibility, and create high-quality employment opportunities aligned with economic growth strategies.

### ENTREPRENEURSHIP

**Expand** opportunities for entrepreneurship and development of small to medium local businesses that can compete globally to promote economic development.

### ADVANCED MANUFACTURING

**Address** policy and structural barriers to increase opportunities for investment and the growth of private-public partnerships.

Roughly 270 specific courses of action have been linked with these capital investments and strategic initiatives.

Descriptions of these recovery actions—including estimated costs, possible funding sources, and potential implementers—are available in Chapter 12.

AR_0017376

JA_543



The three bars are not in proportion to each other for legibility. Sector costs have been rounded and may not add up to the totals shown.

AR_0017377

JA_544

## Funding Puerto Rico's recovery

Carrying out this economic and disaster recovery plan will require substantial resources. The funds will need to be invested wisely—in a coordinated way over many years—to ensure that they align efficiently and effectively with Puerto Rico's vision. By identifying actions that will help Puerto Rico recover, this strategic plan provides a path to help decisionmakers start identifying and asking questions about potential funding sources. It is clear that multiple federal agencies, as well as private insurance proceeds and the private sector—including public-private partnerships, charitable foundations, corporate foundations, and institutional investors—will play a part in funding the recovery. As recovery actions are implemented in specific programs, the details of those programs will dictate the appropriate sources of funding. The graphic on the next page describes potential funding sources identified to date, with estimates of the money available from each.

> Puerto Rico will also take actions, including providing funding, to ensure there is an environment that is attractive to the private sector and investors through public-private partnerships.

## Ensuring transparency

To ensure fiscal transparency in investments and promote global best practices in accountability and coordination of recovery efforts, COR3 plans to use third-party assistance to manage recovery funds and optimize the long-term reconstruction process. The Government of Puerto Rico will employ a set of recovery indicators—tracking both Puerto Rico's recovery from Hurricanes Irma and Maria and progress toward the goals outlined in this plan.

## A better future

The voices of citizens, community leaders, mayors, agency heads, representatives from supporting federal agencies, subject-matter experts, and other stakeholders have been brought together to support the development of this plan. Using many other sources of data and analysis, the Government of Puerto Rico has developed a comprehensive strategy that goes far beyond simply building back what was destroyed by the hurricanes. This economic and disaster recovery plan builds on the considerable efforts that Puerto Rico has undertaken in recent years in fundamental ways to propose a path to a more equitable, resilient, self-sufficient, and prosperous society for all Puerto Ricans.

**The voices of citizens, community leaders, mayors, agency heads, representatives from supporting federal agencies, subject-matter experts, and other stakeholders have been brought together to support the development of this plan.**

AR_0017378

JA_545

## Estimated resources available to Puerto Rico for disaster recovery



— $1 Billion

**Funding known to be available** $69.1B

Disaster Relief Fund (DRF)
Individual Assistance (IA)
Housing Assistance Only
$0.8B

DRF Public Assistance (PA)
Permanent Work Only
(Categories C–G)
$37.4B

DRF Hazard Mitigation
Grant Program (HMGP)
$3.0B

Community Development Block Grant –
Disaster Recovery (CDBG-DR)
$19.9B

Private insurance
$8.0B

**Funding for which the amount is known, but the amount that Puerto Rico will receive is uncertain** $24.5B

Other from supplementals $21.2B

Steady-state federal programs $3.3B

**Funding that will have to be sought out, but for which success remains uncertain** $45.4B

Total $139.0B

AR_0017379

JA_546

This page intentionally left blank.

AR_0017380

JA_547

# INTRODUCTION






RICARDO ROSSELLÓ NEVARES
GOVERNOR OF PUERTO RICO

AR_0017381

**1**

ate in the night on September 6, 2017, the southern eyewall of Hurricane Irma passed just north of San Juan. Less than two weeks later, Hurricane Maria made a direct hit as a Category 4 storm. The combined effects of the two hurricanes were widespread and catastrophic, resulting in the loss of life, a complete failure of the power system, and extensive housing and infrastructure damage, and leading to a months-long interruption of essential services for the people of Puerto Rico.

Compounding the situation caused by the hurricanes, Puerto Rico has been facing an economic and fiscal crisis spanning more than a decade; structural, demographic, health, social, and infrastructure stresses (including significant migration of people away from the Island); and a history of limited government transparency.

Together, these factors combined to exacerbate the impact of the hurricanes and led to a broader, long-term disaster that requires a recovery plan that goes beyond merely repairing disaster-damaged infrastructure. The scope of these many preexisting challenges also constrains short-term recovery options and will necessitate transformative changes and investments for years to come.

As Puerto Rico looks to the future, the recovery effort is an opportunity to create a better, smarter, stronger, and more-resilient Island. Recovery investments can help transform Puerto Rico through the implementation of solutions that

- are cost-effective and forward-looking

- harness innovative thinking and best practices from around the world

- are science-based and data-driven

- enhance human capital and contribute to greater economic development, revitalization, and growth (in alignment with the preexisting Plan for Puerto Rico, the Build Back Better plan submitted to Congress in November 2017, and the New Fiscal Plan of June 2018), and the CDBG-DR Action Plan approved on July 30, 2018.

AR_0017382

JA_549



**2017**

**SEPTEMBER 6–7**
Center of Hurricane Irma passes 50 nautical miles north of San Juan, Puerto Rico (PR).

**SEPTEMBER 8**
Continuing Appropriations Act, 2018 and Supplemental Appropriations for Disaster Relief Requirements Act, 2017 (Public Law 115-56) signed into law. The law includes $7.4B in CDBG–DR funding, of which $1.5B was subsequently allocated to PR.

**SEPTEMBER 10**
President issues a Major Disaster Declaration for PR (FEMA-4336-DR).

**SEPTEMBER 18**
President approves PR emergency declaration.

**SEPTEMBER 20**
Hurricane Maria makes landfall on PR. President signs Major Disaster Declaration (DR-4339) under Stafford Act.

**SEPTEMBER 21**
FOMB approves reallocation of up to $1B of Territory Budget funding for emergency response.

**SEPTEMBER 23**
FEMA's critical response teams arrive in PR.

**SEPTEMBER 28**
President waives Jones Act for 10 days.

**OCTOBER 23**
Executive Order 2017-065 authorized the creation of the Central Recovery and Reconstruction Office as a division of the P3 Authority, to centralize control and oversight of the recovery and reconstruction of Puerto Rico.

**OCTOBER 26**
Additional Supplemental Appropriations for Disaster Relief Requirements Act (Public Law 115-72) signed.

**NOVEMBER 13**
Government of Puerto Rico submits Build Back Better Puerto Rico: Request for Federal Assistance for Disaster Recovery.

**DECEMBER 6**
The P3 Authority Board formalizes the creation of the Central Recovery and Reconstruction Office (now COR3).

**2018**

**FEBRUARY 9**
Further Additional Supplemental Appropriations for Disaster Relief Requirements Act (Public Law 115-123) signed into law requiring economic and disaster recovery plan be submitted within 180 days. Additional funding appropriated, including $28B in CDBG-DR funding of which $18.4B was subsequently allocated to PR.

**MARCH 7**
FEMA reports that $1.1B in grants for individuals and families have been approved.

**MARCH 19**
180-day damage status report presented by Government of Puerto Rico in the *New Fiscal Plan for Puerto Rico*:
- 99% of customers energized
- 99% of telecommunications restored
- 99% of PRASA customers have water
- 100% of hospitals operating.

**MARCH 20**
Government of Puerto Rico establishes priorities for the selection of mitigation projects to receive $3B in HMGP funding.

**APRIL 10**
HUD announces allocation of $18.4B in CDBG-DR funds for Puerto Rico, including $10.2B for recovery and $8.3B for mitigation.

**APRIL 19**
FOMB releases and certifies the *New Fiscal Plan for Puerto Rico: Restoring Growth and Prosperity*.

**MAY 3**
FEMA extends Transitional Sheltering Assistance program to June 30.

**JUNE 6**
U.S. Small Business Administration has approved 45,086 loans, totaling nearly $1.60B.

**JUNE 14**
Action Plan for $1.5B CDBG-DR funds due to HUD.

**JULY 3**
FEMA extends Transitional Sheltering Assistance program to July 23.

**JULY 30**
HUD certifies CDBG-DR Action Plan for $1.5B for PR.

**CDBG-DR** | Community Development Block Grant Disaster Recovery

**Stafford Act** | Robert T. Stafford Disaster Relief and Emergency Assistance Act

**FOMB** | The Financial Oversight and Management Board for PR

**P3** | Puerto Rico Public-Private Partnerships

**HUD** | U.S. Department of Housing and Urban Development

**HMGP** | Hazard Mitigation Grant Program

2017, top to bottom: AP Photo/Carlos Giusti; NASA; FEMA; Alex Edelman/picture-alliance/dpa/AP Images; AP Photo/Evan Vucci. 2018, top to bottom: FEMA; Flickr Creative Commons; FEMA, Eduardo Martinez/FEMA

Beyond creating a smarter, resilient, and sustainable Puerto Rico, this plan will contribute important lessons learned about how to effect such a sweeping transformation and how to reduce costs of disaster relief in future events.

## A transformational vision for Puerto Rico's recovery

Puerto Rico is facing a turning point—a moonshot opportunity to translate the difficulty of recovery into a better future with a plan that

- targets both economic and social progress

- tackles current needs yet looks to the future

- demonstrates transparency and innovation in governance

- leads to resilient, state-of-the-art infrastructure

- promotes a safe, educated, healthy, and sustainable society.

The recovery from Hurricanes Irma and Maria is an opportunity to address the needs of the people of Puerto Rico, not only immediately but also in the medium and long terms, making Puerto Rico a stronger, better, 21st-century society.

To this end, this economic and disaster recovery plan sets out a path to help guide recovery investments toward this broader transformational vision by

- defining what recovery means for Puerto Rico

- establishing principles for how the Government of Puerto Rico and nongovernmental, private, and nonprofit organizations will work together toward recovery

- describing the phases the recovery will progress through

- identifying the most-pressing recovery issues and the priority actions, as well as potential partners and resources to address each issue

- committing to measuring and reporting on the progress of the recovery.

### VISION

To build the new Puerto Rico to meet the current and future needs of the people through enduring economic development and social transformation; transparent and innovative approaches to governance; resilient, modern, and state-of-the-art infrastructure; and a safe, educated, healthy, and sustainable society.

66

[The hurricanes have] changed my community because it brought unity within the people ... Everything in life has a purpose. And this purpose was to unite us as a community as one."

— FOCUS GROUP PARTICIPANT FROM CAYEY MUNICIPALITY (TRANSLATION)

AR_0017384

JA_551

## Goals of the plan

To achieve this ambitious vision, this plan builds on the Governor's vision for Puerto Rico by rebuilding, strengthening, and improving four core areas: society, the economy, infrastructure, and resilience, as detailed in the figure on the next page. The first of these—a healthy and vibrant society—will be built on the foundation set by the others. Together, these goals address the most pressing recovery needs while also ensuring that Puerto Rico uses this unique opportunity as a springboard to future prosperity and well-being. To create enduring economic growth and an educated, healthy, and sustainable society, Puerto Rico must and will strengthen infrastructure, implement changes to policy and regulations, and build up the resilience of all systems (e.g., health, education, energy, water, transportation). Success is a Puerto Rico better positioned to address the needs of all of its people, as well as future challenges that will most certainly arise. It will also mean opportunities for job growth and personal advancement that will benefit generations of Puerto Ricans to come, encouraging people to stay in—or return to—a stronger, safer, and more prosperous and resilient Puerto Rico.

> Success is a Puerto Rico better positioned to address the needs of all of its people, as well as future challenges that will most certainly arise.

## Guiding principles

Innovation, transparency, accessibility, transformation, and sustainability are the principles that will shape the Government of Puerto Rico's investment decisions and inform the planning and implementation of the goals outlined in this plan. Good governance will ensure that these principles are actively integrated into decisionmaking structures.

**Innovation:** Innovation will play a crucial role in the recovery effort—including how investments are identified, crafted, and implemented. In Puerto Rico, innovation means turning recovery ideas into solutions that improve Puerto Rico's capabilities by leveraging emerging technologies and methods and integrating those with expert advice. Puerto Rico's innovative solutions are problem-oriented, usable, forward-looking, and adaptive. They emphasize doing things more equitably, more efficiently, less expensively, or in a way that is more environmentally sustainable. Being innovative means Puerto Rico will not shy away from novel or unprecedented approaches to solving problems. At a minimum, innovative solutions will not simply repeat what has been done in the past. Instead, Puerto Rico will take a new path, one that takes advantage of new thinking and new technologies and advances the Island's resiliency and economic-growth initiatives.

AR_0017385

JA_552

## Society



Ground the new Puerto Rico in the needs of its people by promoting a society that is

1. educated
2. healthy
3. sustainable.

## Economy



Ensure that rebuilding and restoration efforts promote sustainable economic growth and social transformation and contribute to

1. a more vibrant and competitive economy that can provide opportunities for job growth
2. personal advancement that produces benefits for Puerto Rico's residents for generations to come.

## VISION

## Resilience



Enhance Puerto Rico's ability to withstand and recover from future disasters through

1. individual, business, and community preparedness
2. redundant systems
3. continuity of operations
4. improved codes and standards.

## Infrastructure



Strengthen Puerto Rico's critical infrastructure by rethinking its design and reconstruction to

1. be more modern, sustainable, and resilient than before the hurricanes
2. effectively support people, industry, and the economy.

AR_0017386

JA_553

## FEDERAL LEGISLATION SUPPORTING THE DEVELOPMENT OF THIS PLAN

In the aftermath of Hurricanes Irma and Maria and at the request of the Governor, President Donald Trump signed Major Disaster Declarations on September 10, 2017 (FEMA-4336-DR-PR), and on September 20, 2017 (FEMA 4339-DR-PR), respectively, under the Robert T. Stafford Disaster Relief and Emergency Assistance Act (Stafford Act). These declarations authorized the Federal Emergency Management Agency (FEMA) to provide a wide range of assistance programs for the individuals and public institutions in Puerto Rico, in close coordination with the Government of Puerto Rico and the Island's municipal governments. In alignment with the National Disaster Recovery Framework (NDRF), FEMA coordinated recovery efforts across federal and state-level agencies; private-sector entities; and voluntary, faith-based, and community organizations across Puerto Rico.

In response to overwhelming recovery needs in the wake of the 2017 hurricane season and the California wildfires, Congress passed the Bipartisan Budget Act of 2018 on February 9, 2018 (Public Law 115-123). This legislation requires the Governor of Puerto Rico, with support and contributions from the Secretary of the Treasury, the Secretary of Energy, and other federal agencies having responsibilities defined under the NDRF, to produce within 180 days an economic and disaster recovery plan that defines the priorities, goals, and outcomes of the recovery effort. Congress specified that the plan include the following sectors: housing, economic issues, health and social services, natural and cultural resources, governance and civic institutions, electric power systems and grid restoration, environmental issues, and other infrastructure systems. In addition, the legislation calls for the plan to be based on an assessment of the damage from Hurricanes Irma and Maria.

Congress also required that Puerto Rico's economic and disaster recovery plan be developed in coordination with and certified by the Financial Oversight and Management Board established under the Puerto Rico Oversight, Management, and Economic Stability Act; by federal agencies; and by key partners from private and nongovernmental entities.

Congress called for a description of Puerto Rico's plan for recovery over 12-month and 24-month time horizons. This plan goes further, including actions to be implemented over the next several years that capitalize on disaster recovery assistance to accelerate economic development on the Island. In the short term, the plan prioritizes restoring critical infrastructure and enacting a series of governance and policy adjustments that will build a strong foundation for the remainder of the plan's transformative objectives. These actions include improving emergency preparedness, increasing the ease of doing business in Puerto Rico, strengthening government capacity in day-to-day service provision and during disasters, making available high-quality data to guide decisionmaking and support transparent governance, and promoting formal work and workforce training.

Engaging stakeholders through the National Disaster Recovery Framework

Under the NDRF, Recovery Support Functions bring together the knowledge, skills, and resources of federal departments, agencies, and other organizations to focus on the recovery. The functions are organized into the following six components, each coordinated by a federal agency (shown in parentheses):

· Community Planning and Capacity Building (U.S. Department of Homeland Security/FEMA)

· Economic Recovery (U.S. Department of Commerce)

· Health and Social Services (U.S. Department of Health and Human Services)

· Housing (U.S. Department of Housing and Urban Development)

· Infrastructure Systems (U.S. Army Corps of Engineers)

· Natural and Cultural Resources (U.S. Department of the Interior).

AR_0017387

**Transparency:** The Government of Puerto Rico is committed to transparency in managing recovery investments and tracking their impacts on economic and social outcomes. In keeping with the International Monetary Fund's Fiscal Transparency Code, the Government of Puerto Rico will prioritize recovery activities that support fiscal transparency and accountability through fiscal reporting, forecasting and budgeting, risk analysis and management, and resource revenue management. Transparency also includes clear and open decisionmaking processes; the Government of Puerto Rico will take steps to ensure that timely and accessible information on recovery efforts is available to the public throughout the recovery.

**Accessibility:** Recovery investments need to be considered within the context of how people in the most vulnerable circumstances gain access to services and goods to ensure that they are available to all residents when needed. Strategies to address these considerations include targeting investments to provide equal access to services and goods; diminishing barriers to access created by financial, social, health, cultural, and functional limitations; and making investments that increase the affordability, availability, or appropriateness of existing services and goods.

**Transformation:** The Government of Puerto Rico's vision for economic and disaster recovery is transformative—in that the goal is to build back hurricane-damaged systems in a way that is driven by and for the greater, longer-term needs of the people of Puerto Rico. The recovery effort will be flexible and responsive enough to endure over time. But the Government of Puerto Rico has also developed this plan with an eye toward ensuring that, to the greatest extent possible, investments in recovery from Hurricanes Irma and Maria align to tackle the longer-term challenges facing the Island. This means applying a mindset, processes, and human resources that allow for an integrated approach and a thorough and ongoing calibration of recovery investments. This strategy is necessary to effectively weigh the short- and long-term benefits of specific choices and their interdependencies, as well as how each addresses the long-standing economic, infrastructure, and societal challenges that Puerto Rico faced even before the disaster brought about by the hurricanes.

**Economic sustainability:** Recovery investments must be evaluated to ensure that returns—both capital and strategic—can be sustained over the long term. Puerto Rico may experience a



Hurricane survivors in the Luis Llorens Torres neighborhood of San Juan obtain water and other supplies distributed by FEMA on December 6, 2017. FEMA also offered medical care and flu vaccines.
Photo by Eduardo Martinez / FEMA

AR_0017388

JA_555

growth in economic activity spurred by recovery investments to repair or rebuild damaged infrastructure. The Government of Puerto Rico will develop and deploy recovery investments in a way that ensures that capital improvements can be sustained over the long term and that related economic and societal improvements are not fleeting. For example, it is important not to build infrastructure unless there is a plan for funding to maintain it, including sustaining the human and economic benefits brought about by immediate capital investments.

## A roadmap to long-term recovery

Successful recovery in Puerto Rico requires an unprecedented mobilization of diverse resources, all operating within a complex mix of individual constraints and mutual interdependencies. Coordinating multiple concurrent efforts across diverse sectors, multiple levels of government, and a complex topography will rely on efficient and clear communications and the sharing of information. Moreover, sequencing actions in such a complicated effort requires consideration of the Island's immediate needs; available financing; progress on related activities; and the reality of constrained capacity, in both the public and private sectors, to undertake recovery actions.

Ensuring that people are safe and have access to the services and resources they need to start rebuilding a relatively normal life are the most immediate needs. With the 2018 hurricane season under way as this plan is being finalized, there is also a critical and immediate need to prepare infrastructure and people to weather another emergency. In addition, coordinating multiple efforts across diverse sectors and a complex topography requires efficient and clear communication and sharing of information. In addition, government agencies, businesses, and individuals need to know who owns or is responsible for rebuilding infrastructure, assets, and services. Therefore, in the short term (1–2 years), this plan is focused on

1. reestablishing lifeline systems to provide reliable energy, telecommunications, water, and transportation

2. repairing or rebuilding the approximately 166,000 residential structures damaged or destroyed during the hurricanes

3. improving emergency preparedness infrastructure and developing a resilience-oriented workforce

4. clarifying ownership and responsibility for various infrastructure, assets, and services.

> **With the 2018 hurricane season under way as this plan is being finalized, there is also a critical and immediate need to prepare infrastructure and people to weather another emergency.**

AR_0017389

JA_556

As part of the longer-term recovery (3–11 years), Puerto Rico looks to build sustainable social and economic growth. This will require diverse efforts at multiple levels to support individuals and strengthen communities, businesses, and governance. The migration of people from the Island can be stemmed by making Puerto Rico an attractive place to live—that is, a society with resilient lifeline systems, a modern standard of living, communities that are connected and healthy, and good educational and job opportunities. And beyond the population, business and enterprise will be attracted to a Puerto Rico that has lower costs of doing business, a trained workforce, and accountable governance. With more timely, accurate, and comprehensive information to inform their decisionmaking, both the public and private sectors will be better positioned to support growth. In the longer term, the priorities for Puerto Rico's recovery are to

1. stem the migration away from the Island and encourage economic growth by improving the ease of doing business, incentivizing formal labor force participation, broadening the tax base, and increasing fiscal discipline

2. revitalize urban centers to focus economic recovery efforts

3. scale social services, health, education, and infrastructure systems to meet the health, social, and economic needs of the current and future population

4. rebuild infrastructure to meet modern codes and standards, and enforce the laws and regulations governing construction, water supply connections, and electricity metering

5. establish modern methods for providing both the public and private sectors with timely, accurate, and comprehensive information to make effective decisions about recovery and day-to-day operations.

A wide selection of potential courses of action designed to address these short- and long-term priorities are described throughout this plan. These actions span multiple sectors and are interconnected. They are presented in the plan in an order that reflects (1) actions that must come first because they provide critical support to ensure the success of all other actions (these are the precursor actions; see "Start with a Strong Foundation," Chapter 5), (2) capital investments in lifeline and other systems that support social and economic growth (see "Build Resilient Communities, Modernize Infrastructure, and Restore the Natural

AR_0017390

Environment," Chapter 6), and (3) strategic initiatives that build on the precursor actions and capital investments and take advantage of unique assets or fill critical gaps for Puerto Rico (see "Focus on the Future," Chapter 7).

The figure on the next page illustrates the key elements of the plan and reflects how the plan is organized. Guiding the plan is Governor Ricardo Rosselló's vision, principles, and goals, as described in this chapter. A series of high-level objectives— the precursors, followed by the lifeline and other capital investments, then the strategic initiatives—provide anchor points for critical recovery priorities. The plan concludes with "Detailed Actions" (Chapter 12) describing various actions that align with each of the objectives. Many of these actions contribute to more than one objective and thus have multiple benefits for achieving the objectives, goals, and vision of this plan.

## Developing the plan

The Government of Puerto Rico—in particular, the Central Office of Recovery, Reconstruction, and Resiliency (COR3)—was supported by FEMA and the Homeland Security Operational Analysis Center (HSOAC, a federally funded research and development center operated by the RAND Corporation under contract with the U.S. Department of Homeland Security) in the development of this economic and disaster recovery plan. The effort involved extensive outreach to and collaboration with a broad group of federal agencies, state-level and municipal government agencies within Puerto Rico, private-sector and nonprofit entities, and the group most affected by the hurricanes—the people of Puerto Rico.



The view of PR-53 heading south, taken during a helicopter tour for members of Congress to view hurricane damage, on January 25, 2018.
K.C. Wilsey / FEMA

AR_0017391

JA_558

TRANSFORMATION | ECONOMIC SUSTAINABILITY | INNOVATION | TRANSPARENCY | ACCESSIBILITY

## VISION

To build a new Puerto Rico to meet the current and future needs of the people

## GOALS

Foster a society grounded in the needs of the people

Promote sustainable economic growth

Strengthen critical infrastructure

Enhance resilience

## OBJECTIVES

### PRECURSORS

Actions that act as a foundation for other investments

**Build government capacity** to handle day-to-day business and recovery efforts

**Make high-quality data** available to support better decisionmaking

**Enhance local capacity** to secure and manage recovery funds

**Maximize the impact** of available federal funding

**Support planning** at the local level

**Increase the ease** of doing business

**Reduce barriers** to formal work and incentivize workforce training

### CAPITAL INVESTMENTS

9 foundational sets of actions to take today that invest in infrastructure, people, and the environment

**Lifeline capital investments**

- Transform the energy system
- Modernize the telecommunications system
- Rethink water systems
- Rebuild and strengthen maritime, surface, and air transportation

**Other investments**

- Repair and rebuild resilient residential housing
- Transform the education system
- Rebuild and enhance health and social service infrastructure
- Repair, rebuild, and right-size the public buildings inventory
- Restore, plan for, and develop the natural environment

### STRATEGIC INITIATIVES

8 future-facing sets of actions that reflect the economy of tomorrow in Puerto Rico

- Ocean economy
- Visitor economy
- Emergency services modernization and integration
- Agricultural modernization and processing
- Digital transformation
- 21st-century workforce
- Entrepreneurship
- Advanced manufacturing

## ACTIONS
Roughly 270 specific ways to act on all of the above

AR_0017392

JA_559

The plan was developed over the course of three dynamic and—given the urgency—overlapping phases:

1. identifying damage, needs, and priorities for recovery
2. identifying potential courses of action (and their related costs)
3. aligning the plan objectives and courses of action and identifying potential funding sources.

As noted, the first phase involved **identifying damage, needs, and priorities for recovery**. This intensive assessment of the damage from the hurricanes and of remaining needs across the Island provides the baseline needed to define, compare, and prioritize courses of action. The damage and needs assessment describes conditions before the hurricanes, the damage caused by Irma and Maria (both direct physical damage and the effects on Puerto Rico's population and economy), conditions six to nine months after the hurricanes, and remaining needs. The damage and needs assessment draws on myriad data sources, as well as stakeholder interviews and roundtables, literature reviews, and media reporting. At the same time, the Government of Puerto Rico developed the vision and goals for the plan, which were then laid out for the team that FEMA convened to aid in the plan's development. The Government of Puerto Rico and the FEMA and HSOAC teams then worked together in an iterative process involving a series of coordination meetings and interactive workshops, along with a review of completed and forthcoming plans for Puerto Rico. Work during this phase also drew from and built on the many plans, critical guidance, and other documents—relevant to the Island as a whole or to specific sectors—that were produced before and in parallel with the recovery plan.

The second phase involved **identifying potential courses of action**—a collection of potential activities, policies, and other actions that could contribute to recovery—and estimating the associated costs. Dedicated teams of experts, each focused on a specific sector (such as energy or economic activity), conducted background research, and engaged with sector stakeholders and subject-matter experts in Puerto Rico and beyond. These teams also reviewed existing plans, proposals, and the literature to identify strategies, best practices, and possible innovations to meet Puerto Rico's needs. Although it was not possible to conduct formal cost-benefit and feasibility analyses for each course of action, the teams evaluated each action's responsiveness to needs, level of innovation, and alignment with the evidence base (e.g.,

## TRACKING COURSES OF ACTION

Each course of action presented in this plan has an identifier based on the sector in which it was developed and an arbitrary number used for tracking (e.g., EDU 1). All courses of action in "Detailed Actions" (Chapter 12) include their respective tracking identifiers for easy reference.



The Port of San Juan, shown on October 12, 2017, struggled after the hurricanes with a lack of power and bottlenecks due to the competing needs of daily operations and the emergency response
Shannon Stapleton / Reuters

AR_0017393



Wind turbines in Naguabo remained idle on February 13, 2018, due to damage from the hurricane's high winds.

K.C. Wilsey / FEMA

AR_0017394

JA_561

based on best or promising practices). As part of this process, some courses of action were eliminated from consideration or adjusted in an effort to roughly align the costs and benefits. For example, a course of action proposing to turn some roads from paved to gravel was eliminated because the estimated costs of maintaining the gravel road over time exceeded the potential savings from the modification.

For each proposed course of action, the relevant sector team also established rough-order-of-magnitude cost estimates to support high-level planning and inform decisionmaking. These estimates include both initial costs (e.g., construction investment) and recurring costs (e.g., operations and maintenance) over an 11-year period (i.e., 2018–2028, to align with the fiscal plans). Even though ranges and point estimates are given for courses of action depending on the methods and information used, the cost information presented in this plan should be regarded as preliminary because more-specific cost estimates will require more specificity regarding implementation choice, as well as the completion of ongoing damage assessments. As more-detailed policy choices are made in support of these courses of action, more-detailed cost-benefit analyses will help inform policymakers about various investments' impacts on long-term fiscal sustainability. This will, in turn, support consideration of different levels of implementation for some courses of action to constrain costs and maximize benefits. Costs are associated with correcting pre-hurricane deficiencies, as well as addressing hurricane damage. Therefore, costs do not necessarily align with or match estimates of hurricane damage in Puerto Rico reported here and elsewhere.

The third phase of the plan development effort involved **aligning the plan objectives and courses of action and identifying potential funding sources**. The plan team sorted these actions into broadly defined objectives that aligned with the overall plan vision: seven objectives focused on precursors needed to start the recovery with a strong foundation, nine objectives focused on capital investments (such as water and telecommunications), and eight objectives focused on strategic initiatives (such as enhancing the visitor economy). Then, the plan team developed two to five portfolios (sets of actions) for each objective based on themes that aligned with the objective (e.g., more resilience, lower cost). The Government of Puerto Rico selected one or more portfolios for each objective. Courses of action that were fundamental to the success of all capital investments (the



A specialist with FEMA's Disaster Survivor Assistance program helps a resident in San Juan's Villa Nevarez neighborhood register with FEMA on January 5, 2018.
Yuisa Rios / FEMA

AR_0017395



**Total costs (in millions) $139,000**
CAPITAL INVESTMENT $132,000
STRATEGIC INITIATIVES $6,600

**Upfront costs (in millions) $105,000**
CAPITAL INVESTMENT $98,000
STRATEGIC INITIATIVES $6,300

**Recurring costs (in millions) $34,000**
CAPITAL INVESTMENT $34,000
STRATEGIC INITIATIVES $350

precursors) were moved into their own portfolio. The total set of approximately 270 actions from the selected portfolios provided the basis for total cost estimates for the plan.

Most of these actions are focused on the capital investments needed for Puerto Rico to recover. To meet the plan objectives, Puerto Rico will require approximately $139 billion over the 2018-2028 time period, and some of these funds have already been provided by federal disaster relief, private insurance, the private sector, and philanthropic sources. The figure above provides the breakdown of costs (the initial upfront and recurring operations and maintenance costs). A more detailed description of costs by sector is included in "Estimated Costs and Funding for Puerto Rico's Recovery" (Chapter 8), and a list of the selected portfolios are presented later in this plan ("Detailed Actions," Chapter 12).

In identifying funding sources for the courses of action, the sector teams considered both U.S. government aid and nongovernmental funding sources. Funds from the Disaster Relief Fund, special appropriations for disaster relief and recovery, and steady-state federal programs funded via normal annual program budgets were estimated and refined with FEMA and other outside experts. Nongovernmental funders (charitable and corporate foundations, institutional investors, and venture capitalists) were also examined as potential funders for recovery actions. But eligibility requirements for many of the supplemental funding elements are still unspecified, so the possible funding sources are notional at this time. More detail is provided in Chapter 8.

AR_0017396

JA_563

# A VISION FOR PUERTO RICO







RICARDO ROSSELLÓ NEVARES
GOVERNOR OF PUERTO RICO

AR_0017397

**2**

## Governor's introduction

Hurricanes Irma and Maria had devastating impacts on the Island of Puerto Rico, creating an enormous toll on human life and on Puerto Rico's infrastructure, which had effects that reverberated for months and that we are still grappling with to this day. In November 2017, I published a report summarizing these damages and creating a call for action. In *Build Back Better*, I requested federal funds to support recovery. Our approach was and is that recovery dollars should be used to invest in an efficient and effective future rather than merely building back to the preexisting state. Given the level of destruction, we have an opportunity to take an approach that makes a fresh start for many of these infrastructure systems.

In looking at the road ahead, this is not only an opportunity to physically repair and reconstruct the damage caused to the Island by the hurricanes but also a moonshot moment to implement the social, governmental, fiscal, and economic reforms that have been addressed in the foundational plans that underpin Puerto Rico's vision for transforming its future. Those plans include the *Plan for Puerto Rico, Build Back Better*, the *New Fiscal Plan for Puerto Rico*, and the *Community Development Block Grant – Disaster Recovery Action Plan*.

Transforming Puerto Rico requires a vision for the future that is grounded in the present. Puerto Rico's road to recovery and transformation must take into account a variety of preexisting conditions that have challenged us—including our Island's changing demographics, the economic trends and fiscal conditions, and the condition of our critical infrastructure. Puerto Ricans put their faith in me to lead us to solutions to these challenges even before Irma and Maria, and now the need is even greater.

In this chapter, I lay out the realities that Puerto Rico has faced over the past decade and that I have made the mission of my administration to overcome, followed by my vision for the future. These are the foundations for the hurricane recovery investments described in later chapters in this plan, which we developed in consultation with federal agencies and a wide range of subject-matter experts. This plan will transform Puerto Rico into a more resilient future.



A shop in San Juan displays a sign that reads "clearance due to closing" on August 3, 2015. Puerto Rico has been in economic decline since the mid-2000s.

Alvin Baez / Reuters

AR_0017398

## Conditions before the hurricanes

**Economic trends.** Since 1996, Puerto Rico's economy has been in near-continuous recession, with low labor-force participation (approximately 40 percent prior to the hurricanes) and double-digit unemployment. Economic contraction in the years prior to the hurricanes contributed to a severe fiscal crisis, in which lower revenues and high rates of spending were financed through heavy borrowing. This resulted in high and unsustainable levels of debt, including more than $70 billion in bond debt and a substantial unfunded pension liability. Despite stabilization efforts by the Government of Puerto Rico, Puerto Rico's credit rating dropped below investment grade in early 2014, followed by a series of defaults on debt payments.

The fiscal crisis ultimately resulted in the passage of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA) in 2016, which established the Financial Oversight and Management Board (FOMB) and provided the framework for restructuring Puerto Rico's debt. FOMB's purpose is "to provide a method for [Puerto Rico] to achieve fiscal responsibility and access to the capital markets" by certifying financial plans, approving and monitoring budgets and activities related to the budgets and fiscal plans, providing advice on issues of financial stability and management, and certifying restructuring and approving actions related to debt issuance. Recovery activities will be undertaken in a way that is consistent with FOMB's authorities.

**The cost of imports.** Since 1920, Puerto Rico has been subject to the Jones Act, which requires that all goods transported by water between U.S. ports be carried on U.S.-flag ships that are constructed in the United States, owned by U.S. citizens, and crewed by U.S. citizens and U.S. permanent residents. The Jones Act may constrain Puerto Rico's ability to import a variety of goods and services at more-competitive prices (including, but not limited to, liquefied natural gas, food, and other commodities). Although data limitations obscure the exact magnitude of the effect, it is likely that the prices of imports in Puerto Rico, and of the goods and services produced from these imports, may be artificially inflated, which disadvantages both producers and consumers.

**Limited maintenance of infrastructure.** The financial hardships created by the economic decline and lack of transparency over ownership and responsibility, as well as the socioeconomic and governance challenges in Puerto Rico, contributed to deferred repairs and maintenance of infrastructure, such as the telecommunications and energy systems, transportation networks, and public buildings.

AR_0017399

JA_566

It is common in Puerto Rico for buildings to be owned by one set of entities (e.g., the Public Buildings Authority or the Puerto Rico Industrial Development Company) and for day-to-day operations to be managed by another organization, such as a government agency or private-sector tenant (e.g. the Department of Education). This lack of accountability over asset management—combined with limited finances—has meant that repairs are often deferred or not completed.

**Population demographics.** In the span of approximately three decades, Puerto Rico's population has transformed—from a primarily young, rapidly growing, and urbanizing demographic to an older population in which deaths have outnumbered births (see figure on the next page). An increasing number of young people and working-age adults have been migrating away from the Island.

In part, the economic contraction that began affecting Puerto Rico in 2006 has led to some of these demographic changes, with the lack of economic opportunities decreasing childbearing and encouraging migration. And in 2006, the birthrate in Puerto Rico was already well below the level that is required for a population to replace itself within a generation. A decade later, childbearing had declined far enough to place Puerto Rico's birthrate among the lowest in the world. The continuing loss of people from Puerto Rico, particularly school-aged children and working adults, has added to the stress on its economy and created a shortage of professional workers in many sectors.

In 2016, the median per capita income in Puerto Rico was $11,688. Forty-five percent of residents had an annual income below the federal poverty level, with high rates of poverty among those younger than 18 (57 percent) and those older than 65 (approximately 40 percent).

## The vision for Puerto Rico

The preexisting conditions described earlier demanded both a vision for innovation and transformation. Efforts have been under way since before the hurricanes to address key challenges, and they will continue through the recovery. The Governor's vision builds on both the strengths of Puerto Rico's citizens and the solutions modern technology can offer to leapfrog beyond past challenges and the destruction wrought by the hurricanes. The goal of this vision is to create a prosperous, resilient and innovative Puerto Rico that is:

- **A magnet for workers in the Human Cloud.** As jobs rely increasingly on information technology and become less tied to physical location, workers can join the "Human Cloud" and export their services wherever these are required. With the ideal natural and environmental setting of Puerto Rico, warm and welcoming

> The Human Cloud is a technologically enabled alternative approach to organizing work, in which employers divide jobs into small components and engage a geographically independent workforce through global digital platforms to execute them. Combining elements of globalization and the gig economy, the Human Cloud provides employers with an accessible skilled workforce on-demand and provides employees with significant freedom to choose where, when, and how they work.

AR_0017400

JA_567

# A snapshot of Puerto Rico's demographics and income



## Demographics (2016)

In a 10-year period (2006–2016), people have moved to Puerto Rico but many more have left, for a net loss of **525,000 residents**



There is a shortage of **professional workers** in many sectors and fewer **school-aged children**

**1.2 births** per woman vs. 1.84 in the U.S. overall

 **25%**

 **21%**

Roughly 25 percent of Puerto Rico's 3.4 million residents are **60 or older**

By comparison, roughly 21 percent of the United States as a whole is **60 or older**

### Race and Ethnicity (2017)

**98%** self-identify as **Hispanic/Latino**

Roughly **69%** self-identify as **white**

**9%** self-identify as **black or African-American**

**7%** self-identify as **2 or more races**



### Language (2016)

**Less than 25%** report speaking English "very well"

**More than 90%** speak Spanish at home



## Income (2016)

Median per capita income is **$11,688**

**40%** participate in the **labor force**

 **45%**

 **21%**

**45% of Puerto Ricans live below the federal poverty level**

21% of Mississippi residents **live below the federal poverty level** (the poorest U.S. state)

**Poverty is worse** among minors (57%) and those older than 65 (about 40%)



 **25%**

 **19%**

Nearly 25% of Puerto Ricans **receive Social Security**

Less than 19% of residents in the U.S. overall **receive Social Security**

**Nearly 50%** of Puerto Ricans use **Medicaid or the Children's Health Insurance Program** vs. 20% in the U.S. overall



PHOTOS, TOP TO BOTTOM: PUERTO RICO ARMY NATIONAL GUARD PHOTO BY SGT. ALEXIS VELEZ, EDUARDO MARTINEZ/FEMA; PEOPLE ICON: SUPANUT PIYAKANONT/ GETTY IMAGES; SOCIAL SECURITY ICON: ALEX BELOMLINSKY/GETTY IMAGES

AR_0017401

JA_568

communities, and rich cultural heritage, a revived Puerto Rico will be the ideal place for this Human Cloud of virtual workers.

- **A platform for innovation.** Educated, energized, and engaged Puerto Rican talent will be empowered to generate great ideas and develop them into products and approaches and scale them up to make Puerto Rico—and the world—a better place. Puerto Rico will be the intellectual laboratory of the world. Innovation will permeate all aspects of society—government, business, and human capital.

- **Open for business.** Entrepreneurship, local industry, production, and innovation will be the focus as Puerto Rico becomes an exporter of knowledge, goods, and services. Streamlined government, reduced complexity, increased ease of doing business, and the eradication of bureaucratic obstacles will lead to a competitive and sustainable business environment.

- **A connector of the Americas.** By virtue of Puerto Rico's unique geographical advantage and its cultural ties to North, Central, and South America, Puerto Rico will be the nexus of business, finance, and diplomacy for the Americas.

- **A place that enhances the quality of life of the U.S. citizens of Puerto Rico.** Puerto Rico must advance all possible initiatives that bring us closer to statehood and that allow us to gain full political and economic equality with the rest of the states of the Union. To achieve parity in federal transfers, especially in programs linked to payroll taxes, such as Social Security and Medicare, we need to maximize the opportunities and engagement to obtain long-term and equitable solutions. Part of these efforts include achieving equality in the quality of health care services and education, achieving equality in per capita income, and establishing a clear and safe path to the maximum expression of equality: statehood.



Governor Ricardo Rosselló, shown at the Aspen Ideas Festival, displays a hand-drawn map that illustrates his vision of a new, stronger, better, and more resilient Puerto Rico.

AR_0017402

To achieve this vision, the efforts that were put in motion before the hurricanes, including the Plan for Puerto Rico (see graphic below), are even more important now. First and foremost, reforming government is vitally important to setting Puerto Rico on this aspirational course.



The *Plan for Puerto Rico* seeks to establish a new form of governance—efficient, sensitive to the most vulnerable, and based on citizen participation—focused on developing Puerto Rico's human capital and economy using a number of near-, medium-, and long-term strategies. The *Plan for Puerto Rico* introduced a Socioeconomic Model for Growth, which identifies four building blocks for Puerto Rico.

By developing and protecting human capital, which is critical for the socioeconomic transformation and for leveraging cutting-edge science and technology and developed through the lens of innovation, the *Plan for Puerto Rico* emphasizes (1) an effective and transparent governance, (2) fiscal responsibility, (3) equality and statehood, and (4) productivity and value added.

**Effective and transparent governance:** Effective and transparent governance will provide citizens and stakeholders with information on how the government is working to improve their lives and on the overall conditions in Puerto Rico. This includes insight into how the government's dollars are being spent. (As it relates to hurricane recovery, every stakeholder must and has the right to know that every single recovery dollar spent Puerto Rico is being managed properly and used for the intended purpose: the benefit of American citizens of Puerto Rico and the world.)

**Fiscal responsibility:** For the past few decades, economic challenges have contributed to government budget shortfalls. The road to recovery includes a recognition of the importance of fiscal responsibility and a pathway to a government that can fund its activities without external support.

**Equality and statehood:** The administration and the people support equality and statehood. The majority of the American citizens in Puerto Rico have voted for and passed referendums for statehood twice. This issue must finally be resolved.

**Productivity and added value:** Puerto Rico aims to use four mechanisms (investments, exports, transfers, credit) to drive economic growth. The plan is to take steps to encourage increased investments, improve fiscal stability to enable access to credit, promote exports of goods and services through growth-oriented strategies and increase stewardship of transfers of funding from Federal and other sources. Our recovery efforts will lead to increasing each of these funding mechanisms for Puerto Rico.

AR_0017403

JA_570

## Reforming government

Achieving the vision for a stronger Puerto Rico requires government reform to fix chronic problems, improve policies, build a stronger and more resilient base, and take a longer-term view. Puerto Rico is developing laws and policy that will reduce the cost of doing business through tax reform and energy reform, reducing excess legislation and regulation, and revamping the education system to produce a competitive labor force.

Many steps are currently being planned or are under way to create a new approach to government that will work to more effectively support the well-being of all Puerto Ricans:

- **New government act:** Puerto Rico has 131 agencies, which is both costly and creates challenges relating to a siloed and complex bureaucracy. The central government will consolidate these to approximately 35 agencies. A newly enacted law will facilitate this change, and create a more effective and "right-sized" government structure.

- **Government as Single Employer Act:** The Single Employer Program positions the central government as the sole public service employer and establishes the concept of mobility for employees among different agencies and departments. This program will act as a vehicle to enable transformation by allowing the government to more efficiently allocate resources across the new government structure, and will create opportunities for government employees. The program mobilization plans will be aligned with the right-sizing efforts as opportunities are identified to create pathways to move employees to areas of greatest need within the government.

- **Eliminate red tape:** The Government of Puerto Rico has made a commitment to review all 8,994 registered regulations, including the 4,727 regulations that have not been reviewed since approval.



| 1 | 2 | 3 |
|---|---|---|
| Reduce the amount of red tape and bureaucracy that exists within the government | Identify outdated regulations to spur job creation and economic growth | Change the role of the government from a regulatory agent to a facilitating agent |

AR_0017404

JA_571

## LEGAL FOUNDATION TO ENSURE THE EASE OF DOING BUSINESS AND TO ATTRACT HUMAN CAPITAL

This competitive framework provides incentives for relocation to Puerto Rico, offers tax advantages for the export of goods and services, and allows companies to take advantage of tax incentives in exporting services anywhere in the United States.

Act No. 20 of 2012, known as the Act to Promote the Exportation of Services, provides attractive tax incentives for companies that establish and expand their export services businesses on the Island. The law promotes investments in research and development and initiatives from the academic and private sectors by granting credits and exemptions for these activities. It also helps to decrease operational and energy spending for companies moving to the Island to help their operations remain profitable and efficient.

Act No. 22 of 2012, seeks to attract new residents to Puerto Rico by providing a total exemption from Puerto Rico income taxes for all passive income realized or accrued after such individuals become bona fide residents of Puerto Rico. This relocation is intended to result in new local investments in real estate, services and other consumption products, and in capital injections to the Puerto Rico banking sector, all of which will accelerate the economic growth of the Island.

Act No. 73 of 2008, known as the Economic Incentives Act for the Development of Puerto Rico, was established to provide the adequate environment and opportunities to continue developing a local industry, offer an attractive tax proposal, attract direct foreign investment, and promote economic development and social betterment in Puerto Rico.

While regulations can be effective at promoting and protecting public interests, outdated and obsolete regulations may unnecessarily curtail economic growth and impede private sector investment. The DALE TIJERA program seeks to identify ineffective and outdated regulations throughout the government as a first step toward eliminating unnecessary red tape.

- **Digital reform to improve service provision:** The Government of Puerto Rico will review its provision of services to ensure that they are provided as efficiently and effectively as possible, including by taking advantage of online services to improve access to functions like requests for permits. Currently, the Government of Puerto Rico provides 340 services. These will be reviewed to identify those that would benefit from an innovative approach that takes advantage of digital technologies.

Achieving the vision requires turning the corner on downward trends by jumpstarting economic growth. Efforts to improve the ease of starting and expanding business are under way, including development of tools, laws, and policies to make Puerto Rico highly competitive. Reducing the cost of doing business, create incentives to attract capital investment and developing a robust business class that is sustainable are all key drivers of economic growth. Some of the efforts under way to develop the legal framework to spur growth are described in the sidebar to the left.

AR_0017405

JA_572

## SPECIFIC INITIATIVES TO IMPROVE THE BUSINESS ENVIRONMENT

These initiatives include new investments across the spectrum of the economy.

**Destination Marketing Organization (DMO).** Through the approval of Act No. 17 of 2017, Puerto Rico's tourism marketing is now in the hands of a specialized private sector entity, the Destination Marketing Organization (DMO). The DMO will maximize the use of available marketing funds by investing strategically and providing continuity to marketing and promotional efforts. The DMO will be self-funded with income from the industry through casino revenues, room taxes, and others. The entity was incorporated in June 2017, and its thirteen Board members were named. The DMO is now able to receive donations, establish and collect reasonable fees for its services, develop a sponsorship program for private funding, and formalize cooperation agreements with governmental and nongovernmental organizations.

**Invest Puerto Rico (IPR).** To promote private sector investment and growth on the island, Invest Puerto Rico (IPR) was created through the approval of Act No. 13 of 2017. IPR has several components. It markets Puerto Rico as a business-friendly jurisdiction to attract new investors. It develops and reviews new export strategies. It provides a portfolio of services to potential investors that facilitate their establishment on the island, and develops strategies that result in the development of supply chain linkages on the island. The entity was incorporated and its eight Board members were named in August 2017 and are meeting regularly to establish the entity's bylaws (approved November 2017), administrative processes, and initial programs.

**Permit reform.** Puerto Rico passed the Permitting Reform Act (Law 19-2017) in March 2017, which streamlines the permitting process for businesses to promote new investments, job creation, and economic development in the Island. The law promotes economic development and reduces burdensome processes, with the goal of turning Puerto Rico into an attractive destination for investment. It expedites and consolidates multiple processes to obtain permits, certifications of fire prevention, environmental health licenses, and authorizations into one Single Permit.

It also increases Puerto Rico's competitiveness and places the Island in a better position to attract foreign investment. Small- and mid-sized businesses are now able to obtain the Single Permit automatically. Law 19-2017 also created the Unified Information System, which integrates all requirements to do business in Puerto Rico into a single website (One Stop-PR Doing Business). This reform allows users to apply for both state and municipal permits and licenses online.

These changes are a significant step in improving the ease of doing business and are critical levers to improve Puerto Rico's ranking in the ability approve and issue permits in a transparent manner. The image below is an example of how permit reform works.



**KEY TOPICS**

Dealing with construction permits

| | Target |
|---|---|
| **138** out of 190 | 87 |

**PROBLEM INDICATORS**

**22** **Procedures:** Too many separate steps required to commence operation.

**165** **Time (days):** 120 days (or 73% of the time) is due to evaluation in Municipal permits offices.

**6.3** **Cost (% of value):** 80% of total cost is due to Municipal construction.

**GOVERNMENT ACTION**

New Single Use Permit in place.

15 out of 19 autonomous municipalities have been integrated in the Unified Information System.

Municipal construction tax will be evaluated as part of Regionalization of Services initiative.

In addition, Executive Order 004-2017 creates an interagency group to oversee the permit process of critical infrastructure projects. Executive Order 003-2017, among other action items declares a state of emergency in the critical infrastructure of Puerto Rico and addresses the use of an expedited permitting process under Act. No. 76-2000 seeking to promote the development of new infrastructure, including but not limited to, the use of renewable energy.

AR_0017406

JA_573

JA_574

## Opportunity Zones

The Tax Cuts and Jobs Act of 2017 created Opportunity Zones to spur investment in distressed communities throughout the country. The U.S. Department of the Treasury and the Internal Revenue Service have designated Opportunity Zones for every state, as well as Puerto Rico.

The Opportunity Zones legislation aims to attract investment capital through a unique tax-advantaged opportunity to invest "recognized capital gains" in Qualified Opportunity Zones. Under the Opportunity Zone Program, states nominate low-income communities to be designated as Qualified Opportunity Zones, which are then eligible for the tax benefit. In the case of Puerto Rico, the entire island has been designated a Qualified Opportunity Zone.

The extensive damage from the hurricanes created short-term challenges, but also created a longer-term redevelopment opportunity for the island. Puerto Rico has a comprehensive redevelopment agenda, combining near-term relief with longer-term transformative redevelopment. Puerto Rico's island-wide Opportunity Zone designation creates a universe of Opportunity Zone investment opportunities far broader than those in other, much smaller zones.

Puerto Rico is currently designing an innovative Opportunity Zone program that will attract private investment in development projects that will complement and leverage the use of federal funds to diversify Puerto Rico's economy and promote comprehensive economic recovery. A powerful tool for transformative reconstruction and redevelopment, the Opportunity Zone program will stimulate private investment in distressed communities, stem the migration of people away from the Island, and position Puerto Rico as a 21st Century economy.

## Digital government

By integrating information technology and digitizing processes that will enable organizational changes, the government will enhance delivery of services and achieve operational savings government-wide. The foundation for the government's socioeconomic development model is based on science, technology and innovation. The mission is to enable the transformation of Puerto Rico through innovation, technology, and a collaborative approach to challenges that will result in new knowledge and real impact; among the initiatives for a digital government are the following

- **Innovation plan.** This presents a comprehensive strategic and tactical innovation plan for Puerto Rico that addresses short-term initiatives and outlines a long-term vision.
- **Technology infrastructure.** We will design and build a resilient, cutting-edge technical infrastructure as a basic building block to support Puerto Rico's innovation agenda and technology development.
- **Dashboard.** The dashboard provides real-time and historic data to measure performance and accountability, recognizing data as a strategic resource.
- **Proactive institute.** This improves strategy definition and decisionmaking with the aid of data analytics, predictive models, and artificial intelligence.

AR_0017407

## Tying the recovery effort to Puerto Rico's transformation

These disasters have presented Puerto Rico with an opportunity to accelerate many of the reforms and initiatives across the Island. Recovery cannot focus only on repairing damages from the disaster; it must also look to economic recovery. It is true that federal, philanthropic, nonprofit, and private investments in recovery are greatly needed to repair the damages caused by Hurricanes Irma and Maria. But reforms must be implemented that will protect those investments over the long term and encourage economic growth. Puerto Rico is ripe for transformative innovation; the Island will not only address recovery needs but also address the chronic issues and ongoing concerns that have been a drag on Puerto Rico's ability to prosper. Recovery dollars will be invested with the intent to propel Puerto Rico toward the visions and goals set forth in the foundational plans. It is essential that capital investments be used in a strategic manner to affect the recovery by improving the physical infrastructure beyond its pre-hurricane condition, by improving the human capital environment, and by improving the natural capacity of the Island.

This recovery effort will become a case study on how to make smart investments that allow not just rebuilding, but building a new Puerto Rico that will be an intellectual and economic hub in the Americas. Puerto Rico will take great ideas, scale them up, show they will work, and use them as models for the rest of the world. The economic and disaster recovery plan describes eight strategic initiatives that will drive the investments for recovery of Puerto Rico. This investment strategy specifically eliminates silos and takes advantage of the cross-sector interdependence that is foundational to a successful recovery. The damage from the hurricanes has helped clearly brought into focus the importance of the lifeline systems of energy, transportation, water and wastewater, and communications, as well how the recovery can create a stronger, more resilient Puerto Rico.

The core values for the recovery are centered on

- **Capacity-building.** Through the recovery process, the goal is to build the government's capacity to handle day-to-day business and the recovery efforts. The government will enhance the local capacity to create and implement recovery plans that are strategic and integrated with the recovery of the whole Island. This will increase capacity across all components of the Island. This applies to building the capacity to execute with greater speed, accountability, and transparency, especially in terms of efforts

AR_0017408

JA_575

to improve capacity in critical infrastructure. Whether it is the electrical grid, the water systems, communication, or transportation, focus must increase our managerial abilities, output rate, knowledge, and other skills through incentives, technology, and training to effectively implement this economic and disaster recovery plan.

- **Resiliency.** This concept needs to be in every conversation. Resiliency will be the center of economic and recovery goals in order to build back better. The goal is to build a Puerto Rico that is stronger, more sustainable, and more resilient across every system, program, and component of our recovery.

- **Transparency.** This recovery will involve a significant amount of funding. It is essential that recovery efforts are transparent in reporting the funds that are coming into Puerto Rico, how these funds are spent, and how this funding fits into to the overall execution of our recovery plan. Our dashboards and report mechanisms will show that funds are expended for the benefit both of Puerto Rico and the world. The goal is a transparent and accountable recovery, and through this core value Puerto Rico will increase credibility among all our stakeholders.

- **Innovation.** Innovation must be a key integrating factor of everything. This is across all reform efforts from government service, from infrastructure to the business community, and to human capital efforts. Effective innovation techniques will help transition to a new model of sustainable, knowledge-based, economic growth where the development of human capital plays a key role. Certainly, near-term innovation will be critical across the electrical grid, water systems, communication and technology, and transportation. But innovation must be broader and included in all reforms, services, methods, concepts, and planning of repair and reconstruction. Innovation is key to reimagine a better, stronger Puerto Rico.

Currently, this economic and disaster recovery plan contains $139 billion in funding needed to accomplish the repair and reconstruction to infrastructure and to implement the reforms needed to make necessary improvements across the Island. Some of these needs will be covered by the transition disaster assistance resources, which is expected to be approximately

AR_0017409

JA_576

$94 billion. But other funding opportunities will be identified to effectively implement this vision.

The establishment of the Central Office of Recovery, Reconstruction, and Resiliency (COR3) was an essential part of implementing this vision. The idea is to have a holistic, data-driven approach to invest and rebuild. The following are key among COR3's responsibilities:

- Develop, present, and administer short-, medium-, and long-term recovery plans

- Monitor contracting for compliance and effectiveness purposes

- Implement and enforce checks and balances for procurement and approval of contracts and payments

- Deploy a proven grant-management software and provide external visibility via frequent status updates to a public website

- Coordinate and channel all efforts and activities of the government related to recovery efforts

- Process, finance, and execute infrastructure projects related to recovery efforts

The catastrophic nature of Hurricanes Irma and Maria has produced an extremely challenging recovery, and the current fiscal situation complicates these challenges. Puerto Rico has limited financial capital and a dated infrastructure. This amplifies what is at stake and emphasizes that this opportunity will be used to make significant changes in the economy and damaged infrastructure. Throughout the rebuilding process, COR3 will take a holistic approach in all phases of the operation.

Data will be a critical component of recovery. Using geospatial intelligence, the Government of Puerto Rico will assess critical areas of need or asset maps of critical infrastructure. These products can depict the critical areas of need and areas where we need to invest, such as

- **Poverty.** Data can show where the critical areas of poverty are. To reduce the poverty gap, the Government of Puerto Rico will use the data as a guiding principle of where we invest.

- **Asset map.** The Government of Puerto Rico will have asset maps for tourism, agriculture, industry, and development.

AR_0017410

JA_577

This helps to determine where investments will be made and show stakeholders where the best place is for them.

- **Infrastructure map.** Such maps can show where critical infrastructure is located. They will identify needs and where resources can be directed.

- **Population map.** Different population centers have unique needs, and population maps will help plan effectively for those needs. See, for example, income inequities in the map below.

- **Flood areas and housing.** Structures must be moved out of the flood plain. This is key to resilience.

## Median family income in Puerto Rico (2016 American Community Survey)



Data sources: Census Bureau ACS 2016, FEMA, ESRI

**Median family income**
- 11,296–15,000
- 15,001–20,000
- 20,001–25,000
- 25,001–30,000
- 30,001–33,979

AR_0017411

JA_578

## Specific Recovery Goals

 Energy 2.0

On average, the Puerto Rico energy infrastructure is about 28 years older than anywhere else in United States. Power is derived from 98 percent fossil fuels (petroleum fuel, natural gas, and coal), and the system does not meet the needs of the 21st century. Puerto Rico needs an effective, dependable, and cost-effective electric power system. This is vital to the socioeconomic transformation agenda that the Island needs.

The new power system will be based on a Privatization and Concession Model. The Government of Puerto Rico will leverage and facilitate expedited private sector investments in a modern, cost-efficient, and environmentally compliant energy infrastructure; reform PREPA operations and services to clients; and allow for greater competition in energy generation.

The government will leverage recovery funding in partnership with the private sector to develop a power sector that maximizes long-term power needs through privatization of some services or through a public-private partnership.

The goal is to implement a modern power sector that increases renewables from 1 percent to 40-45 percent and decreases Puerto Rico's reliance on petroleum fuel. The modernized system will lower costs to the consumer from the current 30 cents per kilowatt hour to 4-5 cents per kilowatt hour, which is more in line with other states.

The end state is a robust regulatory framework for lower prices. The framework will enable customers to choose how to best address their energy needs through the use and development of microgrids or nanogrids across the Island, among other technologies. A framework will increase reliability and resiliency in a customer-centric model where the consumer is in control.

The goal is for Energy 2.0 to be the model for the rest of the world.

> **The goal is for Energy 2.0 to be the model for the rest of the world.**

AR_0017412

JA_579

 Water

There are great deficiencies in water production, management, and distribution. A concise and sustainable plan for dredging and maintaining water reservoirs is needed; currently, close to 50 percent of the water produced is lost through leaks in the water distribution lines.

Other key initiatives include construction of a dam in Río Grande de Manatí in Ciales; water recovery and management and silt disposal; and reservoir restoration using laminar flow aeriation technology.

 Communications

Even with the advances made over the past several years, Puerto Rico has yet to be in an optimal position regarding the capacity of its communications infrastructure, including broadband, fiber-optics, and other technology to be competitive in the 21st century.

 Transportation

The government will modernize road and transportation systems and establish a culture of preventative maintenance. A multi-port capability is envisioned that includes promoting the development of regional airports and seaports availing ourselves of three Part 139 Federal Aviation Administration airports and four main seaports including San Juan, Ponce, Ceiba, and Mayagüez. The full development of the Port of Ponce is critical to increase resiliency and redundancy in the transportation and logistics sector.

 Resilient communities and housing

Fragility in the housing market has been fully exposed because of Hurricanes Irma and Maria. The degree of damage caused by the storms was worsened due to widespread destruction of inadequate housing structures and damage to unoccupied and unmaintained homes. It has been estimated that anywhere from 45 percent to 55 percent of Puerto Rican households have either erected or maintained houses through informal construction, a self-managed method of construction completed without the use of an architect or engineer, proper permits, and often not in conformance with land-use codes. In many cases, informal construction is occurring without proper title to the land. This type of construction reduces the structural integrity of homes to withstand natural environmental conditions and renders them ineffective to withstand hurricane conditions.

A top priority to create resilient communities and housing is a transition from informal housing to formal housing and create a path to home ownership for thousands of working families who live in rented residences.

AR_0017413

JA_580

Puerto Rico will build housing resilient to hurricanes, earthquakes, flooding, and other natural disasters. This involves getting homes out of the 100-year floodplain, more households with homeowners and flood insurance, and strict adherence to building codes to result in stronger, more resilient housing across Puerto Rico.



### Education: World-class education for all

Education in Puerto Rico must respond to the needs of a society in constant evolution and influenced by emerging global elements, while maintaining and reinforcing ethics and values. It will allow its participants to be the center of innovative ideas, promoting alternatives and solutions to situations related to their community and to society in general. Thus, schools will excel, serving as conduits of concrete ideas and viable solutions that respond to economic and social development, both globally and in our contemporary Puerto Rico.

A global objective of education is to develop human resources to the maximum of their capabilities. Puerto Rico will strive for the continuous progress of human capacity in a changing world. To do this, several fundamental changes will be established in the educational direction of Puerto Rico.

A new sustainable financial model in education will evaluate approximately 300 school closures to better realign educational facilities and services to student enrollment. The result will be a revised organizational structure at the central level, right-sized education structure, and a world-class education system where families have the right to choose the preferred education for their children.



### Health care: Healthy population with high-quality access for all

Puerto Rico will propose to the federal government an amendment to the existing state plan to reduce Puerto Rico from eight regions to a single region for health services. This will allow flexibility for patients to choose where and how their services are provided. The responsibility to insure, aside from falling on insurers, should also fall on medical groups and cooperatives that can compete on equal terms and assume risks, increasing competition. All of this will result in reductions in administrative expenditures. This rule will not prevent the establishment of agreements with municipalities or suppliers capable of providing optimal services to specific areas or

> **The goal is not to rebuild only to a pre–hurricane Puerto Rico and call the work done. Instead, these difficulties will be used as an opening to build a better Puerto Rico for everyone. The Island is positioned to become a model not only for generations of Puerto Ricans but also for the Americas and the world.**

AR_0017414

JA_581

populations. Instead, there will be competition for patients' preference among various choices of coverage.

 Public-private partnerships and infrastructure

Puerto Rico has a great opportunity to modernize its infrastructure with the use of public-private partnerships by leveraging past successes and the President's infrastructure plan. Puerto Rico's public-private partnership pipeline is the most aggressive in the United States, which, coupled with its gold standard legal framework, makes it the best jurisdiction to serve as the case study on how public-private partnerships can become one of the cornerstones for recovery and reconstruction.

Puerto Rico's current public policy in favor of public-private partnerships spans across all infrastructure sectors, including the following projects: university residential housing, maritime and ground transportation, cruise ship ports, power generation, transmission, and distribution, renewable energy, energy storage systems, water, and government services, among others.

## Conclusion

The vision for Puerto Rico is bold, aggressive, and fearless—but necessary. Puerto Rico suffered greatly from Hurricanes Irma and Maria, and the fiscal crisis exacerbated these struggles. But the recovery is an opportunity do better. The goal is not to rebuild only to a pre-hurricane Puerto Rico and call the work done. Instead, these difficulties will be used as an opening to build a better Puerto Rico for everyone. The Island is positioned to become a model not only for generations of Puerto Ricans but also for the Americas and the world. Together, Puerto Rico's government, its citizens, and partners will make a more resilient Puerto Rico that all will be proud to call home.

AR_0017415

JA_582

This page intentionally left blank.

AR_0017416

JA_583

# PUERTO RICO:
# AN ISLAND UNDERGOING TRANSFORMATION







RICARDO ROSSELLÓ NEVARES
GOVERNOR OF PUERTO RICO

AR_0017417

# 3

I n the early afternoon of September 6, the main island of Puerto Rico began experiencing Hurricane Irma's sustained tropical storm-force winds. Although Irma's southern eyewall passed just north of Puerto Rico, the Island experienced 10 to 15 inches of rainfall, concentrated in the mountains, between September 5 and 7. Rain, combined with tropical storm-force winds, caused minor damage to structures and trees and widespread power outages. Puerto Rico experienced a near total loss of electricity and water for several days. The island of Culebra suffered the most devastating impacts of Irma: Many homes were destroyed or suffered major damage, trees were uprooted, and nearly all power and water services were lost. After the hurricane, President Donald Trump issued a Major Disaster Declaration for Puerto Rico (FEMA-4336-DR), dated September 10, 2017. The Federal Emergency Management Agency (FEMA) designated nine of Puerto Rico's 78 municipalities as eligible for Individual Assistance, which provides relief for immediate needs and housing restoration.

Less than a week after Irma, Hurricane Maria began forming in the Atlantic Ocean. On September 20 at 6:15 a.m. AST, the Category 4 hurricane made landfall on the main island of Puerto Rico with peak wind speeds of up to 155 mph. The center of the hurricane moved west-northwest from southeastern Puerto Rico, over the center of the main island. Extreme winds battered all of the main island of Puerto Rico and the island of Vieques, as well as Saint Croix in the U.S. Virgin Islands (see the figure on the next page). Most of the main island of Puerto Rico and Culebra experienced extreme flooding. In the early afternoon, the hurricane moved offshore, although tropical storm-force winds continued into the late-night hours. Hurricane Maria was the most intense hurricane at landfall in Puerto Rico since the 1928 San Felipe II hurricane and was the fifth most intense in history at landfall in the United States (including the continental United States, Puerto Rico, and Guam).

> "Puerto Rico has a hurricane season! Emergency plans exist and have been tested many times in the past, including Irma just the week before. For the most part, they successfully passed those tests. The difference is that existing plans underestimated the level of devastation that Maria created."
>
> —A senior-level FEMA official

AR_0017418

JA_585

JA_586

AR_0017419

## Estimated peak wind gusts from Hurricane Maria

### Legend

▲ Wind Sensor Location

—— NHC Public Advisory Track

### Peak Wind Gust Speed (mph)

| | |
|---|---|
| ▮ | 73.6 – 80 |
| ▮ | 80.1 – 90 |
| ▮ | 90.1 – 100 |
| ▮ | 100.1 – 110 |
| ▮ | 110.1 – 120 |
| ▮ | 120.1 – 130 |
| ▮ | 130.1 – 140 |
| ▮ | 140.1 – 150 |

0 5 10  20  30  40 Miles

NOTE: Wind gusts shown are model estimates based on limited sensor data. Estimated 3-second wind gust speeds (mph) at 10 meters above ground over flat open terrain from a model (from Applied Research Associates, Inc.) fit to surface-level observations using National Hurricane Center storm track (smoothed at 1400 UTC on 9/20/2017) and central pressure data through Forecast/Advisory 37 at 0900 UTC on 9/25/2017.

The hurricanes damaged bridges across Puerto Rico, including this one in Utuado. About half of Puerto Rico's bridges were structurally deficient or functionally obsolete before the hurricanes.
Alvin Baez / Reuters

Source: ARA (http://maps.redcross.org/website/DROMaps/ Images/Current/ARA_Hurricane_Maria_Wind_Maps_v13.pdf)

| 38 | PUERTO RICO: AN ISLAND UNDERGOING TRANSFORMATION

Many parts of Puerto Rico received 15 inches of rain or more from September 19 through September 21, 2017. The concentrated rain from the two hurricanes led to more than 41,000 landslides across a significant portion of Puerto Rico—and at least one landslide per square kilometer in most of the mountainous areas. Hurricane Maria's extreme wind damaged most of the Island's weather stations, but those that were working logged wind speeds of 137 mph on the islands of Culebra and Vieques to the east of the main island of Puerto Rico. Mountainous terrain likely contributed to the higher wind speeds and the widespread flooding of streams and rivers. In response, President Trump issued a second Major Disaster Declaration (DR-4339-PR) on September 20, and FEMA extended eligibility for both Public Assistance and Individual Assistance to all 78 municipalities.

## Preparation for and response to Hurricanes Irma and Maria

Among the municipalities that responded to a survey conducted by the Homeland Security Operational Analysis Center (HSOAC) team, about 85 percent reported having disaster preparedness plans in place before the 2017 hurricane season, and 72 percent reported conducting emergency preparedness exercises at least once a year. Only 37 percent reported that the plans worked adequately after the hurricanes. Of those with disaster preparedness plans in place, 57 percent of the plans specifically addressed how to protect children, seniors, and individuals with disabilities. Lastly, 19 of the 78 municipalities had hazard mitigation plans—which aim to reduce the ultimate damage caused by a disaster—that were out of date, according to a FEMA Community Conditions Assessment from May 2018. Some municipalities also lacked a detailed inventory of municipal assets, hindering their ability to both protect those assets ahead of a disaster and facilitate their repair and recovery afterward. Prior to the hurricanes, Puerto Rico's governmental agencies took a wide range of precautionary measures to protect the Island. The Puerto Rico Aqueduct and Sewer Authority (PRASA) and the Puerto Rico Electric Power Authority (PREPA) preemptively lowered water in reservoirs and stockpiled some fuel and materials—preliminary steps that proved insufficient given the extensive damage and prolonged response period following Maria.

The approved emergency preparedness plans did not envision a disaster as extreme as Hurricane Maria in which critical systems

AR_0017420

JA_587

> "The best agent of change is all of us. We have created a directory of resources because within the community we have carpenters, builders, plumbers, etc. We have people with equipment who can help clear the roads. There's a bank of resources and that's the most valuable currency we can have, the people. Really, we're the ones who will see Puerto Rico through. Whatever comes from the outside is just mere aid, but we're the ones who will make Puerto Rico rise above."
>
> —Focus group participant from Loiza
>
> (translation)

failed and caused a cascading chain of effects. The total collapse of the telecommunications grid and widespread infrastructure damage rendered existing contingency plans insufficient and hindered coordination with state government agencies. Power outages created failures in water treatment plants. Failures in the telecommunications system made it difficult to coordinate both response operations and repair damages to critical systems. Washed-out, debris-strewn roads cut off municipalities across Puerto Rico for days and even weeks in the mountains, and local leaders indicated that they did not have the equipment they needed to address these problems. In some instances, mayors resorted to extraordinary measures to provide food and water for citizens. Many set up community food kitchens and distribution centers, where citizens and nongovernmental organizations brought supplies to share with the broader community. These community leaders were fiercely proud of the resilience that their citizens and communities displayed in the face of such devastation.

## Hurricane impacts, by the numbers

The hurricanes' impact on the people of Puerto Rico cannot be overstated. The hurricanes left in their wake deep economic losses and damage to infrastructure. Hundreds of thousands of residents needed assistance to meet basic needs for an extended period of time. The businesses that survived struggled to open their doors, given that Hurricane Maria essentially destroyed Puerto Rico's electric grid and severely disrupted cellular service, landlines, and internet access. The hurricanes shut down water and sewer services, hindered first responders' ability to dispatch 911 calls, and brought transportation to a halt. Schools and some health care facilities were forced to close, and hospitals had to rely on emergency generators.

The graphics on the following pages provide a high-level overview of damage after the hurricanes and, where available, repairs to date and remaining needs based on data collected from various entities. Damage estimates are based on available data (generally through March or April 2018) and include economic activity from the recovery effort. In many—and possibly most—cases, hurricane impacts (e.g., power outages, business interruption, road closures) persisted beyond March or April. As a result, total damage figures are not yet available.

AR_0017421

JA_588



# Infrastructure

| | DAMAGE OVERVIEW | REPAIRS | NEEDS |
|---|---|---|---|

**ENERGY**



**DAMAGE OVERVIEW**

Over **25% of transmission line towers** and poles were damaged, which rendered **100% of the power grid inoperable.**

**21% of the 1,110 gas stations** were closed.

**REPAIRS**

99.99% of customers have been energized (as of 08/03/2018)

**87% of gas stations** are re-opened (as of 3/21/18).

**NEEDS**

**Power outages** remain intermittent.

**Significant work** remains on transmission and distribution systems.

---

**WATER**



**DAMAGE OVERVIEW**

**100% of PRASA customers lacked drinking water.**

Out of service:
40 water treatment plants of 114
800 water pumping stations of 1,311
22 wastewater treatment plants of 51
222 sanitary pumping stations of 714

**Untreated wastewater spills** occurred in San Juan (13.7B gallons) and Manatí, Mayaguez, and Ponce (0.78M–1.19M gallons).

**Storage tanks were damaged** at 65 non-PRASA sites.

**REPAIRS**

As of 2/28/18:

**100% of water and wastewater treatment plants** in PRASA's principal service regions are operational.

**Drinking water had been restored** in 46 non-PRASA communities using solar-powered water pumps.

Multi-agency efforts are under way to **stabilize Guajataca Dam.**

**NEEDS**

**$2.51B** in initial estimates of hurricane damage and $16.45B in legacy pipe replacement

**$215.8M** of stormwater system damages in 51 of Puerto Rico's municipalities



---

**COMMUNI-CATONS AND INFORMATION TECHNOLOGY**



**DAMAGE OVERVIEW**

**95% of cellular sites** were out of service

**91% of private telecom infrastructure** was damaged.

**80% of above ground fiber** and **85–90% of "last-mile fiber"** was destroyed.

**1 submarine cable** supported off-Island communications for about 40 days after the primary cable landing station for many major telecom carriers flooded.

**REPAIRS**

**60% of communications infrastructure** was fully reliant on generators (as of January 2018).



**NEEDS**

**4.3% of cell sites** are out of service overall, but up to 25% of sites in some municipalities are (as of 03/21/18).

Information is limited about the extent of repairs and continued reliance on generators.

**Off-Island communications** are restored for Puerto Rico but remain vulnerable in a future storm. Culebra and Vieques are relying on microwave systems until their submarine networks are operational.

**$1.5B** in total damage to **private telecom infrastructure**

---

**TRANSPOR-TATION**



**DAMAGE OVERVIEW**

**Just 400 miles** of road were passable (out of 16,700 miles).

**100% of Tren Urbano** service was suspended.

**Bus service** in San Juan was nonexistent for two weeks.

**Air travel** was suspended for 2 days, then there were only 10 flights per day for a week.

**Major ports** and all ferry terminals and vessels were damaged.

As of 3/9/18: **15 roads and 9 bridges** were closed.

**REPAIRS**

**Tren Urbano** is operational.

**Ferry service** is operational.

**All airports** are operational.

**Seaports** are operational, and cruise ship traffic has rebounded (since early 2018).



**NEEDS**

**Estimates for repairs**
- **Public roads and bridges:** (emergency and permanent) $647M
- **Tren Urbano:** $106M
- **Other municipal transit systems:** $36M
- **Ports** in San Juan, Penuelas, Guánica and Fajardo: $906M
- **Ferries:** $38.3M
- **San Juan bus system:** $14.6M
- **PR-22 and PR-5:** $14.5M
- **Airport:** $237M

Top to bottom: AP Photo/Ramon Espinosa; Jeff Miller/Flickr; HSOAC

AR_0017422

# Infrastructure

| | DAMAGE OVERVIEW | REPAIRS | NEEDS |
|---|---|---|---|

**PUBLIC BUILDINGS**



**586 public buildings** of 778 owned by Puerto Rico Industrial Development Companyreported damage.

**More than 90%** of 735 buildings owned by Puerto Rico Public Buildings Auhority applied for assistance with debris removal and emergency protective measures, and **65% were damaged.**

**The lack of a comprehensive inventory of public buildings** and little clarity as to which entities are responsible for them have hindered repairs.



**8,500 applications** from 43 applicants **seek about $300M** in public assistance for repairs (as of 5/3/18).

**CULTURAL RESOURCES**

**60,000 artists** were put out of work.

**2,000–3,000 historic buildings** and their collections were damaged.

Official government **archives and cultural collections** were amaged.

**30% of parks** were severely damaged.

**$15,000 per artist** in replacement materials and workspaces

**$450–$700M for historic buildings**

**$5M** to repair **official government archives**

**$130–$195M** to build **storm-hardened center** to store historical and cultural artifacts

**$320M** for **park repairs,** (plus additional costs for improvements, including stormwater infrastructure)

**NATURAL RESOURCES**

**23–31M trees** may have been severely damaged or destroyed, according to preliminary estimates.

More than **40,000 landslides** damaged ecological areas and infrastructure.

Potentially **13.7B gallons of sewage** was discharged into watersheds and the ocean (in addition to 30M cubic yards of sediment in one watershed alone).

Overwash damaged **dunes.**

Strong waves eroded **beaches.**

**75% of sampled wetlands** experienced stress from high winds, flooding, and hydrology changes.

**10,000 corals** have been reattached.



**2.4M trees** need to be restored in urban areas, agroforestry plots, critical watersheds. and protected areas.

**4 high-priority watersheds** need to be managed.

**1M new corals** need to be planted in high-value areas.

**10 high-priority wetlands** need to be restored.

**24 dune sites** need to be restored and protected.

**8–10** high-value eroded **beach sites** need to be restored.

**SOLID WASTE MANAGEMENT**

**Storm debris** equaled **4–5 years of landfill capacity.**

**New unpermitted, unregulated dumps** added to 1,600–2,000 existing unregistered, unpermitted dumps.

An estimated **6M cubic yards of debris** was generated.

**Waste diversion program** kept debris equaling **1–2 years** of capacity out of landfills.

**2–4 years of landfill capacity** is left in lined, environmentally protective landfills.

The Corps of Engineers collected of **4M cubic yards of debris.**

**18 new lined landfill cells,** plus transfer facilities

**Close all unpermitted, unregulated dumps.**

**A solid waste management plan,** including more recycling and composting capacity

**Wood salvage capacity** for 45,000–100,000 logs

Top to bottom: David Santiago/Miami Herald via AP; Yuisa Rios/FEMA; Andrea Bajandas/FEMA

AR_0017423



# Economy

## Hurricane damage

Coupled with the destruction of various capital stocks, the short–term impact to economic activity was severe. Although data are limited at the time of this writing, the following are estimated impacts from post-storm data (September–December 2017) for the economy, business, and employment.

**Economic Activity Index**

Short-run decline in the Economic Activity Index (correlated with GNP) of approximately 12% over the three months following the hurricanes relative to an estimated no-hurricane scenario.

2016

2017

Short–run decline of 12%

Jan Feb Mar Apr May Jun Jul Aug Sep Oct Nov Dec

January 1980 = 100

Business and employment losses are based on projections (using pre–storm data) of what conditions would have been like without the storm. Agricultural losses were estimated and reported by the Puerto Rico Department of Agriculture.

**BUSINESS**

**LOSSES FROM THE HURRICANE**

Agricultural production: **$227 million**

Agricultural infrastructure: **$1.8 billion**

Tourism: **$547 million** in direct revenue

Trade: Large impacts on exports; imports reflect the response and recovery effort



**EMPLOYMENT**

Average private payroll employment in the 3 months after the hurricanes: **–4.35%**

Average manufacturing payroll employment in the 3 months after the hurricanes: **–1.27%**

The **overall workforce decreased** in both the number of people employed and the number of people in the labor force.

The hurricanes **accelerated the trend of residents moving away from the Island** to the U.S. mainland.

## After the hurricanes



Many sectors (e.g., tourism and trade) lag pre–hurricane levels despite an uptick in traveler counts and value of exports.

Employment (and wages) lag pre–hurricane levels.



Top to bottom: Lcrie Shaul/Flickr; Héctor Alejandro Santiago/AP; Presidencia República Dominicana/Flickr

AR_0017424

JA_591

# Society

| | **Hurricane damage** | **After the hurricanes** |
|---|---|---|
| FATALITIES | According to initial reports, **64 lives** were lost.<br><br>The official number is being reviewed as part of a study under way by George Washington University. | The data reveal that there were **1,427** more deaths in the four months after the hurricanes than normal (based on the previous four years) that may or may not be attributable to the hurricanes.<br><br>Estimates from other studies range from about 800 to 8,500 deaths from delayed or interrupted health care. |
| HOUSING | **527,000 households** that registered with FEMA indicated they had property damage.<br><br>**197,000 renter households** indicated damage to personal property (e.g., cars, TVs, clothing).<br><br>Number of Individual Assistance registrants with damage to structures or personal property:<br><br>1–4,999<br>5,000–9,999<br>10,000–19,999<br>20,000+<br><br>Map is not to scale<br><br>Most properties were **not insured**. | Total damage to all dwellings: **$33.9B**<br><br>Disbursements (as of 5/14/18)<br><br>FEMA: **$517M** in structure repair for owner-occupied homes<br><br>FEMA: **$402M** for personal property<br><br>SBA home loans: **$1.2B**<br><br>Homeowners insurance: **$358M**<br><br>A lack of accurate ownership records meant that many homeowners were not eligible for federal assistance. |
| EDUCATION | **38–44 schools were closed permanently** by structural damage. | An estimated **1,075 of 1,112 K–12 schools** had reopened by December 2017. |
| SOCIAL SERVICES | Households that applied for assistance: **90% of 1.23M** | |
| HEALTH | **5 of 16 outpatient clinics** administered by the Puerto Rico Department of Health were damaged.<br><br>**20 of 92 federally qualified health centers** were damaged. | **11% of federally qualified health centers** have limited or no grid power.<br><br>● **3** health centers have intermittent power and use generators for backup.<br><br>● **5** lack power and rely solely on generators.<br><br>● **1** is now using solar power. |

# Resilience

| | **Hurricane damage** | **After the hurricanes** |
|---|---|---|
| FIRST RESPONDERS | Stations with ability to relay 911 calls:<br>**12 of 78** police stations<br>**0 of 93** fire stations<br>**14 of 56** EMS stations<br><br>Damage to state-level communications systems (e.g., two-way radios) used in emergencies left **many agencies and municipalities without critical communications**.<br><br>Municipalities reported that **damage hurt key industries** (e.g., agriculture, tourism, retail), and that **cost for first responders was substantial**. | **Almost 90% of municipalities** in a survey had **disaster preparedness plans**, but just 37% said the plans worked adequately after the storms.<br><br>**One-quarter of police stations** were classified as "restricted use" or "unsafe" after the storms.<br><br>**All 99 fire stations** submitted public assistance applications for building repairs.<br><br>Significant numbers of **municipal personnel moved away**. |





Top and middle: Flickr Creative Commons; bottom: Carlos Giusti/AP

AR_0017425

JA_592

## The hurricanes had a human cost

In interviews and focus groups conducted after the hurricanes,[1] residents described lacking water, electricity, and even food; being trapped in their communities because roads were impassable; having no access to medical care or pharmacies; and getting injured as they rode out the hurricanes alone. In the hurricanes' wake, people reported losing their jobs because they had no gasoline to get to work, struggling to pay for necessities as prices spiked, and worrying about the disruption to their children's education.

Most poignant were the stories residents told about the psychological toll—the deaths of loved ones, the separation from family members, and the financial stress. At one focus group in Las Marias, residents related how they saw community members die after being trapped in their cars for days. One mayor said that three dialysis patients died in his town because they could not access treatment.

Many mayors spoke of the difficulty of helping their residents while being cut off from outside help. They noted that satellite phones that were provided as a contingency measure did not work and that many agencies and services were unresponsive or inaccessible. Communities in close proximity dealt with the isolation by sharing the resources they had available and working together to identify people in need and clear roadways of debris.

Although the initial death count released by the Puerto Rico Department of Public Safety was 64, the toll appears to be higher. On June 13, 2018, the Government of Puerto Rico revealed that there were 1,427 more deaths in the four months after the hurricanes than normal (based on the previous four years) that may or may not be attributable to the hurricanes, and it

"Maunabo has a lot of older, sick, and bedridden people. Here we had deaths because of the lack of electric power. I had people call me at 1 a.m. to tell me that a person died because the respiratory aid was turned off."

—Focus group participant from Maunabo (translation)

"The next day, when we were able to come out, the entire community (helped). Whoever couldn't help clear debris and take it out of the road was the one making breakfast or a pot of soup. The community gave 100 percent."

—Focus group participant from Narajito (translation)

[1] Some focus groups were conducted as part of the Reimagina Puerto Rico initiative sponsored by the Resilient Puerto Rico Advisory Commission.

AR_0017426

JA_593



## MANY MAY BE VULNERABLE TO HURRICANE IMPACTS

Any person can experience vulnerability, especially following a disaster, and it is not a static characteristic of any individual or group . Given the fluid nature of vulnerability, considering characteristics that can increase risk for people in communities can guide actions taken during each of the four phases of emergency management. People who face Communication challenges, have health Maintenance needs, rely on medical devices or supplies to remain Independent, lean on Services to manage behavioral health needs, or infants and children who rely on others for sustenance, and persons who may face Transportation obstacles all may be particularly vulnerable in a disaster (derived from the C-MIST framework for identifying the functional needs of people with disabilities or who have access and functional needs before, during, and after a disaster).

Many community members will face these issues at some point in life. Some of these challenges can be more acutely felt with age, which is of particular importance given the increasingly aged Puerto Rican population. Meanwhile, fragile transportation networks and power grids and inconsistent or easily interrupted access to services can be significant obstacles for people who live in geographically remote areas or are technologically dependent for medical services. Additionally, a communication network that is easily disrupted or does not reach all Puerto Ricans may fail to provide life-saving information in an emergency.

All phases of emergency response and recovery should consider vulnerabilities that communities and individuals face, and the impact that actions will have. For example, when rebuilding the road network, one must consider whether the efforts will promote or restrict equitable access to schools, health and social services, and economic opportunities. Similarly, with a significant portion of the population participating in safety net programs, ensuring that there are jobs and relevant training opportunities available near impacted people must be a part of any consideration of shrinking or placing restrictions on safety net programs.

will update the official count after a George Washington University study is completed. Similarly, independent researchers analyzing vital statistics data found that about 1,000 more people died in September and October 2017 than normal, largely in the hurricane's path or in mountainous rural areas. A Harvard study estimated that hurricane deaths likely ranged from about 800 to 8,500 from indirect causes, such as delayed or interrupted health care. According to a Pennsylvania State University study published August 2, 2018 in the Journal of the American Medical Association, some 1,139 people perished as a result of Hurricane María.

## Loss of power degraded other systems

The loss of power may have been the most damaging consequence for infrastructure, causing entire systems to fail. The fossil fuel–based power plants that generate most of Puerto Rico's electricity did not suffer major damage from the hurricane. However, damage to the electrical grid—including downed power lines, transmission lines, and poles—was severe. Significant work remains to restore electrical transmission and distribution systems to acceptable condition. Some water treatment plants, hospitals, and other critical infrastructure continue to use emergency generators. Although there was major damage to some wind and solar generation facilities, these make up a very small percentage of Puerto Rico's overall generation capacity.

AR_0017427

JA_594

The lack of power disrupted other systems. With much of Puerto Rico's power grid offline, wastewater treatment plants were out of service. Some sewage plants were upstream from the drinking water supply, so their failure could have increased the risk of contamination of drinking water. Water-damaged structures were exposed to other potential environmental hazards, such as mold, an increase in rodents and pests, and chemicals and waste.

Since the hurricanes, there have been concerted efforts to get water treatment plants, hospitals, and other critical infrastructure off of emergency generators, often by incorporating cutting-edge approaches that do not rely on imported fossil fuels into repairs and rebuilding. One approach is the use of "microgrids," in which solar panels or wind turbines allow customers to operate off the grid or are connected to the broader electrical grid but go into "island mode" in an emergency. In addition, dual-backup generation systems are being installed at hospitals to avoid an extended loss of power. Puerto Rico is integrating these assets into the power system and ensuring that they comply with regulations and standards.

PRASA has worked to restore water and sewer services but continues to face challenges. As of February 28, 2018, all water and wastewater treatment plants in each of PRASA's principal service regions were operational, but due to energy availability constraints, 88 percent of water treatment plants and 98 percent of wastewater treatment plants were operating below their normal operating capacity. By the same date, ten non-PRASA facilities were classified as a state priority and eight were classified as a U.S. Environmental Protection Agency (EPA) priority. Together with nongovernmental organizations, EPA has been working to repair damaged non-PRASA water systems, providing generators, and equipping systems to operate on solar power. To date, more than 1,100 solar-powered water pumping systems have been installed. In addition, EPA has been conducting support activities, such as supplying bulk water

> **"As the days went by it descended into chaos. You needed money … because it was all cash. The ATMs weren't working, the phones were cut off."**
>
> — Focus group participant from Loiza
> (author translation)

AR_0017428

JA_595

Nighttime lights in San Juan before and after Hurricane Maria

Source: NASA

BASELINE     SEPTEMBER 27–28, 2017

Luis Muñoz Marin Airport

San Pablo Hospital

and water purification tablets, for these non-PRASA systems. EPA has also been providing support to the Puerto Rico Department of Health in conducting sampling at more than 200 non-PRASA community systems, as well as many PRASA systems.

## Damage to flood protection put people in harm's way

Puerto Rico's dams, levees, natural infrastructure (e.g., coral reefs, wetlands, dunes), and other stormwater infrastructure were also damaged, which resulted in extensive flooding, erosion, and the scouring of waterways. Of 18 dams that were visually assessed, 11 had areas of erosion, and six were inaccessible due to debris, landslides, or road damage. At the Dos Bocas Dam, sedimentation and high flow damaged all three hydroelectric turbines.

Guajataca Dam—the water source for 350,000 people—suffered the most significant damage. During Hurricane Maria, Guajataca's large volumes of water flowed over the emergency spillway, which compromised its structural integrity. Evacuation was ordered for some 70,000 residents downstream and in immediate danger. Since the

AR_0017429



Damage to the Guajataca Dam spillway resulted in evacuations being ordered for 70,000 citizens at risk.

Photo: Arthur Brooks/FEMA via Wikimedia

hurricanes, Guajataca Dam's integrity has been somewhat stabilized, and temporary fixes to the spillways are under way.

## Mobile devices were nearly useless, and social service providers struggled

The hurricane's devastating effects on people's health and safety cannot be overstated. More than 80 percent of Puerto Ricans rely solely on mobile devices for telecommunications, but mobile communications broke down as the hurricanes took out antennas, fiber-optic cables, and the electric grid. Without service, people were unable to call for help, search for emergency information, and apply online for FEMA relief. Furthermore, the lack of power meant that many communications devices could not be recharged. As a result, basic resources became scarce, communities were isolated, and people with special health needs were not able to access proper care.

Damage to buildings and to electrical, water, and communications infrastructure forced the closure of hospitals, clinics, public health laboratories, food assistance offices, elder-care facilities, and other social service agencies. Even at facilities that remained open, services

AR_0017430

JA_597



Fire crews clear fallen trees in the El Yunque National Forest after Hurricane Irma.

Jose M. Martinez, U.S. Fish and Wildlife Service via Wikimedia

were compromised by intermittent access to power and water, lack of access to electronic records, and the inability of some staff to come to work. Water damage to paper records affected services and operations at the central offices of the Department of Family and in many elder-care facilities. In some schools, instruction was interrupted by the need to use the buildings as shelters.

Six months after the hurricanes, approximately one in ten of the permanent health center sites on the Island had limited or no grid power. Three health centers had intermittent grid power and were relying on generators as a backup source of power, five were without use of grid power and were relying solely on generators, and another health center was using solar power. Many Head Start centers and schools were undergoing repairs and remained closed. Infectious diseases, such as influenza, had been controlled to within comparable rates in the continental United States, although concerns about water quality have persisted (e.g., reported cases of leptospirosis spiked following the hurricane).

### Coasts, forests, and parks experienced landslides and erosion

Coastal and terrestrial natural resources act as natural infrastructure to protect communities and physical infrastructure from flooding, pollution, and other hurricane-related effects. As of June 2018, approximately 25 assessments

AR_0017431

(of categories of assets, not individual sites) of damage to natural and cultural resources were completed for the recovery plan development process, and a few were still ongoing. The full effects of Hurricane Maria on natural resources will not be known for years to come. Comprehensive, Island-wide information on the condition of natural resources before the hurricanes was not always available, making it difficult to quantify hurricane damage at this time. However, it is clear that coastal impacts included damage to wetlands and mangroves from winds, pollution discharge, excessive sedimentation, changed hydrology, and stranded boats; severely eroded beaches and dunes; and damage to coral reefs, seagrasses, and other species. One rapid assessment found significant impact to wetland buffers at 20 sites, and 75 percent of them had increased stress, mostly due to debris, tree defoliation, disease, damage, and changes in hydrology. About 11 percent—or approximately 13,600 acres—of reefs were also damaged. Coral harvesting, pollution, overfishing, and illegal development practices may inhibit the natural recovery of Puerto Rico's coastal resources.

Damage to forests was also widespread, with an early order-of-magnitude estimate of between 23 million and 31 million trees killed or severely damaged. Detailed field studies are required to understand the extent of long-term damage to forests. Tens of thousands of landslides increased sedimentation in reservoirs and behind dams, caused flooding hazards, trapped fish in streams, polluted marine environments, and blocked roads and trails. Although these reservoirs were filling with sediment before the hurricanes, landslides substantially exacerbated reservoir capacity challenges and other environmental issues. Preliminary estimates suggest that landslides added an estimated 30 million cubic yards of sediment potential in one watershed alone.

Virtually all this natural damage affected the mortality and habitat of animals. For example, 53 percent of the hawksbill sea turtle nests at Humacao Nature Preserve were lost as a result of the hurricanes, while other species lost their food sources (e.g., seeds), and concerns remain regarding pollinators. Facilities critical for the captive breeding program of the Puerto Rican parrot, a culturally significant, endemic species, were also damaged. These impacts put many threatened and endangered species at a higher risk of extinction, thereby reducing biodiversity and resilience in the long term.

AR_0017432

JA_599



Staff from the U.S. National Archives and Records Administration demonstrate how to clean books and historical artifacts to Puerto Rico General Archive and National Library staff members.

Andrea Booher/FEMA

Before the hurricanes, the majority of landfills were over capacity and/or out of compliance with environmental regulations. After the hurricanes, 1,600–2,000 unpermitted, unregistered dumps have proliferated around Puerto Rico. Hurricane stormwater carried an unknown quantity of pollutants off these sites, potentially affecting the environment and human health. Then, the hurricanes generated a massive amount of debris and solid waste. Unless new cells come online and more-comprehensive waste management measures are adopted, Puerto Rico will run out of landfill capacity in two to four years, not accounting for likely additional waste as hurricane-damaged buildings are demolished.

Finally, wind and water weakened physical structures at hundreds of historic and cultural sites, including Fortín de San Gerónimo de Boquerón (an 18th-century fortress) and the National Library and General Archives, which has a statutory requirement to maintain records significant to Puerto Rican governance and history. Many of the collections of artifacts housed inside these sites were also damaged from hurricane effects and loss of power. Water damage has also increased the risk of mold. Artisans and performers who constitute the cultural community in Puerto Rico lost materials and income.

As of May 2018, coral reef and critical species stabilization was under way. Puerto Rico's Solid Waste Authority estimated that the hurricanes created 6.2 million cubic yards of waste and debris. By May 15, 2018, the U.S. Army Corps of Engineers had collected 4 million of the 4.15 million cubic yards of debris it was tasked with collecting. Vegetative debris is turned into mulch, and other materials are sent to recycling centers or landfills, preferably for use as cover material. Mulch can also be blown into forests to decompose or used for enriching agricultural soil. Precious woods are harvested and made available for future needs, such as commercial sale and for repairs to historic properties through a pilot program. In many cases, cultural institutions have reopened to the public, but sometimes with temporary fixes for structural damage or with diesel generators to provide power. Cultural institutions are also being provided emergency preparedness education, response kits, and protocols in preparation for future disasters.

## Municipal governments were severely impacted

Because of chronic financial pressure, the migration of residents away from the Island, stagnant economic growth or economic

AR_0017433

JA_600

contraction, and overlapping and sometimes duplicative service delivery, municipalities in Puerto Rico faced substantial challenges prior to Hurricanes Irma and Maria. These issues have contributed to more than 60 percent of municipalities running operating deficits in 2016, with many carrying deficits over multiple years, and the amount of municipal debt has increased by more than 50 percent since 2007. Hurricanes Irma and Maria exacerbated these underlying problems by placing additional stress on local economies and municipal finances while creating new issues. A survey of municipalities showed that the hurricanes led to declines in economic activity, particularly in such key industries as agriculture, tourism, and retail. This has led to substantial declines in revenue collection from key sources of municipal revenue, such as sales taxes and business license fees. Because the municipalities were the first responders after the hurricanes, they also incurred substantial unplanned expenses that they could not afford, and many have yet to be reimbursed—negatively affecting their ability to provide services and fund reconstruction projects.

Mayors and municipal staff also reported significant damage and continuing needs across key sectors that impact their constituents' lives and the capacity to govern effectively. Extensive power and telecommunications outages; lack of access to safe drinking water or adequate sewers; and, at times, limited access to health services created immediate health and safety hazards—some of which persisted as of July 2018. For example, about half of the 78 municipalities surveyed in June 2018 reported that their stormwater systems were still unable to handle excess water and prevent flooding when it rains. Almost one-quarter of municipalities—24 percent—reported that half or less of their community had landline or cellular service, while 41 percent of municipalities reported that half or less of their constituents had access to internet services (as of May and June 2018, respectively). Some municipalities noted that they still had communities without electricity.

Municipalities also lost significant human resource capacity: almost all municipalities surveyed lost personnel as a result of residents leaving Puerto Rico following the hurricanes, and nearly half reported significant reductions in policing due to loss of personnel and resources.

**A survey of municipalities showed that the hurricanes led to declines in economic activity, particularly in such key industries as agriculture, tourism, and retail.**

AR_0017434

JA_601

## Crosscutting disaster and economic recovery needs

Since the hurricanes, Puerto Rico has been working to restore services, reopen schools and other public buildings, and help residents return to something approaching normal, but much work remains to be done. The previous sections in this chapter identified needs in individual sectors, and the following sections identify unmet needs that cross multiple sectors. The needs are separated into short-term (1-2 years) and longer-term (3-11 years) needs, roughly corresponding to the time needed to address them.

## Short-term needs

### Continued efforts to improve governance

As previously mentioned, the Government of Puerto Rico had begun implementation of initiatives outlined in the *March 2017 Certified Fiscal Plan* when the hurricanes hit in September 2017. These ongoing efforts to achieve fiscal responsibility will be critical to ensure that the appropriate capacity exists to support a transparent recovery and promote a strong economy. Local municipality governments will also need the capacity to secure and manage recovery funds.

### Some critical infrastructure remains nonfunctioning or in disrepair

Reestablishing power, communications, and water utilities across Puerto Rico remains a priority. While reliable power, communications, and water are important to the economy, they are crucial to giving Puerto Ricans a sense of normalcy, protecting their health and well-being, and confirming that all regions will take part in the recovery. It is critical to repair the energy grid and, in the process, use strategies that support the future resilience of water treatment plants, hospitals, and other critical infrastructure currently relying on emergency generators. These efforts would reduce vulnerability to crashes, outages, or future hurricanes.

### Homes remain damaged or destroyed

Rebuilding or repairing the approximately 166,000 residential structures that were either damaged or destroyed during the hurricanes remains a key priority in the short term. These efforts are critical for all damaged residential structures—particularly

RECOVERY NEEDS ARE
SEPARATED INTO

**Short-term
(1–2 years)**

and

**Longer-term
(3–10 years)**

AR_0017435

JA_602

for the homes built before more-protective building codes and zoning regulations were adopted or for which building codes and land use policies were not enforced. Historically, enforcing building codes has been complicated by a lack of resources for qualified inspectors and an uneven history of requiring building permits before construction could proceed. A major challenge during the recovery will be to require building permits, which has implications for both personnel and processes to enforce building codes and collect penalties. The houses that were not damaged by the hurricanes also remain at risk unless they too are brought up to code or demolished if they are in hazardous areas.

### Emergency preparedness plans need updating

With the arrival of a new hurricane season, it is critical for Puerto Rico to address gaps in the emergency preparedness infrastructure so that all residents and businesses are protected in a future disaster. Given that just 37 percent of municipalities reported that their response plans worked adequately after the hurricanes, the Puerto Rico Emergency Management Agency is working to update or develop plans for all 78 municipalities with local input and in partnership with FEMA, which is also educating residents on preparedness and developing the government workforce. Coordinating parties responsible for the emergency response and for stockpiling materials, resources, and personnel are short-term priorities.

### Responsibility for various infrastructure, assets, and services is not clearly established

After the hurricanes, determining which agency was responsible for maintenance and repairs of various infrastructure and public buildings was difficult because many sectors had no comprehensive asset inventory or management system. The threat posed by a new hurricane season makes clarifying ownership and responsibility an immediate need. Creating a comprehensive inventory and management system is a next step for the housing, energy, transportation, and public buildings sectors in particular.

Similarly, Puerto Rico's mayors believe that the overlapping responsibilities between the municipalities and the Government of Puerto Rico for maintaining and clearing debris from roads led to coordination issues and delays in getting critically needed supplies to some areas after the hurricanes. There appears to

**Creating a comprehensive inventory and management system is a next step for the housing, energy, transportation, and public buildings sectors in particular.**

AR_0017436

JA_603

be emerging consensus about the need to rethink how services are delivered more broadly—including creating regional structures—to improve efficiency, reduce costs, and improve the lives of citizens. This reorganization is needed to respond to future disasters and streamline service delivery, and will require involving key stakeholders across Puerto Rico.

## Longer-term needs

### Economic contraction that precipitated population loss and inhibits recovery must be addressed

From 2006 to 2016, Puerto Rico lost a net 525,769 migrants—equivalent to 14 percent of its total population. Population estimates for 2017 are not expected from the Census Bureau before the end of

**Puerto Rico's population was already declining; the hurricanes made future losses harder to project**



AR_0017437

JA_604

the year, and access to the restricted records will be required to isolate the flow of residents away from the Island after the hurricane. In the interim, school enrollments provide a well-established indirect source of migration data. Over the six months following the hurricane, nearly twice the number of Puerto Rican children had enrolled in schools in the continental United States on an annual basis than had enrolled in each of the previous three years.

Based on this analysis, policies related to the following broad strategies will be considered in order to stabilize the population and encourage economic growth:

- Increase the attractiveness of doing business in Puerto Rico by lowering the financial and nonfinancial costs of doing business and stemming the flow of residents away from the Island.

- Increase the formal labor force participation rate by reducing or removing disincentives for formal work and by strengthening the education and workforce development system so the labor pool has sufficient skills to meet the demands of an evolving economy.

- Broaden the tax base, improve tax collection rates, and increase the fiscal and economic resilience of Puerto Rico through a flattening of the tax structure, and lower dependence on particular tax exemptions that have not produced the expected benefit returns.

- Increase fiscal discipline to ensure a sustainable and right-sized public sector.

## Municipal priorities for economic development and recovery

The municipalities that HSOAC met with generally noted that revitalizing Puerto Rico's urban centers should be a key focus of economic recovery efforts. Participants argued that this would allow the central and municipal governments to reduce expenditures and take advantage of economies of scale by concentrating delivery of key services; provide employment opportunities to residents; keep tax revenues within the municipality; reduce social isolation for the poor, older adults, and those with special needs; and improve resilience and facilitate

AR_0017438

JA_605

more-effective emergency response and recovery in the event of another natural disaster.

Municipalities were asked to share their visions for recovery and economic development. Although responses varied substantially across 12 regional roundtables, the following broadly shared objectives emerged:

- Invest in rebuilding and upgrading key infrastructure, including energy, telecommunications, water, and transportation.

- Incentivize large manufacturers to stay in Puerto Rico.

- Reduce labor shortages by both incentivizing workers to stay in Puerto Rico and allowing businesses (particularly agribusinesses) to bring in foreign workers on temporary visas.

- Involve municipal authorities in identifying priorities for their region to support planning at the local level.

- Ensure authority and funding at the local level for planning and implementation of development projects.

- Expand investment in projects related to the visitor economy and tourism to all municipalities in Puerto Rico—not just the traditional hotspots.

### Housing, social service, health, education, and infrastructure systems must be scaled for the current and future population

Across sectors, housing, social service systems, financial planning, administrative functions, and physical infrastructure have not been appropriately scaled and adjusted to sustainably meet the health, social, and economic needs of Puerto Rico's citizens. The simultaneous challenges posed by people moving away, the low birth rate, and the aging of those who remain require right-sizing education, workforce development, health, and social services to better match the population's size and needs. For example, older adults may require more emergency and support services or a wider variety of transportation options, and public utilities must be reconfigured to become financially solvent despite a shrinking customer base. As efforts proceed to build a new Puerto Rico, investments are needed to transform the education system; rebuild and enhance health and social service infrastructure; and repair, rebuild, and right-size the public buildings inventory.

AR_0017439

JA_606

The effectiveness of these investments will be affected by where people choose to live. The difficulty restoring services to remote and vulnerable communities after the hurricanes convinced many mayors that Puerto Rico needs to invest in revitalizing urban centers and bolstered support for implementing regional approaches to providing services and reducing duplication of effort (voiced during a series of roundtables with mayors). "No tiene sentido"—it makes no sense—one mayor said about plans to spend $5 million to rebuild roads and bridges connecting one community to the rest of the municipality because its location ensures that disaster will strike again. Many mayors said that it was much easier to provide and restore a wide range of services to citizens living in urban centers, which is especially important as Puerto Rico's population ages. All of this underscores the importance of monitoring the population's size and updating assumptions about trends in fertility and residents relocating outside of Puerto Rico.

### Infrastructure in Puerto Rico is vulnerable to natural hazards and needs to be built to 21st-century standards

Many years of deferred maintenance has degraded Puerto Rico's infrastructure and raised repair costs. Degraded power and water facilities in particular result in lost revenue that puts public utilities and agencies further in debt. In addition, many of Puerto Rico's systems are not built according to the latest standards. Developing infrastructure that meets 21st-century standards will make Puerto Rico more attractive to businesses, potential immigrants, and returning residents and will also help increase the tax base. To do so, Puerto Rico will have to transform the energy system; modernize the telecommunications system; rethink the water system; rebuild and strengthen maritime, surface, and air transportation; and repair and rebuild residential housing, among other investments.

In addition, Puerto Rico has entered another hurricane season, and other natural hazards—such as drought, sea-level rise, and significant seismic events—have the potential to affect infrastructure and residents. Risks to Puerto Rico communities from the impacts of the changing climate are projected to increase because of changes in atmospheric and sea-surface temperatures, the frequency and intensity of inundation events, storm surges, and ocean acidification. Understanding these vulnerabilities and creating robust and flexible systems will take significant investment moving forward, and these investments

**Developing infrastructure that meets 21st-century standards will make Puerto Rico more attractive to businesses, potential immigrants, and returning residents and will also help increase the tax base.**

AR_0017440

JA_607

will restore, plan for, and develop the natural environment alongside built infrastructure in the face of future uncertainty.

## Building-permit and code-enforcement gaps reduce the effectiveness of utilities and perpetuate activity in the informal sector

Before the hurricanes, informal buildings and infrastructure, including residential septic tanks, were commonly constructed without permits and thus were not in compliance with building codes. Construction was allowed to occur in areas that are known to be hazardous, such as areas prone to flooding and landslides. Similarly, unmetered water connections and inconsistent electricity metering were common, and laws and regulations governing these activities were not rigorously enforced. As the Island rebuilds, the Government of Puerto Rico will clarify which entities are in charge of regulation and enforcement, and partner with those entities to improve building codes, standards, and enforcement to protect residents from substandard buildings and vulnerable locations and to improve the collection of fees and taxes across the Island.

## Timely and accurate data on Puerto Rico's economic and fiscal status are required

Both the public and private sectors require timely, accurate, and comprehensive information to make effective strategic decisions regarding both recovery and day-to-day operations. Puerto Rico's outdated methods of national income accounting and lack of participation in some data programs (including those of the U.S. Census Bureau, U.S. Bureau of Labor Statistics, U.S. Bureau of Justice Statistics, U.S. Department of Health and Human Services, Energy Information Administration, National Center for Education Statistics, National Center for Health Statistics, and U.S. Department of Agriculture) limit the quantity of information available relative to U.S. states. Although the Puerto Rico Institute of Statistics has been recognized as an exemplar of good statistical practice, it cannot be expected to fill this gap at historical funding levels.

AR_0017441

JA_608

This page intentionally left blank.

AR_0017442

# PUERTO RICO'S OPPORTUNITY







RICARDO ROSSELLÓ NEVARES
GOVERNOR OF PUERTO RICO

AR_0017443

**4**

According to the Federal Emergency Management Agency (FEMA), as of July 2018, nearly $35 billion in funding had been allocated to Puerto Rico. These initial obligations only begin to cover the investments needed to move Puerto Rico toward its broader vision of economic and disaster recovery. Additional recovery funds present a unique opportunity to advance the vision for a transformed Puerto Rico. This unprecedented influx of resources will

- allow transportation and energy systems to be rebuilt and made more resilient, schools to be redesigned, and the health care and emergency services systems to be modernized

- increase the supply of resilient housing, especially for older adults and other people in vulnerable circumstances

- attract additional investors from the private and philanthropic sectors

- allow the unique natural and cultural resources of Puerto Rico to be protected in alignment with these goals.

Although fundamental, federal funds will not be enough to achieve this vision or necessarily fully achieve all of the goals set forth in this plan for society, the economy, infrastructure, and resilience; the private sector and philanthropy will also be essential sources of funding. While the vision and goals of the plan are meant to be aspirational, making them a reality will require innovative thinking about how post-disaster assistance can be most productively invested in a way that encourages new investments and continues to build a strong and sustainable economy and a vibrant society through public-private partnerships.

### Recovery investments can help propel Puerto Rico toward its vision and goals

Puerto Rico's economic development and growth requires investments not only in making its infrastructure stronger and more resilient but also in promoting the health and well-being

> ## "This is a transformative moment in the history of Puerto Rico."
>
> —Governor Ricardo Rosselló

AR_0017444

JA_611



## Hurricane Disaster Appropriations

After Hurricane Irma, the Continuing Appropriations Act, 2018 and Supplemental Appropriations for Disaster Relief Requirements Act, 2017 (Public Law 115-56) was signed into law. It included $7.4 billion in Community Development Block Grant – Disaster Recovery funding (CDBG-DR), of which $1.5 billion was subsequently allocated to Puerto Rico. It also added $7.4 billion to the Disaster Relief Fund (DRF), which supports Public Assistance (PA), Individual Assistance (IA), and the Hazard Mitigation Grant Program (HMGP). These funds support all U.S. ongoing disaster recovery efforts.

After Hurricane Maria, President Donald Trump issued a major disaster declaration, and the Additional Supplemental Appropriations for Disaster Relief Requirements Act, 2017 (Public Law 115-72) was signed into law, including funds for the Disaster Assistance Direct Loan Program (managed by the Federal Emergency Management Agency), the Disaster Nutrition Assistance Program (managed by the U.S. Department of Agriculture), and the General Fund (part of the National Flood Insurance Program). It also added $18.7 billion to the Disaster Relief Fund.

In February 2018, the Bipartisan Budget Act of 2018 (Public Law 115-123) was signed into law and appropriated an additional $28 billion in CDBG-DR funding, of which $18.4 billion was subsequently allocated to Puerto Rico. It also added $23.5 billion to the Disaster Relief Fund.

These three disaster-relief related acts (Public Laws 115-56, 115-72, and 115-123) also included $35 billion of non-DRF, non-CDBG-DR appropriations to federal agencies for specific disaster-relief activities.

of both its people and environment. To truly propel Puerto Rico toward the vision and goals laid out in this plan, the Government of Puerto Rico will be strategic in selecting initiatives that leverage and maintain investments in infrastructure, people, and the environment while also setting the stage for diversified economic activity and building capacity in areas that attract and support new public-private partnerships and other investors. Federal recovery investments in infrastructure, people, the environment, and strategic economic and societal capacities will need to be combined with efforts to attract and maintain new partners and investors and efforts to lower the cost of doing business by reducing transaction costs; streamlining permitting and enforcing property rights; and providing timely, accurate information. To maintain both federal and private or philanthropic partnerships, governance and policy need to promote transparency, reflect appropriate regulations and procurement processes, and be enforced adequately.

## Investing can promote disaster recovery and enduring economic recovery

As Puerto Rico moves forward in its economic and disaster recovery activities, investing in infrastructure, people, and the environment will be critical to promoting economic and social development and improving people's everyday lives. By making the investments flexible, resilient, and sustainable, Puerto Rico will position itself to respond to future disasters—and set the stage for an economic landscape that will likely look different in the future than it does today. To start, a key set of foundational actions—increasing the ease of doing business in Puerto Rico, strengthening government capacity in day-to-day service provision and during disasters,

AR_0017445

JA_612

making available high-quality data to guide decisionmaking and support transparent governance, and promoting formal work and workforce training—will be put in place to support and sustain the recovery investments.

To achieve Puerto Rico's vision, capital investments are also needed in three critical areas. First, physical infrastructure must be rebuilt to provide the services that people, businesses, and communities need to thrive. Without power, telecommunications, water, transportation, houses, and public buildings, recovery is not possible. However, physical capital must be built back better than before: It must be adaptable to Puerto Rico's possible future pathways, be resilient to future storms, and protect the Island's wealth of historical structures.

Second, human capital—a healthy, educated, and trained workforce—is critical to improving economic growth, giving residents greater opportunities, and reducing inequities. Investments must be made to develop a skilled workforce that is prepared to meet today's challenges but flexible enough to adjust to tomorrow's opportunities.

Finally, investments in natural capital are necessary to protect communities and businesses from disasters and to provide food, fiber, and fuel; habitat for native species; and recreational and tourism opportunities. This natural capital is part of what makes Puerto Rico a unique and desirable location. Investments in solid waste infrastructure are also imperative to improve both the economic environment and the natural environment; experts estimate that, in the absence of action, Puerto Rico will run out of landfill capacity within two to four years.

These capital investments have the potential to benefit all Puerto Ricans and to motivate new investors from the Island, the rest of the United States, and abroad by reducing the cost



Source: @ricardorossello via Twitter

## GETTING DOWN TO BUSINESS

A week before Hurricane Irma made landfall, the Governor and Boston Scientific officials announced that the major medical device manufacturer would be investing an additional $10.5 million in its facilities in Dorado. Soon after, Boston Scientific was chartering its own planes to bring food, clothing, and emergency supplies to its employees and to fly its products off the Island in the hurricane's wake.

These additional costs—on top of recent changes to the tax code that diminish incentives that drew Boston Scientific to Puerto Rico in the first place—significantly increased Boston Scientific's cost of doing business on the Island.

How can Puerto Rico encourage companies like Boston Scientific to stay and attract new businesses? Investing in resilient and modern infrastructure, a skilled workforce, and Puerto Rico's natural capital will go a long way toward ensuring that companies have the resources and workforce they need to thrive. Lowering the cost of doing business by, for example, streamlining that makes business permitting and regulation compliance processes more affordable, will also improve the business environment.

AR_0017446

JA_613

> **Capital investments provide the essential foundation upon which Puerto Rico will grow and thrive over the coming years—while the strategic initiatives are sets of actions aimed at seeding and catalyzing specific areas for Puerto Rico's growth.**

of doing business and providing Puerto Rico with a comparative advantage moving forward. These capital investments are foundational to Puerto Rico recovering from the disaster and reversing its economic decline.

Investing in physical, human, and natural capital does not just mean rebuilding these assets—even to high standards; it also means maintaining and protecting these assets in the future. Small investments and forward-thinking approaches now can have huge dividends moving forward and are key to the long-term success of these recovery efforts.

The nine capital investment priorities described in this plan are intended to build a smarter, stronger Puerto Rico and provide the foundation for economic growth. These investments restore and enhance physical, human, and natural capital. The Government of Puerto Rico will balance investments aimed at quickly addressing the immense scope of short-term needs with those needed to adequately address long-term resilience.

## Strategic initiatives build on capital investments and focus on the future

Capital investments provide the essential foundation upon which Puerto Rico will grow and thrive over the coming years, while the strategic initiatives are sets of actions aimed at seeding and catalyzing specific areas for Puerto Rico's growth (see the figure on the next page). For this plan, strategic initiatives reflect an opportunity to capitalize on an asset or strength in Puerto Rico (e.g., it is bordered by both the Atlantic Ocean and Caribbean Sea) or to close a gap that could hinder Puerto Rico's economic development or resilience. The eight strategic initiatives described in this plan are intended to encourage a growing focus on these opportunities. The initiatives comprise crosscutting actions that create an ecosystem of investable projects, supportive policy, accessible and sustainable resources, and a clearly defined direction.

## Recovery investments are interdependent

Disasters do not happen in silos and neither can disaster recovery. Prior disaster recovery efforts and Puerto Rico's experiences with Hurricanes Irma and Maria have underscored the importance of understanding cross-sector interdependencies and coordinating across sectors during economic and disaster recovery efforts. Understanding cross-sector interdependencies

AR_0017447

JA_614

# CAPITAL INVESTMENTS

## Physical Capital

### ⚲ ENERGY

**Transform** the energy system to ensure customer-centric, affordable, reliable, and scalable electricity that incorporates more renewables, microgrids, and distributed energy resources; can drive new businesses and employment opportunities; and support residents' well-being.

### ⚒ COMMUNICATIONS/INFORMATION TECHNOLOGY

**Modernize** the telecommunications system to ensure fast, reliable, and resilient residential, commercial, and emergency communications that drive Puerto Rico's economy, prosperity, and well-being.

### ⚑ WATER

**Rethink** water systems to be safer, more reliable, and protected from future disasters to ensure the well-being of Puerto Ricans and the environment as well as the operations of government and businesses.

### ⚐ TRANSPORTATION

**Rebuild** and strengthen maritime, surface, and air transportation to ensure a flexible and reliable transportation system that moves people and goods, ensures economic continuity, and facilitates disaster response.

### ⌂ HOUSING

**Repair** and rebuild resilient residential housing that is safe and affordable to create a better built environment.

### 🏛 PUBLIC BUILDINGS

**Repair**, rebuild, and right-size the public buildings inventory to ensure stronger and more resilient public buildings that meet today's standards, mitigate against future disasters, represent innovative designs, and meet communities' needs.

## Human Capital

### 📖 EDUCATION

**Transform** the education system to produce competitive graduates with the knowledge and skills needed to adapt to changes in the economy, the environment, and technology.

### ✚ HEALTH AND WELL-BEING

**Rebuild** and enhance health and social service infrastructure and regional health care networks to ensure reliable and equitable access to health and social services and health-promoting communities, including an efficient and effective response to public health crises and other future disasters.

## Natural Capital

### ⚘ NATURAL ENVIRONMENT

**Restore**, plan for, and develop the natural environment so that marine and terrestrial ecosystems coexist sustainably with tourism; promote the economic development of Puerto Rico; serve as natural infrastructure to protect against storm damage, manage waste, and preserve the natural and cultural heritage of Puerto Ricans.

# STRATEGIC INITIATIVES

### 🌊 OCEAN ECONOMY (BLUEtide)

**Integrate** and promote all of Puerto Rico's ocean-dependent industries and ecosystems as a cohesive effort to promote economic growth, improve quality of life for residents, and enhance the visitor's experience.

### 🛍 VISITOR ECONOMY

**Develop** a strong visitor economy to help position Puerto Rico as a global destination of investment, production, and wealth.

### ❤ EMERGENCY SERVICES MODERNIZATION

**Enhance** public safety and first responders' ability to deliver reliable, modern, and integrated emergency services.

### 🌱 AGRICULTURAL TRANSFORMATION

**Modernize** agriculture to promote greater productivity and output, and improve exports.

### ✳ DIGITAL TRANSFORMATION

**Build** the capabilities and workforce needed to fundamentally transform key industry and government processes to become more user-focused, relevant, and efficient at addressing local needs and delivering basic services.

### ◐ 21ST-CENTURY WORKFORCE

**Develop** and protect human capital to establish a world-class workforce, increase labor force flexibility, and create high-quality employment opportunities aligned with economic growth strategies.

### 📚 ENTREPRENEURSHIP

**Expand** opportunities for entrepreneurship and development of small to medium local businesses that can compete globally to promote economic development.

### 🔧 ADVANCED MANUFACTURING

**Address** policy and structural barriers to increase opportunities for investment and the growth of private-public partnerships.

Roughly 270 specific courses of action have been linked with these capital investments and strategic initiatives.

Descriptions of these recovery actions—including estimated costs, possible funding sources, and potential implementers—are available in Chapter 12.

AR_0017448

JA_615

(not limited to just those among physical infrastructures) will help ensure that recovery and rebuilding plans account for ways in which failures in one sector can affect other sectors and investments in one sector can help improve the health and performance of another.

Completing a thorough analysis of cross-sector interdependencies across the entirety of Puerto Rico is no small feat. But the hurricanes highlighted a few key interdependencies that should be carefully considered in ongoing recovery planning. The figure on the following page provides *examples* of these interdependencies and describes how failures in one system led to failures in another during and after the hurricanes. In particular, four systems—energy, telecommunications, water, and transportation—are considered lifeline systems because practically every critical service provided by social service agencies, municipalities, and the Government of Puerto Rico relies on having access to each of them. Additionally, these lifeline systems depend on each other to operate. Ensuring the reliability and resilience of these critical systems is foundational to all recovery efforts.

Having a good understanding of cross-sector interdependencies alone is not enough. Coordination and collaboration among sectors is essential to ensuring that a systems view drives recovery efforts and that actions taken across sectors are scoped, sequenced, and carried out in an efficient manner. For example, a key action for the energy sector to consider is to bury high-risk power lines underground, and one for the transportation sector is to repair surface damage to the transportation network. Because underground power lines are often collocated with roads, burying the power lines in advance of restoring the roads may help ensure that the roads do not need to be repaired twice. A lack of coordination or sufficient situational awareness on the part of one or both sectors could lead to process inefficiencies, ultimately delaying recovery efforts. This is just one example, from among many, that could be improved through cross-sector collaboration. More than three-fourths of the actions listed in "Detailed Actions," Chapter 12 of this plan, depend directly on one or more other actions being taken. Although this plan does not prescribe a way to sequence actions or specify details of how coordination and collaboration ought to occur among sectors, the courses of action constituting this plan were developed bearing in mind cross-sector interdependencies. A more detailed implementation plan will be required to map out the interdependencies among

AR_0017449

JA_616

recovery efforts and ensure that they are planned and executed appropriately.

This plan highlights actions for Puerto Rico to achieve the following:

- **Start with a strong foundation:** This section of the plan (Chapter 5) describes the actions that affect or feed into all systems and other recovery actions.

- **Build resilient communities, modernize infrastructure, and restore the natural environment:** This section of the plan (Chapter 6) begins with a description of the critical capital investments needed to rebuild and strengthen lifeline systems—that is, the systems that all other systems depend on. The chapter concludes with a description of the remaining critical capital investments needed for economic growth.

- **Focus on the future:** This section of the plan (Chapter 7) describes a suite of future-focused strategic initiatives that capitalize on a unique asset or strength in Puerto Rico (e.g., oceans, tourism) or that close a gap that could hinder Puerto Rico's economic development or resilience to future disasters.



## Lifeline systems

**COMMUNICATIONS/INFORMATION TECHNOLOGY**

**ENERGY**

Lack of power put 95% of cellular sites out of service.

Transportation damage led to closed ports unable to accept fuel shipments, while the ability to move goods and people was disrupted by losses in power.

Lack of transportation limited the fuel supply for generators to restore communications.

Without power for pumps, drinking water was unavailable and wastewater systems overflowed.

**TRANSPORTATION**

**WATER**

Washed out roads limited access to repair water infrastructure.

### And without those lifeline systems:

Many heath care facilities were not open, and people were unable to travel to those that were. Public health and the environment were at risk due to inadequate sanitation and poor hygiene.

Emergency services were immobilized.

Many businesses were not open, stores could not get supplies, and people often could not get to those that were operational.

AR_0017450

JA_617

# START WITH A STRONG FOUNDATION







RICARDO ROSSELLÓ NEVARES
GOVERNOR OF PUERTO RICO

AR_0017451

## 5

### Governor's introduction

To become stronger and more resilient, Puerto Rico must take advantage of this opportunity to develop and implement the new Model for the Socioeconomic Transformation of Puerto Rico (described in Chapter 2). This model will not only drive the physical reconstruction and rehabilitation of lifeline infrastructure assets but also encourage and promote a new vision for Puerto Rico. The new vision will be essential for the future economic and fiscal health of the Island by serving as the cornerstone and foundation of solid and sustainable economic development through productivity and added value.

This new vision, as the foundation of this recovery effort, is based on four main drivers that will help Puerto Rico transform into an economic success. The main objective of these drivers is to improve Island residents' access to resources and opportunities that are key elements in a successful recovery. These drivers are

- improved competitiveness to increase investments

- increased exports of goods and services

- improved access to credit

- increased stewardship of transfers of funding from federal and other sources.

The socioeconomic transformation envisioned in this recovery effort and described in this plan is driven by four core values: capacity-building, resiliency, transparency, and innovation. These values empower and support the ability of individuals and local organizations to participate in the recovery process, which is critical to long-term, sustainable social and economic growth. The goal is a collaborative and inclusive approach. Thus, the following are also core facets of community resilience underpinning the plan:

- Social and organizational networks and partnerships need to be supported and strengthened to ensure that communities are well prepared in advance of the next disaster.



The restaurateur, shown June 12, 2018, was a week away from opening Pueblo Sano in Orocovis when Hurricane Maria hit. The restaurant opened three months later, with assistance from the Foundation for Puerto Rico.
GDA via AP Images

AR_0017452

JA_619

## LOCATING COURSES OF ACTION ASSOCIATED WITH SPECIFIC PORTFOLIOS

The following chapters highlight some specific courses of action, followed by an identifier that appears in parentheses. The identifier is based on the related sector and an arbitrary number used for tracking (e.g., TXN 3 denotes a transportation action). Use the identifier to locate more information about a specific course of action in "Detailed Actions," Chapter 12 of this plan.

- Recovery efforts that are informed by cross-sector thinking and diverse stakeholder perspectives help ensure that rebuilding is context-sensitive and robust to a range of concerns.

- Effective governance ensures that scarce public resources are invested wisely and reach those who need them most.

- Recovery efforts must promote consistent and equitable access to high-quality economic, social, and health services.

- Improving the capacity of local governments to provide services day-to-day and during disasters will strengthen the Government of Puerto Rico's ability to respond to disasters and facilitate recovery Island-wide.

- A trained, capable, and resilience-oriented workforce needs to be developed to support recovery in both the public and private sectors.

- Improving the integration and availability of information and data will allow for timely and informed decisionmaking about immediate and longer-term resource allocation.

As part of the public policy of this administration and consistent with the *New Fiscal Plan for Puerto Rico*, efforts to deliver government services more efficiently and more cost-effectively are being considered to further improve implementation of the recovery plan. This commitment, along with a more effective, efficient, and transparent government structure, has led the efforts to develop this plan to transform and restructure the public sector.

Consistent with these elements for recovery, the Government of Puerto Rico has identified several specific actions that are critical to the success of its vision and that it plans to prioritize for investment. These actions are precursors—actions that should come first because they are critical to the success of all of the priorities discussed later in this plan. A more detailed discussion of these precursors follows.



Gargiulo Farms in Santa Isabel employs more than 1,000 people and contributes an estimated $7 million annually to Puerto Rico's economy.

Andrea Bajandas / FEMA

AR_0017453

JA_620

# PRECURSORS TO PUERTO RICO'S RECOVERY

## Build government capacity to handle day-to-day business and recovery efforts

The Government of Puerto Rico is committed to building the necessary capacity to coordinate sector-based plans for infrastructure systems and capital improvement projects (CPCB 11). The coordinated planning of recovery investments (especially those related to infrastructure systems) will allow officials to examine and address hazard risk across sectors and at the neighborhood, municipal, and multijurisdictional levels. Well-coordinated planning will minimize fragmentation in the delivery of federal resources (over time and across programs), increase returns on investments, and ensure that systems are built stronger and smarter. The Government of Puerto Rico intends to work in conjunction with teams of experienced planners to collaborate on investments and coordinate input from all sectors. These efforts will facilitate infrastructure planning and transparency and also help integrate the needs of the various sectors during development and implementation.

Efforts to more efficiently plan for and cost-effectively deliver government services will further the implementation of the recovery plan. As falling tax receipts, declining state-level subsidies, and the continued movement of people away from the Island take a toll on municipal budgets, municipalities will need to find efficiencies in their operating budgets to continue delivering basic services. A small number of municipalities have created consortiums to explore sharing services, with limited success. To further this objective, the Government of Puerto Rico plans to engage the 78 municipal governments, citizens, and other stakeholders in a transparent, finite decisionmaking process for adopting and funding a regional service delivery and planning model (MUN 7). This action is administrative and will require some time to implement.

The Government of Puerto Rico has already taken some concrete actions to streamline the governance process of the Island's public affairs. Specifically, the government has implemented new legislation as a precursor to consolidating government agencies, started a digital reform, promoted a process to enhance basic

AR_0017454

JA_621

and essential public services, and comprehensively reformed the permit process. In addition, it has promoted a new vision for local governance structure, eliminated red tape, established the Single Employer Act, and downsized and externalized some government services. These actions will help minimize the burden of the government structure on public finance, reduce bureaucracy, and promote transparency and fiscal responsibility.



Left to right: Kai Griebenow/Flickr, Lorie Shaull/Flickr,Shannon Stapleton/Reuters

## PREPARING FOR AN UNCERTAIN FUTURE

As Puerto Rico moves forward, some aspects of the recovery will be influenced by conditions that are beyond the control of local decisionmakers. Recognizing the existence of such aspects will help leaders develop an approach to recovery that evolves to meet changing conditions.

**Governance:** Future changes to the institutions, laws, and policies that now govern Puerto Rico could influence recovery efforts.

**Climate and extreme weather:** Puerto Rico is vulnerable to climate-related stressors and extreme weather and its effects.

**Economic conditions:** Puerto Rico's ability to recover depends on both global economic conditions and local conditions.

**Population and demographics:** Puerto Rico's population has been declining, and the *New Fiscal Plan for Puerto Rico* projects that the decline will continue at an annual rate of 0.5 percent to 1.2 percent between 2019 and 2023. However, the size and makeup of the population over the long term are unknowable, even though many recovery initiatives hinge on right-sizing infrastructure and systems to better match the population.

**Technology:** Technological advancements in any field can create the space for new approaches to address a need or can change the effectiveness of existing resources or chosen paths forward.

AR_0017455

JA_622

## Make high-quality data available to support better decisionmaking

Collecting and making available high-quality data and information can reduce uncertainty for investors and the public at large; doing so will also lead to more-informed decisionmaking by government and local leaders (ECN 6). These efforts require

- improving and maintaining transparent property records and tax rolls and enforcing property rights (making real-estate transactions less burdensome)
- presenting timely, audited financial reports
- improving the process of collecting and storing basic economic information, such as gross domestic product and tourism satellite accounts (an economic measure of tourism)
- providing information about public-sector policies and programs to interested parties.

Toward this end, the Government of Puerto Rico intends to work closely with municipal governments to help them increase the transparency and accessibility of services—for example, by instituting e-government portals, 311 systems, and other technology-based systems (MUN 9). In addition, the Government of Puerto Rico intends to develop platforms to track and publicly report key performance indicators for state and local services in a standardized format to help citizens monitor and evaluate change (MUN 11). Such systems will help government at all levels deliver services more efficiently, saving taxpayer dollars and improving outcomes for residents.

> **Collecting and making available high-quality data and information can reduce uncertainty for investors and the public at large; doing so will also lead to more-informed decisionmaking by government and local leaders.**

## Enhance local capacity to secure and manage recovery funds

Municipalities will need more capacity to apply for, secure, and manage recovery funds (MUN 4) because the number and size of grants received for rebuilding is likely to be much higher than Puerto Rico's grant-management workforce has ever experienced. In coordination with Central Office of Recovery, Reconstruction, and Resiliency (COR3), the Puerto Rico Federal Funds Management Office plans to strengthen and expand its cadre of financial-management personnel to ensure that funds are managed efficiently and spent in accordance with regulations. The agency will also implement new accounting

AR_0017456

JA_623

practices to reduce uncertainty and improve decisionmaking (CPCB 12). Additional staff will be made available to fulfill legal requirements for reviewing federally funded projects that may affect historic buildings, roads, bridges, tunnels, and houses (NCR 19). Where local personnel lack such expertise or experience, the Puerto Rico Federal Funds Management Office may import specialized labor.

The agency, in coordination with the COR3, also intends to increase capacity by learning from other regions' procurement experiences in prior recoveries (e.g., Hurricanes Katrina and Sandy). The agency plans to convene chief acquisition officers, contract officers, other procurement experts, and third-party recovery experts, particularly from Louisiana, New Jersey, and New York, alongside officers and experts in Puerto Rico. This forum for individuals with post-disaster experience will help train Puerto Rican procurement officers, share best practices, advise on possible shortcomings, and provide recommendations (CPCB 13).

## Maximize the impact of available federal funding

The Government of Puerto Rico plans on dedicating a significant amount of Community Development Block Grant– Disaster Recovery (CDBG-DR) funding for the nonfederal share for Public Assistance (PA), Hazard Mitigation Grant Program (HMGP) projects, and other programs that require matching. Sufficient funds from CDBG-DR and other eligible sources must be devoted to meeting the estimated $10 billion identified for the federal cost-share. CDBG-DR funding for PA and HMGP projects will initially provide the matching funds required to secure federal grants for various projects, including those to repair roads, public buildings, and other infrastructure (ECN 34). Puerto Rico's executive branch plans to enhance the success of these federally funded projects through fiscal responsibility initiatives, as documented in the fiscal plans, that strengthen the government's revenue base (e.g., ECN 4), which can in turn help Puerto Rico regain meaningful access to credit markets and decrease investor uncertainty. Transparency efforts are discussed further in "Commitment to Transparency," Chapter 9 of this plan.

At the municipal level, many governments are in financial distress and are unable to address expenses from emergencies.



A Small Business Administration official and a translator help a woman apply for SBA disaster assistance on January 4, 2018, at the Las Piedras Disaster Recovery Center.
Yuisa Rios / FEMA

AR_0017457

JA_624

In addition, many individuals and private-sector entities lack disaster insurance. The Government of Puerto Rico will encourage municipalities to set aside money (e.g., from tax revenues) as emergency reserves for extraordinary expenses not immediately covered by day-to-day operating budgets and/or insurance in the event of emergencies and natural disasters (MUN 1). This local management of emergency funds can increase the speed and effectiveness of emergency response and recovery. To further enhance recovery, the Puerto Rico Planning Board intends to take the lead on establishing a coordinated process for developing recovery plans that all municipalities can follow (CPCB 9). This initiative includes funding for local disaster recovery managers (e.g., 40 full-time managers) who can support municipal governments in planning and implementing multiple recovery projects.

## Economic initiatives will spur a reinforcing cycle of prosperity for Puerto Rico



**Public capital investments** augment the **production of goods and services** in the private sector

Increased productivity means **higher incomes for people** and profit for firms and **additional tax revenues**

**Increased taxes** from those goods and services **maintain these investments** in both the public and private sectors

**Higher incomes** for people mean they have the ability to **buy more goods and services**

AR_0017458

JA_625

## Support economic development planning at the local level

Beyond establishing local control of emergency planning and funds, communities are more likely to work toward disaster recovery in an organized and efficient manner when they have an existing shared vision for economic development. The vision provides a post-disaster target to aim toward; it can also serve to keep this target front-of-mind and not overlooked amid the immediate needs and stress of an emergency. With economic development in mind, the Government of Puerto Rico proposes that all municipal and regional economic plans assess available local workforces, provide additional education and training where necessary, and identify infrastructure needed to support industry locally (MUN 2). Federal funding may be available to support more-resilient infrastructure and assist with other local business needs. Similarly, funding from workforce-development programs may be available from several federal agencies, and nongovernmental organizations and philanthropic donors may support educational or workforce programs.

These initiatives are aligned with one of the four socioeconomic transformation core values described earlier—capacity-building (in this case, of Puerto Rico human resources)—as well as the development of a capable, trained, and educated workforce. Also, this effort drives the Governor's vision of developing a "Human Cloud" workforce in which professionals establish themselves in Puerto Rico and are able to provide services that can be exported globally.

## Increase the ease of doing business

As noted in a recent World Bank report,[i] financial and nonfinancial costs of doing business (i.e., transaction costs) are relatively high in Puerto Rico. In fact, 36 percent of municipalities surveyed during the development of this plan identified permitting issues and excessive red tape as the most significant barriers to economic growth, and more than one-third also cited a lack of state financial support and of coordinated regional and municipal economic development. To make the best use of capital investments, the Government of Puerto Rico aims to lower these costs by reforming policies related to permitting, taxation, occupational licensing, and other regulations that impede commerce, both internally and externally (ECN 1). These

[i] World Bank, *Doing Business 2018: Reforming to Create Jobs*, Economy Profile: Puerto Rico, Washington, D.C., 2018.

AR_0017459

JA_626

actions, in conjunction with the investments documented in this plan, are critical to ensure future economic growth.

Policies aimed at increasing the ease of doing business are consistent with both the Governor's draft *New Fiscal Plan* and the *Certified Fiscal Plan* (certified by the Puerto Rico Financial Oversight and Management Board, or FOMB). FOMB has advocated that Puerto Rico increase its position in the World Bank's Doing Business rankings, which assess the ease of doing business in countries throughout the world. Some of Puerto Rico's rankings, in such areas as permitting, are extremely low. While the efficacy of any of these policies will likely depend on the external economic environment, actions that lower the cost of doing business in Puerto Rico will enhance the effectiveness of any capital investment or strategic initiative. These efforts will advance steps the Government of Puerto Rico has already taken in this direction.

The U.S. Congress can also help decrease costs. For example, if it could be shown that the Jones Act increases the price of many goods imported from U.S. ports for Puerto Rico residents because of the higher transportation costs associated with using Jones Act–qualified vessels, then altering the law to create an exception for Puerto Rico could reduce those prices, although these benefits would have to be balanced against the loss of any other benefits that the Jones Act brings. Therefore, the following actions could contribute to lowering the costs of doing business: (1) exempting Puerto Rico or certain Special Economic Zones (e.g., Port of Ponce) from the provisions of the Jones Act (ECN 39), although the full costs and benefits would need to be considered, and (2) including Puerto Rico in the Stevens Amendment (Title 49 Section 41703(e) of the U.S. Code) (ECN 40), which could allow foreign cargo and passenger aircraft to proceed to the continental United States following a stop in Puerto Rico to unload and load cargo.

The Stevens Amendment allows foreign cargo aircraft to stop in Alaskan airports before proceeding to other cargo airports within the United States. Since the passage of this amendment, Alaska has become a major international air cargo hub serving flights on Asia-North America routes. Adding Puerto Rico to the amendment should boost air cargo activity on the Island and create additional economic opportunities for aviation in Puerto Rico. Including Puerto Rico in this exception should be paired with authorizations from the U.S. Department of Transportation to allow for cargo transfers—benefits that Alaska, the Mariana

> **Policies aimed at increasing the ease of doing business are consistent with both the Governor's draft *New Fiscal Plan* and the *Certified Fiscal Plan*.**

AR_0017460

JA_627

Islands, and Guam currently enjoy. This initiative should also work to reestablish the "transit-without-visa" program in Puerto Rico, with all the necessary security requirements and safeguards, making it easier for people to visit the Island. These policies would likely result in lower prices and increased economic growth, but they require action by Congress.

## Reduce barriers to formal work and incentivize workforce training

Economic growth results from increasing the quality and quantity of factors (for example, land, labor, capital, and entrepreneurship) that contribute to the production of goods and services. Training programs can help new or returning workers develop in-demand skills, which can lower barriers to workforce (re)entry and reduce dependence on the public sector for income. COR3 and the Puerto Rico Department of Labor and Human Resources plan to stand up a workforce development system in high-demand occupations across multiple sectors to increase the supply of available talent, increase income for the trained individuals, fill jobs, and improve efficiencies in the delivery of education and training (ECN 2).

AR_0017461

JA_628

This page intentionally left blank.

AR_0017462

JA_629

# BUILD RESILIENT COMMUNITIES, MODERNIZE INFRASTRUCTURE, AND RESTORE THE NATURAL ENVIRONMENT



 

RICARDO ROSSELLÓ NEVARES
GOVERNOR OF PUERTO RICO

AR_0017463

# 6

Nine objectives define the capital investments—in infrastructure, human capital, and natural capital—needed to help achieve the goals that are outlined in this plan. Building the strong infrastructure and systems that Puerto Rico needs to support resilient communities, an enduring economy, and a thriving society will require approximately $132 billion in capital investments over an 11-year period (2018-2028). Some of this has already been provided through federal disaster relief, private insurance, and private-sector and philanthropic sources. This chapter begins by describing the capital investments needed to restore and strengthen four lifeline systems—energy, telecommunications, water, and transportation—before turning to a description of capital investments needed in additional sectors—housing, education, health, public buildings, and the natural environment. The objectives outlined here for each of these sectors are future-focused and include a series of high-level steps to achieve that objective. Given the breadth and scope of the recovery, more than 270 specific recovery actions were identified that support the overall objectives. A brief description of these more-detailed courses of action, their estimated costs, and possible funding sources and implementers can be found in "Detailed Actions," Chapter 12 of this plan.



CAPITAL
INVESTMENTS

AR_0017464

JA_631



Solar panels being installed in Caguas.
FEMA/Yuisa Rios


Physical capital

# TRANSFORM THE ENERGY SYSTEM

Develop an energy system that is customer-centric, affordable, reliable, and scalable; incorporates more renewables, microgrids, and distributed energy resources; and can drive new businesses and employment opportunities and support residents' well-being

## Issues to Address

The complete failure of Puerto Rico's electrical grid is emblematic of the magnitude and longevity of the disaster. One hundred percent of Puerto Rico was without power as a result of the hurricanes. Without power, many other systems—telecommunications, water, and transportation, to name a few—failed. Puerto Rico's electrical grid was vulnerable before the hurricanes due to a fragile system, dependency on fossil fuels, lack of skilled workers, and outstanding debt. These factors exacerbated the catastrophic situation caused by the hurricanes. The Puerto Rico Electric Power Authority (PREPA) is undergoing a transformation of governance. A likely path forward is the privatization of PREPA's generation assets and the formation of public-private partnerships for leasing and operating transmission and distribution assets. Through support of the Southern States Energy Board, the Puerto Rican legislature will be developing an energy policy for a 30-year time horizon by December 2018 to support managing and maintaining these assets.

AR_0017465

JA_632

## Taking action

Implementing a new vision for the energy sector is an opportunity to literally power the future of Puerto Rico. This effort will focus first on customers but will also emphasize establishing a financially viable, reliable, resilient, and sustainable energy system that powers the economic engine of the Island. A foundation of industry-leading best practices must be established as the basis of an energy-sector transformation. With coordinated planning and analysis, substantive input from all the stakeholders, and thoughtful stewardship of resources, Puerto Rico will be able to ensure that the lights stay on and that the Island can truly be open for business.

The Government of Puerto Rico will leverage the knowledge of world-class technical experts and engage diverse stakeholders to help inform an innovative and sustainable path forward. To enable decisionmakers to define that path, the technical and economic tradeoffs between these courses of action and financial constraints will be clarified. Ongoing modeling efforts to support these decisions are well under way and include the following:

- development of the 2018 PREPA Integrated Resource Plan and other planning within PREPA

- extensive modeling and analysis by U.S. Department of Energy National Laboratories, in coordination with U.S. Department of Energy headquarters and shared with PREPA

- supporting modeling and analysis undertaken for the development of this plan, including sophisticated power grid models created by experts at the Massachusetts Institute of Technology's Lincoln Laboratory

- modeling and analysis of future visions for the electrical grid by faculty at the University of Puerto Rico (UPR) and their collaborators.

In particular, cutting-edge technical modeling and simulation undertaken to support the development of this plan can and should underpin Puerto Rico's development of not only a more *reliable* electrical grid but also a more *resilient* one. Traditional approaches for designing and operating electrical grids—which emphasize cost-effectiveness for achieving grid reliability—may not be well-suited for system resilience in the face of events like Hurricane Maria. The grid should be built back better, but it can also be built back *differently*. For example, the engineering firm Burns & McDonnell has developed a range of long-term grid scenarios that incorporate physical infrastructure that is robust enough for Puerto Rico's unique

> ### REFORMS AIM TO RESTRUCTURE ENERGY GOVERNANCE AND POLICIES
>
> The Puerto Rico Energy Transformation Act, Law No. 120-2018, establishes the legal framework for restructuring PREPA. In support of this restructuring, the law requires the Governor and the Presidents of both the Puerto Rican Senate and House of Representatives to each suggest four organizations to join a Blue-Ribbon Task Force coordinated by the Southern States Energy Board under a grant from the U.S. Department of Energy. The Blue-Ribbon Task Force is responsible for recommending reforms to Puerto Rico's existing energy regulatory framework and energy public policy and is expected to develop a reform package before December 18, 2018.

AR_0017466

JA_633

## PREPA INTEGRATED RESOURCE PLAN

The Puerto Rico Energy Commission requires PREPA to submit an updated Integrated Resource Plan by October 1, 2018. Based on extensive analysis and stakeholder engagement, the Integrated Resource Plan will articulate the utility's blueprint for meeting forecasted demand using a combination of traditional and nontraditional generation resources, transmission and distribution enhancements, and demand management.

challenges, and the company has estimated associated costs of these scenarios. Power flow modeling and simulation by Lincoln Laboratory provides a framework for analyzing and responding to extreme events to avoid and mitigate large-scale outages. This type of planning and analysis will give Puerto Rico the opportunity to put cutting-edge planning and operation into practice.

### Foundational requirements for the health of the energy sector

To improve the quality, reliability, and speed of recovery of electricity in Puerto Rico, PREPA aims to rebuild and maintain the grid to adhere to industry best practices—tailored to the unique conditions in Puerto Rico. Regulators will need to ensure timely and continual compliance and enforcement with established standards that span both management best practices and technical standards. Toward this goal, PREPA announced that grid reconstruction would utilize U.S. Department of Agriculture (USDA) Rural Development Rural Utility Service standards (ENR 1). PREPA also expects to perform routine operations and maintenance based on periodic risk assessments, and industry best practices can help inform and implement a predictive maintenance effort. A robust operations and maintenance program to support any new construction and investments in the system is essential (ENR 4).

In light of the ongoing restructuring and regulatory jurisdiction changes in the energy sector, the Government of Puerto Rico will further clarify the roles, responsibilities, and authorities of its agencies in the energy sector. In addition, this effort will draw clear lines of authority among the parties that will be responsible (regulators, operators, legislators, and executive officers) and ensure that these entities are accountable and that their operations are transparent (ENR 26).

To achieve the vision for Puerto Rico's energy sector, PREPA and other stakeholders will develop a workforce with the ability to install, operate, and maintain an energy system for the future (including asset management, system planning, and data management) and quickly respond to and repair damage to the electric system as it occurs. It is critical that the workforce is right-sized, new workers are trained, and existing personnel are retrained. A skilled workforce can drive energy system transformation, speed recovery from power loss events, and fuel economic growth from a steady, reliable energy supply (ENR 18).

AR_0017467

JA_634

## Improve, harden, and maintain electricity infrastructure

In collaboration with the federal government, PREPA will harden grid assets to support critical infrastructure and public services. The improvements will ensure that hospitals can care for the injured, first responders can dispatch 911 calls, and water pumps can continue to operate (ENR 5). Backup generation will be provided to priority loads to ensure the sustained delivery of public services in the absence of the bulk power system. This approach includes targeted energy solutions for households with electricity-dependent medical needs and prioritization of backup generation for facilities that provide the greatest public benefit (ENR 16). Another component is providing critical facilities that serve as congregate shelters and community service hubs, such as public school buildings, with the appropriate energy and water infrastructure (ENR 17).

Additionally, the Government of Puerto Rico will encourage certain private facilities, such as hospitals and communication towers, to maintain backup generation and establish enforceable inspection and maintenance measures for compliance with requirements. Policies can also remove barriers to consumer investment in distributed energy resources in order to provide emergency energy services (ENR 15).

Modifications and changes to the infrastructure that supports the electrical grid, such as control centers, communication systems, and collection systems, will also be made more resilient to withstand future disasters. For example, PREPA's communication backbone suffered considerable damage from high winds, flooding, and other threats, thus preventing normal system operations and billing and requiring expensive temporary solutions. An assessment of existing communications infrastructure that supports grid monitoring and control functionality will be undertaken (ENR 3). The improvements to this support infrastructure will allow the new grid to include technologies that provide real-time information and grid control to keep the power system operating or speed its recovery. This effort will improve monitoring and analytic capabilities to identify problems, provide warnings to system operators, and anticipate system instability in real time (ENR 11). Robust data systems are important for informing response decisions and improving ongoing operations and maintenance. Deploying these systems includes creating a robust data inventory of assets, which will be coordinated and integrated across other critical infrastructure systems, and acquiring information technology systems to support inventory and asset management (ENR 19).

Specific asset improvements will be made to reduce vulnerability to both flooding and high wind speeds. In some cases, these

AR_0017468

JA_635

improvements can be complementary; in others, tradeoffs will be made based on the modeling and current analyses of system design and asset improvements. For example, to reduce vulnerability to flooding, electrical assets that are at risk will be strengthened, elevated, moved, and made more resistant to damage—or decommissioned if the risks are too costly to mitigate (ENR 6). To reduce vulnerability to high wind speeds, an aggressive vegetation management program will be implemented. Other important activities include hardening or decommissioning assets that may be vulnerable to high winds. Some of these efforts (such as installing poles more resistant to damage) have already been implemented in the restoration process (ENR 7). Services that support the electric system and make it more resilient to outages will also be pursued (ENR 10).

### Design, build, and maintain an electrical system with "islandable" portions of the grid

Rebuilding the electrical grid offers an opportunity to incorporate technology and design to limit the extent of grid failures in future disasters. These solutions can range in scale from community and local (e.g., microgrids) to regional (e.g., electrical islands). Microgrids and electrical islands can balance generation and load to continue delivering locally generated electricity if sections of the transmission grid fail (ENR 2). Several groups are performing modeling and analysis to determine the optimal design of a system architecture that incorporates technically feasible, resilient, and financially viable solutions. In the meantime, the Puerto Rico Energy Commission established final microgrid rules in May 2018 to be supplemented by interconnection standards from PREPA in the coming months. The PREPA Integrated Resource Plan will include recommendations for including islandable portions to the grid. On a smaller scale, in July 2018, the Puerto Rico Industrial Development Company (PRIDCO) released a request for proposals for microgrid pilot projects at industrial sites across the Island. To determine how these microgrids and electrical islands will be optimally integrated into the future system, PREPA and the Central Office of Recovery, Reconstruction, and Resiliency (COR3) will collaborate and engage in further conversation with many decisionmaking bodies in Puerto Rico.

AR_0017469

JA_636

### Diversify energy sources to reduce reliance on imported fuel

Beyond the resilience efforts, Puerto Rico has the opportunity to be a global leader in the production of energy through renewable yet physically strong assets that empower diverse industries across the economy. Energy generation on islands is often challenging and costly, due to such factors as high-cost imported fuels and the inability to leverage the resilience and efficiency benefits of being connected to a larger grid. The goals for Puerto Rico's energy sector are to diversify its energy sources to be less dependent on costly imports and to establish energy policies and public-private partnerships that can energize economic growth.

To determine the best path forward, PREPA will assess the potential for all types of renewable energy (e.g., wind, solar, biomass, hydro, tidal); evaluate the possibility of optimizing hydropower facilities across Puerto Rico, especially facilities with black start or islanding capabilities; and prioritize the development of ideal renewable energy sites (ENR 23). Ongoing analyses will inform the tradeoffs between these and other choices for the grid.

The power system will be designed and built to meet current and future projections for demand and growth, including right-sizing and relocating assets as required. To respond to future demand, current efforts by PREPA include updating and strengthening system planning analytical tools, especially for dynamic system monitoring (ENR 14). This right-sizing also includes cost-effective energy efficiency and locating new generation closer to demand and critical loads. Before new generation is built, decisions will be made about how best to integrate distributed generation assets across the whole system (ENR 22). Existing generation, such as the assets newly installed during the power restoration efforts, will be maintained to ensure resilience to future disasters (ENR 8).

### Enhance the emergency preparedness and response of the energy system

The Government of Puerto Rico will create an energy response and preparedness plan and is currently updating its Energy Assurance Plan for this purpose. The new plan will be reevaluated and updated on a regular schedule and will include implementing preparedness best practices, such as updating mutual aid agreements; pre-positioning equipment, materials, and personnel; and streamlining the incident command system (ENR 21). To facilitate a rapid restoration of electricity, it is necessary to pre-assess the optimal level of material and workers needed for each portion of the grid (ENR 13). For example, the Energy Assurance Plan for Puerto Rico will include fuel

## PRIDCO INDUSTRIAL FACILITY MICROGRIDS

On July 8, 2018, PRIDCO, advised by the U.S. Department of Energy, issued a request for proposals for microgrid development at PRIDCO industrial parks. The microgrid solutions will be capable of indefinitely supplying the facilities in "island mode," disconnected from the grid in case of system outage. The target date for selection is October 19, 2018.

AR_0017470

JA_637

coordination between local fuel distributors and Government of Puerto Rico agencies to monitor fuel storage levels. In addition, the federal and state emergency response would be coordinated with the private sector to improve the response to outages, access to information, and the use of available resources (ENR 12).

In the initial emergency response to Hurricane Maria, many issues prevented the efficient transfer of fuel from port to end use. Approaches to preparing for future disasters include stockpiling fuel (diesel and propane) in strategic locations near critical facilities, establishing stand-by blanket purchase order contracts with a fuel provider in case of storm emergencies (a task for PREPA), and coordinating among agencies ahead of time to determine optimal resource planning (e.g., the number of delivery trucks and trained personnel) (ENR 9).

To reduce the time and cost of energy restoration after an emergency, new investments are proposed in the areas of operations and maintenance, standardization of components, relocation of transmission and distribution assets to improve access, stockpiling of rapidly deployable grid restoration assets, installation of additional assets to reduce failures (e.g., battery storage), and redesign of some existing generation and substation units. These investments will be based on whole system modeling efforts (ENR 20).

### Enable economic growth in a stable governance structure

To support economic growth, energy needs to become more affordable and prices more predictable. Toward this end, the Government of Puerto Rico will establish goals for the quantity and type of energy sources to be generated, evaluate the costs and benefits of alternative generation resources, and assess incentives for private investment (ENR 24).

The vision for the energy sector is to provide a modern energy system that is affordable, reliable, renewable, scalable, and redundant with the appropriate regulatory policies in place that respond to the needs of customers. The sector must also have a strong, independent, knowledgeable, transparent regulatory framework and commission. A suite of energy sector regulations will be required to align the needs, resources, oversight, incentives, and feedback to deliver on this vision, contribute to economic growth, and facilitate the efficient achievement of energy-related strategic objectives in this plan (ENR 27). The Puerto Rico Energy Commission's establishment of the microgrid rule, for example, supports this approach, and other technical requirements in support of other actions will be implemented (such as establishing

AR_0017471

JA_638

guidelines or requirements to reduce vulnerability to flooding or high wind speeds).

Other initiatives aim to increase the capacity of municipalities to make decisions concerning energy systems. Helping municipalities manage the decisionmaking and implementation process can help advance efforts to meet Puerto Rico's broader renewable energy goals and create consumer participation. Future activities will include improving public decisionmaking and engagement in energy (ENR 25).

### Understanding the impact of tradeoffs on the cost of reconstruction and future resilience of the electrical grid

The type and extent of recovery investments will shape Puerto Rico's future energy system. Investing too little could result in a system that is no more reliable or resilient than it was on September 19, 2017. Conversely, a state-of-the-art grid powered principally by renewable energy and battery storage could be extremely costly. Scenario modeling to date suggests that the cost of a truly transformed energy sector could greatly exceed available capital for the recovery. A realistic and responsible level of investment in an appropriately strong, resilient, economically viable electrical grid lies somewhere between these extremes. Strategic-level tradeoffs will be made, including the level of decentralization of the system (e.g., inclusion of islanded portions and microgrids), the level of renewable energy production, the extent of growth of distributed energy resources, and prioritization of assets for hardening measures.



**SEE THE FULL PORTFOLIO**

of energy system strategies and details about cost and funding in Chapter 12 of this plan

AR_0017472

JA_639



A new radome under construction, after the previous radome was damaged by Hurricane Maria.
FEMA/Eduardo Martinez



Physical capital

# MODERNIZE THE TELECOMMUNICATIONS SYSTEM

Modernize the telecommunications system to develop fast, reliable, and resilient residential, commercial, and emergency communications that drive Puerto Rico's economy, prosperity, and well-being

## Issues to address

The failure of Puerto Rico's communications infrastructure created challenges during the disaster. Following Hurricane Maria, police, fire, and emergency medical services were unable to respond to 911 calls. Cellular, landline, and internet services in Puerto Rico make extensive use of aerial fiber-optic cables. This condition made Puerto Rico's telecommunications infrastructure susceptible to damage from extreme weather and natural disasters, as happened during the hurricanes. Some infrastructure, such as poles that support those cables, were damaged by the winds, resulting in the loss of transmission capacity for voice and data communications. In addition,

AR_0017473

JA_640

the remote location of many cell towers made it difficult to repair them and to refuel backup power generators to power essential equipment. Degraded cellular service is of particular concern in Puerto Rico, where at least 80 percent of the population depends on cellular phones to communicate.

While numerous actions are under way to address short-term recovery needs and prepare for the current hurricane season, Puerto Rico is considering medium- and long-term solutions, as well as best practices for implementing them. Government agencies and the private sector play important roles in implementing and funding these solutions. To ensure an effective and innovative modernization of the telecommunications and information systems, Puerto Rico will implement actions using proven best practices, including those related to cyber and information security.

## Taking action

### Strengthen emergency communications systems to facilitate quick and effective disaster response

The Government of Puerto Rico will work with its municipal partners to develop capabilities to achieve robust emergency communications so that emergency services and government functions are effective and responsive in the aftermath of a disaster. The first required capability is a system of communications assets that can be safely stored when not needed and quickly deployed throughout the Island during an emergency. This system configured as a network of nodes will restore voice and data communications for disaster response, emergency services, and government functions (CIT 11). This system will include portable power generation to ensure independent operations and remote deployment. Second, the loss of the electric grid during Hurricane Maria points to the need for power redundancy and standardized power backups wherever practical for public safety and government communications infrastructure (CIT 5). Third, Puerto Rico's two 911 centers need redundancy—that is, additional 911 centers outside San Juan—and dispatch capabilities (CIT 3). Currently, a 911 operator must use telephone lines to call a police, ambulance, or fire operator, who then uses a separate system (typically radios) to dispatch first responders to the location of the initial caller. After the disaster hit, most telephone lines were not operational, so 911 operators often could not call first-responder dispatch centers. As a result, many calls to 911 centers did not reach first responders. Fourth, locations must be established where the public can access the internet and government information portals; municipal "hot spots" can be

AR_0017474

JA_641

used for that purpose (CIT 19). Finally, easy access to information and situational awareness (e.g., via status.pr, an online platform launched after Hurricane Maria that uses personal outreach and crowdsourcing to update the media, public, and first responders about conditions across Puerto Rico) is important to ensure a speedy recovery process. For example, real-time information can help determine where to allocate resources during a disaster response.

Beyond supporting effective disaster communications, better communications infrastructure is critical to improving first-responder operations more broadly. Currently, many emergency medical service crews and their hospitals need two dispatchers to communicate with each other; that is because emergency medical service has its own Land Mobile Radio (LMR) system, and hospitals typically use the police LMR system, but the two systems are not interoperable. To solve this problem, the Department of Public Safety and its partners are considering several options, such as upgrading and consolidating the current public LMR systems and supporting networks, using the federal LMR and cellular first-responder networks when they become available, and using one system for voice traffic and another for data traffic (CIT 1).

### Create and sustain a robust and resilient communications infrastructure, including widely available broadband internet

Given the nearly catastrophic failure of communications assets during the hurricanes, creating and sustaining robust and resilient communications infrastructure is also a top priority of the recovery effort. A key challenge is the transition from aerial to underground fiber optic cables in buried conduit, which will greatly increase the reliability and resilience of the communications network. To achieve this, the Government of Puerto Rico is considering how to incentivize private telecommunications providers—which own more than 90 percent of the Island's telecommunications infrastructure— to use buried fiber optic cable for rebuilding damaged networks and for new projects. One option that has been well received by telecommunications providers is a "conduits project" in which the Government of Puerto Rico owns both the trenches and conduits required for fiber optic cables, and private providers install and own the cables that run through the conduits (CIT 21). This incentivizes both the burial of fiber optic cable and the deployment of broadband infrastructure throughout Puerto Rico by greatly reducing the investments required by the private companies. Streamlining the permitting and rights of way processes for installing fiber optic cable and building cell towers will increase the efficiency of recovery efforts and lower costs for the private sector (CIT 13). Methods that encourage

AR_0017475

JA_642

the coordination of trenching by state agencies and the private telecommunications sector—for example, the "conduits project"—are key to these efforts.

Another opportunity is to engage with the Federal Communications Commission (FCC), which has programs that encourage private companies to provide telecommunications and internet services to schools, hospitals, and libraries, especially in rural or disadvantaged areas. In particular, some FCC programs offer funding on a sliding scale to help provide telecommunication services to health clinics, schools, and libraries. The Puerto Rico Telecommunications Regulatory Board and the Puerto Rico Department of Education (PRDE) plan to pursue this and other funding, such as the USDA's Rural Broadband Program and the U.S. Department of Housing and Urban Development's Broadband Infrastructure Grants and Community Development Block Grants, to help expand broadband service to all 78 municipalities (CIT 22).

To ensure the swift and effective rollout of the efforts described above, the Puerto Rico Telecommunications Regulatory Board and its partners propose a high-profile panel of nationally recognized subject-matter experts, industry leaders, and senior government officials to develop a comprehensive broadband deployment plan (CIT 25) and oversee the establishment of municipal wi-fi hot spots. This group is expected to play a key role in obtaining political and industry support for the deployment plan, as well as full support from critical agencies, such as the FCC and the U.S. Department of Housing and Urban Development.

While most of these initiatives involve on-Island communications, the Government of Puerto Rico will also improve the resilience of communications that connect Puerto Rico with the world at large. Currently, undersea cables, which form the primary method of communications to and from the Island, converge in the northeastern area of the main island, presenting a single point of failure. The government, with its private partners, aims to address this by introducing new undersea cables that are located away from San Juan (e.g., in the southwest as opposed to the northeast of the main island) and by hardening existing landing sites (CIT 10). This initiative also includes upgrades to existing terrestrial infrastructure for undersea cable communications that address flooding, loss of power, and other physical threats. One strategy is to update the undersea network infrastructure to incorporate a communications ring system linking currently unconnected regions around the Island (CIT 15). The ring system will add to and improve the availability of communication route options both within Puerto Rico and to and from points globally in a natural disaster. Similarly, the increased communications capacity



**SEE THE FULL PORTFOLIO** of communication/information technology strategies and details about cost and funding in Chapter 12 of this plan

AR_0017476

JA_643

available with new cables will improve the performance of the network during such events. When viewed on their own and with a cross-sector lens, these improvements will be critical for Puerto Rico's vision of economic growth and resilience.

### Establish governance structures to support and monitor changing infrastructure

Effective communications governance can play an important role in ensuring that modernization is done efficiently and effectively and leads to transformative outcomes. As an important first step, the Government of Puerto Rico will establish a Puerto Rico Communications Steering Committee that brings together all the relevant stakeholders to implement the vision of a modern telecommunications system (CIT 24). Leadership support, discrete goals and objectives, and appropriate authorities and resources could position this committee for success.

A feasible government-wide digital transformation strategy—with clear priorities, needs, and costs—is also critical to improving communications governance (CIT 16) so that valuable time and resources are not wasted on activities that do not transform and modernize communications. In addition, a new Tier III or Tier IV, cloud-enabled data center for state-level information systems will expand the Government of Puerto Rico's ability to perform essential functions and deliver essential services efficiently—using government-owned, highly available, scalable, and evolvable infrastructure (CIT 17). The Office of the Chief Innovation Officer (CINO), with help from other government agencies, will expand the scope of the Puerto Rico Innovation and Technology Service to include a focus on citizen-centered services and prioritize a "one-stop-shop" experience for accessing government services and information in an easy-to-use fashion (CIT 32). These initiatives will follow best practices for ensuring digital inclusion and accessibility, such as the ability to access government services from mobile devices.

Efforts to improve governance also include creating a database of critical infrastructure (government and private sector) (CIT 18), using an open, modular, and standards-based approach for information exchange and storage (CIT 14) and a centralized geographic information systems (GIS) resource and data platform (CIT 2). Expanding status.pr (CIT 23) is also on the agenda. Status.pr will provide data updates for ongoing government functions, as well as critical information during disasters. The Puerto Rico Innovation and Technology Service, in coordination with COR3, will oversee this initiative, building on its ongoing efforts to digitize government data,

AR_0017477

JA_644

form data-sharing partnerships, and utilize "smart" devices (such as Internet of Things sensors).

Secure, digital identities used to provide online identity verification is an important component of digital transformation to facilitate financial transactions, contracts, and government services. It can also increase accuracy and reduce costs associated with validation and access to government services, especially in disaster recovery, when paper records can be inaccessible. CINO and other government agencies will study existing models of this technology, including its reliance on resilient power and communications, to determine how Puerto Rico might best leverage digital identity in the future (CIT 27).

### Take advantage of improved access to broadband services and information technology for the betterment of Puerto Rico

The internet is perhaps the most important aspect of communications infrastructure today. Puerto Rico has the opportunity to transform its future by expanding access to broadband services and using information technology to improve the health, well-being, and education of its people and to spur economic growth. Widely available and affordable broadband can reduce the "digital divide" between more-affluent and disadvantaged segments of Puerto Rico's population. Furthermore, by leveraging information technology services that wider access to broadband enables, the Government of Puerto Rico can help facilitate a digital transformation that reforms how government serves its citizens and prepares Puerto Rico to successfully compete in an evolving, connected digital world.

AR_0017478

JA_645

## Many parts of Puerto Rico have no broadband provider



Number of broadband providers (2016)

0   1   2   3   4   6   12 or more

Federal Communications Commission

To increase access to broadband and teach residents new skills, Government of Puerto Rico agencies will establish a Digital Stewards program, following successful models in Detroit and New York (see sidebar on the next page). This program trains residents to install and service wi-fi hot spots in public housing (CIT 26). Participants learn valuable skills, build employment experience, and act as community liaisons for internet connectivity and maintenance of hot spots in their communities. Also proposed is a public-private initiative focused on providing digital skills training, entrepreneurship programs, and access to new technologies for people throughout Puerto Rico (CIT 28). The initiative will operate through a network of innovation hubs and entrepreneur centers, training partnerships with schools, and outreach via mobile labs to rural and underserved areas.

Given its hurricane-prone location, Puerto Rico is also well positioned to incubate a resilience technology industry to test the ability of systems and construction processes to withstand natural disasters. This effort includes a new Resiliency Innovation Network across Puerto Rico to build on existing university and Puerto Rico Science, Technology, and Research Trust facilities to teach, test, and refine existing resilience products and services, as well as develop new ones to enhance capabilities and stimulate new commercial ventures (CIT 30). For example, the Puerto Rico Science, Technology, and Research

| 98 | BUILD RESILIENT COMMUNITIES, MODERNIZE INFRASTRUCTURE, AND RESTORE THE NATURAL ENVIRONMENT

AR_0017479

JA_646

Trust entrepreneurial programs and corporate ties could be leveraged to encourage established companies to collaborate and invest in resilience innovations, existing government ties to PRIDCO could be leveraged for tax incentives and business credits, and the Technology Transfer Office could provide intellectual property protection and negotiate licensing agreements.

Finally, Puerto Rico's CINO, in collaboration with other government agencies, will run a pilot e-Construction Learning Lab project in one municipality to focus on digitizing hurricane damage assessment, permitting, and reporting processes (CIT 31). The findings will feed into a feasibility and cost-benefit analysis for an e-Permitting and e-Construction ecosystem across Puerto Rico. The use of electronic tools and information systems will deliver greater process efficiency, cost savings, flexibility, and independence from paper-based methods while increasing transparency.

Taken together, these actions addressing connectivity, workforce development, public use of the internet for a wide range of tasks, integration of digital technologies into business practices, and digital public services have the potential to transform Puerto Rico into a digital society that stands as a global role model.

## DIGITAL STEWARDS PROGRAM CASE STUDY: RED HOOK, NEW YORK

The Digital Stewards program, which began in Detroit, was implemented in Red Hook, New York, by the Red Hook Initiative following Hurricane Sandy in 2012. As the lead for the Digital Stewards program, the Red Hook Initiative became a community hub of disaster response, providing a gathering place for residents to charge phones, fill out FEMA forms, and check in with family members. The initiative helped organize volunteers, posted updates on social media, and increased the reach of its mesh wi-fi to serve more than 1,000 people per day. This wi-fi program's contribution after Sandy was recognized at a White House–hosted FEMA roundtable on emergency response best practices.

In 2017, 92 percent of Digital Stewards agreed or strongly agreed that the program helped them "learn skills that allow them to succeed in the workplace and to make a difference in their neighborhood." Seventy-seven percent remained employed or were actively pursuing further education within six months of completing the program.

AR_0017480

JA_647



Water pipes and bridge foundations are constructed to replace a hurricane-damaged bridge in Mayaguez.

FEMA/Michael Medina-Latorre



Physical capital

# RETHINK WATER SYSTEMS

**Develop safe and reliable water systems that are protected from future disasters to ensure the well-being of Puerto Ricans and the environment as well as the operations of government and businesses**

## Issues to address

Flooding, loss of electricity, landslides, and debris that resulted from the hurricanes damaged and disrupted service for nearly every element of Puerto Rico's water system—from drinking water and wastewater services to stormwater management and flood control infrastructure, such as dams, levees, and channels. Although the Puerto Rico Aqueduct and Sewer Authority (PRASA) supplies 96 percent of Puerto Rico's drinking water, community and individual water systems are responsible for drinking water provision in some rural areas. PRASA manages 59 percent of wastewater services on the Island (see figure on the next page), but many communities are serviced by on-site septic systems or small, publicly owned wastewater systems. Stormwater management is also decentralized and falls under the responsibility of municipalities or, in some urban areas,

AR_0017481

JA_648

## PRASA's workforce serves the majority of water and wastewater customers



SERVING
**1,236,728**
**CUSTOMERS**
96% WATER
59% SEWER

WITH
**4,654**
**EMPLOYEES**

government agencies. Flood control infrastructure is managed by several agencies as well, including PRASA, PREPA, the Department of Natural and Environmental Resources (DNER), and municipalities. For simplicity, drinking water and wastewater infrastructure not owned by PRASA are referred to as non-PRASA in this plan. In addition to infrastructure challenges, Puerto Rico faces degraded drinking water sources due to wastewater, stormwater, and industrial and agricultural contamination. Many of these issues are even more severe in rural or disadvantaged areas. Furthermore, drinking water sources in rural areas are often improperly protected from contamination, which compromises drinking water quality and safety.

Exacerbating these problems is the limited availability of certified operators and maintenance crews, monitoring and enforcement officials, and general emergency preparedness (see figure on the next page). As with many of Puerto Rico's utilities, financial sustainability has been a daunting problem for PRASA, non-PRASA systems, and stormwater system and flood control operators. For PRASA, lost revenue due to leakage, malfunctioning or incomplete metering, illegal connections to the water system, and delinquency rates have contributed to financial challenges. For non-PRASA systems, capacity and knowledge for both long-term fiscal planning and rate setting and collection are limited. This has led to financial instability and constrained operations that have influenced the quality of drinking water and wastewater services. Finally, the capacity of flood control infrastructure has been limited by high rates of sedimentation, and many flood control assets have been undermaintained and were designed to standards that are now outdated. A focus on the resilience of water infrastructure and water management is important, particularly with more-frequent and more-intense precipitation events,

AR_0017482

JA_649

## Restoring PRASA services required months of repairs



droughts, and other stressors continuing to test water systems across Puerto Rico.

### Taking action

Looking ahead, the Government of Puerto Rico will redesign its water systems to be more reliable, safer, and more resilient in the face of future disasters, climate and population-related stressors, and extreme weather. In the short term, PRASA, municipalities, DNER, and the managers of other water systems will need the liquidity and financial management capabilities, as well as the workforce, to handle the potentially large influx of capital as they finance repairs and improvements. In the long term, PRASA will address pre-hurricane contamination, bolster enforcement, and ensure that systems are properly designed, monitored, protected, and maintained so that Puerto Rico's water systems become more efficient and fiscally sustainable. The Government of Puerto Rico will develop a professional workforce to help ensure that operations and maintenance are better managed and that service is safe, reliable, and equitable. Rebuilding and redesigning infrastructure to be more resilient and improving

AR_0017483

JA_650

planning, processes, and mitigation measures will also help address climate-related consequences.

### Diversify energy sources, enhance emergency protocols, and harden water infrastructure to keep services flowing during disasters

To keep essential water facilities and assets up and running in emergencies, PRASA and non-PRASA systems will devise ways to diversify energy sources and use more off-grid renewable energy and storage as permanent power sources. For PRASA, this includes installing distributed solar power generation and battery storage, increasing the use of hydropower by optimizing PREPA hydro facilities, maintaining a reserve inventory of solar panels, using biosolids as an energy source, using modular reactors, and developing resilient microgrids (WTR 3). PRASA will reduce its use of electricity through demand management strategies. Non-PRASA systems propose to increase off-grid renewable energy, upgrade electrical systems, and right-size and stockpile backup generators (WTR 12).

PRASA will implement new emergency management protocols to improve its capacity to deliver resilient services to hospitals, schools, and other critical customers during emergencies (WTR 30). In the long term, PRASA will relocate or redesign assets that are in flood zones or in vulnerable remote locations to meet the best management standards and to improve their resiliency to enable continuous operation during extreme storms (WTR 20). This will include priority assets that were damaged during the hurricanes, such as the Dorado Wastewater Treatment Plant and wastewater infrastructure in Utuado.

### Improve fiscal planning and asset management to enhance sustainability and service provision

For PRASA to become financially sustainable, it will develop plans to divest assets, reduce operating costs and customer delinquencies, enhance revenue collection through public-private partnerships, and explore alternative pricing mechanisms (WTR 8). In addition, to cut down on the long-term life cycle costs of PRASA's assets, an asset needs assessment and asset management program will be implemented for PRASA's drinking water and wastewater systems, with a particular emphasis on vulnerable assets and large-diameter pipes (WTR 7). These initiatives to improve operations and finances will need to be mirrored in non-PRASA water systems (WTR 15, WTR 16).

AR_0017484

JA_651

### Make PRASA's drinking water service more efficient and reliable

PRASA will repair or replace drinking water infrastructure to address both hurricane damage and pre-hurricane deficiencies in ways that enhance resilience (WTR 1). It will make operations and distribution more efficient by increasing the use of smart metering, operational sensors, data, and tools for real-time monitoring and situational awareness; upgrading operational control systems; and enhancing the use of optimization methods to improve quantity and quality of service (WTR 2). To more easily transfer drinking water among service zones, PRASA will improve the interconnections between them (WTR 4). Finally, the agency will upgrade water treatment plants in vulnerable service zones by improving water treatment and storage capacity to better handle high turbidity—cloudiness that is a key measurement of water quality—caused by heavy rains (WTR 5).

### Build PRASA's wastewater systems for the future, and educate residents to help keep them clean

PRASA will repair, replace, or improve wastewater treatment plants and sanitary sewer collection systems to maintain regulatory standards in a manner that anticipates future capacity needs and follows industry best practices (WTR 11). To keep wastewater systems flowing, the agency aims to enhance routine cleaning and inspection and educate Puerto Ricans about the proper disposal of fats, oil, grease, and other unauthorized releases into sanitary sewers (WTR 10). PRASA will cut the disposal cost of sludge and other treatment byproducts by reusing them, including selling them for use in the agricultural, industrial, or energy sectors (WTR 13).

### Improve safety and reliability of non-PRASA drinking water and wastewater systems

To improve the reliability and safety of non-PRASA drinking water systems, operators will repair or replace existing assets that are damaged or degraded, improve treatment and monitoring, and expand contingency plans to include future demand, climate-related effects, and emergencies (WTR 15). In remote areas with even smaller nonregulated drinking water systems, operators will develop equitable and resilient solutions by better coordinating nongovernmental organization and municipal efforts to support the provision of safe drinking water in these areas (WTR 14). To prevent exposure to raw sewage and contamination of drinking water sources, these operators will work with a range of partners to develop an institution that builds technical capacity and collaboration among practitioners and to implement septic tank design standards and best maintenance

AR_0017485

JA_652

practices (WTR 17). To build self-sufficiency and capacity, non-PRASA systems will improve communication and collaboration, including expanding a "circuit rider" program that provides technical assistance, education, and training, as well as conducting outreach to communities (WTR 16). To contribute to the health and welfare of disadvantaged communities, PRASA will explore opportunities for expanding service into unconnected areas that are vulnerable to environmental and public health hazards associated with drinking water and wastewater systems (WTR 6).

### Develop drinking water supply sources that are sustainable and safeguarded from contamination

To ensure that Puerto Rico has a drinking water supply far into the future, PRASA will work with the Puerto Rico Environmental Quality Board and the U.S. Environmental Protection Agency (EPA) to strengthen the redundancy and diversification of drinking water sources, including the use of groundwater and greywater, as well as water reuse (WTR 29). Publicizing measures to protect drinking water, enforce land use restrictions, and remediate contaminated areas can help protect drinking water sources from residential, agricultural, and industrial waste (WTR 28). DNER, working with the Environmental Quality Board and federal partners, will rehabilitate and protect groundwater systems from saltwater intrusion, contamination, and over-extraction (WTR 27).

### Improve stormwater systems to reduce urban flooding and contaminated runoff

The Government of Puerto Rico will work with DNER and municipalities to improve stormwater infrastructure design standards; retrofit assets to catch, reserve, and filter stormwater runoff; enhance stormwater permitting processes and land use regulations to implement green infrastructure; right-size system capacity, including conveyances and pumping stations; and implement public outreach and education programs. These efforts will reduce urban nuisance flooding, curb erosion and sedimentation, and mitigate the discharge of contaminated stormwater runoff into surface water bodies (WTR 19).

To manage stormwater systems in a more efficient way, municipal operators will invest in cleaning, monitoring, maintenance, and assessment, including comprehensive and routine asset mapping, assessment of system capacity and condition, removal of debris and blockages, and repair of damaged infrastructure and assets (WTR 18). Other plans include centralizing stormwater system support and management at the state level. The Government of Puerto Rico will



**SEE THE FULL PORTFOLIO**

of water sector strategies and details about cost and funding in Chapter 12 of this plan

AR_0017486

JA_653

support building a workforce of stormwater practitioners, streamlining permitting processes, and enhancing technical capacity, community outreach, and best management practices (WTR 21).

### Enhance the resilience of flood control infrastructure and management to current and future events

To upgrade flood control protection, the owners of flood control assets will be requested to evaluate, repair, and improve the performance and resilience of dams, levees, channels, and water control structures. In addition, the plan includes an analysis of the tradeoffs of existing and proposed levees and channels with natural infrastructure alternatives; implement comprehensive monitoring and maintenance programs; and consider the influence of increased flooding from extreme weather (WTR 23). To reduce the need for dredging and ensure the performance of flood control systems, PRASA, PREPA, and other water management and land use entities will implement and enforce sediment control plans and sediment reduction measures (e.g., sluicing and sediment traps) (WTR 24).

In terms of governance, Government of Puerto Rico agencies will lead an effort to transfer, consolidate, and streamline the ownership and management of dams and other flood control infrastructure (WTR 25). PRASA, PREPA, and DNER will also upgrade reservoir management rules to improve the balance among current water management objectives— including drinking water supply, flood control, and hydroelectric generation—and implement risk-informed dam safety programs (WTR 22).

### Use outreach to improve conservation and emergency preparedness, and engage the public in developing creative approaches and innovative projects

PRASA will improve communication, education, and outreach to customers on conservation and emergency preparedness strategies, as well as water and wastewater system planning, performance, and investments, to foster strong relationships and garner trust (WTR 26). The agency will engage the public in a "Rebuild by Design" competition led by the Government of Puerto Rico (CPCB 10) to spur innovative resilience projects that are collaboratively developed by government agencies, community members, civic leaders, and internationally recognized design and engineering firms (WTR 9). Just as a similar effort stimulated creative resilience strategies in the aftermath of Hurricane Sandy, this effort will help develop innovative solutions to enhance resilience and address vulnerabilities exposed by Hurricanes Irma and Maria.

AR_0017487

JA_654



Workers onboard a freighter in San Juan.
FEMA


Physical capital

# REBUILD AND STRENGTHEN MARITIME, SURFACE, AND AIR TRANSPORTATION

Transform maritime, surface, and air transportation into flexible and reliable systems that move people and goods to ensure economic continuity and facilitate disaster response

## Issues to address

Although Puerto Rico has numerous small ports and airports, the Port of San Juan and San Juan Luis Muñoz Marín International Airport receive the vast majority of shipments and air traffic. Both suffered significant damage from the hurricanes and, in the immediate aftermath, faced power outages and bottlenecks resulting from the competing needs of daily operations and the emergency response. However, the hurricanes merely worsened existing systemic problems in Puerto Rico's transportation sector. Puerto Rico Ports Authority (PRPA), the primary port operator, struggles to maintain and improve its airports and seaports because of deteriorating finances. In addition, having multiple owners and operators of other port facilities contributes to a lack of coordination among ports.

Similarly, finances are challenging for Puerto Rico Highway and Transportation Authority (PRHTA), which funds and oversees major road and bridge projects. Major roads were in only fair condition before the hurricanes, and 80 percent of Puerto Rico's bridges were in fair or

AR_0017488

JA_655



**Damage at the port in Mayaguez**

HSOAC

poor condition—an issue that hurricane damage compounded. About half of the municipalities surveyed identified road repair, maintenance, and other transportation infrastructure improvements as their number one priority for long-term investment in their jurisdiction.

Puerto Ricans are heavily dependent on their vehicles. Public transportation is generally considered inadequate, and ridership has been declining over the past decade. Adding to these challenges is a lack of clarity, in many cases, over which agency owns particular assets. In the absence of established legal ownership, it may be difficult to determine eligibility for funding needed to make repairs and investments in resilience.

## Taking action

The transportation sector plays an important role in any economy—whether for shipping and receiving goods or getting residents to work, school, appointments, and events. To better serve all these purposes, the Government of Puerto Rico will seize this opportunity to develop a more robust multi-modal (maritime, surface, and air) transportation sector that is well-maintained, safe, efficient, and resilient to future disasters.

### Upgrade ports and consolidate ownership to improve emergency response and attract new maritime business

Ports authorities, in collaboration with private operators, will repair damage to ports and ferry terminals so they are at their full pre-hurricane capacity (TXN 12) and make upgrades that enhance their resilience to storms and sea level rise (TXN 22) (see tourism ports in the figure on the next page). To ensure that backup capacity exists if the Port of San Juan is damaged, PRPA and other port operators will further develop an existing seaport (e.g., Ponce) to provide redundant capacity through the use of public-private partnerships (TXN 10). Reevaluating the Maritime Transportation System Recovery Plan will help the ports take advantage of lessons learned during the hurricane response, such as pre-positioning reserve capacities and assets to better respond to an emergency, establishing an integrated operations center, developing a communications protocol for first responders during a disaster, and implementing pre-hurricane protection measures in an integrated fashion to protect critical resources (TXN 13).

To better manage the maritime transportation system as a whole and to make ports more attractive to maritime businesses and investors, input from industry experts indicates the need for consolidating ownership and oversight of the nine main ports (TXN 15). In addition to being a multi-purpose port, the Port of Ponce will be a future regional

AR_0017489

JA_656

## San Juan Tourism Ports



### PIER 1
In-transit cruise ships and limited passenger capacity turnaround port. Also used by the military.



### PIER 2
Operated by Maritime Transportation Authority for local ferry service.

### PIER 3
In-transit cruise ships. Royal Caribbean has preferential use.



### PIER 4
In-transit cruise ships and turnaround port. Carnival and its subsidiaries have preferential use.

### PANAMERICANOS I (EAST) & II (WEST) PIERS
In-transit cruise ships and turnaround port. Royal Caribbean and preferred use for subsidiaries

### NAVY FRONTIER
No turnaround port. In-transit only for mega yachts.



Photos by Sgt. Josue Rivera, Kenneth Wilsey, pyzata | Adobe Stock

transshipment hub for cargo traveling between South and North America, with shipping agencies incentivized to use it through reduced taxes or a government subsidy (TXN 14).

## Prioritize repairs to roads and bridges, and extend three key highways

PRHTA will repair damaged roads and bridges and restore them to pre-hurricane functionality to ensure the mobility of people, goods, and service providers. Within four years, this initiative will replace missing road signs and inoperable traffic signals and repair or replace collapsed or weakened bridges (TXN 16). PRHTA will harden, re-engineer, or relocate infrastructure in high-risk areas to make it more resilient in future disasters, with a focus on the most cost-effective projects (TXN 2).

Under a new "fix it first" approach, PRHTA will prioritize road maintenance and repair projects over new or expanded infrastructure. This approach improves roadway conditions and makes safety or operational improvements, and it prioritizes projects based on their cost-effectiveness (TXN 5). Projects to extend PR-5 and PR-22 and to complete PR-10, potentially through the use of public private partnerships, are included as surface transportation projects to improve mobility, safety, access, resilience, and emergency response and to complete Puerto Rico's strategic highway network (TXN 19, TXN 20, TXN 21).

To better manage transportation infrastructure, public agencies will develop infrastructure asset management programs to inventory their assets and track their condition to improve maintenance,

AR_0017490

JA_657

repair, and rehabilitation (TXN 11). In support of this effort, PRHTA has submitted an initial Asset Management Plan to the Federal Highway Administration, which focuses on improved infrastructure conditions and cost-effective asset management. Related to this effort, PRHTA will review its standards on road and bridge design. This will involve updates to include more-innovative standards on roadway marking, lighting, drainage, and signs and signals (including using solar to power them) and better enforcement of both new and existing standards (TXN 1).

In addition, PRHTA will develop an Intelligent Transportation System so that transportation operations across Puerto Rico can provide real-time traveler information, divert traffic away from crashes, clear crashes more quickly, and reduce the possibility of secondary crashes after an initial incident (TXN 9).

### Develop new mobility options to supplement improvements to bus service

The Puerto Rico Metropolitan Bus Authority will make bus service more reliable through transit signal priority (which gives buses additional time to cross a signalized intersection) and dedicated bus lanes, as well as bus stops that provide real-time arrival information and use smart card fare media (TXN 8). Developing additional options—such as ride-hailing, ride-sharing, expanded "publico" (jitney) service, inter-city bus service, bike-or scooter-sharing, and peer-to-peer car-sharing—will address the dearth of other mobility services, particularly outside of San Juan (TXN 7). In addition, PRHTA proposes two new high-capacity transit services—likely bus rapid transit—to give travelers another way to reach the San Juan airport (TXN 17), which is currently served by just three bus routes, and to give the 130,000 residents of Caguas a public transit option to reach nearby San Juan (TXN 18).

### Upgrade San Juan and Aguadilla airports to boost resilience and Porta del Sol tourism

To ensure that the San Juan airport can operate at full capacity both during normal operations and in an emergency, PRPA and airport operator Aerostar will repair remaining damage to the facilities (TXN 4), update the all-airports emergency plan to take advantage of lessons learned from the hurricanes, and further



**SEE THE FULL PORTFOLIO**

of transportation strategies and details about cost and funding in Chapter 12 of this plan

AR_0017491

JA_658



**AIRPORTS**
**2017 TOTAL PASSENGER ARRIVALS AND DEPARTURES**

Isla Grande 42,896

Arecibo 14,026

Aguadilla 498,424

San Juan 8,437,604

Culebra 64,303

Mayaguez 15,281

Ceiba 84,422

Vieques 108,414

Ponce 189,143

Humacao 1,000

develop a coordinated disaster recovery plan for the various airports across Puerto Rico (TXN 6).

In addition, PRPA proposes to expand and upgrade Rafael Hernández Airport in Aguadilla, including upgrading the runway, taxiways, and terminals. These actions would increase Puerto Rico's overall capacity for air traffic and boost tourism in Porta del Sol, a region with beautiful beaches that are currently difficult to reach (TXN 3).

AR_0017492

JA_659



A cruise ship docks at a pier in Old San Juan.
HSOAC

AR_0017493

JA_660



A home destroyed by Hurricane Maria is rebuilt in Maricao.

FEMA/Michael Medina-Latorre



Physical capital

# REPAIR AND REBUILD RESILIENT RESIDENTIAL HOUSING

Repair and rebuild safe and affordable housing to create a better and more resilient physical environment for Puerto Rico's citizens

## Issues to address

Puerto Rico's housing sector was another sector that was hit hard by the hurricanes: Approximately 90 percent of the Island's nearly 1.23 million households applied for immediate relief and housing assistance from FEMA, with 78 percent of these indicating damage to their structure or personal property (see figure on the next page). Before the hurricanes, the housing market was experiencing significant challenges. As residents have moved away, home values have plunged, dropping 18 percent in Puerto Rico since 2010, while values in the United States have risen 35 percent. As Puerto Rico's economy has faltered, mortgage delinquencies have been increasing steadily for many years. Income disruptions caused by the hurricanes exacerbated this problem, and many households have not caught up on their payments. This has also resulted in an increase in applications for affordable rental housing units, which has not been met with an increase in supply, leading to long waiting lists. Supply problems are exacerbated by the fact that

AR_0017494

JA_661

**Damage to real and personal property, based on FEMA registrants for Individual Assistance**



Number of Individual Assistance registrants indicating damage to structures or personal property

1–4,999
5,000–9,999
10,000–19,999
20,000+

Map is not to scale

construction costs in Puerto Rico are much higher than the average costs in the continental United States.

Given the absence of a culture of code compliance, unsafe residential housing has proliferated. An estimated 55 percent of residential and commercial structures were built without permits, and these buildings are referred to as "informal housing." These structures were often built on land not owned by the resident or builder. Additionally, proper construction techniques may not have been followed, and the structures may be in areas vulnerable to natural hazard risks, such as flooding, high winds, earthquakes, and landslides.

A compounding challenge is that approximately 70 percent of homes lack homeowner's insurance that can help with rebuilding after a crisis, leaving the vast majority of Puerto Rican families dependent on disaster aid. In addition, recent estimates suggest that only about 70 percent of property titles are recorded in the land registry, and many of those are likely out of date. The lack of clear title and accurate property records makes collecting property taxes difficult for Puerto Rico's already underfunded government agencies. Unclear legal ownership of properties also complicates applications for federal aid. An additional complicating factor is the address system, which needs to be improved. In its current state, it makes it difficult for emergency responders and service providers to locate homes and businesses.

AR_0017495

JA_662

## Taking action

The scale of the hurricane damage presents the recovery effort with an opportunity to address some of the challenges just presented. It is an opportunity to transform the housing sector to be safe, resilient, and forward-looking, particularly for those living in vulnerable circumstances. Puerto Rico has a clear vision for its housing sector: provide residents with safe and affordable places to live; retrofit homes to make them less vulnerable to damage; relocate households from the most dangerous areas; increase insurance coverage to help rebuild structures in the event of a disaster; and clarify ownership records to bring the informal housing into the formal sector, which would facilitate government service delivery and collection of property taxes.

### Make buildings safe and affordable for residents

Puerto Rico's Department of Housing and the municipalities will use Community Development Block Grant – Disaster Recovery assistance and other funding sources to repair or rebuild substantially damaged owner-occupied homes to code if the structures can be made reasonably safe from natural hazard risks at reasonable costs or relocate the households to safer locations. Households below a specified income limit would be eligible for this type of assistance. Rebuilding and relocation will emphasize safe, resilient, affordable communities with access to good schools, jobs, transit, and health care (HOU 1). In addition, the responsible authorities will inspect homes in high-risk areas without substantial damage to determine the specific risks each structure faces, and then develop strategies to determine which homeowners will be offered relocation and which structures can be secured through mitigation (HOU 3, HOU 4).

Similarly, the Puerto Rico Public Housing Administration and the Puerto Rico Housing Finance Authority will use available funding to repair damaged subsidized housing units and move vulnerable structures from high-risk areas, and make structures less vulnerable to disaster (HOU 2). This effort will also include updates to accommodate people with or without disabilities (such as people with access and functional needs, older adults, and veterans). Given the long waiting lists for public housing and Section 8 units, communities will be encouraged to adopt programs to provide more public or subsidized rental and homeless housing for lower-income households

AR_0017496

JA_663

and those with access and functional needs, older adults, veterans, and others (HOU 7).

Government of Puerto Rico agencies will partner with the municipalities to rehabilitate, redevelop, or demolish abandoned and blighted properties (HOU 10). First, an inventory will distinguish vacant properties from currently unoccupied vacation properties, and then strategies will be developed to quickly gain legal ownership of the property and implement buyout programs. Through a community engagement process, strategies to rehabilitate properties for residential and community uses will be developed, including future homes, affordable rental housing, rent-to-own programs, community centers, clinics, and business incubators.

The number of homeowners whose mortgage payments are delinquent or severely delinquent increased after the hurricanes and remains relatively high. The Federal Housing Administration issued a foreclosure moratorium after the hurricanes, but that is set to expire August 16, 2018, and lenders are unsure how many homeowners will resume payments. To address delinquent mortgages, one proposal is to provide homeowners with financial counseling and education campaigns about options (such as loan modifications) available from lenders. Some homeowners who are capable of sustaining mortgage payments would be provided with financial assistance to bring their mortgage payments up to date (HOU 9).

To help homeowners recover and to lower the reliance on federal and state aid after future disasters, the Office of the Commissioner of Insurance will work with federal and private partners to increase the number of properties with wind and flood insurance by conducting education and outreach campaigns about the coverages and costs, studying whether other types of low-cost products should be developed, and providing financial assistance to low-income households to help reduce premium costs (HOU 8).

### Restructuring the housing sector

Creating a central source of data related to the housing stock, including title, permits, land use, property tax, and location, is crucial to the recovery effort (HOU 5). This information can support planning, relocation, and mitigation efforts needed to make these communities safer and more resilient in future disasters. It can also contribute to the development of emergency plans and recovery efforts.

Improving compliance with the building permit process and adopting and enforcing consistent land-use plans are key to a more resilient housing sector. Updated land-use plans will better align new



**SEE THE FULL PORTFOLIO**

of housing strategies and details about cost and funding in Chapter 12 of this plan

AR_0017497

JA_664

construction and rehabilitation of existing homes away from disaster risk and near jobs, schools, health care, and transportation. The responsible authorities, including the Puerto Rico Planning Board, will increase their capacity to enforce both land-use plans and building permit requirements at the state and municipal level, while also working to reduce costs and delays in the building permit process (HOU 6).

The Government of Puerto Rico will implement a process to increase the proportion of properties that are properly titled and registered with the aid of a consistent process for determining title, including the acceptable types of documentation. To get owners on board, nonprofits and nongovernmental organizations will support municipalities in engaging with homeowners to describe the title registration process, the importance and benefits of obtaining a clear property title, and the potential downsides for failure to establish a title and register the property (HOU 12). This will lead to faster payouts of disaster assistance funds, more effective distribution of social services to targeted populations, reduced property disputes, and a more accurate and precise collection of property taxes.

To improve emergency response, mail delivery, and provision of other services on a government-wide basis, government agencies have been directed to work with municipalities to improve and standardize the address system, install new street signs and address numbers, and update government databases with new property addresses (HOU 11).

AR_0017498

JA_665



A student reads a book after receiving a donated bag of school supplies.
FEMA/Eduardo Martinez



Human capital

# TRANSFORM THE EDUCATION SYSTEM

**Transform the education system to produce competitive graduates with knowledge and skills needed to adapt to changes in the economy, environment, and technology**

## Issues to address

Education is a cornerstone of Puerto Rico's economy, society, and political systems. Its purpose is to build and sustain the knowledge and skills needed to ensure that individuals, communities, and key institutions can adapt to changes in the world economy, the environment, and technology. Education also plays a role in helping individuals and communities respond to social and cultural changes while maintaining Puerto Rico's unique identity. Yet, Puerto Rico's education system was impacted by the 2017 hurricanes and has for years been weakened by economic crisis, sharp declines in the student population, and governance structures that limit the ability to use community, nonprofit, and business resources most effectively. In fact, 92 percent of municipalities reported that enrollment in public schools had decreased as a result of the disaster.

The Government of Puerto Rico now has the opportunity not only to repair hurricane-related damage but also to fundamentally transform its education system in a way that improves student outcomes; supports the development of children, youth, and adults; and supports

AR_0017499

JA_666

the government's vision of economic and social development moving forward.

### Taking action

#### Upgrade school infrastructure to support resilience and sustainability

Many schools suffered significant hurricane-related damage, and some had to be permanently closed. The Government of Puerto Rico proposes that school infrastructure be repaired and upgraded in ways that create thriving environments for student-directed learning and provide collaborative workspaces where students and teachers can share creative, innovative, and developmentally appropriate PreK–12 teaching and learning experiences for PRDE, municipal, and private nonprofit schools (EDU 11, EDU 13). Ensuring that all schools meet current building safety codes means they will be more resilient against future storms or other disasters. Supporting whole community standards and all-access needs (e.g., compliance with the Americans with Disabilities Act) and implementing such practices as using green infrastructure to control runoff can be part of broader efforts to create "storm-smart" schools that adhere to an "Education Is Resilient" approach. Because the extent of damage to private nonprofit school facilities is not known, FEMA's Education sector is currently conducting a landscape analysis of the private nonprofit infrastructure and will follow with outreach to these schools on eligibility for FEMA Public Assistance funding and other available recovery assistance funding (EDU 13).

Many UPR facilities were damaged by the hurricanes, so UPR will work in collaboration with the private sector to repair and upgrade critical university facilities. In addition, the gradual decline in its student population prior to the 2017 hurricanes has also had a major impact on the university system. To account for this in the rebuilding process, UPR will include an analysis to determine how campus consolidation could best support the students, meet the educational goals of the university system, and ensure the system's financial stability (EDU 12).

#### Increase K–12 access to vocational, technical, and career education, and strengthen school-to-work transitions

As the Government of Puerto Rico pushes toward fostering new social and economic opportunities, students need to be well prepared to take advantage of this landscape. In partnership with local schools and private industry, PRDE will launch a one-year pilot program



**SEE THE FULL PORTFOLIO**

of education system strategies and details about cost and funding in Chapter 12 of this plan

AR_0017500

to expand and update K-12 vocational programs in Puerto Rico to align with changing workforce needs, foster entrepreneurship, and grow economic sectors (EDU 6). Those growth sectors include manufacturing (particularly biopharmaceuticals), finance, renewable energy, construction, hospitality, and health care. The pilot, which will serve 280 to 560 students, can be scaled up over a ten-year period to reach as many 22,000 students. This program will be implemented in tandem with broader efforts to strengthen the workforce development system—discussed throughout the plan—to ensure that students are exposed to career pathways and have on-the-job learning opportunities, such as apprenticeships.

### Promote preschool and out-of-school learning opportunities

Extensive research shows the benefits of high-quality preschool and early childhood programs—for example, parenting programs for families and early childhood care settings in the first five years before formal schooling. Such programs support whole child well-being and provide an important foundation that improves children's academic, social, and health development, as well as increased earning opportunities and other outcomes for parents. These programs also can support better economic outcomes for students later in life. Puerto Rico's Administration for the Care and Integral Development of Children will lead a landscape analysis of existing needs and resources and propose strategies for strengthening available resources in this area (EDU 3).

Expanding access to after-school, summer, and online learning opportunities can also provide benefits to Puerto Rico's students. The approaches can increase access to high-quality educational content for students regardless of their geographic location and help address any learning loss resulting from hurricane-related school closures. PRDE will partner with professional development providers to create a repository of online learning resources aligned with the scope and sequence of the curriculum so that students' education is not disrupted during temporary school closures (EDU 7). Such an online repository—offering free, open, English- and Spanish-language educational resources appropriate for various subject areas, grade levels, and technology platforms (e.g., desktop, laptop, tablet, smartphone)—can help schools and teachers provide "emergency instruction" in the event of school closures lasting more than two weeks. The development of government-sponsored wi-fi hot spots in the municipalities' public buildings, parks, town squares, and libraries (CIT 19) and in public housing (CIT 26), as well as plans to expand broadband infrastructure

AR_0017501

JA_668

throughout Puerto Rico (CIT 21, CIT 22, CIT 25), will be critical to ensure the success of online learning efforts.

In addition to online learning programs, PRDE will expand existing and implement new summer and after-school learning programs to address post-hurricane learning loss caused by prolonged school closures (EDU 1). Beyond academic challenges, the hurricanes negatively impacted students' mental and physical health, and ongoing changes in the school system might cause students further confusion and distress. Out-of-school learning programs are another way to provide physical and mental health services to address these needs. Such programs can also provide opportunities to link students with vocational, technical, or career education opportunities.

### Strengthen systems to support new education reform package

Finally, significant transformation of Puerto Rico's educational system has already been initiated by Puerto Rico's Education Reform Bill. The bill features (among other things) decentralization into seven local educational agencies (see map on the next page), increased parental choice, and increased focus on school-to-work transitions.

School closure and similar decisions are complicated and must balance schools' links to communities and student well-being with post-hurricane enrollment decreases driven by students leaving Puerto Rico. Completing development of a longitudinal data system will be critical to supporting timely and evidence-driven decisionmaking about school closures and resource allocation, as well as targeted professional development and other operational decisions and education policymaking (EDU 2). Planned system enhancements include increasing user-friendliness and linking K-12 data to postsecondary outcomes and workforce data to better manage school-to-work transitions. PRDE will provide training on how to integrate data into operations and decisionmaking.



CURRENT STATE — END STATE

Schools
1,110 — 805

Students (K–12)
346k* — 298k**

*Enrolled student count as of August 2017
**Projected number of students for 2018–2019 school year

AR_0017502

JA_669

In addition, schools and education systems both influence and are influenced by the communities in which they are located. Inputs from stakeholders will be key to help PRDE and others make future-facing decisions that better align investments in schools (e.g., infrastructure updates, teacher assignments, location of school-to-work programs) with local economic, infrastructure, and community characteristics (EDU 4). To address equity issues, PRDE, local schools, and their partners will review how funds are allocated to schools and identify any funding gaps or regional or municipal inequities. This information can inform whether and how budgeting processes can be redesigned to ensure an equitable match between student needs and resource allocation (EDU 5).

New professional development and talent management systems will be needed to ensure that PRDE's administrator and teacher workforce is prepared for the performance requirements of 21st-century approaches to learning (EDU 9), that the system has strong leadership in regional superintendent's offices (EDU 8), and that school directors are well-positioned to function with the greater autonomy given them under the Governor's new education reform plan. Finally, PRDE will initiate a program that will educate parents and guardians (especially in disadvantaged communities) about the options provided to them through new school choice programs (EDU 10).

## Local educational agencies proposed in the Education Reform Bill



Fewer schools and students are projected for 2018–2019 school year

**Proposed school districts**
- Mayagüez
- Arecibo
- Ponce
- Bayamón
- San Juan
- Humacao
- Caguas

AR_0017503

JA_670



A power generator was installed at the Hospital General Castañer in Lares.
FEMA/Eliud Echevarria


Human capital

# REBUILD AND ENHANCE HEALTH AND SOCIAL SERVICE INFRASTRUCTURE AND REGIONAL HEALTH CARE NETWORKS

Rebuild and enhance health and social service infrastructure and regional health care networks to ensure that they provide reliable and equitable access to health and social services and health-promoting communities, including an efficient and effective response to public health crises and other future disasters

## Issues to address

Communities in Puerto Rico faced widespread and persistent challenges with health and social services before the hurricanes, partly because of a fragmented spectrum of health and social services systems, varied access to these services by region, shortages in some health specialties, and differential access to health-promoting

AR_0017504

environments. Low Medicaid and Medicare reimbursement rates combined with cost-of-living challenges have put a downward pressure on payments for providers. There is limited access to preventive programs, including psychosocial support, particularly for low-income Puerto Ricans. Exposure to environmental hazards in Puerto Rico—which has 23 contaminated sites that the EPA lists as candidates for Superfund cleanup—has been correlated with a high prevalence of childhood asthma, preterm births, and water- and vector-borne disease outbreaks. Unenforced building codes, informal housing, and storm-related hazards (e.g., mold) also present environmental hazards to residents.

The hurricanes exacerbated these challenges by making health and social services harder to obtain and delaying or interrupting care, which contributed to deaths after the hurricanes. Damage to buildings and electrical, water, and communications infrastructure closed medical and social service facilities and affected health and social service agencies' ability to operate. In some municipalities, federally qualified health centers (i.e., community-based care providers that receive funds from the Health Resources & Services Administration Health Center Program to provide primary care services in underserved areas) were the only open and operational places where emergency and acute health care services were being provided around the clock. In fact, nearly half of municipalities surveyed reported that the hurricanes had damaged health centers, limited access to



A nurse attends to a young patient at a children's hospital in San Juan after the island was hit by Hurricane Maria.
REUTERS/Alvin Baez

AR_0017505

JA_672

health services, or made them inoperable. Municipalities also reported that access to some health services, including dialysis centers and highly specialized medical care, was available in less than half of jurisdictions after the hurricane.

Even at facilities that remained open, services were compromised by intermittent access to power and water, lack of access to client records, and the absence of staff who were unable to come to work. Residents' mental health suffered, and cleanup and other activities exposed them to various environmental hazards after the hurricanes.

More than one-third of municipalities identified mosquito-borne illnesses as the main threat to public health in their jurisdiction, followed by threats to environmental health from contaminated or stagnant water, spikes in mental health conditions, and cardiovascular and respiratory diseases. One-third of municipalities reported that these threats to public health have worsened since the hurricanes, and one-third reported that the threats have been somewhat controlled in certain areas, although gains appear fragile.

Ensuring that residents can live healthy, productive lives in Puerto Rico is essential to a robust economic recovery. To strengthen and expand access to health care and promote healthful living, the Government of Puerto Rico will need such tools as provider retention programs, expanded licensure for advanced practice clinicians, and the ability to utilize nontraditional health providers to promote healthy lifestyles. This effort will also require building resilience in the health and social service systems through emergency preparedness measures, such as building capacity to use administrative and financial waivers that support access and interoperability during and after disasters, and strengthening regional health networks. Greater flexibility in nutrition assistance and social services will provide support for Puerto Ricans in the most vulnerable circumstances. Parallel infrastructure and economic developments will be essential to the ultimate success of these efforts.

## Taking action

### Build health and social service system capacity

One critical challenge exposed by the hurricanes is the fragility of the health and social system, including medical, behavioral, and environmental services. The Government of Puerto Rico will build resilience to ensure flexibility and agility in response and long-term recovery. This includes the repair and rebuilding of hospitals and primary care centers. Health and social services require reliable

AR_0017506

JA_673

electrical systems to function, so efforts to create a hardened electrical grid supported by alternative energy generators will be required to keep these services available in a future disaster. The government also proposes robust, resilient communications initiatives that will connect community clinics across Puerto Rico using a broad range of technologies—including mobile and telehealth—to ensure real-time access to clinical data from any access point and improve clinical care delivery and adaptation to disaster impacts (HSS 9, CIT 29). The Government of Puerto Rico will develop flex-funding for critical social service centers, such as domestic violence and homeless shelters and child- and elder-care facilities, in order for these centers to tap into additional financial resources during a long-term response and recovery period (HSS 19). Another initiative will implement temporary waivers for a range of emergency health and social service needs (e.g., prescription coverage, mortuary services) to ensure uninterrupted access to care post-disaster and prevent potential delays in time-sensitive care and nutrition support (HSS 31). Finally, the Government of Puerto Rico will build resilience through upgrades and enhancements to the 911 service (CIT 3), a shift toward a regionally integrated approach for emergency preparedness (HSS 22), improved systems for emergency medical stockpiles and supplies (HSS 23, HSS 26), and other initiatives.

Health and social services also must meet the day-to-day needs of Puerto Rico's citizens at all stages of life. To meet these needs, the Government of Puerto Rico will strengthen the backbone of the system by improving the standard of care and increasing access to services. Improving provider retention and maintaining high-quality care means reconsidering the current Medicaid and Medicare reimbursement rates to address the financial viability of the health care system at large and to actively analyze the links between health expenditures and outcomes in ways that are transparent and useable by payers and providers (HSS 7). To support a full array of primary care services and chronic disease prevention and management, primary care options will be expanded by the Government of Puerto Rico, and the Puerto Rico Department of Health specifically; this will enhance the existing network of community health centers and augment relevant primary care supports, including mobile care clinic options, increased training, and supplies (HSS 12). To improve mental health services, the Government of Puerto Rico will expand care for psychological trauma and chronic stress, increase promotion of and referral to existing services (HSS 10), and encourage greater uptake of evidence-based practices to promote health in other settings, such as community centers and schools (HSS 15). These will be paired with a comprehensive suicide prevention campaign promoting wellness

AR_0017507

JA_674

and self-care to ensure that those at risk are identified and referred to appropriate services (HSS 28). Another initiative aims to increase access to care through telehealth options (HSS 9) in conjunction with broader efforts to improve data integration and digitization of health and related information (HSS 14).

However, this expansion of services is possible only if there are doctors and other health providers to support it. Given the shortages in some health specialties and concerns about personnel moving away, the Government of Puerto Rico will expand incentives to retain and train the health care and public health workforce through such initiatives as loan repayment programs and policies that allow nurse practitioners and physician assistants from other states to provide care in Puerto Rico (HSS 11, HSS 13). In addition, the Government of Puerto Rico will increase public health surveillance capacity (HSS 8, HSS 27) and vital records data use (HSS 5), which will be important during disaster-response and under normal circumstances.

### Strengthen supportive services

Residents living in the most vulnerable circumstances—for example, home-bound, older adults (especially those who live alone); people who depend on nutritional support; and those with chronic health conditions— have greater needs during and after a disaster. To address these challenges, the Government of Puerto Rico will enhance services and other supports that ensure continuity during and after a disaster and that limit disruptions to food, medication, technology, and other crucial supplies. Puerto Rico provided nutrition assistance through the Food Stamp program from 1974 to 1982 but switched to a capped block grant Nutrition Assistance Program through the Omnibus Budget Reconciliation Act of 1981. Transitioning to the more financially flexible Supplemental Nutrition Assistance Program (SNAP) (formerly known as the Food Stamp program) will allow greater surge capacity post-disaster and provide greater benefit to participants (HSS 16). In the event the transition to SNAP does not occur, long-term waivers to the existing Nutrition Assistance Program regulations (HSS 17), which would be implemented by the USDA Food and Nutrition Service, would enable greater flexibility in how program participants access food during a disaster.

To raise awareness of child and senior abuse and how to report it, public education campaigns and training staff at integrated service centers and disaster shelters are needed to detect and address abuse (HSS 18). The Government of Puerto Rico will support the older adult population through both routine day-to-day efforts and targeted, community-led support post-disaster (HSS 20). These initiatives

AR_0017508

JA_675

include enhancing food stockpiles through a policy change requiring a minimum 14-day, healthy, shelf-stable food supply at all licensed child- and elder-care facilities and providing guidance to them on stockpile contents. Another initiative calls for increasing funding to the Puerto Rico Department of the Family to hire additional child welfare investigators to reduce the backlog of child maltreatment investigations (HSS 24) so that the department is better positioned to quickly address potentially increased incidence of abuse post-disaster.

The Government of Puerto Rico will build capacity that will make all residents more resilient to future disasters. These include developing, updating, and implementing preparedness and response plans across the Island—including for those facing particularly high risk during disasters—so that communities can better sustain themselves immediately after a disaster. Other components include developing a public information and communication capability to continuously engage communities in the recovery process and increase residents' visibility into recovery planning and implementation (CPCB 6) and hiring planners in each municipality and at the state level to support a more robust emergency shelter system for the longer term (CPCB 7). Finally, the Government of Puerto Rico will strengthen the involvement of local nonprofit and nongovernmental organizations in disaster recovery by establishing a unit within the Office for the Socioeconomic and Community Development to maximize the agency's partnership with other government agencies in the recovery process (CPCB 15).

### Create healthy communities

Healthy communities support healthy people. Transportation, municipal infrastructure, education, economic development, natural and cultural resources, and telecommunications are all required to improve and protect the health and well-being of communities. Toward that end, the Government of Puerto Rico will implement a range of initiatives, including deploying wi-fi and broadband internet connectivity (increasing access to health information to support healthy lifestyles and chronic disease prevention and management); providing incentives to move from remote communities to urban centers (increasing access to key economic and educational services); and offering better access to transportation and community resources, such as museums, parks, artist workspaces, and community centers, as well as natural resources (promoting access to services, healthy activities, and exercise). For example, an integrated strategy to help artists and arts organizations resume practice and livelihoods post-

AR_0017509

JA_676

hurricane would facilitate community recovery and improve a sense of collective well-being (NCR 2).

Another effort calls for summer and after-school learning programs (described in greater detail in the education section) that incorporate physical and mental health services to promote whole child health and well-being (EDU 1). The Government of Puerto Rico will conduct a landscape analysis of early childhood opportunities to determine the current supply of interventions and care settings, demographics of children 0–5 years old (and their families), and the cost of and possible funding streams for programs that provide high-quality care to all children in Puerto Rico and improve their long-term health and learning trajectories (EDU 3).

Finally, plans to collect and map housing-sector data will directly benefit people's health through increased accuracy in routing of emergency vehicles (HOU 5), and initiatives to implement healthy housing guidelines for mold mitigation, remediation, and public health will help prevent respiratory-related diseases (HSS 2). The Government of Puerto Rico also intends to reduce water- and vector-borne disease transmission through improved public health surveillance (HSS 4) and innovative mosquito control practices (HSS 6). Closing unpermitted and unregulated dumps will further remove environmental and public health threats to the people of Puerto Rico (NCR 10).



**SEE THE FULL PORTFOLIO** of health and social services strategies and details about cost and funding in Chapter 12 of this plan

AR_0017510

JA_677



Contractors paint walls as part of the repairs to the Bayamón Police Command Center.
FEMA/Yuisa Ríos


Physical capital

# REPAIR, REBUILD, AND RIGHT–SIZE THE PUBLIC BUILDINGS INVENTORY

Establish a program to produce stronger and more-resilient public buildings that meet today's standards, mitigate against future disasters, represent innovative designs, and meet communities' needs

## Issues to Address

In Puerto Rico, ownership of public buildings is a complex issue. Government agencies may have ownership responsibilities for a wide variety of types of buildings, and the type of building does not determine ownership. For example, several different government agencies own schools. One of these agencies, the Public Buildings Authority, also owns police stations, judicial centers, and office buildings. Publicly owned buildings may house activities operated by

AR_0017511

JA_678

other public agencies or private-sector tenants. For example, PRIDCO is a public agency that owns and operates hundreds of buildings that it leases to the private sector with the mission of fostering economic development. This complexity makes it difficult to track the complete inventory of public buildings, and the government lacks a central data set showing the number, type, location, legal status, and condition of the real estate and assets that it owns.

Beyond the ownership conundrum, recession, declining population, and shifting demographics have led to a substantial number of underoccupied buildings. Both occupied and unoccupied buildings often suffer from insufficient maintenance. Given these complications, it has been difficult to assess the extent of damage caused specifically by the hurricanes. Some assessments of this damage, compiled from U.S. Army Corps of Engineers data or FEMA Public Assistance data, estimate that one quarter of police stations were classified as "restricted use" or "unsafe" after the hurricanes and that 85 percent of schools reported damage.

## Taking Action

The vision for Puerto Rico's public building sector is not only to repair and maintain buildings but also to right-size and redesign buildings to support new ways of providing public services and increasing their resilience to disaster. This effort includes repurposing, reallocating, and refurbishing buildings to meet current demand, population needs, historic building requirements, and economic conditions. To make this sector more efficient, ownership must be realigned, and new systems will make managing them more efficient.

Prior to the hurricanes, various initiatives were already seeking to consolidate and right-size the public building sector, including proposals to consolidate schools and establish integrated service centers, a "one-stop shop" for Puerto Ricans seeking public services. The Government of Puerto Rico plans to build on this effort by further aligning and consolidating functions into fewer buildings (in conjunction with the agency consolidation mandated by the Financial Oversight and Management Board). These buildings will be refurbished, moving critical government operations out of areas at high risk for flooding, repairing hurricane damage and implementing structural retrofits to increase hazard resilience, and developing policies and standards to improve asset management, increase energy efficiency, and ensure that backup power is available.

AR_0017512

JA_679



**Public buildings for recovery plan**

Privately-owned buildings leased by government

Private businesses

Homes

Public universities

Municipality-owned buildings

State police and fire stations

Publicly-owned hospitals

Libraries

National guard facilities

Museums

Judiciary buildings

Government offices

Recreation centers

Prisons

Government-owned buildings leased by private sector

Archives

Public schools

Federal buildings

Power plants

Water treatment facilities

Ports and airports

Public housing

### Create a comprehensive inventory of buildings to improve how they are managed

Puerto Rico's Planning Board and Public Buildings Authority plan to create a comprehensive, centralized database of government-owned buildings and undeveloped properties to help the owners make better decisions about their structures and to provide accurate information for decisionmaking (PBD 1). Having a clear picture of the entire inventory of schools, courts, prisons, and other public buildings and their condition will facilitate decisionmaking regarding general operations, maintenance, future infrastructure needs, emergency response, and vulnerabilities to future disasters. This database will be used to inform complementary asset inventories that municipalities may create for the same purposes (MUN 6).

### Repair, retrofit, and relocate public buildings to be resilient

To ensure that all public buildings meet both today's standards and future needs, the Government of Puerto Rico will repair hurricane damage (PBD 9), retrofit buildings to meet building safety codes, and upgrade systems when feasible (to reduce vulnerability to natural hazards and improve energy performance) (PBD 11). To increase public buildings' resilience to power outages, guidelines will be developed

AR_0017513

JA_680

for secondary power systems by building on the nationally recognized standards for emergency and standby power systems that already exist (PBD 12). This effort would prioritize buildings that house essential functions.

The Puerto Rico Planning Board will need to relocate critical government functions to vacant or new buildings in areas with less risk of flooding if retrofitting is not appropriate (PBD 8). Similarly, the Government of Puerto Rico proposes to refurbish 300 community centers and 172 community technology centers and provide them with generators for backup power so they can act as service centers during an emergency (PBD 7). The State Historic Preservation Office and the Institute of Puerto Rican Culture will also undertake activities to preserve historic buildings and protect the character that they provide to their communities (NCR 1, NCR 3).

### Rebuild with state-of-the-art standards in mind

The Government of Puerto Rico, in collaboration with municipal governments, will develop new policies and incentives to promote state-of-the-art building design, practices, and technologies, including adherence to the 2018 International Building Codes performance standard. This effort will establish clear standards and incentives for energy and water efficiency in public buildings and incentives for renewable energy systems, innovative redesign or reconfiguration of spaces to better support critical public services, and increased resilience to natural hazards (PBD 10).

### Right-size the number of public buildings

The Government of Puerto Rico will right-size the public buildings sector to make efficient use of space and consolidate maintenance costs. This effort involves examining the demand for government services to estimate the appropriate building capacity, program requirements, and proposed improvements for government operations. Public services in private facilities would be moved to public buildings so that buildings are used more efficiently (PBD 5), and services would be clustered in integrated service centers to make them easier for residents to access (PBD 3).

### Repurpose structures and realign ownership

The government and its partners will repurpose and refurbish buildings, reallocate space, and sell or demolish unneeded buildings (PBD 2). Where possible, structures will be repurposed by municipalities—for example, as economic development vehicles through public-private partnerships or municipal corporations to



**SEE THE FULL PORTFOLIO**

of public building strategies and details about cost and funding in Chapter 12 of this plan

AR_0017514

house and attract new businesses (MUN 5). Similarly, PRIDCO's abandoned buildings will also be repurposed for use as business incubators (ECN 13). Finally, ownership of some buildings will be transferred to align with how they are used so that buildings of the same type, such as schools or government centers, are all owned by the same agency (PBD 4).

### Evaluate externalization of PRIDCO

An independent analysis will be conducted to examine whether externalizing the services provided by PRIDCO would improve or reduce its ability to support economic development through the private-sector real estate market (PBD 6), given that government competition in an otherwise healthy market can crowd out private business. This analysis will be undertaken by a third-party entity with expertise in economic development, real-estate markets, and the Puerto Rican context.

---

### INFORMATION THAT THE PUBLIC BUILDINGS INVENTORY DATABASE COULD INCLUDE

- Building purpose
- Current user
- Owning agency
- Occupancy status, including capacity utilization
- Value
- Existing liens and restrictions on use
- Location (street address and geocode)
- Zoning
- Vulnerability assessment results
- International Building Code building risk category
- Year built

- Dimensions (area, height, number of stories)
- Construction characteristics (based on NFPA construction type)
- Subsurface conditions (e.g., garage or basement facilities)
- Utility information
- Condition and remaining life of building, including mechanical, electrical, lighting, roofing, elevator, and backup power systems
- Energy efficiency and natural hazard mitigation features
- Major repair and retrofit records
- Listed on a historic register

AR_0017515



Photo by HSOAC

AR_0017516

JA_683



A diver works to restore damaged coral reefs, off the coast of Culebra.
FEMA/Andrea Bajandas


Natural capital

# RESTORE, PLAN FOR, AND DEVELOP THE NATURAL ENVIRONMENT

**Restore, plan, and develop the marine and terrestrial ecosystems so that they coexist sustainably with tourism; promote the economic development of Puerto Rico; and serve as natural infrastructure to protect against storm damage, manage waste, and preserve the natural and cultural heritage of Puerto Ricans**

## Issues to address

Puerto Rico's range of coasts, forests, waterways, and diverse endemic species are important assets both for economic development and for the well-being of citizens and visitors (see figure on the next page). However, prior to the 2017 hurricane season, Puerto Rico's natural resources suffered from a lack of investment, human interferences that weakened resiliency, and limited emergency preparedness capacity. Significant destruction from the hurricanes compounded these problems. Damage to forests and coastal resources, such as corals and seagrasses, was severe in many areas. Debris from landslides polluted waterways, blocked roads, and threatened infrastructure and public safety. The waste and debris from the disaster cleanup effort is going to landfills, many of which were already out of capacity or compliance

AR_0017517

JA_684

before the hurricanes, or to unpermitted and unregistered dumps. EPA has ordered registered, unlined dumps to be closed, but local governments say they lack the funds to do so.

To restore and protect Puerto Rico's natural assets, the Government of Puerto Rico will develop and implement strategies to create healthy, resilient, Island-wide ecosystems that support its people, infrastructure, and economy.

## Taking action

### Implement green infrastructure solutions

Natural, or "green," infrastructure is often the first line of defense in protecting manmade infrastructure during natural disasters. Beaches and dunes, wetlands, seagrasses, and coral reefs all act as

## The services that natural capital provides are valuable

(The estimated dollar value of the products and natural services that natural capital provides to communities, measured in international dollars/hectare/year.)



**$366,339**

**$201,599**

**$5,474**

**Coral reef and seagrass**
Protection of coastal communities, human safety, health, and the economy

**Wetlands**
Aquifer recharge, filtration, sediment and erosion control

**Forests**
Habitat, water quality, storm-water runoff, recreation

SOURCE: Li, G. & Fang, C., 2014.

AR_0017518

barriers to waves and storm surge that cause erosion and damage to communities along the coast. To protect these critical assets, DNER will work with federal agencies to take several actions. One is the restoration of severely damaged coral reef and seagrass sites to maintain and increase the coastal protection services they provide to key communities (NCR 15). Another focus is on restoring coastal wetland capacity and hydrology at ten priority sites across Puerto Rico (NCR 16). These wetlands lessen the impact of storms while protecting coastal communities' infrastructure, agriculture, and habitats. Finally, by 2035, beaches and dunes will be stabilized and protected from human degradation so that they (1) are resilient to storms and sea level rise; (2) protect human life, property, and critical infrastructure in coastal areas; (3) support biodiversity, tourism, and recreation; and (4) help improve the livelihoods of coastal communities (NCR 17). The Puerto Rico Department of Labor and Human Resources proposes to create workforce development programs focused on building capacity and jobs in habitat restoration and other recovery needs to support these restoration efforts (NCR 25). In the long term, this workforce will be able to apply the skills they develop in other sectors, such as construction, education, and tourism.

Developing critical green infrastructure will prevent erosion and sedimentation to increase resilience to disasters and reduce negative impacts to the environment and public health. One component of this effort is stabilizing soils in areas that experienced or are prone to landslides. This will diminish future risk to communities and critical infrastructure (NCR 13). This will also reduce the loss of storage capacity from sedimentation in key reservoirs and other negative effects on both fresh- and marine-water quality. Another component of developing green infrastructure is forest recovery in rural protected areas, private forests, critical watersheds, and urban areas (NCR 5). Through both public and private collaborations, DNER will develop and implement landscape habitat conservation strategies to restore the function and structure of urban and rural forests, which will lessen erosion and sedimentation challenges and provide other ecosystem services, such as enhancing air quality and managing stormwater runoff. Forest restoration will also contribute to species recovery plans that combine habitat restoration, captive breeding, and predation threat reduction for a subset of identified at-risk species (NCR 6).

Finally, DNER is cooperating with federal agencies to develop watershed restoration and management strategies in four priority watersheds: Arecibo, San Juan Metropolitan Area, Cabo Rojo/Guánica, and Northeast Corridor (NCR 14). Similar control efforts are also planned for the highly sensitive coastal areas of Mosquito Bay Natural



**SEE THE FULL PORTFOLIO**

of natural resources strategies and details about cost and funding in Chapter 12 of this plan

AR_0017519

JA_686

Reserve in Vieques and Tres Palmas Marine Reserve in Rincón. These strategies would not only help communities manage stormwater runoff and soil erosion but also reduce future pollution risks from sewage discharge. Strategically managing natural resources and species at a level that considers the interconnected nature of ecosystems would enhance the resiliency and hazard mitigation of these resources (NCR 21). The creation of conservation corridors and partner networks, for example, would enrich natural resources across the Island and would provide benefits to water and air quality, land stabilization, food production, and the economy.

## Comprehensively manage waste to protect human health and safety

Addressing the critical capacity issues of managing solid waste will require a comprehensive understanding of the challenges involved in this undertaking. Working with local partners, DNER will complete repairs to hurricane-damaged landfills within approximately six months of funding availability and will close unlined dumps, which threaten public health and the environment (NCR 9). Initial assessments suggest that Puerto Rico will run out of landfill capacity within a few years—likely two to four years. Therefore, DNER and partners will create new lined landfill cells and transfer stations, increasing staff as necessary to manage permitting and inspection needs (NCR 8).

Tackling the unpermitted, unregistered dumps throughout Puerto Rico will be similarly important. The DNER will take action to clean up and eliminate approximately 1,600–2,000 of these dumps, including those created in the wake of the hurricanes (NCR 10). This effort also aims to prevent new unpermitted and unregistered dumps from forming.

Given the longstanding problems with solid waste management in Puerto Rico, DNER will work with the private sector and federal partners to establish a long-term, sustainable, integrated solid waste management program (NCR 11). This program will develop comprehensive solid waste management strategies and infrastructure, waste reduction initiatives, and composting and recycling practices. In addition to mitigating risks to the environment and public health, a strong integrated approach to waste management will help ensure sufficient landfill capacity in the future.

AR_0017520

JA_687

# FOCUS ON THE FUTURE







RICARDO ROSSELLÓ NEVARES
GOVERNOR OF PUERTO RICO

AR_0017521

JA_688

# 7

While capital investments will allow Puerto Rico to grow and thrive over the coming years, strategic initiatives are sets of actions aimed at driving Puerto Rico's future in specific ways consistent with Governor Ricardo Rosselló's vision. These initiatives reflect an opportunity to capitalize on a unique asset or strength in Puerto Rico (e.g., oceans) or to close a gap that hinders Puerto Rico's economic development or resilience to future events.

The eight strategic initiatives described in this plan are intended to signal Puerto Rico's growing focus on these opportunities. The initiatives comprise crosscutting actions that create an ecosystem of projects, supportive policy, accessible and sustainable resources, and clear targets.

The strategic initiatives build on the robust infrastructure recovery made possible by the capital investments, with specific projects and programs designed to move beyond the recovery precursors and investments in capital assets and toward social and economic growth in the long run. Because these initiatives draw on the infrastructure, human capital, and natural capital

AR_0017522

JA_689

improvements made through capital investments, the additional cost for these initiatives—above and beyond those already covered by capital investments—is approximately $6.4 billion.

Five strategic initiatives reflect clearly defined initiatives that are crosscutting—they build resilience, improve society, and grow the economy:

- Ocean economy
- Visitor economy
- Emergency services modernization and integration
- Agricultural modernization and processing
- Digital transformation

Three strategic initiatives are much broader and generally reflect aspirational directions for Puerto Rico's future that, in many cases, are reflected within the more crosscutting strategic initiatives:

- 21st-century workforce
- Entrepreneurship
- Advanced manufacturing

AR_0017523

JA_690

# Strategic Initiatives

Eight objectives guide the strategic initiatives selected by the Governor to promote the transformational vision for social and economic progress.



⊕ **Visitor Economy |** Develop a strong visitor economy to help position Puerto Rico as a global destination of investment, production, and wealth



⊕ **Ocean Economy |** Integrate and promote all of Puerto Rico's ocean-dependent industries and ecosystems as a cohesive effort to promote economic growth, improve quality of life for residents, and enhance the visitor's experience



⊕ **Digital Transformation |** Build digital capabilities and workforce needed to fundamentally transform key industry and government processes to become more user-focused, relevant, and efficient at addressing local needs and delivering basic services



⊕ **Emergency Services Modernization and Integration |** Enhance public safety and first responders' ability to deliver reliable, modern, and integrated emergency services



⊕ **Entrepreneurship |** Expand opportunities for entrepreneurship and development of small to medium local business that can compete globally to promote economic development



⊕ **Agricultural Modernization and Processing |** Modernize agriculture to promote greater productivity and output, and improve exports



⊕ **21st Century Workforce |** Develop and protect human capital to establish a world-class workforce, increase labor force flexibility, and create high-quality employment opportunities aligned with economic growth strategies



⊕ **Advanced Manufacturing |** Address policy and structural barriers to increase opportunities for investment and the growth of private-public partnerships

FOCUS ON THE FUTURE

AR_0017524

JA_691



HSOAC

## THE BLUETIDE INITIATIVE

An interdisciplinary, collaborative approach anchored in an ocean economy framework is the "BLUEtide" initiative, which proposes a whole-of-Puerto Rico approach to disaster mitigation and resilience, workforce development, advanced manufacturing, and tourism by developing coastal resources. This approach will incentivize jobs in advanced manufacturing, fishing, the knowledge economy, and tourism industries, increasing the value of ocean-dependent assets and human capital development, international competitiveness, natural disaster mitigation and resilience, and food security.

Investing in science, data, and technology collaboratives—such as the proposed Marine Business, Innovation, and Research Center of the Caribbean—will support ocean-dependent industries and stakeholders in creating and deploying innovative solutions throughout Puerto Rico and the Caribbean. Such investment will also support the establishment of the Puerto Rico Ocean Technology Complex (PROtech) and Project 12-38, which involves designing, developing, manufacturing, and deploying advanced fish aggregating devices to enhance the sport fishing industry. In addition, a marine innovation center will serve as an international marine field laboratory network hub to foster partnerships across the Caribbean and around the world to enhance disaster resilience research and the knowledge base needed to guide policies for better preparing at-risk communities in advance of future hurricanes.

Crosscutting Strategic Initiatives

# OCEAN ECONOMY

**Integrate and promote all of Puerto Rico's ocean-dependent industries and ecosystems as a cohesive effort to promote economic growth, improve quality of life for residents, and enhance the visitors' experience**

Puerto Rico has exceptional marine assets that can help promote economic growth and improve quality of life. Leveraging these resources appropriately will require efforts that focus on ensuring the health and sustainability of Puerto Rico's oceans and coastal areas. Thus, an ocean economy approach will help to preserve the long-term benefits of the sustainable use of marine assets and preserve natural marine ecosystems in Puerto Rico while also supporting economic growth. An ocean economy comprises a range of economic sectors and related policies and may include traditional industries, such as fisheries and tourism, as well as emerging industries, such as marine biotechnology and offshore renewable energy. Ocean ecosystems also contribute significantly to human livelihoods and well-being through such services as coastal protection, biodiversity, and storage of carbon dioxide.



**SEE THE FULL PORTFOLIO**

of strategies for the Ocean Economy and details about cost and funding in Chapter 12 of this plan

Creating an ocean economy requires new investments to maximize financial, social, and environmental returns. Investing in and using the best available science, data, and technology will inform management and policy decisions about ocean assets. Investment is needed in diverse marine infrastructure, such as fish aggregating devices, artificial reefs, fish habitats, and near-shore fishery infrastructure (e.g., piers, marinas, and boat docks). Living shorelines are critical to reducing ongoing erosion, stabilizing shorelines, and enhancing overall coastal resilience.

To guide emerging industries, investments will support business incubators and improve retail options to bolster fisheries (e.g.,

AR_0017525

JA_692

fishing villages, fish markets). Investments to discover and harness the therapeutic potential of compounds biosynthesized by marine organisms and their symbiotic microorganisms will support advancements in manufacturing. Investments in open-ocean aquaculture will help advance methods and associated increases in the sustainable production of edible seafood.

# VISITOR ECONOMY

**Develop a strong visitor economy to help position Puerto Rico as a global destination of investment, production, and wealth**

Puerto Rico's unique natural and cultural resources provide an opportunity to enhance existing tourism hubs and diversify by building capacity in additional hubs. Creating a suite of tourism hubs across Puerto Rico will generate economic growth; improve the quality of life in disadvantaged communities; preserve natural, cultural, and historical treasures; and provide unique, authentic experiences for visitors.

Local communities will be empowered to build the industry, work in the industry, and receive the economic benefits of the industry—for example, through tourism workforce training and local entrepreneurship incubators. Preserving the natural, cultural, and historical inheritance of Puerto Rico will help natural resources and cultural communities flourish, contributing to Puerto Rico's competitive advantage as a unique tourism experience. Moreover, tying Puerto Rico's appeal to its unique assets ensures that the growth of the tourism industry will nurture these assets rather than damage them.

Cultivating the visitor economy in Puerto Rico involves countering the narrative of the Island as a place that is still in recovery and rebuilding its reputation as a destination. In addition to developing a destination marketing campaign, this strategic initiative involves revitalizing the existing hubs of traditional mass tourism and potentially creating new hubs of alternative tourism—that is, lower-volume tourism that emphasizes unique, authentic experiences and extended trips. As the primary point of entry, San Juan is particularly key to existing mass tourism, so steps to rehabilitate neighborhoods, plazas, beaches, and piers in the area are needed. Enhancing tourism operations at Puerto Rico's world-famous beaches (e.g., Culebra, Rincón) is also important.

Tourists visit the historic San Felipe del Morro Fortress in Old San Juan on January 23, 2018.

Kenneth Wilsey / FEMA



## SEE THE FULL PORTFOLIO

of strategies for the Visitor Economy and details about cost and funding in Chapter 12 of this plan

AR_0017526

JA_693

Many areas, such as Rio-Grande-Fajardo-Humacao, Aguadilla-Aguada-Moca, and Adjuntas-Peñuelas, have significant potential to serve as alternative tourism hubs. Each region offers some combination of natural assets; archeological sites; historic structures, plazas, and plantations; distinct culture and festivals; and agro-tourism opportunities.

Developing each hub requires investment, including infrastructure improvement; workforce training; support for local entrepreneurship; natural, cultural, and historical preservation; and a commitment to social justice. These hubs will improve Puerto Rico's uniqueness—and therefore its competitive advantage—in the Caribbean tourism market while ensuring that the benefits are more broadly distributed among the population. Alternative tourism hubs will potentially be a boon to the existing mass tourism industry. Cruise ship passengers, a major source of mass tourism revenue, currently stay only a short time and typically do not stray far from the docking piers in San Juan. A network of tourism hubs, linked through coordinated tour packages and cruise schedules, will entice passengers out of San Juan and toward extended stays on the Island.

Additional opportunities exist to transition beyond a tourism economy toward a visitor economy. Using the infrastructure of the tourism economy, Puerto Rico could host workforce training, exchange students, medical tourism, apprenticeship programs, and conventions—especially during tourist off-seasons.



Enhancing tourism operations could bring more business to Culebra, shown on June 27, 2010.

Juska Wendland / Flickr

AR_0017527

JA_694

# EMERGENCY SERVICES MODERNIZATION AND INTEGRATION

**Enhance public safety and first responders' ability to deliver reliable, integrated emergency services**

Lessons learned from Hurricanes Irma and Maria suggest that the capacity to respond to major emergencies needs to improve at the state and municipal levels. Many needed improvements are captured by the capital investments discussed in the previous chapter, such as upgrading communications channels used by emergency response personnel; establishing data systems and centers to support decisionmaking, particularly during the response phase directly after an event; building capacity for treating acute and chronic conditions during and after an emergency; and ensuring that road conditions allow first responders to reach people with acute needs immediately. In addition, the Government of Puerto Rico and the municipalities will need resources to improve emergency preparedness and support response and recovery planning.



**SEE THE FULL PORTFOLIO**

of strategies for Emergency Services Modernization and details about cost and funding in Chapter 12 of this plan

The effectiveness of emergency services also relies on building community capacity and resilience so that emergency services prioritize the highest-risk situations during a major emergency. For example, investments will ensure that more residents can access clean water and power and maintain safe housing, even during a major emergency. Investments that foster social cohesion and address long-term stressors that destabilize communities (e.g., chronic violence) will build community resilience. By improving local economies, addressing environmental sustainability, and engaging in health promotion, Puerto Rico will build communities that can better draw on their own resources during a disaster.

Health care and environmental health personnel prepare for a mass casualties training exercise at a hospital in Bayamón on June 1, 2018.

Yuisa Ríos / FEMA



## MUNICIPAL PERSPECTIVE

Representatives from nearly half of the municipalities surveyed suggested that they need specialized emergency training and citizen awareness campaigns to prepare for future disasters. More than one-third stated that a new and enhanced emergency response and disaster mitigation plan for the municipality—one that surveys capacities and evaluates flood and landslide hazards—was critical. About one-third of municipalities emphasized the need to build and maintain more supply centers and shelters that could be stocked regularly.

Source: HSOAC survey of municipal staff

AR_0017528

JA_695

# AGRICULTURAL MODERNIZATION AND PROCESSING



Young farmers are in short supply on the Island. Here, one farmer tells USDA officials about his plans to grow sorghum for feed in January 25, 2015.

Julie Wright / USDA

## Modernize agriculture to promote greater productivity and output and to improve exports

The Puerto Rican agricultural sector suffers from a lack of critical mass to achieve greater productive capacity for both domestic consumption and export, outdated farming practices, a general failure to attract a younger workforce to sustain operations long term, and insufficient access to needed capital that stifles entrepreneurship and growth.

Direct recovery support to existing farmers for hurricane-related infrastructure damage and crop loss is needed first and foremost to bring the agricultural industry back to its pre-recovery baseline. New training opportunities are required to overcome the constraints that hinder the industry's growth and to foster greater self-sufficiency and resilience. This training initiative will emphasize both the labor shortages in the industry among younger workers and outdated farming practices, using technology-driven and innovative approaches. It will also assist young, newly trained workers with launching operations in a land- and credit-constrained environment.





SEE THE FULL PORTFOLIO

of **strategies for Agricultural Modernization and Processing** and details about cost and funding in Chapter 12 of this plan

One source of support is the Revolving Loan Fund, a new financing program within the Economic Development Bank that expressly supports innovative agricultural enterprises and can encourage entrepreneurship in the industry. This program helps overcome the common failure of private industry to provide adequate credit access to farmers operating in a risky environment. By providing a workforce trained in modern practices and agricultural technologies, with an initial infusion of credit access from public funds, the industry will collectively demonstrate creditworthiness to attract private financing.

AR_0017529

JA_696

Finally, investment in underdeveloped Puerto Rico Industrial Development Company parks will support the conversion of unused public buildings into controlled environment agricultural greenhouses that entrepreneurs could lease. These modern "ag parks" will help attract young farmers to the industry and will work in conjunction with the training initiative. In addition, the parks will be built to reduce climate risk by hosting controlled environment agricultural practices (which may further ease private industry credit constraints) and they will ease the land constraints faced by Puerto Rican farmers and increase productive capacity by enabling vertical hydroponics and other technology-driven operations.

# DIGITAL TRANSFORMATION

**Build the digital capabilities and workforce needed to fundamentally transform key industry and government processes, making them more user–focused, relevant, and efficient at addressing local needs and delivering basic services**

Cutting-edge technologies, along with a digitally skilled workforce, have the potential to improve public welfare by transforming industries and public services, such as health care and transportation. Research suggests that technology-empowered governance—sometimes referred to as "Smart Cities"—can enhance public services, improve asset monitoring, increase sustainability, and contribute to infrastructure robustness. This approach leverages internet and communication technologies, mobile sensors, and networked devices to monitor the status of assets, people, and infrastructure. The interconnected data can then be analyzed and synthesized to aid decisionmakers. This crosscutting initiative will require a series of incremental and interdependent improvements. Two main elements



**SEE THE FULL PORTFOLIO**

of strategies for Digital Transformation and details about cost and funding in Chapter 12 of this plan



Events like this Hacker Bootcamp in San Juan on June 6, 2013, can encourage young Puerto Ricans to improve their digital skills.

Kevin Shockey via Flickr

AR_0017530

JA_697

## IMPROVE WASTE MANAGEMENT WITH TECHNOLOGY

Mobile applications, such as Recycle Coach, allow officials to broadcast information regarding changes in waste removal schedules, transfer station status, and recycling policies. These applications are specifically developed for state and local governments and have been successfully launched in both the United States and the United Kingdom. Using data from sensors to optimize collection strategies (thus saving money on collection costs) and implementing sensors throughout the process to automatically detect and monitor public health risks related to waste could also improve waste management.

are necessary: (1) a mature technological infrastructure and hardware to collect and integrate relevant data while protecting privacy (much of which is described in the capital investments) and (2) human capital to transform the data into actionable recommendations for key decisionmakers.

Other elements of digital transformation include data and technological enhancements that will improve state and municipal administration and finance systems and help make them more transparent. Data improvement efforts will also enhance decisionmaking for health and social services (e.g., through electronic medical records) and disaster preparedness; improve the surveillance of waterborne diseases, as well as public information and communication about such diseases; and provide the tools needed for greater opportunities in online or tele-education and tele-health.

In addition, efforts to grow Puerto Rico's digitally proficient human capital will be an important foundation for expanding the use of new technologies and innovative processes in Puerto Rico and for reinforcing Governor Ricardo Rosselló's statement that Puerto Rico is "open for business." Expanding internet access—for example, by using a "digital stewards" program to train residents to deploy additional wi-fi access in public housing—will help foster essential skills needed for a digital world (as described in Chapter 6). Other avenues, such as entrepreneurship programs, innovation hubs, and mobile labs, will provide opportunities to nurture the digital literacy needed to proliferate a "Human Cloud" for Puerto Rico—that is, a skilled digital workforce on the Island that will work with companies around the world.

AR_0017531

## Broad Areas for Future Focus

In addition to these more focused strategic initiatives, the Government of Puerto Rico will grow and sustain a 21st-century workforce and competitive small and medium businesses that can operate locally but compete globally, and address declining manufacturing capacity in Puerto Rico. Brief descriptions of each of these themes follows.

# 21ST–CENTURY WORKFORCE

### Develop and protect human capital to establish a world-class workforce, increase labor force flexibility, and create high-quality employment opportunities aligned with economic growth strategies

The labor force of Puerto Rico will keep pace with an evolving employment landscape characterized by rapid technological innovations, increased automation, globalization, self-employment opportunities in a "gig" economy (that is, one in which temporary opportunities, such as driving for a ride-share company or running errands for an online service, are common), and increased worker mobility across employers. This landscape requires a labor force that is agile and flexible, with skills that are transferable across employers and industries and are continually updated across a worker's career and life. In-demand, transferable skills evolve over time and now include digital, scientific, financial, civic, and other literacies; "soft" skills, such as creativity, critical thinking, and problem-solving; and so-called life or workplace skills and competencies, such as communication, leadership, collaboration, the ability to take initiative and learn from feedback, self-direction, accountability, and social and cultural competence.

To date, the structure of most education and training programs has not evolved apace, and most programs operate under the notion that workers will linearly progress through their careers within a single industry, which requires a narrower set of more-or-less static skills to start.

The Government of Puerto Rico's plans to develop a modern workforce imbued with 21st-century skills require a world-class K–12 and higher education system that is equitable, efficient, and better integrated with the demands of the labor market and

Tesla's 21st century workforce set up solar panels to keep the lights on at a children's hospital in San Juan, shown here on October 25, 2017.

Alvin Baez / Reuters





## SEE THE FULL PORTFOLIO

of strategies for a 21st Century Workforce and details about cost and funding in Chapter 12 of this plan

AR_0017532

JA_699

needs of businesses. This initiative envisions K-12 and higher education institutions, along with employers, keeping pace with changes in technology, innovation, and the evolving workplace and contemporaneously adapting curricula and training programs.

Specific activities will support increasing the number, diversity, and quality of educational, vocational, and training opportunities, with a focus on sector-based models. Activities include developing flexible and worker-centered career pathways; flexible training approaches, such as online, brick-and-mortar, and hybrid classrooms; curriculum and standards that incorporate hands-on, project-based, student-centered learning; public-private partnerships; job portals to match openings with workers; career and technical education centers to complement vocational education; stackable credential models; and on-the-job learning opportunities. This initiative envisions taking advantage of the global trend toward jobs that are geographically independent (e.g., the "Human Cloud") to encourage people to relocate to Puerto Rico and to bring the advantages of a global economy to Puerto Rico to support a better quality of life for residents. It will provide the needed components to enhance the required Workforce Innovation and Opportunity Act State Plan being crafted by the Department of Economic Development and Commerce.

A 21st-century workforce system, which builds on the capital investments in education, will be needed to address the short-term employment needs of the currently unemployed and underemployed in Puerto Rico, especially those living in the most vulnerable circumstances (e.g., youth, women, veterans) and "middle skill" workers with some postsecondary training, to fill positions in high-demand industries (e.g., health care, construction, energy, and information technology). Furthermore, the government will build on these short-term strategies to develop and refine a more sustainable, longer-term workforce system.

Individuals with transferable 21st-century skills will have the ability to navigate an evolving labor market, improve their employment status and wages, and enhance their resilience to industry-specific shocks. Communities' economic development will be improved by the resulting expansion of the formal economy, higher employment and labor force participation rates, and a growing tax base. Greater economic opportunities are also likely to (1) reduce the number of potential workers who choose to leave Puerto Rico and (2) help spur former residents to return and new migrants to arrive.

AR_0017533

JA_700

# ENTREPRENEURSHIP

**Expand opportunities for entrepreneurship and development of small to medium-sized local businesses that can compete globally to promote economic development**

Increasing entrepreneurial opportunities in Puerto Rico will require a comprehensive approach focused on rewarding initiatives while creating a supportive ecosystem that encourages community collaboration, providing access to startup capital funding, creating a competitive advantage through education, and accelerating growth to gain access to export markets. To accomplish this strategic initiative, migration to Puerto Rico needs to be encouraged among populations likely to create job growth, and new educational and vocational programs need to be developed to help support the workforce. Some elements inhibiting business startups include unduly complex or selective permitting processes and a low survival rate for startup companies in Puerto Rico.



An Orocovis artist sells artwork at local restaurants on June 12, 2018, as part of an alliance between merchants and the Foundation for Puerto Rico.

GDA via AP Images

**SEE THE FULL PORTFOLIO**

of Entrepreneur-ship strategies and details about cost and funding in Chapter 12 of this plan

To address these hurdles, this initiative includes developing business incubators to support new business and industrial development, directly investing in small to medium-sized local businesses, and reducing barriers and red tape (e.g., by streamlining the permitting process for communications technologies). This effort will also benefit from a system that provides statistics and other information to help entrepreneurs establish plans, strategies, and actions based on market studies, financing options, and economic projections. For example, microfinancing is one way of raising capital for startup businesses.

Partnering entrepreneurs with universities and others in the education system will also be a critical path forward, and doing so will consolidate entrepreneurial expertise that will be applied in a more enterprisewide approach. This approach will facilitate the development of "centers of excellence" linked to the education system to support public policy and industries benefiting from

AR_0017534

JA_701

regionally aligned accelerators and incubators in Puerto Rico. Private and public investment in various startup opportunities will be made through managed risk, as businesses initially focus on internal markets while eyeing openings to export their goods and services. The ability to more clearly see the investment and business climate in Puerto Rico will give businesses more confidence to launch operations in Puerto Rico. The simplified permitting procedures, increased funding sources, and educational and professional networks developed to expand entrepreneurship will also benefit nonprofit startups.

# ADVANCED MANUFACTURING

### Address policy and structural barriers to increase opportunities for investment and the growth of public-private partnerships

This initiative is intended to address Puerto Rico's declining manufacturing capability by helping entrepreneurial startups shift to larger-scale production and develop and employ more-advanced approaches and techniques. For example, investments that support the creation of intellectual property in a sustainable way can support a continuum of local businesses stemming from research and development opportunities in Puerto Rico, attract foreign capital businesses, and create export products to drive Island-wide economic development. These investments could include data systems to develop or track intellectual property and the labor and materials required to innovate.

In addition, joining the National Network for Manufacturing Innovation (also known as Manufacturing USA) will provide access to its 14 institutes, each of which is focused on bringing together capabilities in a specialized technology area to address challenges in advanced manufacturing. The institutes are public-private partnerships with manufacturers of all sizes,



The general manager of a farming operation talks about the company's difficulties after the hurricanes on the floor of the Santa Isabel packaging plant on February 16, 2018.

Eduardo Martinez / FEMA



## SEE THE FULL PORTFOLIO

of strategies for Advanced Manufacturing and details about cost and funding in Chapter 12 of this plan

AR_0017535

JA_702

university partners, regional and state organizations, nonprofit organizations, and federal agencies. Workforce development, institutional partnership development, and advancement in manufacturing techniques and products will transform human capital and intellectual property into an exportable product for Puerto Rico. Current innovation efforts run by different university campuses on the Island will be strengthened so that their services are more connected to government entrepreneurship, business development, and assistance programs.

AR_0017536

# ESTIMATED COSTS AND FUNDING FOR PUERTO RICO'S RECOVERY



 

RICARDO ROSSELLÓ NEVARES
GOVERNOR OF PUERTO RICO

AR_0017537

# 8

The portfolios that address the Government of Puerto Rico's full set of comprehensive plan objectives (including precursors, capital investments, and strategic initiatives) provided the basis for total cost estimates for this plan (see "Detailed Look at How the Plan Was Developed," Chapter 13).

Most of the courses of action associated with the high-level objectives are focused on the capital investments needed for Puerto Rico to recover. The objectives described in this document will require an estimated $139 billion to fund, in total. Many individual courses of action include a cost range (described in "Detailed Actions," Chapter 12), reflecting uncertainty in the estimates (e.g., in the cost of equipment, materials, or labor, or in the current state and number of structures that will be repaired or rebuilt). Using the range of costs associated with each course of action, the sector-based teams selected a "best estimate" for each action and then aggregated these estimates to develop an estimated total cost for the plan.

Some of these costs have already been covered through Federal Emergency Management Agency (FEMA) allocations of existing funds, and some have been or will be covered by the Community Development Block Grant–Disaster Recovery (CDBG-DR) and private insurance. Expected future funding availability from federal and nonfederal sources is detailed later in this chapter. Costs for recovery include repairing damaged assets to pre-hurricane conditions, improving them to meet current regulations (such as building codes and U.S. Environmental Protection Agency regulations), and, when feasible and cost-effective, enhancing and/or relocating assets so that they are more disaster-resilient. Improving the disaster resilience of facilities is proposed when it is judged to lower future disaster recovery costs. Some courses of action involve (1) repairing damaged assets and improving them in other dimensions, such as more-appropriate fuels for power plants or upgraded electricity distribution or communications networks, or (2) establishing new kinds of activities that improve Puerto Rico's post-recovery

AR_0017538

JA_705

future. Improving facilities and capabilities is proposed when it is judged to raise Puerto Rico's economic prosperity; this will also generally increase its tax base and, thus, its financial ability to respond to disasters. The chart on the next page provides the breakdown of costs (including both initial upfront costs and recurring costs, which reflect 11 years of annual costs from 2018 to 2028 for ongoing activities, such as operations and maintenance) by sector, where cost estimates were available. Actions in the precursor portfolio are foundational to all capital investments, so the cost of this portfolio is reflected along with the cost of the actions for other capital investments.

In addition to outlining the total cost estimates for the recovery plan, this chapter broadly identifies the classes of potential federal and nonfederal funders and estimates the order of magnitude of the funds that may be available from these sources.

## Estimating the costs of recovery

Where possible, for each proposed course of action, the relevant sector team made rough-order-of-magnitude cost estimates to support high-level planning and inform decisionmaking. Where available, costs are presented in 2018 dollars. Costs are included for the period fiscal year (FY) 2018 through FY 2028. They include both initial costs (e.g., construction investment) and future costs (e.g., operations and maintenance) over the 11-year period. Incremental operations and maintenance costs are included if there is an increase from pre-hurricane levels (e.g., because of structural improvements or technological upgrades) and thus would represent a new expense that would have to be covered. Similarly, full operations and maintenance costs are included for facilities that were not being maintained prior to the hurricanes. And it is worthwhile to note that the estimates represent only the costs for which a specific payment is made by some source to carry out a specific action; they do not include all of the costs to society that may be associated with recovery actions (e.g., the costs that better enforcement of regulations incurs on the individuals and business owners who must comply).

The approach to estimating the rough-order-of-magnitude cost of each course of action was based on its specific nature and the available sources of information robust enough to inform the estimate. Thus, ranges and point estimates are given for courses of action depending on the methods and information used. Some cost estimates are more precise than others based on the quality

AR_0017539

# Costs of the plan: Capital investments and strategic initiatives by sector



**Total costs**
(in millions)
**$139,000**

STRATEGIC INITIATIVE **$6,600**

CAPITAL INVESTMENT **$132,000**

- $200
- $230
- $6,200
- $120
- $160
- $390
- $3,200
- $3,600
- $5,800
- $6,300
- $8,400
- $15,000
- $26,000
- $30,000
- $33,000

**Upfront costs**
(in millions)
**$105,000**

STRATEGIC INITIATIVE **$6,300**

CAPITAL INVESTMENT **$98,000**

- $210
- $6,100
- $70
- $30
- $60
- $1,900
- $3,300
- $5,100
- $5,300
- $6,300
- $7,700
- $15,000
- $24,000
- $30,000

**Recurring costs***
(in millions)
**$34,000**

STRATEGIC INITIATIVE **$350**

CAPITAL INVESTMENT **$34,000**

- $200
- $10
- $130
- $60
- $130
- $330
- $1,300
- $340
- $750
- $1,000
- $2,100
- $7,500
- $11,000
- $6,400
- $2,500

*Recurring costs reflect a total of 11 years of annual costs from 2018-2028.

Note: Due to the nascent state of decisionmaking in the energy sector, the reported cost **for the energy sector** reflects a moderate pathway that is one potential future scenario of the transformed energy system. The reported cost **for every other sector** reflects the aggregation of the "best estimate" for every action in that sector. Cost ranges and further information are presented in *Detailed Actions*.

The three bars are not in proportion to each other for legibility. Sector costs have been rounded and may not add up to the totals shown.

AR_0017540

# Cost categories by sector for capital investments (in millions)



**Communications/IT $3,200**
- IT for digital transformation $380
- Communications for emergency services and continuity of government post-disaster $610
- IT infrastructure $630
- Resilient telecom infrastructure and private sector engagement $1,600

**Education $15,000**
- Education system reforms $300
- Improving student success $7,200
- Infrastructure improvements $7,700

**Water $30,000**
- Stormwater infrastructure and management $1,500
- Non-PRASA Infrastructure and operations $1,900
- Integrated water management $2,000
- PRASA infrastructure and operations $15,000
- Flood control infrastructure and management $10,000

**Health/social services $6,300**
- Public health and emergency preparedness $250
- Health care systems $320
- Social services and mental health $480
- Environmental health $5,200

**Transportation $8,400**
- Policy and planning $130
- Increased resilience $890
- Reconstruction and maintenance $3,500
- Future capacity $3,900

**Public buildings $5,800**
- Policies and standards $10
- Realign and repurpose $310
- Repair, retrofit and construction $5,500

**Housing $33,000**
- Improve housing market infrastructure $940
- Stabilize housing market $4,700
- Repair and reduce vulnerability of housing stock $27,000

**Natural/cultural resources $3,900**
- Capacity building and innovation $60
- Alternative tourism and economic development $740
- Historic and cultural preservation $790
- Solid waste management $800
- Natural resource preservation $1,500

Note: Each category represents the overall cost for a set of actions with a common objective within the sector. Because many decisions in the energy sector are ongoing, a breakdown of energy investments is not displayed.

AR_0017541

of data available at the time, and the estimated costs may vary based on the scale of implementation. Cost information presented in this plan should be regarded as preliminary because more-specific cost estimates will require both more specificity in the manner in which recovery options will be implemented and the completion of ongoing damage assessments.

Some courses of action do not have costs that require specific recovery funding (policy changes, for example), although these actions may require administrative time or other resources. Actions included in the plan may have other nontrivial costs, including those relating to policy or implementation decisions that are uncertain at this time. Insufficient information is available to provide even rough-order-of-magnitude estimates for all contingencies, so some actions may have incomplete cost estimates.

## Connecting resources to needs

Achieving the Government of Puerto Rico's vision described in this plan will require substantial resources and close coordination across all sectors over many years.

At this stage of recovery planning, the ability to pair specific funding sources and amounts available to Puerto Rico for each course of action is limited. This information is available for some—but not all—funding sources. Most existing federal funding programs have specific eligibility requirements for applicants and projects. Determining the extent to which courses of action in support of Puerto Rico's recovery plan conform to those requirements will require more-detailed analysis and reviews with the federal agencies.

Therefore, the Government of Puerto Rico will undertake efforts to identify and secure sufficient funding each year to support recovery and longer-term courses of action over the next decade, particularly for the activities that fall outside of the standard requirements of existing funding programs. The Government of Puerto Rico will be responsible for guiding this process of connecting funding to projects. This process will be coordinated with local private social service agencies and contracted for by the Government of Puerto Rico.

The next section identifies, in broad terms, the classes of potential funders and the levels of support estimated to be available. More detail on potential funding sources for each course of action, from which the finer process of discussion and



A member of the South Carolina National Guard greets a boy who was cheering as the unit helped clear roads in central Puerto Rico.

Maj. Randy Stillinger / Texas Army National Guard

AR_0017542

JA_709

application can begin, is included in "Detailed Actions," Chapter 12 of this plan.

## Identifying opportunities for recovery funding

Multiple federal agencies, the Government of Puerto Rico, and the private sector (including philanthropic foundations) will play a part in funding the recovery and longer-term actions described in this plan. Although the funding available to Puerto Rico from some sources is presently uncertain, the Government of Puerto Rico will work with funding organizations to secure the amounts aligned with the full plan implementation. Funding estimates were generated by plan analysts from FEMA and the Homeland Security Operational Analysis Center.

There are three broad categories of potential funding to meet the estimated $139 billion cost of the plan:

- funding known to be available

- funding for which the amount available is known but the amount that Puerto Rico will receive is uncertain

- funding that will be sought from additional sources; as a result, success obtaining these funds is not guaranteed.

### Funding known to be available

This category includes a portion of funds from the Disaster Relief Fund (DRF); a portion of the funding provided via supplemental appropriations, such as the CDBG-DR funding allocated to Puerto Rico at the time of this plan's publication; and the estimated compensation from private insurance claims. In some cases, the exact amount that will be available depends on cost and eligibility estimates still to be made, but the CDBG-DR funds are already committed to Puerto Rico.

FEMA administers the **Disaster Relief Fund**, which serves the entire nation. Congress, which is responsible for ensuring that the DRF has adequate funding to meet current and anticipated needs, appropriated $50 billion to the DRF through the three disaster-related supplemental bills of late FY 2017 and early FY 2018 (Public Laws 115-56, 115-72, and 115-123).

FEMA's three primary funded programs are as follows:

**Individual Assistance (IA) grants** provide immediate relief and assistance to individuals and households. FEMA estimates that $0.8 billion will be awarded to qualifying applicants in

> **Multiple federal agencies, the Government of Puerto Rico, and the private sector (including philanthropic foundations) will play a part in funding the recovery and longer-term actions described in this plan.**

AR_0017543

JA_710

Puerto Rico. This estimate includes only Housing Assistance as a recovery funding source, not Other Needs Assistance.

**Public Assistance (PA) grants** for repairing, restoring, and replacing facilities damaged by the disaster. FEMA estimates that $37.4 billion will be awarded. This estimate includes only Permanent Work (Categories C–G) as a recovery funding source, not Categories A–B. Section 406 hazard mitigation funds are part of PA.

**Hazard Mitigation Grant Program (HMGP) grants** to reduce the hazard risk of damage, hardship, loss, or suffering from future disasters. FEMA estimates that $3.0 billion will be awarded, which is the existing statutory cap.

Congress appropriated $35.4 billion to the **CDBG-DR** program in the three disaster-related supplemental bills. These funds are administered by the U.S. Department of Housing and Urban Development (HUD). Of the $35.4 billion, $19.9 billion has been directed to Puerto Rico's recovery effort. CDBG-DR funding does not require recipients to provide a nonfederal matching contribution. In fact, once the funds have been awarded to a state or territory, they may be used as "nonfederal" matching contributions for other federal grants (with the exception of grants from the U.S. Army Corps of Engineers, for which a maximum of $250,000 may be used for this purpose).

**Private insurance** proceeds will be available to support some recovery activities, although there is uncertainty about the ultimate level of private insurance claim reimbursements for these efforts. Private insurance proceeds are typically the first line of funding to be applied because federal funding is not to be used to pay for costs otherwise covered under insurance. Based on the New Fiscal Plan for Puerto Rico: Restoring Growth and Prosperity certified by FOMB on May 30, 2018, plan analysts project that $8 billion will be available in insurance proceeds.

The total amount of resources in this funding category is **$69.1 billion**.

### Funding for which the amount available is known but the amount that Puerto Rico will receive is uncertain

This category includes a portion of DRF funding for costs related to known damages but for which determinations of final eligible amounts have not yet been made (e.g., Section 428 Public Assistance funding). This class of funding also includes a portion of supplemental funds appropriated by Congress but for which a

AR_0017544

JA_711

specific allocation for Puerto Rico has not yet been made by the federal agency. Lastly, this also includes future funding from steady-state federal programs, which are funded through the normal annual appropriations and program budgeting processes of the agencies.

The three disaster-related recovery bills included $35 billion of non-DRF, non-CDBG-DR appropriations to federal agencies for specific disaster-relief activities. However, not all of the funds will be available to support the actions in Puerto Rico's recovery plan. First, some of the funds—about $4.5 billion, based on the congressional language—are dedicated to federal expenses (e.g., federal agencies repairing their own hurricane-damaged facilities). Second, Puerto Rico will compete for a share of the remaining $30.5 billion in disaster funding with other states impacted by Hurricanes Irma and Maria, Hurricane Harvey, recent wildfires, and other disasters. The total that will be allocated to Puerto Rico has not yet been determined, but based on the distribution of CDBG-DR allocations, plan analysts estimate that Puerto Rico will receive $21.2 billion.

The second type of funding in this category comes from steady-state federal programs, which are funded through normal appropriations and program budgeting. These are authorized, ongoing federal programs that existed before the disaster. Analysts for the plan, in consultation with FEMA, project that Puerto Rico will receive $9.4 billion per year in steady-state federal grants. This is based on the 2010 value of $6.9 billion in federal grant aid, escalated to 2018 using the U.S. nominal gross domestic product growth rate of 35.7 percent over that period. Much of this amount will be pass-through funds provided directly to individuals. However, some programs may allow funds to be redirected for recovery needs. Plan analysts project that 32 percent of the funds will allow redirection for recovery needs. This is based on the Estudios Técnicos Inc. finding that 32 percent of grant aid to Puerto Rico is competitively awarded; plan analysts judge that these funds have the flexibility to be partly redirected to recovery activities and estimate that 10 percent of those funds will be reprogrammed to recovery-related activities. Thus, plan analysts estimate that $300 million of funds will be redirected to meet recovery needs each year. Over the

AR_0017545

JA_712

## Estimated resources available to Puerto Rico for disaster recovery



- $1 Billion

**Funding known to be available** $69.1B

Disaster Relief Fund (DRF)
Individual Assistance (IA)
Housing Assistance Only
$0.8B

DRF Public Assistance (PA)
Permanent Work Only
(Categories C–G)
$37.4B

DRF Hazard Mitigation
Grant Program (HMGP)
$3.0B

Community Development Block Grant –
Disaster Recovery (CDBG-DR)
$19.9B

Private insurance
$8.0B

**Funding for which the amount is known, but the amount that Puerto Rico will receive is uncertain** $24.5B

Other from supplementals $21.2B

Steady-state federal programs $3.3B

**Funding that will have to be sought out, but for which success remains uncertain** $45.4B

Total $139.0B

AR_0017546

JA_713

## Making investments work for the long term

In 2013, the Hurricane Sandy Rebuilding Task Force developed a set of Infrastructure Resilience Guidelines to ensure that key principles of resilience were incorporated into the formulation, evaluation, and prioritization of infrastructure investments. The guidelines aim to (1) ensure that federal agencies adopt a consistent approach to building resilience and (2) improve decisionmaking by setting criteria for investment to better protect communities and ensure wise investment of scarce public resources. The guidelines were incorporated into Federal Register notices or requests for proposals with selection criteria reflecting resilience principles. Agencies, organizations, and jurisdictions already familiar with resilience principles reported being more efficient in putting the Sandy supplemental funds to work and prioritizing longer-term results over solving immediate needs. Key lessons learned are that resilience criteria need to be streamlined across federal funding sources and that grantees may need support to address the more substantive issues contained in the guidelines.

11-year horizon of the analysis, $3.3 billion of such funds will be available to Puerto Rico.

The total amount of resources estimated to be available to Puerto Rico in this funding category is **$24.5 billion**.

The chart on the previous page summarizes the funding levels estimated for all three categories.

### Funding that will be sought from additional sources; as a result, success obtaining these funds is not guaranteed

Because the estimated cost of the plan is $139 billion and estimates from the first two funding categories equal $93.6 billion, this leaves an estimated $45.4 billion in costs that the Government of Puerto Rico will obtain funding to address. Additional funding sources, including the Government of Puerto Rico, the private sector, and philanthropic contributions, could fill this gap. These potential sources are discussed in the following pages.



Investments in Puerto Rico's housing sector make up the largest share of the recovery plan's total estimated costs.
Photo by HSOAC

AR_0017547

JA_714

## The federal government as a potential funder

Before turning to a discussion of additional possible funding sources, the chart below shows the percentage of costs in each sector for which the federal government is a potential funder. These values are based on the potential funders list associated with each course of action, reported in "Detailed Actions," Chapter 12. For information about how these funders were identified, see "Detailed Look at How the Plan Was Developed," Chapter 13.

The chart shows that a very high percentage—99.2 percent, or $137.9 billion—of the total cost of the recovery plan is eligible for federal funding. However, just $85.6 billion of federal funding, as well as $8 billion of private insurance, has been identified. Although the majority of the recovery plan is eligible for federal funding, a gap remains to meet identified needs.



| Sector | Percentage |
|---|---|
| COMMUNICATIONS/I.T. | 95.0% |
| COMMUNITY/CAPACITY | 100% |
| ECONOMY | 100% |
| EDUCATION | 100% |
| ENERGY | 100% |
| HOUSING | 100% |
| HEALTH/SOCIAL SERVICES | 98.9% |
| MUNICIPALITIES | 100% |
| NATURAL/CULTURAL RESOURCES | 98.4% |
| PUBLIC BUILDINGS | 100% |
| TRANSPORTATION | 96.6% |
| WATER | 98.4% |
| Total | 99.2% |

Percentage of sector costs for which the federal government is a potential funder

AR_0017548

JA_715

Several of the federal funding sources have a match requirement; that is, a percentage share of the total cost must be provided from another source. The chart below shows the four funding sources that have this requirement, along with the matching share and the resulting cost that must be provided from another source. The total of this matching share calculation is $9.5 billion. CDBG-DR is a potential source of such funds. If it were to pay for all of the matching share requirements, $10.4 billion of its $19.9 billion total would be available for other projects. To the extent that other matching contributions may be found, available CDBG-DR funds for other purposes would increase. The match requirement is 10 percent for PA and 25 percent for HMGP. The total estimated cost share for PA and HMGP grants is $5.2 billion, of which the majority would likely be eligible for a cost-share match through CDBG-DR.

## Funds That Require a Matching Share

| — $1 Billion — Total | FUNDS AVAILABLE | MATCHING SHARE | MATCHING SHARE AMOUNT |
|---|---|---|---|
| **DRF Public Assistance (PA) Permanent work only** (Categories C–G) | $37.4B | 10% | $4.2B |
| **DRF Hazard Mitigation Grant Program (HMGP)** | $3.0B | 25% | $1.0B |
| Subtotal: DRF | | | $5.2B |
| Other from Supplementals | $21.2B | 15% | $3.7B |
| Steady-state Federal Programs | $3.3B | 15% | $0.6B |
| Subtotal: Other Federal Programs | | | $4.3B |
| Total | | | $9.5B |

Note: PA is expected to fund $37.4 billion, which implies the total cost of PA–eligible projects is $41.6 billion, given a 10% cost share. Thus, the PA match share is estimated to be $4.2 billion. Similarly, HMGP is expected to fund $3.0 billion, which implies the total cost of HMGP-eligible projects is $4.0 billion, given a 25% cost share. Thus, the HMGP match share is estimated to be $1.0 billion.

AR_0017549

JA_716

Other federal programs have varying requirements, sometimes dependent on very specific details of the project. Using 15 percent as a baseline figure, an estimated $4.3 billion would require some type of cost-share match.

The chart on the next page shows potential federal funding sources by sector. Whether a specific course of action in any sector is eligible for funding from any specific program depends on the kinds of activities required to carry out the course of action and on the program's eligibility rules. Courses of action may incur costs across many different categories, such as construction, personnel, equipment and materials, operations and maintenance, financial incentives, and transfer payments. Program eligibility rules vary in their goals and in the costs they will cover.

### Additional Potential Funding Sources

As noted earlier, assuming that funds are indeed secured in the first two funding categories, the Government of Puerto Rico will seek the remaining $45.4 billion from other sources. These sources will include Puerto Rico's own contribution to the recovery and potential support from (1) the private sector, including institutional investors and public-private partnerships, and (2) charitable foundations, including family and corporate foundations. In addition to the funding these sources could provide, they could also bring expertise, innovation, and



Community activists deliver simple water filtration systems to residents in Arecibo. Many nonprofits and nongovernmental organizations have been assisting with Puerto Rico's recovery.
Photo by HSOAC

AR_0017550

JA_717

# Potential Federal Funding Sources, by Sector



1. FEMA (other) includes the National Flood Insurance Program, Emergency Management Performance Grant, Dislocated Workers Program, port security grants, and the Pre-Disaster Mitigation Program, among others.
2. HUD (other) includes the CDBG Entitlement Program, Capital Fund Program, Rental Assistance Demonstration Program, Choice Neighborhoods Program, Section 18 (Demolition/Disposal), Energy Performance Contracting, and Housing Choice Voucher Program, among others.

AR_0017551

JA_718

volunteers to the recovery efforts—and many are already contributing.

## Puerto Rico's contribution

Puerto Rico will make a substantial contribution from its own limited resources to support recovery. Many of the actions identified in "Detailed Actions," Chapter 12, indicate that the Government of Puerto Rico will support the activity to some level. This will include providing personnel, supplies, technical and oversight services, and other critical contributions. Funding may also come from revenue-generating projects, such as user fees for toll roads, leases, or sale of excess broadband capacity to private companies.

## Private investment

Puerto Rico is indeed "open for business," and the government will encourage private enterprise to invest in projects across the Island. Many of the plan's courses of action include the private sector as a potential source of funds. The Government of Puerto Rico fully realizes that the projects must be profitable for the private investor and is restructuring its processes to be more inviting to private business. In March 2018, the U.S. Treasury Department designated Puerto Rico as an Opportunity Zone under the newly enacted Tax Cuts and Jobs Act (Public Law 115-97). Investments in these Opportunity Zones can receive preferential tax treatment, the goal of which is to foster investment in those communities. Two important subcategories of private investment are institutional investors and public-private partnerships, discussed next.

**Institutional investors** include sovereign wealth funds, mutual funds, and pension funds, as well as a wide range of private financiers, from quasi-philanthropic development banks to corporations engaging in public-private partnerships. Institutional investors can have much larger sums at their disposal, sometimes as much as billions of dollars for a single, complex project. However, the potential to bring in such investors is often limited. Given their fiduciary responsibilities, institutional investors are obligated to protect capital for public purposes, such as funding retirement plans.

Specific risk-reduction strategies, including "blended finance" models, may be required to encourage investment in Puerto Rico's rebuilding. For example, an institutional investor might undertake a large housing overhaul project if the project offers the opportunity for substantial profit with little risk. One way

## EXAMPLES OF CHARITABLE FOUNDATIONS CONTRIBUTING TO THE RECOVERY EFFORT

### Nonprofit

The Red Cross has raised $31.6 million for relief efforts in Puerto Rico associated with Hurricane Maria.

Catholic Charities has contributed an additional $1.2 million for Puerto Rico and the U.S. Virgin Islands.

### Charitable foundations

The Knight Foundation has donated $2.5 million.

The Center for Disaster Philanthropy, a hub of targeted disaster-related donations, raised $2.6 million for 2017 hurricane relief efforts throughout the Caribbean.

AR_0017552

JA_719

## EXAMPLES OF CORPORATIONS CONTRIBUTING TO THE RECOVERY EFFORT

AbbVie, a pharmaceutical company with a substantial presence in Puerto Rico, has pledged $100 million to the recovery effort to be split between the nonprofits Direct Relief and Habitat for Humanity.

Pharmaceutical companies Amgen and Merck, which have local operations, have contributed $5 million and $4.5 million, respectively.

Walmart contributed more than $7 million in aid.

FedEx donated $3 million in cash and transportation support.

Duracell contributed $2 million worth of batteries to Puerto Rico.

UPS lent the use of two of its freight aircraft to fly in Meals Ready to Eat.

Google donated its experimental solar powered balloons to provide cell and internet service. This philanthropic act also provided important testing of a still-developmental technology.

to mitigate risk is to merge developmental, philanthropic, and public funds with investor funds to lower collective risks, scale up projects, and build momentum for more-widespread investment. For example, the government of Tamil Nadu in India used blended finance—incorporating public resources, private capital, and concessional loans—to create a Water and Sanitation Pooled Fund that addressed key infrastructure needs.

Another means of marshaling nongovernmental resources and reducing governmental costs is to engage **public-private partnerships** to develop infrastructure for a more resilient Puerto Rico. Such partnerships generally use some degree of private funds and financing to address public infrastructure needs in exchange for a percentage of future revenue. They have been used to a limited extent in the United States for expanding toll roads, with private companies and banks funding construction or operations in exchange for retaining toll revenues. Similarly, several cities have supplemented their public housing system with mixed-use development, in which private developers set aside a certain number of units in a building as low-income housing in exchange for government concessions, such as access to specific land or tax incentives. Public-private partnerships are also often used for the redevelopment of downtown city spaces and waterfront areas, in an effort to bring in businesses, new residents, and tourists.

Puerto Rico has already implemented several major public-private partnership projects in transportation since the creation of the Puerto Rico Public-Private Partnerships Authority. Luis Muñoz Marín International Airport in San Juan, the largest passenger airport on the Island, has been operated since 2013 by the public-private partnership Aerostar Airport Holdings. It is the only major privatized airport in the United States. Two toll roads, PR-22 and PR-5, have been operated by Metropistas since 2011. Other third-party operations arrangements, such as the Teodoro Moscoso Bridge and the Tren Urbano, pre-date the Public-Private Partnerships Authority.

Public-private partnerships can be appealing when public funding is tight or politically fraught, but they do carry risks that governments must understand. Even with private financing, the money to recoup the project costs must still come from somewhere, either through taxes or user fees. Private investors usually secure contractual terms that ensure protection of their investment. However, public-private partnerships can be a viable way of injecting immediate funding into much-needed

AR_0017553

JA_720

infrastructure projects, particularly if Puerto Rico is without sufficient funds or access to capital markets to fund such needed investments. The partnerships can add financial flexibility and bring corporate innovation and technology to solve infrastructure problems. In addition, private partners in such a partnership have a strong profit incentive to avoid delays. Public-private partnerships can spread risk among several stakeholders, lightening the burden on government to undertake complex projects.

From a public perspective, these partnerships function best when the process is transparent to the public, the project is accountable through a credible oversight mechanism, the future revenue is predictable and assured, project benefits are equitably shared, and the partnership addresses a fundamental public need. For public-private partnerships to function effectively and efficiently, they should be integrated into a coordinated and centralized plan, be managed by a consistent governing body of leaders and invested stakeholders, and operate under an agreed-upon set of performance metrics.

### Charitable foundations

Charitable foundations—whether billion-dollar foundations or small-grant, single-issue foundations—tend to focus on "world-changing" ideas, such as protecting and preserving oceans and watersheds, eradicating poverty, or increasing health equity— all of which are important issues in Puerto Rico. Puerto Rico's social and economic development efforts can be understood and articulated as complementing these ambitious frameworks. Environmental preservation is addressed by clean energy infrastructure in Puerto Rico. Building new rural clinics can address health disparities in underserved areas. A project that fosters women entrepreneurs could be a step in reducing poverty. Such projects could complement ongoing efforts, such as the Sila M. Calderón Foundation's Centro para Puerto Rico, which provides business training to women to empower women and communities.

The projects presented above are examples of how the planned actions of Puerto Rico can work in concert with the mission of charitable organizations or individuals. For example, the Ford Foundation's $5 million contribution to the ReImagina Puerto Rico project aims to help Puerto Rico rebuild while also supporting the foundation's focus on reducing global inequality. Charitable organizations can fund the work of others—which is most common for foundations and for high-net-worth

> ## ACTION PLAN FOR SPENDING CDBG–DR FUNDING
>
> This recovery plan aligns with many of the activities that the Government of Puerto Rico laid out in its action plan, submitted on June 14, 2018 and certified by HUD on July 30, 2018, for how it will spend the $1.5 billion in CDBG–DR funding that it was initially allocated. However, there are some differences in actions and funding levels between the action plan and this recovery plan, primarily because the action plan addressed only a fraction of the anticipated funding—$1.5 billion allocated in February 2018 out of the $19.9 billion total CDBG–DR allocation to Puerto Rico. Once HUD publishes the requirements for the additional funding, the Government of Puerto Rico will develop additional action plans for how those funds will be spent.

AR_0017554

JA_721

philanthropists, who often work through foundations—or can themselves help perform the work on the ground, as is common with charitable and religious nonprofits.

**Corporate foundations**, or corporate social responsibility initiatives, can donate funds (usually less than $2 million to $3 million per project), employee hours and expertise, and goods and services. Corporate foundations are most likely to invest in rebuilding efforts that help achieve corporate goals, improve corporate reputation, or both. For instance, a corporate foundation for a telecommunications company might fund projects bringing broadband internet to developing countries. The foundation might also fund other types of projects, such as building schools and scholarships, to gain broader visibility and recognition in the community.

## PUERTO RICO PUBLIC–PRIVATE PARTNERSHIPS AUTHORITY

The Puerto Rico Public Private Partnerships Act was passed in 2009 to "identify innovative measures and nontraditional vehicles that promote and render economic development feasible, provide the People with the required public services, and allow the Government to stabilize its finances."

In addition to establishing a policy of creating public–private partnerships, the act created the Public-Private Partnerships Authority, which has broad powers to identify, evaluate, and select projects carried out by such partnerships. These projects will cover diverse aspects of Puerto Rico's economy and government services, including solid waste facilities (e.g., waste-to-energy and recycling facilities); water and energy infrastructure (e.g., renewable energy projects); transportation infrastructure; health care, educational, law enforcement, and penitentiary facilities; affordable housing; communications infrastructure; and recreational, cultural, and tourism facilities

AR_0017555

JA_722

This page intentionally left blank.

JA_723

# A COMMITMENT TO TRANSPARENCY

**COR3**
CENTRAL OFFICE FOR
RECOVERY, RECONSTRUCTION AND RESILIENCY

**RICARDO ROSSELLÓ NEVARES**
GOVERNOR OF PUERTO RICO

AR_0017557

## Prioritizing fiscal transparency and strong governance

Transparency is a key guiding principle of Puerto Rico's entire recovery process. To ensure that the economic and disaster recovery actions described in this plan are implemented in a way that promotes fiscal transparency in recovery investments, effective processes are needed to track the progress of these actions and help prevent waste or abuse of disaster funding. In addition to the body of legislation that already addresses these issues (see box), the Government of Puerto Rico has been embedding such processes in the recovery effort, particularly through centralized oversight, strategic plan alignment processes, and procurement and contract policies and procedures of the Central Recovery and Reconstruction Office (later renamed the Central Office of Recovery, Reconstruction, and Resiliency, or COR3).

## Central Office of Recovery, Reconstruction, and Resiliency

Issued by the Governor of Puerto Rico on October 23, 2017, Executive Order 2017-065 established the Central Recovery and Reconstruction Office as a division of the Public-Private Partnerships Authority to centralize control, coordination, and oversight of the recovery and reconstruction of Puerto Rico. Specifically, the Executive Order directs COR3 to provide administrative oversight of all programs related to recovery, using best practices and appropriate processes and incorporating robust ethics, compliance, and audit programs. COR3 will be Puerto Rico's lead in developing short-, medium-, and long-term recovery plans and will coordinate the development of local and regional recovery plans. The COR3 concept follows global best practices for recovery, including those used in New Jersey, Louisiana, New York, and New Zealand, to ensure the accountability and coordination of the disaster recovery efforts. It will ensure that the Government of Puerto Rico can implement economic and disaster recovery efforts with efficiency,



Our commitment is to have the most transparent rebuilding process in the history of disasters in the United States and to make Puerto Rico stronger than before."

—Governor Ricardo Rosselló
(Interview with National Public Radio, November 2017)

AR_0017558

JA_725

## SAMPLE OF PUERTO RICO LEGISLATION RELATED TO TRANSPARENCY

### Puerto Rico Public Private Partnerships Act

The Public Private Partnerships Act of 2009 requires that "upon completion of the negotiation for the Partnership Contract, the Partnership Committee shall prepare a report, which shall include the reasons for entering into a Partnership, the reasons for selecting the chosen Proponent, a description of the procedure followed, including comparisons between the Proponent and the Partnership Contract recommended and other proposals presented, as well as all other information pertinent to the procedure followed and the evaluation conducted." This report is filed with the Secretary of the Senate and the Clerk of the House of Representatives and published online.

### Anticorruption Code for a New Puerto Rico

On January 4, 2018, the Governor signed into law House Bill 1350, known as the Anticorruption Code for a New Puerto Rico. The law, which consolidates separately enacted anticorruption legislation into a single legislative code, establishes the rights, duties, and ethical responsibilities for current and former government officials. The code also establishes anticorruption requirements for private entities and individuals who provide goods or services to the Government of Puerto Rico, and it specifies protections for whistleblowers.

### Puerto Rico Government Ethics Act of 2011

In 2011, the Government of Puerto Rico approved a comprehensive reform to its Office of Government Ethics. In addition to reasserting the office's duties to identify, analyze, and provide education on such values as trustworthiness, fairness, and responsibility, the act aims to optimize audit and investigation processes and streamline these services to efficiently and effectively prevent and address corruption.

effectiveness, and transparency while capitalizing on opportunities to build back in a way that makes Puerto Rico better, stronger, and more resilient.

As stated in the fiscal plans for Puerto Rico, key among COR3's responsibilities are to

- **develop, present, and administer** the recovery plan

- **monitor** contracting for compliance and effectiveness purposes

- **implement and enforce** checks and balances for procurement and approval of contracts and payments

- **deploy** a proven grant-management software and provide external visibility via frequent status updates to COR3's public website

- **coordinate and channel** all efforts and activities of the government related to recovery efforts

- **process, finance, and execute** works and infrastructure projects related to recovery efforts.

As part of the Government of Puerto Rico's commitment to ensuring a transparent and effective recovery process, COR3 will maintain close ties with stakeholders across the government responsible for oversight of all aspects of recovery and will incorporate best practices for oversight that ensure visibility into the recovery process.

## Tracking recovery in a transparent and clear manner

Given the needs and the level of resources that it will take to support Puerto Rico's recovery, decisionmakers at every level and the public will want to know the extent to which Puerto Rico is recovering from Hurricanes Irma and Maria. They will want to know how much progress has been made toward meeting the Government of Puerto Rico's goals for building a better, stronger, and more resilient Puerto Rico. And they will want to see

AR_0017559

JA_726

and understand the measures of success that are being used to support these efforts.

The Government of Puerto Rico is committed to establishing a strong set of performance measures that tells the story of Puerto Rico's recovery efforts. An array of recovery indicators and an organizing framework for measuring Puerto Rico's progress are being developed and will be shared with stakeholders throughout the life of the recovery effort.

Recovery indicators are being selected using well-established criteria for identifying the right types of indicators for recovery efforts. These initial indicators will be evaluated for their effectiveness and will be updated as the recovery efforts are better defined and additional measures of success are identified. An organizing framework has been designed to assess the improvements that are critical precursors to Puerto Rico's capacity to recover—that is, access to reliable data, effective governance, public engagement, and ease of doing business. Given that this plan is intended to be innovative and transformative in the long run, it is also essential to track progress made on these precursors and other long-term goals.

The Government of Puerto Rico will measure its success and track recovery in a transparent and effective manner. The government will examine whether available, reliable, and valid data exist to support the selected indicators as defined, and baselines and targets for each chosen indicator, as well as timelines for meeting those targets, will be specified.

As a priority, the Government of Puerto Rico will work with federal agencies to ensure that interim data are collected at appropriate intervals as driven by reporting requirements and are collected for at least the critical lifeline systems (energy, telecommunications, water, and transportation).

The recovery indicators, the organizational framework, the baselines and targets, the timelines, and Puerto Rico's successes in meeting these timelines and targets will be shared with stakeholders through COR3's transparency portal, which is currently under development.

## MEASURING PUERTO RICO'S RECOVERY: AN OPPORTUNITY AND A CHALLENGE

Putting valid and reliable indicators in place is critical, both because of the significant resources required to support this recovery and because these indicators can provide U.S. communities and those around the world with useful information and lessons learned about recovering from such a catastrophic disaster.

The lack of available data and limited participation in data programs (e.g., U.S. Census Bureau) make it challenging to identify robust and available sources of data. Additionally, Puerto Rico's significant needs and the broad scope of recovery efforts may require a core set of performance indicators, supplemented by a more flexible set of indicators that can be adapted as implementation unfolds and recovery efforts evolve.

AR_0017560

JA_727

### Identifying recovery indicators that provide important information for decisionmakers and the public

To ensure that diverse decisionmakers find recovery indicators useful and usable, the following criteria are used to select them:

- **Meaningful**: Selected indicators provide enough information (typically a rate or percentage) for policymakers to both understand and compare recovery indicators over time and with performance in other states and the nation overall. Indicators that are simple frequencies or counts are generally avoided. Given the commitment to addressing the needs of those living in vulnerable circumstances, the indicators reflect how progress varies by subgroups of interest (e.g., older adults, children).

- **Simple**: Puerto Rico's recovery indicators will be simply worded and easy to understand. Complicated or abstract concepts that are difficult to understand will be avoided so that the information presented is clear and comprehensible.

- **Accessible**: The indicators minimize new data collection efforts to reduce the workload in Puerto Rico, increase the credibility of the recovery actions because progress is being measured by tracking the indicators, and improve access to data outside Puerto Rico. This plan attempts to strike a balance between indicators that rely on existing data and those that require new data.

- **Balanced between short- and long-term focus**: It is key that recovery indicators not only assess the critical systems and community capacities that will be built through the actions described in this plan but also evaluate Puerto Rico's progress toward recovery over the long term. The Government of Puerto Rico will track the local capacity to understand how this progress is being made and what drives long-term recovery in each community. The government will strive to capture the ability of individuals and their communities to adapt to their changing environment, including recovery indicators for economic development, social support and organizational linkages, communication, and community engagement in collective decisionmaking and courses of action. All recovery indicators will be measured over the short and long terms.

AR_0017561

JA_728

- **Streamlined**: Many possible outputs and outcomes could be tracked during Puerto Rico's recovery. To provide a meaningful, simple, and accessible set of indicators, tough decisions are being made to narrow the field of possible indicators to those that are most reliable and valid.

- **Reliable over time**: Given that Puerto Rico's full recovery from the hurricanes will take years or even decades to achieve, the Government of Puerto Rico will use measures that are sensitive to long-term change so that they can be tracked over time. Indicators that occur at very low rates (e.g., suicide) or have very little variation will not be included.

## Measuring recovery capacity

A wide range of notional indicators have been selected that can be used to assess Puerto Rico's capacity to recover. Because improvement in capacity indicators is likely the first marker of progress toward the goals of this plan, these indicators may be more useful for tracking in the short term. These notional indicators for precursors to Puerto Rico's recovery are listed first because they provide a foundation for the infrastructure capacity that Puerto Rico will build. Within precursors, data are listed first because the availability of quality data will determine whether Puerto Rico is able to completely and accurately track performance using these indicators.



Headlights provide the only light as darkness falls in Yabucoa on September 26, 2017.
Gerald Herbert / The Associated Press

AR_0017562



Jonathan's Photos via Adobe Stock

## NEW ORLEANS INDEX AT TEN

Southeast Louisiana has experienced multiple large-scale disasters since 2005, including Hurricane Katrina and the Deepwater Horizon oil spill. Recovery has been tracked by the New Orleans Index at Ten, a set of indicators published by The Data Center, an independent, nonprofit organization.

The index relies on multiple indicators and topical essays to assess the extent to which New Orleans and the surrounding metro area is rebounding from the disasters. Indicators are focused on measures of population, economy, housing, and infrastructure. Five years after Hurricane Katrina, the information collected suggested that much progress had been made in some areas but that meaningful progress toward prosperity had not occurred for those living in vulnerable circumstances.

New Orleans' recovery and transformation continue to be tracked using an expanded set of indicators and methods. The index provides important information for decisionmakers about whether the region's resilience capacity has changed over time and how social and environmental trends may challenge resilience in the future.

The index is available at https://www.datacenterresearch.org/reports_analysis/new-orleans-index-at-ten.

## Measuring recovery outcomes and the long-term goals of the plan

The extent to which recovery indicators appropriately capture long-term outcomes after a disaster depends on the type of damage sustained, preexisting conditions, the characteristics of the communities impacted, and broader global social and environmental trends. Ultimately, a successful recovery will mean a better quality of life for all Puerto Ricans.

Many of the indicators for recovery capacity and outcomes will provide information about quality of life. This means that physical and emotional needs are being met, as indicated by measures of health, access to health care services, job opportunities, and education. Similarly, indicators that measure the health of the environment and reliable infrastructure (e.g., electricity, water services, and broadband access) also speak to quality of life and a growing economy. Recovery indicators for these areas are likely to move slowly because they are driven by many things, not just specific recovery initiatives (see box on the New Orleans Index at Ten).

In addition, some indicators describe outputs and outcomes from processes that serve as inputs into additional strategic objectives. For example, to jump start economic growth conceptualized by this plan, the government must increase the ease of doing business through continued reform. In turn, increased ease of doing business provides incentives for increased economic activity and subsequent population retention.

The graphic on the next page provides some crosscutting indicators that can be used to track population growth and change associated with Puerto Rico's recovery from the hurricanes more broadly. It then provides a more specific but notional set of indicators for tracking progress toward the recovery plan goals.

AR_0017563

JA_730

## NOTIONAL INDICATORS OF RECOVERY CAPACITY

### PRECURSORS

| CAPACITY | INDICATOR NAME | POSSIBLE SOURCE | DEFINITION |
|---|---|---|---|
| Data | Participation in data programs | Federal agencies responsible for data programs | Participation in the U.S. Census Bureau, Bureau of Labor Statistics, Bureau of Justice, Health and Human Services, Energy Information Administration, National Center for Education Statistics, National Center for Health Statistics, and U.S. Department of Agriculture data programs |
| Public engagement | Public participation in recovery planning | -- | Percentage of municipality recovery planning groups with citizen participation; number of public engagements by GPR; percentage of GPR recovery planning efforts that include public participation; percentage of municipality recovery planning groups with citizen participation; percentage of municipalities in which public engagements are held |
| Ease of doing business | Ease of doing business | World Bank | Ranking on global ease of doing of business index |



Liberty Cable crews work to restore fiber-optic lines in Carolina on September 23, 2017. The Government of Puerto Rico intends to incentivize companies to bury their fiber-optic cable to protect it in future hurricanes.
Carlos Giusti via AP Images

AR_0017564

JA_731

## NOTIONAL INDICATORS OF RECOVERY CAPACITY

### INFRASTRUCTURE

Goal: Strengthen Puerto Rico's critical infrastructure by rethinking its design and reconstruction to be more modern, sustainable, and resilient than before the hurricanes, and to support people, industry, and the economy effectively.

| SECTOR | INDICATOR NAME | POSSIBLE SOURCE | DEFINITION |
|---|---|---|---|
| Energy | Resilience | PREPA | Time to return power to 50% of the population after a whole-island power loss |
| | Affordability | PREPA | Cost per kilowatt hour, compared to average costs in the U.S. overall |
| | System losses | PREPA | Total electricity billed (GWh) compared to electricity supplied to grid (GWh) to capture theft and non-revenue consumers. |
| Telecommunications/IT | Broadband communications | FCC Broadband Progress report | Percentage of population with access to broadband service |
| Transportation | Air traffic | PRPA | Percent change in airports' passenger enplanements |
| | Multi-port shipping | U.S. Army Corps of Engineers | Percentage of total cargo tons shipped to or from Puerto Rico that do not use the Port of San Juan |
| | Surface transportation | DTOP | Percentage of roads and bridges in "good" condition as defined by FHWA |
| Water | Access | EPA and PRDOH | Percentage of population with access to clean, safe water |
| | Flood control | -- | Percentage of dams with risk mitigation measures implemented. |
| Housing | Growth of formal housing | Puerto Rico Mortgage Bankers Association | Percentage of residential structures that are titled and registered |
| | Properties insured | Puerto Rico Mortgage Bankers Association | Percentage uptake of insurance |
| Education | Net intake | -- | Ratio of the total number of entrants into grades 1 through 12 to the population of the same age |
| Health | Timely access to health services | Puerto Rico Community Survey (or more frequently using local hospital discharge data, but this requires extensive analysis) | Percentage of hospitalizations and emergency department visits for ambulatory care sensitive conditions (e.g., asthma, dehydration, hypertension) |
| Public buildings | Public buildings occupied | Public Building Authority | Average occupancy rate of public buildings |

AR_0017565

JA_732

## NOTIONAL INDICATORS OF RECOVERY OUTCOMES

### CROSSCUTTING LONG-TERM RECOVERY

Goal: Strengthen Puerto Rico's critical infrastructure by rethinking its design and reconstruction to be more modern, sustainable, and resilient than before the hurricanes, and to support people, industry, and the economy effectively.



| INDICATOR NAME | POSSIBLE SOURCE | DEFINITION |
|---|---|---|
| Working-age population growth | Puerto Rico Community Survey | Change in working-age (15–64 years) adults year over year |

## NOTIONAL INDICATORS FOR TRACKING PROGRESS TOWARD RECOVERY GOALS

### SOCIETY

Goal: Ground the new Puerto Rico in the needs of its people by promoting a society that is educated, healthy, and sustainable.



| RELATED TO GOAL | INDICATOR NAME | POSSIBLE SOURCE | DEFINITION | RELATED TO PLAN OBJECTIVE |
|---|---|---|---|---|
| Healthy society | General health | Updated PR-Behavioral Risk Factor Surveillance System | Percentage of adults reporting fair or poor health | Health |
| | | Updated PR-Behavioral Risk Factor Surveillance system | Percentage of adults reporting diabetes | Health |
| | | Updated PR-Behavioral Risk Factor Surveillance system | Percentage of adults reporting heart attack or heart disease | Health |
| Educated | Educational attainment | Puerto Rico Community Survey | Percentage of adults 25-35 years of age with at least some college or a bachelor's degree | Education |
| | Academic performance | National Assessment of Educational Progress | Percentage of 4th grade students achieving Proficient or Advanced on standardized tests | Education |
| | Academic performance | National Assessment of Educational Progress | Percentage of 8th grade students achieving Proficient or Advanced on standardized tests | Education |
| Sustainable | Ocean health | PRASA | Percentage of population with access to clean, safe water | Natural resources, Ocean economy |

AR_0017566

JA_733

## NOTIONAL INDICATORS FOR TRACKING PROGRESS TOWARD RECOVERY GOALS

Resilience

Goal: Enhance Puerto Rico's ability to withstand and recover from future disasters through individual, business, and community preparedness; redundant systems; continuity of operations; and improved codes and standards

| RELATED TO GOAL | INDICATOR NAME | POSSIBLE SOURCE | DEFINITION | RELATED TO PLAN OBJECTIVE |
|---|---|---|---|---|
| Preparedness | Community emergency preparedness | PREMA | a. Percentage of municipalities with emergency operations plans that meet the standards of the FEMA *Comprehensive Preparedness Guide (CPG) 101* b. Percentage of municipalities that exercised their emergency operations plan in the past year | Emergency service modernization |
| Continuity of operations | Continuity of operations planning | PREMA | Percentage of municipalities with either an emergency operations plan that include continuity of operations appendixes or stand-alone continuity of operations plans that comply with the FEMA Continuity Assistance Tool (FEMA P-788 / September 2013) | -- |
| Improved codes and standards | Align with best practices | -- | Percentage of codes and standards in alignment with international or U.S. best practices | Precursors |
| Redundant systems | Communications | -- | Percentage of public safety nodes with redundant communications capability | Communications |
| | Water | -- | Percentage of drinking water, wastewater, and stormwater systems with redundant power capability | Energy, Water |

AR_0017567

JA_734

# NOTIONAL INDICATORS FOR TRACKING PROGRESS TOWARD RECOVERY GOALS

## Economy

Goal: Ensure rebuilding and restoration efforts promote sustainable economic growth and social transformation and contribute to a more vibrant and competitive economy that can provide opportunities for job growth, and personal advancement that produces benefits for Puerto Rico's residents for generations to come.

| RELATED TO GOAL | INDICATOR NAME | POSSIBLE SOURCE | DEFINITION | RELATED TO PLAN OBJECTIVE |
|---|---|---|---|---|
| Growth | Employment growth | Bureau of Labor Statistics | Percent change of private-sector jobs year over year | All strategic initiatives |
| | Small-business growth | Bureau of Labor Statistics | Net number of start-up businesses year over year | Entrepreneurship |
| | Tourism | Puerto Rico Tourism Company | Average number of nights of lodging rented | Visitor economy |
| Personal advancement | Wages | Bureau of Labor Statistics | Average wage for private-sector workers | All strategic initiatives |
| | Labor force participation | Bureau of Labor Statistics | Labor force participation rate | |

AR_0017568

JA_735

# PLAN IN ACTION



 

AR_0017569

**10**

This plan describes key priorities and actions intended to propel Puerto Rico toward social and economic transformation. How these priorities and actions are planned, implemented, maintained, and monitored over time will determine whether Puerto Rico is ultimately able to realize its ambitious vision. To support these efforts, a separate, detailed blueprint for implementation will outline the specific steps, and the Government of Puerto Rico will conduct in-depth planning to ensure that a systematic approach is used to prioritize timelines, benchmarks, and targets for implementing recovery activities.

This chapter lays out considerations that the Government of Puerto Rico will address in more detail as plans are made for carrying out specific recovery activities. It is key that the future implementation plan consider the complexities of the process—that is, the interplay among sectors within a system that supports the physical, human, and natural capital that is integral to ongoing resilience development. Steps for recovery will reflect the interdependencies among recovery activities so that they are sequenced appropriately, leverage key cross-sector collaborations, and involve the people of Puerto Rico. These steps will also indicate how implementation of recovery activities relates to the Government of Puerto Rico's other recovery plans, especially those that are mutually reinforcing.

As recovery activities are planned and implemented, decisionmakers will account for ongoing contextual changes that impact the effectiveness of efforts to enhance community resilience and adaptive capacity in the long term. Projected changes in Puerto Rico's climate, for instance, pose serious challenges for human and natural communities that underpin economic initiatives. Strategies for managing the Island's physical, human, and natural resources will be informed with high-quality and timely information that integrates socioeconomic, biological, and climate data and models. Similarly, the impacts of changes in demographics, land use and development, and technology on short-term efforts and long-term resilience will be considered.

Although this recovery plan is not an implementation plan, some sections do suggest notional ideas about potential funding and

AR_0017570

JA_737

implementers. However, many decisions can be made only after it is clear how much funding has been acquired. For instance, different types or levels of implementation may be required depending on the funding amount and any special conditions attached to the funding when it is secured.

This chapter summarizes the importance of creating an environment for innovation in Puerto Rico, balancing speed and deliberation over the recovery continuum, preparing for transitioning individuals from federal aid to other programs and support services, and communicating effectively about recovery progress from diverse perspectives.

**The Government of Puerto Rico will leverage the principle of innovation to guide its investments and implementation of recovery activities.**

## Build an environment to support innovation

To realize the vision and goals identified in this recovery plan, the Government of Puerto Rico will leverage the principle of innovation to guide its investments and implementation of recovery activities. Equally important, the plan will help create an environment that supports the continued cultivation of innovative ideas, technologies, and policies across Puerto Rico's population and diverse communities. Innovation does not mean merely applying technology to a problem; it is a more expansive—and ultimately more powerful—approach that leverages emerging technologies, methods, and expert advice to turn ideas into solutions that improve Puerto Rico's capabilities. Innovative solutions are problem-oriented, usable, forward-looking, and adaptive. These solutions emphasize doing things more equitably, more efficiently, less expensively, or in a way that is more environmentally sustainable. At a minimum, an innovative solution does not simply repeat what has been done in the past, especially if that path has proved to be unsuccessful, innovative solutions embrace novel or unprecedented approaches when necessary and as the problem dictates.

The Government of Puerto Rico will create an environment conducive to innovation, which will be critical as implementation of recovery activities move forward. Individual projects—and the recovery plan more generally—will be open to feedback. Puerto Rico will capture a sufficient level of detailed data to identify when a course of action does not have the intended result. Assignments of responsibility throughout the government will be made and enforced to identify and implement any necessary course corrections. Recognizing that novelty is a means to an end rather than an end in itself, Puerto Rico will not generate new

AR_0017571

JA_738

solutions for the sake of "innovation" when addressing known problems with well-understood and readily available solutions.

Puerto Rico will also identify courses of action that are working, because these successes will offer lessons that can and will be diffused to other relevant parts of the recovery process. Puerto Rico's recovery investments must not only support innovative implementation but also embed a strong system of innovation in Puerto Rico for the future. The processes and institutions that drive this approach are interdependent, as existing research shows.

This plan is not a one-time injection of research and development spending or the establishment of an isolated business incubator, but rather a plan focused on innovation through widespread investment in the institutions, infrastructure, and people that allow innovation to flourish. For example, innovative courses of action that streamline business or property registration can give companies more time to develop new ways to satisfy existing customers or reach new markets. Connections between current university campus innovation efforts and government entrepreneurship or business development programs can be strengthened. Actions will focus on establishing strong and resilient infrastructure to facilitate the coordination, cooperation, and exchange of ideas that lead to innovation. Even actions aimed at improving health care delivery can spur innovation by delivering health care at lower cost.

## Support decisions that balance speed and deliberation and acknowledge the true length of recovery

The nature, pace, and inclusiveness of recovery across communities may be strongly influenced by decisions made early in the recovery process and by local institutional capacity. On one hand, a speedy approach is important to keep businesses operating, provide temporary and permanent shelter for disaster victims, and rebuild infrastructure that is important to the community and the economy. When official agencies do not act quickly, communities begin to rebuild in their own ways. At the same time, deliberation is an important part of post-disaster reconstruction planning to ensure that land use and infrastructure are coordinated and safe, that approaches to rebuilding improve residents' quality of life, that the needs and concerns of all citizens are heard, and that cost-effective solutions are identified. For successful long-term recovery, the



FEMA's Interim Operating Facility (IOF) at the Puerto Rico Convention Center, following Hurricane Maria.

FEMA/Paul McKellips

AR_0017572

JA_739

Government of Puerto Rico will employ deliberate planning that uses the right information, including scientific data, so that alternative paths forward can be evaluated and robust solutions developed. Science- and stakeholder-informed deliberations will be essential for balancing solutions that quickly address the immense scope of short-term needs with decisions that build long-term resilience.

The National Disaster Recovery Framework portrays recovery as a continuum of overlapping phases: disaster preparedness (continuous), disaster response (usually days or months), an intermediate phase of response and recovery activities (months), and a long-term recovery phase (may start soon after a disaster but can last months or years, depending on the size and scope of the event). These conceptual phases, however, may not reflect the true length of recovery because the process is typically nonlinear, complex, and multidimensional. Recovery planning requires substantial analysis and public debate of difficult tradeoffs as decisions are made about infrastructure repair, economic development, environmental cleanup, restoration of natural systems, urban redevelopment, hazard mitigation, equity

# The recovery continuum

## Simultaneously recovering from one disaster while preparing for another



AR_0017573

JA_740

and justice, and other challenging issues. In addition, multiple disasters may occur one after the other, so periods of response, recovery, and preparation for future risks may overlap or take longer. For example, when Hurricanes Irma and Maria hit in 2017, Puerto Rico was still recovering from 2011's Hurricane Irene (see figure on previous page). The Government of Puerto Rico plans to carefully sequence recovery efforts to avoid bottlenecks and minimize frustration.

## Prepare for transitioning individuals from federal aid to other programs and support services

As the recovery period extends over months and years, much of the initial overwhelming support for the Island after the hurricanes will begin to wane. The Government of Puerto Rico will promote coordinated transitions for individuals and families receiving government aid. These transitions include moving from Individual Assistance to disaster case management. Disaster case management provides short- and long-term relief to individuals and families by connecting them with comprehensive services that facilitate recovery. Lessons learned from prior disaster case management approaches suggest that, to be effective, these transitional support services need to be planned with complete and accurate information about numbers of people and their needs. The Government of Puerto Rico will gather the necessary information so its agencies and service providers can strategize appropriately for staffing, resource allocation, and development of a robust resource network.

The Government of Puerto Rico will coordinate closely with the Federal Emergency Management Agency to ensure that individuals receiving disaster case management services who have remaining needs when the program ends are connected with the appropriate steady-state support. This means knowing who these individuals are and coordinating the handoff before the end of case management. Stops and starts of recovery initiatives at both the federal and Island levels can lead to serious discontinuities in recovery.

## Communicate about recovery progress and projects, and integrate community perspectives in decisionmaking

Effective engagement with affected communities is important throughout the life cycle of a disaster, including during the

**The Government of Puerto Rico will employ deliberate planning that uses the right information, including scientific data, so that alternative paths forward can be evaluated and robust solutions developed.**

AR_0017574

JA_741

implementation of the long-term recovery actions detailed in this plan. All communication will be clear, consistent, effective, and accessible and should acknowledge the needs of those living in vulnerable circumstances. Additionally, a strong emphasis will be placed on inclusive, two-way communication to ensure that community feedback is shared with the Government of Puerto Rico. Two-way communication that facilitates engagement in the recovery process helps highlight the unique and diverse needs of many populations, serves to empower individuals and communities, and, ultimately, provides the context to understand and implement pathways to action.

The Government of Puerto Rico will engage with the general population, Puerto Ricans who have left the Island, and those living in the most vulnerable circumstances to increase the likelihood that the recovery projects will address each population's distinctive needs equitably. The government will connect with community leaders in one-on-one meetings or broader community workshops, seek to establish partnerships with universities to host discussions or facilitate trainings, create a centralized information repository and hotline, and leverage both traditional (i.e., broadcast, print, online media) and social media to promote engagement with all populations at a large scale. Engaging populations to understand their specific needs and priorities can improve support for the recovery process and ensure that communities remain included post-disaster. This is especially important because, in order to implement many recovery efforts, deeper engagement with stakeholders (e.g., experts, resource managers, local leaders, communities) must occur first. Some recovery efforts require identifying partner nongovernmental organizations to implement specific courses of action or securing contracts with agencies to utilize their resources. (e.g., to develop a workforce or volunteer base). Furthermore, residents across diverse communities need to be more readily engaged in future discussions about resilience investments and disaster planning to better integrate information about community assets and needs.

AR_0017575

JA_742

## Possible topics for recovery communication

Edelman conducted an analysis of 275 news articles from 40 top-tier English- and Spanish-language outlets in the United States and Puerto Rico reflecting coverage (from February to April 2018) associated with the hurricanes. The purpose of this analysis was to identify the most frequently covered (both number of times and across multiple outlets) issues in media and recommend some topics that could be prioritized for communication during the recovery process.

The Edelman analysis led to the following conclusions:

- **Preexisting housing conditions and infrastructure challenges** are frequently covered in the media, providing an opportunity to share information about how to manage aid requests in the absence of property ownership evidence.

- **Broader issues of insurance** are highlighted in media as many Puerto Rican residents may receive only a portion of their damage claim requests from insurance companies. Information about how to handle such setbacks can address a noticeable information gap.

- News outlets are still reporting **challenges with temporary housing and education**. Addressing the needs of those who have left the Island but have not found suitable housing and of students experiencing challenges with underenrollment in schools are priorities.

- Residents remain interested in learning about current **progress to ensure stable electricity** to the Island, which provides an opportunity for media updates on the status of the energy system improvement efforts.

- Stories about **aid and other investments by the private sector** can help renew interest in the recovery activities among Island and nationwide audiences.

- Media outlets remain focused on the rising **death toll and long-term impacts**. Communication and resources that can connect residents with unmet needs to health and mental health care services will be provided.

- Sharing details about how local leaders are **preparing for the upcoming hurricane season**, collecting and distributing resources about hurricane preparedness, and using multiple channels (including accessible AM radio stations) are essential to addressing a continued interest in the upcoming hurricane season and how to prepare.

AR_0017576

JA_743



Landslides during the hurricanes damaged all three hydroelectric turbines at the Dos Bocas hydroelectric plant in Utuado.
Photo by HSOAC

AR_0017577



JA_745

# CONCLUSION



 

RICARDO ROSSELLÓ NEVARES
GOVERNOR OF PUERTO RICO

AR_0017579

JA_746

**11**

Over the past year, Puerto Rico has been creating and putting to work plans to recover from the devastating impacts of Hurricanes Irma and Maria and initiating processes to transform Puerto Rico in terms of both economic reform and disaster recovery. *Transformation and Innovation in the Wake of Devastation* builds on the steps that have already been taken toward transformation and economic reforms in fundamental ways. These steps chart a path to a more equitable and prosperous society for all Puerto Ricans. The vision and goals are centered on the complete recovery across the Island that will strengthen resiliency with a specific focus on innovation and transformation. Puerto Rico's recovery from the two hurricanes is an opportunity to set the standard—to be a model for the nation and the world in both economic reform and disaster recovery.

The voices of citizens and mayors, Puerto Rican agency heads, representatives from the Federal Emergency Management Agency and other federal agencies, subject-matter experts, and other stakeholders have been brought together in this plan. Informed by data and thoughtful analysis, the Government of Puerto Rico has developed a comprehensive plan that goes far beyond simply building back what was destroyed by the hurricanes and looks to a future in which Puerto Rico is resilient, has sustainable economic growth, possesses modern and sustainable infrastructure, and meets the needs and demands of the 21st century.

While working toward these goals, the Government of Puerto Rico will certainly face many challenges that will require perseverance, but, in the end, the benefits will be shared by Americans on the Island and in the continental United States, as well as communities around the world facing similar challenges because they will also learn from Puerto Rico's experience.

As this plan has made clear, the Government of Puerto Rico intends to use the disaster recovery process to support and accelerate its vision for the Island. The short-term disaster recovery assistance to Puerto Rico will greatly improve the

AR_0017580

JA_747

ability to implement plans to restore infrastructure that is stronger and more resilient. Long-term strategies will be developed that protect human capital by creating economic resilience. This focus will increase investments in Puerto Rico, exports of Puerto Rican goods and services, and access to credit markets.

It is the Government of Puerto Rico's obligation to build back stronger and with more resilience, and to maximize innovation throughout the recovery process. To focus on this effort, COR3 was established and is charged with leading the recovery efforts. The Government of Puerto Rico is relying on this team to set the gold standard for recovery and innovation by incorporating new methods and standards in the recovery process, including using the public-private partnership model.

The government is mindful of the need to protect recovery investments in Puerto Rico. The Governor's vision is building back better so that Puerto Rico is stronger, more resilient, and able to withstand a future event, and it will accomplish this in ways that are transparent and reflect accountability in the employment of these investments. In addition, the government will track the performance and outcomes of these investments. Finally, government leaders will do their part to continue to strengthen government to fully support the economic growth across the Island that results in a stronger, vibrant, sustainable, and resilient Puerto Rico. These leaders do not take their responsibility lightly in the daunting recovery and transformation tasks ahead.

The Government of Puerto Rico appreciates the support of the federal government during the recovery process and believes that this plan is the next step on the journey to Puerto Rico's full economic and disaster recovery. This plan builds on the various foundational documents underpinning Puerto Rico's recovery, including the Plan for Puerto Rico, the Build Back Better Puerto Rico plan of November 2017, the New Fiscal Plan of 2018, and the Community Development Block Grant – Disaster Recovery Action Plan. The plan outlined here is a living document, and the courses of action may change as needs evolve and as government leaders continue public outreach and conversations with the many stakeholders. Additionally, the Government of Puerto Rico has made

AR_0017581

aggressive commitments in this plan that are subject to its ability to secure appropriate funding for each of the projects.

The government will continue to update Congress at six-month intervals, as required by the Bipartisan Budget Act, to share progress in rebuilding a more resilient Puerto Rico.

**We are now more certain than ever that a better, stronger, smarter, and more resilient Puerto Rico is possible.**

**¡Juntos lo lograremos porque Puerto Rico se levanta ahora más fuerte que nunca!**

AR_0017582

JA_749



# DETAILED ACTIONS

 

RICARDO ROSSELLÓ NEVARES
GOVERNOR OF PUERTO RICO

AR_0017583

JA_750

# 12

This chapter presents the full set of courses of action—for each plan objective focused on precursors to recovery, capital investments, and strategic initiatives—that have been identified as necessary to support Governor Ricardo Rosselló's vision for recovery, resilience, and economic growth. As Puerto Rico moves forward with recovery from Hurricanes Irma and Maria, federal agencies will assess whether a particular course of action that requires federal funding is reasonable and justified.

As noted in "Detailed Look at How the Plan Was Developed," Chapter 13, it was not possible to conduct formal cost-benefit and feasibility analyses for each course of action; however, when developing courses of action, the sector teams considered each action's characteristics—including responsiveness to needs, level of innovation, and alignment with the evidence base (e.g., based on best or promising practices). Furthermore, the approach to estimating the rough-order-of-magnitude cost of each course of action was based on the specific nature of the action and the available sources of information robust enough to inform the estimate. Total estimated costs include both initial upfront costs and recurring costs, which reflect 11 years of annual costs from 2018 to 2028 for ongoing activities, such as operations and maintenance. These figures should be regarded as preliminary pending greater detail about specific implementation activities and the completion of ongoing damage assessments. A course of action may have a range of costs for several reasons. First, the costs may be highly uncertain, and the range reflects this uncertainty. Second, the course of action may consist of multiple activities, and the range reflects alternative implementation paths involving one or several activities. Details on what the ranges reflect for any specific course of action will be provided in the forthcoming publications that provide additional information for each sector. Arriving at more-precise costing requires decisions about tradeoffs to be made.

Throughout the plan, costs are rounded to reflect uncertainty in the precision of the cost estimates. Therefore, the cost estimates

AR_0017584

JA_751

shown may not appear to sum exactly to the total because of rounding. Costs are not estimated and funders not identified for some actions because these costs or funders are unknown, require more-detailed information on implementation, or are yet to be determined (marked as "–" in this section). A subset of these actions, such as policy changes, do not have costs that require specific recovery funding, although these actions may require administrative time or other resources.

Also as discussed in Chapter 13, analyses of funding sources for the courses of action identified included U.S. government aid and nongovernmental funding sources. At this stage of recovery planning, the ability to pair specific funding sources and amounts available to Puerto Rico for each course of action is limited. Therefore, funding sources identified in this chapter are notional at this time. Suggestions about possible implementers are also preliminary because details about how the courses of action will be put into effect will not be known until there is additional clarity about available funding and associated criteria.

The actions deemed precursors to the recovery objectives throughout the plan appear only in the Precursors section. However, the recovery plan is crosscutting and integrated, so other courses of action support multiple objectives as well. In such cases, the actions appear under each relevant objective. The actions support different objectives to different degrees—that is, the full level of implementation described by an action may not be needed to achieve a particular objective. However, all courses of action are described at their highest level of implementation because the subsets of activities required that would provide more-nuanced breakdowns of cost and implementation level are not available at this time. These different levels of implementation do not affect the overall cost of the proposed recovery plan or the costs by sector because the affected actions all occur more than once, and their costs are counted at the highest level of implementation at which they occur in the plan. In other words, for any action that occurs more than once in the plan, its cost is not counted more than once when estimating the total cost of the proposed recovery plan. Some courses of action identified in this chapter may portray overlapping or complementary activities; as additional details about these activities

AR_0017585

JA_752

become available, refinements will ensure alignment of efforts that avoid duplication.

The following sections contain detailed portfolios of actions for each type of plan objective.

**Section 1: Precursors**

**Section 2: Capital Investments**

Transform the energy system

Modernize the telecommunications system

Rethink water systems

Rebuild and strengthen maritime, surface, and air transportation

Repair and rebuild resilient housing

Transform the education system

Rebuild and enhance health and social service infrastructure and regional health care networks

Repair, rebuild, and right-size the public buildings inventory

Restore, plan for, and develop the natural environment

**Section 3: Strategic Initiatives**

Ocean economy

Visitor economy

Emergency services modernization and integration

Agricultural modernization and processing

Digital transformation

21st-century workforce

Entrepreneurship

Advanced manufacturing

AR_0017586

JA_753



**LEFT | MARIA TREE SEEDLINGS CULTIVATED FOR PLANTING ACROSS THE ISLAND, MARCH 2018**



**BELOW | CRUISE SHIPS RETURNED, BRINGING THOUSANDS OF TOURISTS A WEEK, DECEMBER 2017**



**ABOVE | STUDENTS FIRST DAY OF SCHOOL FOLLOWING HURRICANE MARIA, OCTOBER 2017**



**RIGHT | OVER 15,000 POLES DELIVERED TO RESTORE ELECTRICITY TO THE ISLAND, JANUARY 2018**



AR_0017587

JA_754

# Precursors

## START WITH A STRONG FOUNDATION

The order of these precursor actions is based on the order in which they were presented in the main text.

AR_0017588

JA_755

## CPCB 11
### Cross-Sector Coordination in Infrastructure and Implementation

Hire 5 experienced planners to serve as Cross-Sector Infrastructure and Implementation Leaders whose dedicated role within the COR3 will be to ensure collaboration and coordination between sectors when major infrastructure projects are proposed or developed.

**Potential benefits:** Ensures cross-sector integration during infrastructure planning and development projects. Increases transparency of infrastructure planning. Integrates sector needs during development and implementation.

**Potential upfront costs:** $0 in estimated upfront costs

**Potential recurring costs:** $6.8 million in estimated recurring costs

**Potential total costs:** $6.8 million in total estimated costs

**Potential funder(s):** HMGP, CDBG-DR, Government of Puerto Rico

**Potential implementer(s):** Government of Puerto Rico, COR3

## MUN 7
### Create and Implement a Model of Regional Service Delivery and Planning

Design, adopt, and fund a regional public service delivery and planning model based on a collaborative decisionmaking process that includes all levels of government, citizens, and other stakeholders. This action could include the Government of Puerto Rico delegating services to municipalities and regional entities. It could also involve municipalities working together to deliver services regionally.

**Potential benefits:** Helps municipalities plan more effectively and deliver particular services more efficiently. Saves money by using economies of scale. Reduces duplication of efforts. Fills service gaps and improves transparency. Clarifies roles during emergency response.

**Potential upfront costs:** $7.8 million in estimated upfront costs

**Potential recurring costs:** $0 in estimated recurring costs

**Potential total costs:** $7.8 million in total estimated costs

**Potential funder(s):** CDBG-DR, Government of Puerto Rico, municipal governments

**Potential implementer(s):** Government of Puerto Rico, municipal governments

AR_0017589

JA_756

## ECN 6
### Improve Data Collection, Analysis, and Presentation

Implement policies to improve the collection, analysis, and presentation of publicly available data, including (1) updating tax rolls and land registries; (2) preparing timely, audited financial reports; (3) improving collection and storage of economic information, such as national and tourism satellite accounts; (4) providing information about public-sector programs and policies; and (5) cataloging current intellectual property and patents held by citizens of Puerto Rico.

**Potential benefits:** Decreases levels of uncertainty for investors and the public, informs resource allocation decisions, and promotes innovation.

**Potential upfront costs:** $0 in estimated upfront costs

**Potential recurring costs:** $55 million in estimated recurring costs

**Potential total costs:** $55 million in total estimated costs

**Potential funder(s):** CDBG-DR, DOC EDA, USDA

**Potential implementer(s):** PRPB, PRTC, Institute of Statistics, other GPR agencies, federal agencies

## MUN 9
### Enhance Transparency and Improve Service Delivery Through Service Request Fulfillment and Tracking Systems

Implement technology-based mechanisms (such as electronic portals and 311 systems) to increase the accessibility and transparency of government services.

**Potential benefits:** Increases the efficiency, transparency, and accessibility of service delivery. Saves taxpayer money. Improves service outcomes.

**Potential upfront costs:** $0 in estimated upfront costs

**Potential recurring costs:** $110 million in estimated recurring costs

**Potential total costs:** $110 million in total estimated costs

**Potential funder(s):** CDBG-DR, DOL, U.S. Department of Education, private-sector, nongovernment sources

**Potential implementer(s):** Government of Puerto Rico

AR_0017590

JA_757

## MUN 11
### Develop and Publicly Report Key Performance Indicators

Develop key performance indicators—in collaboration with the Government of Puerto Rico, municipal officials, and citizen groups—for services provided by municipal and state-level government. Track and publicly report key performance indicators regularly.

**Potential benefits:** Improves government transparency, citizen confidence, and performance management. Allows rapid identification of issues and reallocation of resources to meet citizens' needs more effectively.

**Potential upfront costs:** $1.9 million in estimated upfront costs

**Potential recurring costs:** $0 in estimated recurring costs

**Potential total costs:** $1.9 million in total estimated costs

**Potential funder(s):** CDBG-DR, private sector

**Potential implementer(s):** Government of Puerto Rico, municipal governments

## MUN 4
### Build the Capacity of Municipalities to Apply for, Secure, and Manage Grants

Assess municipal governments' current capacity and skillset to apply for and manage federal and other grants. Provide technical assistance and training to increase grant management capacity and skills. This action will be a critical need as federal and other funding flows to Puerto Rico for recovery-related projects.

**Potential benefits:** Improves ability of municipal governments throughout Puerto Rico to access grants and successfully implement grant-funded programs, particularly federal grants for recovery efforts.

**Potential upfront costs:** $0 in estimated upfront costs

**Potential recurring costs:** $3.4 million in estimated recurring costs

**Potential total costs:** $3.4 million in total estimated costs

**Potential funder(s):** CDBG-DR, Government of Puerto Rico

**Potential implementer(s):** COR3, Puerto Rico Office of Management and Budget, UPR, municipal governments

AR_0017591

JA_758

## CPCB 12
### Capacity Building for Financial Management

Conduct a study to reevaluate the current state of the Government of Puerto Rico's grant management processes and workforce due to the increased volume and pace of work associated with hurricane rebuilding efforts. Anticipate hiring 10 additional full-time equivalent financial management personnel as a result of the study.

**Potential benefits:** Ensures that funds earmarked for rebuilding efforts are spent efficiently and in accordance with regulations and accounting practices. Allows the financial management workforce to cope with the additional workload resulting from rebuilding efforts.

**Potential upfront costs:** $1 million in estimated upfront costs

**Potential recurring costs:** $14 million in estimated recurring costs

**Potential total costs:** $15 million in total estimated costs

**Potential funder(s):** HMGP, CDBG-DR

**Potential implementer(s):** COR3, Puerto Rico Federal Funds Management Office

## NCR 19
### SHPO and ICP Staffing to Meet Project Review Requirements

Hire extra staff at SHPO and ICP to fulfill National Historic Preservation Act of 1966, Section 106, requirements for review of projects that use federal funds.

**Potential benefits:** Enables timely review of any projects and actions undertaken that may affect historic properties, including demolition, restoration, construction, maintenance, and remodeling. Ensures that these projects proceed in a timely manner without being delayed by the review process.

**Potential upfront costs:** $0 in estimated upfront costs

**Potential recurring costs:** $5.5 million–$11 million in estimated recurring costs

**Potential total costs:** $5.5 million–$11 million in total estimated costs

**Potential funder(s):** Government of Puerto Rico

**Potential implementer(s):** SHPO, ICP

AR_0017592

JA_759

## CPCB 13
### Training Workshop on Best Practices in Post-Disaster Procurement

Organize a conference that convenes chief acquisition officers, contract officers, and other procurement experts from the mainland United States who were involved in rebuilding after Hurricanes Katrina, Harvey, and Sandy, along with officers and experts in Puerto Rico. Produce conference proceedings and a guide to post-disaster procurement for innovation and resilience.

**Potential benefits:** Provides a forum for people with post-disaster experience to train Puerto Rico procurement officers and share best practices. Provides a networking opportunity for professionals in disaster management.

**Potential upfront costs:** $400,000 in estimated upfront costs

**Potential recurring costs:** $0 in estimated recurring costs

**Potential total costs:** $400,000 in total estimated costs

**Potential funder(s):** CDBG-DR, FEMA

**Potential implementer(s):** COR3, Puerto Rico Federal Funds Management Office, chief acquisition officers, contract officers, procurement experts

## ECN 34
### Establish Matching Fund Set-Aside

Set aside at least $10 billion over the time frame of the plan from unrestricted CDBG-DR funding (and/or other eligible sources) to provide the 10 percent–20 percent needed for the Government of Puerto Rico and qualified nonprofits to obtain matching federal grants, which would unlock billions of dollars in additional federal funding.

**Potential benefits:** Allows the Government of Puerto Rico to access the $50 billion–$100 billion that the federal government can provide through FEMA, USDA, EPA, DOC EDA, and other federal agencies to help rebuild and repair public buildings, roads, and other infrastructure.

**Potential upfront costs:** —

**Potential recurring costs:** —

**Potential total costs:** — ($10 billion in total estimated costs as a cost-share requirement; no costs applicable to the total cost of the plan)

**Potential funder(s):** CDBG-DR

**Potential implementer(s):** Puerto Rico Executive Branch

AR_0017593

JA_760

### ECN 4
## Enact Sound Fiscal Policies

Implement policies to reduce public spending, adjust the level of public spending relative to revenue, or increase the revenue base of the Government of Puerto Rico by enforcing tax compliance.

**Potential benefits:** Improves access to credit markets and reduces economic uncertainties in the public and private sectors. Increases the confidence of private investors in the Commonwealth of Puerto Rico.

**Potential upfront costs:** —

**Potential recurring costs:** —

**Potential total costs:** —

**Potential funder(s):** —

**Potential implementer(s):** Puerto Rico Executive Branch

### MUN 1
## Establish an Emergency Fund for the Government of Puerto Rico and Municipalities

Establish an emergency fund for the Government of Puerto Rico that can also be used by municipalities during disaster response and recovery. This fund would provide financial assistance for extraordinary expenses incurred during future disasters, and could be modeled on examples from the continental United States.

**Potential benefits:** Improves the efficiency and effectiveness of emergency response and recovery by allowing municipalities to manage and disburse emergency funds directly. Allows municipalities to continue to fund response and recovery activities while they are awaiting reimbursements from FEMA or payouts from insurance companies.

**Potential upfront costs:** —

**Potential recurring costs:** —

**Potential total costs:** —

**Potential funder(s):** —

**Potential implementer(s):** Governor, Legislative Assembly, PRPBA

AR_0017594

JA_761

## CPCB 9
## Coordinated Local Recovery Planning Process

Establish a coordinated process for municipalities severely affected by the hurricanes to develop recovery plans that ensure that investments address risk. Integrate recovery plans with other local planning efforts. Provide support—in the form of a Local Disaster Recovery Manager—to municipal governments coordinating the implementation of a large number of recovery projects.

**Potential benefits:** Addresses long-standing problems—specifically, the fragmented delivery of federal resources, which leads to ad hoc decisionmaking and piecemeal recovery. Ensures that recovery investments maximize hazard risk reduction and capitalize on transformative opportunities.

**Potential upfront costs:** $51 million in estimated upfront costs

**Potential recurring costs:** $0 in estimated recurring costs

**Potential total costs:** $51 million in total estimated costs

**Potential funder(s):** HMGP, CDBG-DR, DOC EDA, nongovernment sources

**Potential implementer(s):** PRPB, municipal governments

## MUN 2
## Create Regional Economic Development Plans

Provide technical assistance to municipalities to create municipal and regional-level economic plans aligned with the overall economic development goals of the Government of Puerto Rico. Plans will include assessing the workforce, identifying industries with the highest potential in each region, identifying needed infrastructure, and providing training.

**Potential benefits:** Ensures that each municipality will be part of an economic development plan to improve workforce training and employment, increases the level of economic activity, and contributes additional revenues to municipal governments and local economies.

**Potential upfront costs:** $6 million in estimated upfront costs

**Potential recurring costs:** $0 in estimated recurring costs

**Potential total costs:** $6 million in total estimated costs

**Potential funder(s):** CDBG-DR, DOC EDA, DOL, municipal governments

**Potential implementer(s):** Government of Puerto Rico, municipal governments, SBA

AR_0017595

JA_762

## ECN 1
### Increase Ease of Doing Business

Increase ease of doing business across Puerto Rico as measured by the World Bank Ease of Doing Business indicators, including lowering labor costs, energy and other input costs, tax costs, and transaction costs in dealing with the government by modifying federal and state-level government policies.

**Potential benefits:** Stimulates investment and economic growth across nearly all sectors by reducing policy-induced barriers to business activity, resulting in fewer residents moving away from the Island due to economic conditions over the short and long terms.

**Potential upfront costs:** —

**Potential recurring costs:** —

**Potential total costs:** —

**Potential funder(s):** —

**Potential implementer(s):** Government of Puerto Rico

## ECN 39
### Exemption of Puerto Rico from the Jones Act After Consideration of Costs and Benefits

Support efforts to work with the federal government to evaluate the effects of the Jones Act on the well-being of Puerto Rico and, if shown to be detrimental, exempt Puerto Rico from the Jones Act, similar to the exemption in place for the U.S. Virgin Islands.

**Potential benefits:** If the Jones Act disproportionately negatively affects Puerto Rico, the exemption will decrease the cost of shipping, which is expected to (1) lower the price of all imported items used by businesses, consumers, government, and agricultural concerns and (2) lower the cost of exporting items from Puerto Rico. Eases Puerto Rico's evolution evolving as an international transshipment hub serving the U.S. market.

**Potential upfront costs:** —

**Potential recurring costs:** —

**Potential total costs:** —

**Potential funder(s):** —

**Potential implementer(s):** GPR congressional delegation

AR_0017596

JA_763

## ECN 40
### Enable Puerto Rico to Become an International Air Cargo and Passenger Hub

Encourage the federal government to amend Title 49, Section 41703(e), of the U.S. Code (the "Stevens Amendment") to include Puerto Rico and to allow for cargo transfers. The Stevens Amendment allows foreign cargo aircraft that stop in Alaska to proceed to other cargo airports within the United States. Reestablish the "transit-without-visa" program.

**Potential benefits:** Boosts air cargo activity and creates additional economic opportunities for the air industry in Puerto Rico by transforming airports into major international air cargo hubs. Reimplementing the transit-without-visa program in Puerto Rico may help promote tourism by facilitating air travel.

**Potential upfront costs:** —

**Potential recurring costs:** —

**Potential total costs:** —

**Potential funder(s):** —

**Potential implementer(s):** GPR congressional delegation

## ECN 2
### Implement Workforce Development Programs

Implement policies and activities, such as the creation of regional training centers, to support the education and training of the workforce, especially the unemployed, underemployed, and those in training for employment, with a focus on persons disproportionately affected by disasters who are in high-need occupations.

**Potential benefits:** Improves labor force participation rates, engages those not currently or not gainfully employed, and increases the labor force's years of education and skill set, which should benefit both individuals and the economy.

**Potential upfront costs:** $68 million in estimated upfront costs

**Potential recurring costs:** $0 in estimated recurring costs

**Potential total costs:** $68 million in total estimated costs

**Potential funder(s):** CDBG-DR, DOL, DOC EDA, U.S. Department of Education, FEMA Dislocated Workers Program, nongovernment sources

**Potential implementer(s):** Puerto Rico Department of Labor and Human Resources, DEDC

AR_0017597

# Capital Investments

## BUILD RESILIENT COMMUNITIES, MODERNIZE INFRASTRUCTURE, AND RESTORE THE NATURAL ENVIRONMENT

The order of these actions first highlights actions from the sector most relevant to that objective, listed numerically. Numerical assignment is random and does not indicate a specific prioritization. They are then followed by actions from other sectors that are also important to achieving the capital investment objective, which are listed in alphabetical order by code and number.

AR_0017598

JA_765



# Transform the Energy System

The Energy portfolio is presented here with costs, potential funders, and potential implementers grouped across the entire portfolio. This alternative presentation is a result of the nascent state of decisionmaking in the energy sector and the in-flux nature of the restructuring of PREPA. Costs associated with future scenarios for the transformed energy sector are presented below, but precise costing depends on additional decisions concerning tradeoffs in the sector, modeling and analysis results, and stakeholder engagement.

The potential costs associated with transformation of the energy sector in Puerto Rico will vary greatly depending on choices made between many technical, financial, and policy options and tradeoffs. Strategic-level tradeoffs will need to be made, including the level of decentralization of the system (i.e., inclusion of islanded portions and microgrids), the level of renewable energy production, the extent of distributed energy resources growth, and prioritization of assets for hardening measures. The courses of action described here enumerate the many actions that can be taken, but the specific approach, level, and timing of the activities within these courses of action can vary depending on the strategic goals and constraints.

Because the cost of transforming the energy sector depends on decisions still to be made, the total amount that must be spent is uncertain and could differ by many millions to up to many billions of dollars depending on these choices. Thus, a point estimate or total cost for the energy sector is not possible and cannot be calculated by adding the sum of the costs associated with individual courses of action.

The total cost of deploying a grid that loosely aligns with the vision articulated in *Build Back Better Puerto Rico* and the Puerto Rico Energy Working Group *Build Back Better: Reimagining and Strengthening the Power Grid of Puerto Rico* plans is approximately $30 billion. In both of these earlier reports, the total cost to "build back better" was estimated to be about $18 billion, and the analogous scenario here includes policy initiatives, ongoing operations and maintenance, and a few more extensive measures required for resilience, among other differences. More specifically, executing this vision would likely involve extensive construction of new generation capacity in existing locations, rebuilding and upgrading transmission and distribution lines (including some undergrounding of distribution lines that likely exceeds what was included in the earlier plans), adding smart grid capabilities (e.g., metering), and deploying a modern operational technology system.

The estimated costs for this moderate cost pathway are as follows:

**Potential upfront costs:** $20 billion in estimated upfront costs

**Potential recurring costs:** $10 billion in estimated recurring costs

**Potential total costs:** $30 billion in total estimated costs

However, this is not the only possible path forward, and even more—or substantially less—could be invested in this sector. For example, investing only an additional $2 billion to $4 billion would likely just enable incremental improvements in the electricity system beyond the repairs to date and would not provide a sufficiently robust and resilient grid, especially in the face of future storms. This low-cost scenario would fully fund permanent repairs to generation, transmission, and distribution assets (i.e., redo all temporary post-hurricane repairs) but would *not* substantially improve on or modernize the existing grid architecture. At the other extreme, deploying enough new renewable energy to

AR_0017599



generate 40–50 percent of Puerto Rico's electricity (including sufficient battery storage to ensure system reliability) is estimated to exceed $30 billion and perhaps as much as $90 billion, assuming traditional approaches to handling intermittency of renewable resources, such as solar. This scenario also assumes widespread system modernization (e.g., deployment of smart grid technologies) and improved system resilience.

Neither of these extreme scenarios may be the best long-term solution for Puerto Rico, and the right balance of choices and investments is likely some combination of the attributes and choices of these illustrative scenarios. Additionally, substantial cost savings may be possible by modifying the utility's approach to grid operation, including new approaches, such as the Massachusetts Institute of Technology Lincoln Laboratory's innovative concept of "corrective dispatch," which involves adjusting power generation, delivery, and consumption to find feasible services during extreme conditions when a power flow solution does not exist.

Potential funders across these scenarios and the associated Energy courses of action include FEMA (including the HMGP), the Government of Puerto Rico, NOAA, NSF, PREPA, USDA, U.S. Department of Education, U.S. Department of Energy, EPA, HUD (including the CDBG-DR), DOL, nongovernment sources, and the private sector.

Potential implementers across Energy courses of action include FEMA, the Government of Puerto Rico, COR3, PRASA, PREMA, PREPA, PREC, PRIDCO, Puerto Rico Department of Labor and Human Resources, USACE, USDA Rural Development Rural Utilities Service, U.S. Department of Energy, Puerto Rico municipal governments, new private owner/operators, and professional societies.

The potential funders and the potential implementers listed are notional and cannot be definitively identified until long-term planning has been finalized. Note that organizations that could fund or implement planning efforts (including modeling and analyses) related to infrastructure investment are included in these categories. Where listed, federal agencies may potentially require clarification of legislative authorities, in addition to appropriations, in order to successfully participate in a given course of action. Thus, the potential funders and potential implementing partners are presented here as illustrative and not prescriptive.

AR_0017600

JA_767

| PA-02-PR-4339-PW-06099(32)     P | |
|---|---|
| Applicant Name: | Application Title: |
| PR ELECTRIC POWER AUTHORITY | 136271 - MEPA078 Puerto Rico Electrical Power Authority Island Wide FAASt Project |
| Period of Performance Start: | Period of Performance End: |
| 09-20-2017 | 09-20-2027 |

## *Subgrant Application - Entire Application*

**Application Title:** 136271 - MEPA078 Puerto Rico Electrical Power Authority Island Wide FAASt Project
**Application Number:** PA-02-PR-4339-PW-06099(32)
**Application Type:** Subgrant Application (PW)

### Preparer Information

| | |
|---|---|
| Prefix | |
| First Name | JONATHAN |
| Middle Initial | |
| Last Name | ACEVEDO CHAPARRO |
| Title | PDMG |
| Agency/Organization Name | COR3 |
| Address 1 | PO BOX 195014 |
| Address 2 | |
| City | SAN JUAN |
| State | PR |
| Zip | 00918 - 5014 |
| Phone | 787-273-8209 |
| Email | info@cor3.pr.gov |

Is the application preparer the Point of Contact? No

### Point of Contact Information

| | |
|---|---|
| Prefix | |
| First Name | Mary |
| Middle Initial | |
| Last Name | Zapata |
| Title | Deputy Executive Director of Operations |
| Agency/Organization | PR Electric Power Authority |
| Address 1 | #1110 Ponce de Leon Avenue |
| Address 2 | |
| City | San Juan |
| State | PR |
| ZIP | 00936 |
| Phone | 000-000-0000 |
| Fax | |

AR_0026528

JA_768

| | |
|---|---|
| Email | mary.zapata@prepa.com |

### Alternate Point of Contact Information

| | |
|---|---|
| Prefix | |
| First Name | Suzzette |
| Middle Initial | |
| Last Name | Diaz |
| Title | Financial Controller PMO Energy |
| Agency/Organization | |
| Address 1 | |
| Address 2 | |
| City | |
| State | PR |
| ZIP | |
| Phone | 787-486-9484 |
| Fax | |
| Email | sdiaz@arigroupllc.com |

### Project Description

| | |
|---|---|
| Disaster Number: | 4339 |
| Pre-Application Number: | PA-02-PR-4339-RPA-0063 |
| Applicant ID: | 000-UA2QU-00 |
| Applicant Name: | PR ELECTRIC POWER AUTHORITY |
| Subdivision: | |
| Project Number: | 136271 |
| Standard Project Number/Title: | 699 - Public Utilities |
| Please Indicate the Project Type: | Neither Alternate nor Improved |
| Application Title: | 136271 - MEPA078 Puerto Rico Electrical Power Authority Island Wide FAASt Project |
| Category: | F.PUBLIC UTILITIES |
| Percentage Work Completed? | 0.0 % |
| As of Date: | 10-01-2021 |

| Comments |
|---|
| |

| Attachments |
|---|

### Damage Facilities (Part 1 of 2)

| Facility (Site) Number | Facility (Site) Name | Address | County | City | State | ZIP | Previously Damaged? | Action |
|---|---|---|---|---|---|---|---|---|
| 1 | Damage #206253; Island Wide Transmission Line System | | | | PR | | No | |
| 2 | Damage #223189; Island Wide Substations | | | | PR | | No | |
| 3 | Damage #223318; Island Wide Telecommunication System | | | | PR | | No | |
| 4 | Damage #250040; Island Wide Generation Plants | | | | PR | | No | |
| 5 | Damage #250080; Island Wide Buildings | | | | PR | | No | |
| 6 | Damage #250081; Island Wide Distribution Lines System | | | | PR | | No | |

AR_0026529

| | |
|---|---|
| Attachments | |

| | |
|---|---|
| Facility (Site) Name: | Damage #206253; Island Wide Transmission Line System |
| Address 1: | |
| Address 2: | |
| County: | |
| City: | |
| State: | PR |
| ZIP: | |
| Damage Category: | F |
| Was this facility (site) previously damaged? | No |
| Percentage Work Completed? | 0.00 % |
| Location: | PA-02-PR-4339-PW-06099(0):<br>#1110 Ponce de Leon Avenue, San Juan, PR 00936<br>PA-02-PR-4339-PW-06099(1):<br>No Changes to Location<br>PA-02-PR-4339-PW-06099(11):<br>No changes to Location.<br>PA-02-PR-4339-PW-06099(15):<br>No changes to location.<br>PA-02-PR-4339-PW-06099(16):<br>No changes to location.<br>PA-02-PR-4339-PW-06099(18):<br>No changes to location.<br>PA-02-PR-4339-PW-06099(21):<br>No changes to location.<br>PA-02-PR-4339-PW-06099(23):<br>No changes to location.<br>PA-02-PR-4339-PW-06099(29):<br>No Changes to Location<br>PA-02-PR-4339-PW-06099(30):<br>No Changes to Location<br>PA-02-PR-4339-PW-06099(32):<br>No Changes to Location |
| Damage Description and Dimensions: | PA-02-PR-4339-PW-06099(0):<br>The Disaster #4339DR, which occurred between 9/17/2017 and 11/15/2017, caused:<br><br>Damage #206253; Island Wide Transmission Line System<br><br>Detailed inspection results can be found in attachment<br><br>[136271 - DR4339PR - Transmission Lines DDD PREPA Final]<br><br>General Facility Information:<br><br>Facility Type: Power generation, transmission, and distribution facilities<br><br>Facility: Island Wide transmission system |

Facility Description: PREPA's transmission system consists of an interconnected, interdependent, island wide grid of complex lines in three different voltage levels: 230kV, 115kV & 38kV. The transmission system, which is inter-functional, has 2,491 circuit miles of overhead transmission lines. PREPA also has 37 miles of underground 115 kV cable, 63 miles of underground 38 kV cable and 22.59 miles of submarine 38 kV cable to the islands of Vieques and Culebra. FEMA validated 6 lines out of 15 for 230kV; 14 out of 50 lines for 115kV; 36 out of 71 lines for 38kV to accept all damage claims provided by PREPA. In addition, a total of 708 access roads were impacted during emergency work on the transmission lines.

Approx. Year Built: 1970

Location Description: #1110 Ponce de Leon Avenue, San Juan, PR 00936

GPS Latitude/Longitude: 18.45098, -66.07631

General Damage Information:

Date Damaged: 9/20/2017

Cause of Damage: Disaster # 4339DR, incident period 09/17/2017 to 11/15/2017 Hurricane Maria made landfall on Puerto Rico on Wednesday, September 20, 2017 as a Category 4 hurricane with maximum sustained winds of 155 mph. The hurricane destroyed the island's power grid, leaving 3.4 million residents without electricity. This historic storm caused catastrophic damage on the island's electric power infrastructure including PREPA's Transmission lines in Puerto Rico.

Facility Damage:

230kV Transmission Lines System, 395 each of Transfer the power from the generation plants to the Transmission Centers located around the Island., 49.38 MI long, Broken insulators, broken conductor jumpers, broken guy wires and anchors, fallen phase conductors, overhead and optical ground wires, broken & leaning structures (wood poles, concrete poles, metal poles, steel lattice towers), grounding system, damages to foundations, broken GOAB (Gang Operated Air Breakers), and many other damages to the overhead system components., 0% work completed.

115kV Transmission Lines System, 1,225 each of Transfer the power from the generation plants to the Transmission Centers located around the Island., 153.25 MI long, Broken insulators, broken conductor jumpers, broken guy wires and anchors, fallen phase conductors, overhead and optical ground wires, broken & leaning structures (wood poles, concrete poles, metal poles, steel lattice towers), grounding system, damages to foundations, broken GOAB (Gang Operated Air Breakers), and many other damages to the overhead system components., 0% work completed.

38kV Sub-Transmission Lines System, 4,301 each of Transfer the power from the generation plants to the Transmission Centers located around the Island., 122.88 MI long, Broken insulators, broken conductor jumpers, broken guy wires and anchors, fallen phase conductors, overhead and optical ground wires, broken & leaning structures (wood poles, concrete poles, metal poles, steel lattice towers), grounding system, damages to foundations, broken GOAB (Gang Operated Air Breakers), and many other damages to the overhead system components., 0% work completed.
PA-02-PR-4339-PW-06099(1):
No Changes to DDD.
PA-02-PR-4339-PW-06099(11):
No changes to DDD.
PA-02-PR-4339-PW-06099(15):
No changes to DDD.
PA-02-PR-4339-PW-06099(16):
No changes to DDD.
PA-02-PR-4339-PW-06099(18):
No changes to DDD.
PA-02-PR-4339-PW-06099(21):
No changes to DDD.

AR_0026531

| | |
|---|---|
| | PA-02-PR-4339-PW-06099(23):<br>No changes to DDD.<br>PA-02-PR-4339-PW-06099(29):<br>No Changes to DDD<br>PA-02-PR-4339-PW-06099(30):<br>No Changes to DDD<br>PA-02-PR-4339-PW-06099(32):<br>No Changes to DDD |
| Scope of Work: | PA-02-PR-4339-PW-06099(0):<br>SCOPE TO RESTORE TO PRE-DISASTER CONDITION<br><br>206253 Island Wide Transmission Line System<br><br>FAASt Scope of Work (6/30/2020)<br><br>NOTE: Other than design, planning and non-destructive due diligence studies, no construction nor work should commence prior to the issuance of specific FEMA approval for each incremental amendment. A thorough EHP compliance review will proceed on each proposed scope of work submitted. FEMA EHP review does not relieve the Subrecipient of its responsibility for coordinating, notifying, obtaining permits, and complying with applicable Federal, State, and local laws, regulations, and executive orders. Failure to comply with EHP requirements may jeopardize FEMA funding.<br><br>The complexity of some undertakings and the high potential for adversely affecting historic/archaeological resources may require development of a Project-Specific Programmatic Agreement (PSPA) as identified in Stipulation II.C.6.c of the current Programmatic Agreement among the Federal Emergency Management Agency, the Puerto Rico State Historic Preservation Officer, and the Puerto Rico Central Office for Recovery, Reconstruction and Resiliency. The PSPA will provide a specific strategy for compliance with the National Historic Preservation Act. See attached conditions for additional information on NHPA compliance as well as for compliance with other EHP laws, policies, and executive orders.<br><br>This Project Worksheet (PW) is to authorize $10,704,730,227.54 to be awarded to the Puerto Rico Electrical Power Authority (PREPA) (Subrecipient) as a fixed cost estimate. This PW has been prepared to document disaster damages and provide a fixed cost estimate to the Subrecipient per the Public Assistance Alternative Procedures (Section 428) Guide for Permanent Work FEMA-4339-DR-PR February 10, 2020. This project does not authorize construction.<br><br>The fixed cost estimate is based on the cost to restore the damage described in the Damage Description and Dimensions to industry standards without regard to pre-disaster condition and to restore components not damaged by the disaster when necessary to fully effectuate restoration of the disaster-damaged components to restore the function of the facility or system to industry standards, as authorized by Section 20601 of the Bipartisan Budget Act of 2018 and described in FEMA Recovery Policy FP-104-009-5 Version 2 (Implementing Section 20601 of the 2018 Bipartisan Budget Act through the Public Assistance Program, September 11, 2019). The facilities provide a critical service as defined in Stafford Act Section 406. [1]<br><br>The methodology used to develop the cost estimate can be found in the project documents.<br><br>The Subrecipient expects to use mobile mega-generators and mobile substations to support the generation, transmission, and distribution of electricity during repairs to the electrical system. Given the work and time required to repair the electrical system, the Subrecipient expects to purchase these mobile units. When the purchased equipment is no longer needed to support repairs to the electrical system, the Subrecipient must report to FEMA the fair market value of each item of purchased equipment. If the fair market value of the individual pieces of equipment is $5,000 or more, FEMA will reduce the eligible funding by this amount per |

AR_0026532

JA_772

requirements in 2 CFR § 200.313(e)(2).

Should the legal responsibility to restore the facilities be transferred from the Subrecipient to another entity, the funding authorized by this subaward will be subsequently transferred to the new entity, and the funds must be used as described herein for the purposes and under the conditions for which those funds were disbursed.

Proposed Scopes of Work for Construction

In order to use funding authorized by this subaward for construction, the Subreceipient first must submit the proposed scopes of work which must be reviewed by the Recipient and FEMA. The proposed scope(s) of work should be provided prior to the commencement of the work to ensure sufficient time to complete required Public Assistance eligibility and FEMA Environmental and Historical Preservation (EHP) reviews. Initiation of construction prior to FEMA EHP completion of reviews may jeopardize part of or all the Federal funding for the project.

Except where specifically waived or modified by the Stafford Act Section 428, compliance with all other law, regulation, policy, and guidance applicable to FEMA's Public Assistance Program is required. Per FEMA Recovery Policy FP-104-009-5 Version 2, if the Subrecipient plans to use the funds authorized in this PW toward an Alternate Project, the Alternate Project must still include a critical service and must be constructed to an approved industry standard. FEMA will evaluate the proposed use for reasonableness to ensure funds are used in an appropriate manner based on the intent to improve the resiliency of the critical services.

For each proposed scope of work submitted, FEMA will develop individual PA subawards to capture the actual scope of work to be implemented.

406 Mitigation

This project does not include 406 Hazard Mitigation funding. Hazard mitigation proposals for 428 projects will only be considered based on the actual scope of work to be implemented. When the Subrecipient submits the scope of work for its actual recovery solution, the Subrecipient may also provide proposals for 406 hazard mitigation (HMP). The proposed HMP will require evaluation by FEMA for eligibility and EHP for compliance review. As part of the eligibility review, FEMA will evaluate the scope of work, technical feasibility, the level of protection, and the cost effectiveness of the HMP. If a proposed HMP is not determined to be feasible, FEMA staff will suggest alternative mitigation measure(s). The eligible 406 mitigation scope of work will be limited to that which is necessary to reduce risk to the original function at the pre-disaster capacity.

For alternate and improved projects, if the project results in a reduction of risk to the function of a damaged facility, 406 mitigation costs may also be eligible and included in the fixed-cost subaward. The amount of eligible 406 mitigation funding included in the HMP will be limited to that associated with the capacity of the pre-disaster design of the facility.

Should the Subrecipient identify structures that are possible candidates for application of the Wind Retrofit Memo, the Subrecipient must complete and submit Appendix D of the Wind Retrofit Memo Standard Operating Procedure. FEMA will evaluate the structure's eligibility for Wind Retrofit and communicate with the Subrecipient if additional information is needed.

The approved eligible 406 mitigation costs will be captured as a discrete scope of work and fixed-cost estimate and will be obligated in the PA subaward which includes the actual scope of work to be implemented. If funds for 406 mitigation are included, the Subrecipient must complete the approved scope of work of the HMP in order to retain the 406 mitigation funding.

Work Plan for Scope of Work Submittal

Within 90 days of project obligation, the Subrecipient must provide FEMA and the Recipient a workplan for the submission of proposed scopes of work and HMPs. The Subrecipient also must provide an update to the Recipient and FEMA every 90

AR_0026533

JA_773

days thereafter.

## Use of 428 Funding

In the event that the cost to complete the Subrecipient's actual recovery solution(s) exceeds the available funding authorized in this PW, the Subrecipient must complete the project at its own expense. If there are excess funds, the Subrecipient may request to apply the excess funds to allowable uses as described in the Public Assistance Alternative Procedures (Section 428) Guide for Permanent Work FEMA-4339-DR-PR February 10, 2020. Request for excess funds must be submitted within 90 days of completion of the final project funded under this project or by the end of the period of performance of the subaward, whichever is sooner.

## Period of Performance

Given the magnitude and complexity of the work to be performed, the Subrecipient requires an extension to the period of performance set forth in 44 CFR 206.204(c). Accordingly, FEMA establishes a period of performance for five (5) years from the date of PW obligation. If the Subrecipient requires further extension(s) of the period of performance, then it shall submit its request for an extension through the Recipient to the Regional Administrator for FEMA Region II. Requests for extensions beyond the date approved should include a detailed justification for the delay, a projected completion date and information regarding the status of the work for the project. Failure to comply with the terms of the period of performance may cause the approved funding to be deemed ineligible and may result in deobligation of those funds.

## EHP

Other than design, planning and non-destructive due diligence studies, no construction nor work should commence prior to the issuance of specific FEMA approval for each incremental amendment. A thorough EHP compliance review will proceed on each proposed scope of work submitted. FEMA EHP review does not relieve the Subrecipient of its responsibility for coordinating, notifying, obtaining permits, and complying with applicable Federal, State, and local laws, regulations, and executive orders. Failure to comply with EHP requirements may jeopardize FEMA funding.

The complexity of some undertakings and the high potential for adversely affecting historic/archaeological resources may require development of a Project-Specific Programmatic Agreement (PSPA) as identified in Stipulation II.C.6.c of the current Programmatic Agreement among the Federal Emergency Management Agency, the Puerto Rico State Historic Preservation Officer, and the Puerto Rico Central Office for Recovery, Reconstruction and Resiliency. The PSPA will provide a specific strategy for compliance with the National Historic Preservation Act. See attached conditions for additional information on NHPA compliance as well as for compliance with other EHP laws, policies, and executive orders.

## Insurance

Pursuant to Section 312 of the Stafford Act and 44 CFR Part 206, Subpart I, the Subrecipient may not receive disaster assistance for losses covered by insurance. The Subrecipient's receipt of insurance proceeds may result in a duplication of benefits prohibited by Section 312 of the Stafford Act and may require the de-obligation of certain funding. FEMA evaluated insurance coverage applicable to the facilities used to develop the cost estimate for this Subrecipient in order to determine insurance proceeds. FEMA reduced funding from the fixed cost estimate by anticipated and/or actual insurance proceeds based upon coverages at the time of the event. If actual insurance proceeds are less than the amount of the anticipated insurance proceeds used to calculate the reduction, and the Recipient or Subrecipient demonstrates that it performed the due diligence required in pursuing all available insurance proceeds, FEMA will increase the fixed-cost subaward to account for the difference between those amounts. The Subrecipient must inform the Recipient and FEMA of its receipt of any insurance proceeds and provide all necessary documentation to help FEMA determine the appropriate apportionment of eligible proceeds and the allocations of these proceeds.

AR_0026534

Section 311(b) of the Stafford Act and 44 CFR Section 206.252(d) require the Subrecipient to obtain and maintain insurance in the amount of insurable disaster assistance as a condition of receiving Federal assistance. The obtain and maintain insurance requirement will be placed on the subsequent projects with the actual scope of work.

[1] Stafford Act 406(B) Definition of Critical Services - In this paragraph, the term "critical services" includes power, water (including water provided by an irrigation organization or facility), sewer, wastewater treatment, communications (including broadcasting and telecommunications), education, and emergency medical care.

INTENDED SCOPE

206253 Island Wide Transmission Line System

FAASt Scope of Work (6/30/2020)

NOTE: Other than design, planning and non-destructive due diligence studies, no construction nor work should commence prior to the issuance of specific FEMA approval for each incremental amendment. A thorough EHP compliance review will proceed on each proposed scope of work submitted. FEMA EHP review does not relieve the Subrecipient of its responsibility for coordinating, notifying, obtaining permits, and complying with applicable Federal, State, and local laws, regulations, and executive orders. Failure to comply with EHP requirements may jeopardize FEMA funding.

The complexity of some undertakings and the high potential for adversely affecting historic/archaeological resources may require development of a Project-Specific Programmatic Agreement (PSPA) as identified in Stipulation II.C.6.c of the current Programmatic Agreement among the Federal Emergency Management Agency, the Puerto Rico State Historic Preservation Officer, and the Puerto Rico Central Office for Recovery, Reconstruction and Resiliency. The PSPA will provide a specific strategy for compliance with the National Historic Preservation Act. See attached conditions for additional information on NHPA compliance as well as for compliance with other EHP laws, policies, and executive orders.

This Project Worksheet (PW) is to authorize $10,704,730,227.54 to be awarded to the Puerto Rico Electrical Power Authority (PREPA) (Subrecipient) as a fixed cost estimate. This PW has been prepared to document disaster damages and provide a fixed cost estimate to the Subrecipient per the Public Assistance Alternative Procedures (Section 428) Guide for Permanent Work FEMA-4339-DR-PR February 10, 2020. This project does not authorize construction.

The fixed cost estimate is based on the cost to restore the damage described in the Damage Description and Dimensions to industry standards without regard to pre-disaster condition and to restore components not damaged by the disaster when necessary to fully effectuate restoration of the disaster-damaged components to restore the function of the facility or system to industry standards, as authorized by Section 20601 of the Bipartisan Budget Act of 2018 and described in FEMA Recovery Policy FP-104-009-5 Version 2 (Implementing Section 20601 of the 2018 Bipartisan Budget Act through the Public Assistance Program, September 11, 2019). The facilities provide a critical service as defined in Stafford Act Section 406. [1]

The methodology used to develop the cost estimate can be found in the project documents.

The Subrecipient expects to use mobile mega-generators and mobile substations to support the generation, transmission, and distribution of electricity during repairs to the electrical system. Given the work and time required to repair the electrical system, the Subrecipient expects to purchase these mobile units. When the purchased equipment is no longer needed to support repairs to the electrical system, the Subrecipient must report to FEMA the fair market value of each item of purchased equipment. If the fair market value of the individual pieces of equipment is $5,000 or more, FEMA will reduce the eligible funding by this amount per requirements in 2 CFR § 200.313(e)(2).

AR_0026535

JA_775

Should the legal responsibility to restore the facilities be transferred from the Subrecipient to another entity, the funding authorized by this subaward will be subsequently transferred to the new entity, and the funds must be used as described herein for the purposes and under the conditions for which those funds were disbursed.

Proposed Scopes of Work for Construction

In order to use funding authorized by this subaward for construction, the Subreceipient first must submit the proposed scopes of work which must be reviewed by the Recipient and FEMA. The proposed scope(s) of work should be provided prior to the commencement of the work to ensure sufficient time to complete required Public Assistance eligibility and FEMA Environmental and Historical Preservation (EHP) reviews. Initiation of construction prior to FEMA EHP completion of reviews may jeopardize part of or all the Federal funding for the project.

Except where specifically waived or modified by the Stafford Act Section 428, compliance with all other law, regulation, policy, and guidance applicable to FEMA's Public Assistance Program is required. Per FEMA Recovery Policy FP-104-009-5 Version 2, if the Subrecipient plans to use the funds authorized in this PW toward an Alternate Project, the Alternate Project must still include a critical service and must be constructed to an approved industry standard. FEMA will evaluate the proposed use for reasonableness to ensure funds are used in an appropriate manner based on the intent to improve the resiliency of the critical services.

For each proposed scope of work submitted, FEMA will develop individual PA subawards to capture the actual scope of work to be implemented.

406 Mitigation

This project does not include 406 Hazard Mitigation funding. Hazard mitigation proposals for 428 projects will only be considered based on the actual scope of work to be implemented. When the Subrecipient submits the scope of work for its actual recovery solution, the Subrecipient may also provide proposals for 406 hazard mitigation (HMP). The proposed HMP will require evaluation by FEMA for eligibility and EHP for compliance review. As part of the eligibility review, FEMA will evaluate the scope of work, technical feasibility, the level of protection, and the cost effectiveness of the HMP. If a proposed HMP is not determined to be feasible, FEMA staff will suggest alternative mitigation measure(s). The eligible 406 mitigation scope of work will be limited to that which is necessary to reduce risk to the original function at the pre-disaster capacity.

For alternate and improved projects, if the project results in a reduction of risk to the function of a damaged facility, 406 mitigation costs may also be eligible and included in the fixed-cost subaward. The amount of eligible 406 mitigation funding included in the HMP will be limited to that associated with the capacity of the pre-disaster design of the facility.

Should the Subrecipient identify structures that are possible candidates for application of the Wind Retrofit Memo, the Subrecipient must complete and submit Appendix D of the Wind Retrofit Memo Standard Operating Procedure. FEMA will evaluate the structure's eligibility for Wind Retrofit and communicate with the Subrecipient if additional information is needed.

The approved eligible 406 mitigation costs will be captured as a discrete scope of work and fixed-cost estimate and will be obligated in the PA subaward which includes the actual scope of work to be implemented. If funds for 406 mitigation are included, the Subrecipient must complete the approved scope of work of the HMP in order to retain the 406 mitigation funding.

Work Plan for Scope of Work Submittal

Within 90 days of project obligation, the Subrecipient must provide FEMA and the Recipient a workplan for the submission of proposed scopes of work and HMPs. The Subrecipient also must provide an update to the Recipient and FEMA every 90 days thereafter.

AR_0026536

## Use of 428 Funding

In the event that the cost to complete the Subrecipient's actual recovery solution(s) exceeds the available funding authorized in this PW, the Subrecipient must complete the project at its own expense. If there are excess funds, the Subrecipient may request to apply the excess funds to allowable uses as described in the Public Assistance Alternative Procedures (Section 428) Guide for Permanent Work FEMA-4339-DR-PR February 10, 2020. Request for excess funds must be submitted within 90 days of completion of the final project funded under this project or by the end of the period of performance of the subaward, whichever is sooner.

## Period of Performance

Given the magnitude and complexity of the work to be performed, the Subrecipient requires an extension to the period of performance set forth in 44 CFR 206.204(c). Accordingly, FEMA establishes a period of performance for five (5) years from the date of PW obligation. If the Subrecipient requires further extension(s) of the period of performance, then it shall submit its request for an extension through the Recipient to the Regional Administrator for FEMA Region II. Requests for extensions beyond the date approved should include a detailed justification for the delay, a projected completion date and information regarding the status of the work for the project. Failure to comply with the terms of the period of performance may cause the approved funding to be deemed ineligible and may result in deobligation of those funds.

## EHP

Other than design, planning and non-destructive due diligence studies, no construction nor work should commence prior to the issuance of specific FEMA approval for each incremental amendment. A thorough EHP compliance review will proceed on each proposed scope of work submitted. FEMA EHP review does not relieve the Subrecipient of its responsibility for coordinating, notifying, obtaining permits, and complying with applicable Federal, State, and local laws, regulations, and executive orders. Failure to comply with EHP requirements may jeopardize FEMA funding.

The complexity of some undertakings and the high potential for adversely affecting historic/archaeological resources may require development of a Project-Specific Programmatic Agreement (PSPA) as identified in Stipulation II.C.6.c of the current Programmatic Agreement among the Federal Emergency Management Agency, the Puerto Rico State Historic Preservation Officer, and the Puerto Rico Central Office for Recovery, Reconstruction and Resiliency. The PSPA will provide a specific strategy for compliance with the National Historic Preservation Act. See attached conditions for additional information on NHPA compliance as well as for compliance with other EHP laws, policies, and executive orders.

## Insurance

Pursuant to Section 312 of the Stafford Act and 44 CFR Part 206, Subpart I, the Subrecipient may not receive disaster assistance for losses covered by insurance. The Subrecipient's receipt of insurance proceeds may result in a duplication of benefits prohibited by Section 312 of the Stafford Act and may require the de-obligation of certain funding. FEMA evaluated insurance coverage applicable to the facilities used to develop the cost estimate for this Subrecipient in order to determine insurance proceeds. FEMA reduced funding from the fixed cost estimate by anticipated and/or actual insurance proceeds based upon coverages at the time of the event. If actual insurance proceeds are less than the amount of the anticipated insurance proceeds used to calculate the reduction, and the Recipient or Subrecipient demonstrates that it performed the due diligence required in pursuing all available insurance proceeds, FEMA will increase the fixed-cost subaward to account for the difference between those amounts. The Subrecipient must inform the Recipient and FEMA of its receipt of any insurance proceeds and provide all necessary documentation to help FEMA determine the appropriate apportionment of eligible proceeds and the allocations of these proceeds.

Section 311(b) of the Stafford Act and 44 CFR Section 206.252(d) require the

AR_0026537

Subrecipient to obtain and maintain insurance in the amount of insurable disaster assistance as a condition of receiving Federal assistance. The obtain and maintain insurance requirement will be placed on the subsequent projects with the actual scope of work.

[1] Stafford Act 406(B) Definition of Critical Services - In this paragraph, the term "critical services" includes power, water (including water provided by an irrigation organization or facility), sewer, wastewater treatment, communications (including broadcasting and telecommunications), education, and emergency medical care.
PA-02-PR-4339-PW-06099(1):
Intended Scope

206253 Island Wide Transmission Line System

****Version 1 Starts****

Work to be Completed

As per the FEMA 4339-DR-PR Public Assistance Post-Fixed Cost Estimate Obligation Part D-Processing Recovery SOW, we are requesting a de-obligation amendment of the FAASt project (donor project) 136271, specifically for DI 206253 - Island Wide Transmission Line System for the amount of $-120,054,488.81. This amount will be obligated on the [335168] FAASt A&E PREPA FEMA's approval official in EMMIE will ensure the FAASt Project de-obligation amendment and the recovery project obligation are processed simultaneously so that the net financial impact is zero dollars.

Work to be Completed (WTBC) Version 1:  -$120,054,488.81

Version 1 Total: Version 0 + Change Requested = $2,642,131,654.47 - $120,054,488.81 = $2,522,077,165.66

****Version 1 Ends****

Note: SOW from previous version has been removed from the current SOW.  It can be found in the Versioning and Amendments tab in GM.
PA-02-PR-4339-PW-06099(11):
*** Version 11 ***

SCOPE TO RESTORE TO PRE-DISASTER CONDITION

206253 Island Wide Transmission Line System

***Version 11 Starts***

Per FEMA 4339-DR-PR Public Assistance Post-Fixed Cost Estimate Obligation Part D-Processing Recovery SOW, we are requesting a de-obligation amendment of the FAASt project (Donor Project) 136271, for a total amount of $658,701,606. This amount will be obligated on the following projects:

•   673691 FAASt [Equipment and Materials]: $656,101,430

Distribution:  $84,050,759

Transmission: $181,021,074

Substation (Major Equipment): $360,675,897

Telecommunications: $30,353,700

•   165209 FAASt-Substation 3801 Culebra (Substation): $1,282,218
•   165225 FAASt-Substation 2501 Vieques (Substation): $1,209,111
•   334527 FAASt [Distribution Feeders - Caguas Short Term Group 8] (Distribution): $108,847

FEMA's approval official in EMMIE will ensure the FAASt Project de-obligation amendment and the recovery project obligation are processed simultaneously so

AR_0026538

that the net financial impact is zero dollars.

Work to be Completed (WTBC) Version 11: -$181,021,074
Version 11 Total: Version 10 + Change Requested = $2,522,077,165.66 - $181,021,074= $2,341,056,091.66

*****Version 11 Ends*****

Note: SOW from previous version has been removed from the current SOW. It can be found in the Versioning and Amendments tab in GM.

INTENDED SCOPE

206253 Island Wide Transmission Line System

***Version 11 Starts***

Per FEMA 4339-DR-PR Public Assistance Post-Fixed Cost Estimate Obligation Part D-Processing Recovery SOW, we are requesting a de-obligation amendment of the FAASt project (Donor Project) 136271, for a total amount of $658,701,606. This amount will be obligated on the following projects:

- 673691 FAASt [Equipment and Materials]: $656,101,430

Distribution: $84,050,759

Transmission: $181,021,074

Substation (Major Equipment): $360,675,897

Telecommunications: $30,353,700

- 165209 FAASt-Substation 3801 Culebra (Substation): $1,282,218
- 165225 FAASt-Substation 2501 Vieques (Substation): $1,209,111
- 334527 FAASt [Distribution Feeders - Caguas Short Term Group 8] (Distribution): $108,847

FEMA's approval official in EMMIE will ensure the FAASt Project de-obligation amendment and the recovery project obligation are processed simultaneously so that the net financial impact is zero dollars.

Work to be Completed (WTBC) Version 11: -$181,021,074
Version 11 Total: Version 10 + Change Requested = $2,522,077,165.66 - $181,021,074= $2,341,056,091.66

*****Version 11 Ends*****

Note: SOW from previous version has been removed from the current SOW. It can be found in the Versioning and Amendments tab in GM.
PA-02-PR-4339-PW-06099(14):
Scope to Restore to Pre-Disaster Condition

***Version 14 Starts***

FEMA 4339-DR-PR Public Assistance Post-Fixed Cost Estimate Obligation Part D-Processing Recovery SOW, we are requesting a de-obligation amendment of the FAASt project (Donor Project) 136271, for a total amount of $1,565,971.00. This amount will be obligated on the following projects:

- 673848 FAASt [Distribution Pole and Conductor Repair-Carolina Group 3] (Distribution); Amount: $43,725.00

- 673839 FAASt [Distribution Pole and Conductor Repair-Bayamon Group 2] (Distribution); Amount: $20,468.00

AR_0026539

JA_779

• 673838 FAASt [Distribution Pole and Conductor Repair - San Juan Group 2] (Distribution); Amount: $284,349.00

• 334468 FAASt [Line 2200 Dos Bocas HP to Dorado TC] (Transmission); Amount: $1,217,429.00

FEMA's approval official in EMMIE will ensure the FAASt Project de-obligation amendment and the recovery project obligation are processed simultaneously so that the net financial impact is zero dollars.

Work to be Completed (WTBC) Version 14: -$1,217,429.00
Version 14 Total: Version 13 + Change Requested = $2,341,056,091.66 - $1,217,429.00 = $2,339,838,662.66

*****Version 14 Ends*****

Note: SOW from previous version has been removed from the current SOW. It can be found in the Versioning and Amendments tab in GM.


Intended Scope

206253 Island Wide Transmission Line System
***Version 14 Starts***
FEMA 4339-DR-PR Public Assistance Post-Fixed Cost Estimate Obligation Part D-Processing Recovery SOW, we are requesting a de-obligation amendment of the FAASt project (Donor Project) 136271, for a total amount of $1,565,971.00. This amount will be obligated on the following projects:

• 673848 FAASt [Distribution Pole and Conductor Repair-Carolina Group 3] (Distribution); Amount: $43,725.00
• 673839 FAASt [Distribution Pole and Conductor Repair-Bayamon Group 2] (Distribution); Amount: $20,468.00
• 673838 FAASt [Distribution Pole and Conductor Repair - San Juan Group 2] (Distribution); Amount: $284,349.00
• 334468 FAASt [Line 2200 Dos Bocas HP to Dorado TC] (Transmission); Amount: $1,217,429.00

FEMA's approval official in EMMIE will ensure the FAASt Project de-obligation amendment and the recovery project obligation are processed simultaneously so that the net financial impact is zero dollars.

Work to be Completed (WTBC) Version 14: -$1,217,429.00
Version 14 Total: Version 13 + Change Requested = $2,341,056,091.66 - $1,217,429.00 = $2,339,838,662.66

*****Version 14 Ends*****

Note: SOW from previous version has been removed from the current SOW. It can be found in the Versioning and Amendments tab in GM.
PA-02-PR-4339-PW-06099(15):
Scope to Restore to Pre-Disaster Condition

206253 Island Wide Transmission Line System

***Version 15 Starts***

FEMA 4339-DR-PR Public Assistance Post-Fixed Cost Estimate Obligation Part D-Processing Recovery SOW, we are requesting a de-obligation amendment of the FAASt project (Donor Project) 136271, for a total amount of $26,539,126.00. This amount will be obligated on the following projects:

·    [673774] FAASt [Distribution Pole and Conductor Repair - Mayaguez Group 1] (Distribution) - $1,408,531.00

·    [673795] FAASt Distribution Pole and Conductor Repair - Mayaguez Group 4 (Distribution) - $1,425,163.00

AR_0026540

JA_780

· [169896] FAASt - Costa Sur SP TC – Equipment Repair and Replacement (Substation) - $23,251,835.00

· [668583] FAASt [Line 13300 GOAB 13301C to Hato Tejas Sect] (Transmission) - $453,597.00
FEMA's approval official in EMMIE will ensure the FAASt Project de-obligation amendment and the recovery project obligation are processed simultaneously so that the net financial impact is zero dollars.

Work to be Completed (WTBC) Version 15: -$453,597.00
Version 15 Total: Version 14 + Change Requested = $2,339,838,662.66 - $453,597.00 = $2,339,385,065.66

*****Version 15 Ends*****

Intended Scope

206253 Island Wide Transmission Line System

***Version 15 Starts***

FEMA 4339-DR-PR Public Assistance Post-Fixed Cost Estimate Obligation Part D-Processing Recovery SOW, we are requesting a de-obligation amendment of the FAASt project (Donor Project) 136271, for a total amount of $26,539,126.00. This amount will be obligated on the following projects:

· [673774] FAASt [Distribution Pole and Conductor Repair - Mayaguez Group 1] (Distribution) - $1,408,531.00

· [673795] FAASt Distribution Pole and Conductor Repair - Mayaguez Group 4 (Distribution) - $1,425,163.00

· [169896] FAASt - Costa Sur SP TC – Equipment Repair and Replacement (Substation) - $23,251,835.00

· [668583] FAASt [Line 13300 GOAB 13301C to Hato Tejas Sect] (Transmission) - $453,597.00
FEMA's approval official in EMMIE will ensure the FAASt Project de-obligation amendment and the recovery project obligation are processed simultaneously so that the net financial impact is zero dollars.

Work to be Completed (WTBC) Version 15: -$453,597.00
Version 15 Total: Version 14 + Change Requested = $2,339,838,662.66 - $453,597.00 = $2,339,385,065.66

*****Version 15 Ends*****
PA-02-PR-4339-PW-06099(16):
206253 Island Wide Transmission Line System

***Version 16 Starts***

FEMA 4339-DR-PR Public Assistance Post-Fixed Cost Estimate Obligation Part D-Processing Recovery SOW, we are requesting a de-obligation amendment of the FAASt project (Donor Project) 136271, for a total amount of $3,335,439.00. This amount will be obligated on the following projects:

· [550896] FAASt [Line 6700 Martin Peña TC to Villamar Sect.] (Transmission) - $690,703.00

· [673818] FAASt [Distribution Pole and Conductor Repair - San Juan Group 1] (Distribution) - $621,804.00

· [673847] FAASt [Distribution Pole and Conductor Repair-Carolina Group 2] (Distribution) - $190,570.00

AR_0026541

· [674083] FAASt [Distribution Pole and Conductor Repair - Caguas Group 2] (Distribution) - $1,747,929.00

· [674098] FAASt [Distribution Pole and Conductor Repair - Caguas Group 7] (Distribution) - $84,433.00

FEMA's approval official in EMMIE will ensure the FAASt Project de-obligation amendment and the recovery project obligation are processed simultaneously so that the net financial impact is zero dollars.

Work to be Completed (WTBC) Version 16: -$690,703.00
Version 16 Total: Version 15 + Change Requested = $2,339,385,065.66 - $690,703.00 = $2,338,694,362.66

*****Version 16 Ends*****

Note: SOW from previous version has been removed from the current SOW.  It can be found in the Versioning and Amendments tab in GM.


Intended Scope

206253 Island Wide Transmission Line System

***Version 16 Starts***

FEMA 4339-DR-PR Public Assistance Post-Fixed Cost Estimate Obligation Part D-Processing Recovery SOW, we are requesting a de-obligation amendment of the FAASt project (Donor Project) 136271, for a total amount of $3,335,439.00.  This amount will be obligated on the following projects:

· [550896] FAASt [Line 6700 Martin Peña TC to Villamar Sect.] (Transmission) - $690,703.00

· [673818] FAASt [Distribution Pole and Conductor Repair - San Juan Group 1] (Distribution) - $621,804.00

· [673847] FAASt [Distribution Pole and Conductor Repair-Carolina Group 2] (Distribution) - $190,570.00

· [674083] FAASt [Distribution Pole and Conductor Repair - Caguas Group 2] (Distribution) - $1,747,929.00

· [674098] FAASt [Distribution Pole and Conductor Repair - Caguas Group 7] (Distribution) - $84,433.00

FEMA's approval official in EMMIE will ensure the FAASt Project de-obligation amendment and the recovery project obligation are processed simultaneously so that the net financial impact is zero dollars.

Work to be Completed (WTBC) Version 16: -$690,703.00
Version 16 Total: Version 15 + Change Requested = $2,339,385,065.66 - $690,703.00 = $2,338,694,362.66

*****Version 16 Ends*****

Note: SOW from previous version has been removed from the current SOW.  It can be found in the Versioning and Amendments tab in GM.
PA-02-PR-4339-PW-06099(18):
***Version 18 Starts***

As per the FEMA 4339-DR-PR Public Assistance Post-Fixed Cost Estimate Obligation Part D-Processing Recovery SOW, we are requesting a de-obligation amendment of the FAASt project (Donor Project) 136271, for the amount of $2,382,065.00.  This amount will be obligated on:

· [674092] FAASt [Distribution Pole and Conductor Repair - Caguas Group 5]

AR_0026542

JA_782

(Distribution): $441,308.00,

· [674072] FAASt [Distribution Pole and Conductor Repair - Caguas Group 1] (Distribution): $872,891.00,

· [668592] FAASt [Line 9800 Bayamon TC - Guaraguao Sect] (Transmission): $420,866.00, and

· [667744] FAASt [San Juan Power Plant - Auxiliary Infrastructure] (Generation): $647,000.00.

FEMA's approval official in EMMIE will ensure the FAASt Project de-obligation amendment and the recovery project obligation are processed simultaneously so that the net financial impact is zero dollars.
Work to be Completed (WTBC) Version 18: -$420,866.00
Version 18 Total: Version 17 + Change Requested = $2,338,694,362.66 - $420,866.00 = $2,338,273,496.66

***Version 18 Ends***

Note: SOW from previous version has been removed from the current SOW. It can be found in the Versioning and Amendments tab in GM.

Intended Scope

206253 Island Wide Transmission Line System
***Version 18 Starts***

As per the FEMA 4339-DR-PR Public Assistance Post-Fixed Cost Estimate Obligation Part D-Processing Recovery SOW, we are requesting a de-obligation amendment of the FAASt project (Donor Project) 136271, for the amount of $2,382,065.00. This amount will be obligated on:

· [674092] FAASt [Distribution Pole and Conductor Repair - Caguas Group 5] (Distribution): $441,308.00,

· [674072] FAASt [Distribution Pole and Conductor Repair - Caguas Group 1] (Distribution): $872,891.00,

· [668592] FAASt [Line 9800 Bayamon TC - Guaraguao Sect] (Transmission): $420,866.00, and

· [667744] FAASt [San Juan Power Plant - Auxiliary Infrastructure] (Generation): $647,000.00.

FEMA's approval official in EMMIE will ensure the FAASt Project de-obligation amendment and the recovery project obligation are processed simultaneously so that the net financial impact is zero dollars.

Work to be Completed (WTBC) Version 18: -$420,866.00

Version 18 Total: Version 17 + Change Requested = $2,338,694,362.66 - $420,866.00 = $2,338,273,496.66

***Version 18 Ends***

Note: SOW from previous version has been removed from the current SOW. It can be found in the Versioning and Amendments tab in GM.
PA-02-PR-4339-PW-06099(21):
***Version 21 Starts***

Scope to Restore to Pre-Disaster Condition

Amendment Approved as per the FEMA 4339-DR-PR Public Assistance Post-Fixed Cost Estimate Obligation Part D-Processing Recovery SOW, we are requesting a de-obligation amendment of the FAASt project (Donor Project) 136271, for a total

AR_0026543

amount of $26,531,198.01. This amount will be obligated on the following projects:

·     168226 FAASt San Juan 115kV Underground Transmission Loop (Transmission) ($14,746,039.57)

FEMA's approval official in EMMIE will ensure the FAASt Project de-obligation amendment and the recovery project obligation are processed simultaneously so that the net financial impact is zero dollars.

Work to be Completed (WTBC) Version 21: -$14,746,039.57

Version 21 Total: Version 20 + Change Requested = $2,338,273,496.66 - $14,746,039.57 = $2,323,527,457.09

***Version 21 Ends***

Note: SOW from previous version has been removed from the current SOW. It can be found in the Versioning and Amendments tab in GM.


Intended Scope

***Version 21 Starts***

Amendment Approved as per the FEMA 4339-DR-PR Public Assistance Post-Fixed Cost Estimate Obligation Part D-Processing Recovery SOW, we are requesting a de-obligation amendment of the FAASt project (Donor Project) 136271, for a total amount of $26,531,198.01. This amount will be obligated on the following projects:

·     168226 FAASt San Juan 115kV Underground Transmission Loop (Transmission) ($14,746,039.57)

FEMA's approval official in EMMIE will ensure the FAASt Project de-obligation amendment and the recovery project obligation are processed simultaneously so that the net financial impact is zero dollars.

Work to be Completed (WTBC) Version 21: -$14,746,039.57

Version 21 Total: Version 20 + Change Requested = $2,338,273,496.66 - $14,746,039.57 = $2,323,527,457.09

***Version 21 Ends***

Note: SOW from previous version has been removed from the current SOW. It can be found in the Versioning and Amendments tab in GM.
PA-02-PR-4339-PW-06099(23):
***Version 23 Starts***

Scope to Restore to Pre-Disaster Condition

Amendment Approved as per the FEMA 4339-DR-PR Public Assistance Post-Fixed Cost Estimate Obligation Part D-Processing Recovery SOW, we are requesting a de-obligation amendment of the FAASt project (Donor Project) 136271, for a total amount of $66,143,004.35. This amount will be obligated on the following projects:

DI 206253 Island Wide Transmission Line System

180692 FAASt Mobile Generation Units Purchases (Transmission) ($59,740,469.92)

DI 223318 Island Wide Telecommunication System

334509 FAASt [Palo Seco Demin Water Tank 4] (Generation) ($2,890,937.33)

DI 250081 Island Wide Distribution Lines System

679134 FAASt [Distribution Pole and Conductor Repair - Caguas Group 10]

AR_0026544

(Distribution) ($452,956.93)
679458 FAASt [Distribution Pole and Conductor Repair - Ponce Group 4]
(Distribution) ($498,436.00)
682028 FAASt [Distribution Pole and Conductor Repair - San Juan Group 8]
(Distribution) ($431,381.68)
682135 FAASt [Distribution Pole and Conductor Repair-Bayamon Group 8]
(Distribution) ($577,000.79)
682180 FAASt [Distribution Pole and Conductor Repair - Mayagüez Group 10]
(Distribution) ($43,374.00)
682324 FAASt [Distribution Pole and Conductor Repair - Caguas Group 13]
(Distribution) ($573,047.24)
682373 FAASt [Distribution Pole and Conductor Repair - Caguas Group 14]
(Distribution) ($65,944.00)
682882 FAASt [Distribution Pole and Conductor Repair - Caguas Group 11]
(Distribution) ($545,661.24)
685370 FAASt Distribution Pole and Conductor Repair - Mayagüez Group 8
(Distribution) ($68,823.00)
685943 FAASt Distribution Pole and Conductor Repair Ponce Group 5(Distribution)
($254,972.22)

FEMA's approval official in EMMIE will ensure the FAASt Project de-obligation
amendment and the recovery project obligation are processed simultaneously so
that the net financial impact is zero dollars.

Work to be Completed (WTBC) Version 23: -$59,740,469.92

Version 23 Total: Version 22 + Change Requested = $2,323,527,457.09 -
$59,740,469.92 = $2,263,786,987.17

***Version 23 Ends***

Note: SOW from previous version has been removed from the current SOW. It can
be found in the Versioning and Amendments tab in GM.


Intended Scope

Amendment Approved as per the FEMA 4339-DR-PR Public Assistance Post-Fixed
Cost Estimate Obligation Part D-Processing Recovery SOW, we are requesting a
de-obligation amendment of the FAASt project (Donor Project) 136271, for a total
amount of $66,143,004.35. This amount will be obligated on the following projects:

DI 206253 Island Wide Transmission Line System

180692 FAASt Mobile Generation Units Purchases (Transmission)
($59,740,469.92)

DI 223318 Island Wide Telecommunication System

334509 FAASt [Palo Seco Demin Water Tank 4] (Generation) ($2,890,937.33)

DI 250081 Island Wide Distribution Lines System

679134 FAASt [Distribution Pole and Conductor Repair - Caguas Group 10]
(Distribution) ($452,956.93)
679458 FAASt [Distribution Pole and Conductor Repair - Ponce Group 4]
(Distribution) ($498,436.00)
682028 FAASt [Distribution Pole and Conductor Repair - San Juan Group 8]
(Distribution) ($431,381.68)
682135 FAASt [Distribution Pole and Conductor Repair-Bayamon Group 8]
(Distribution) ($577,000.79)
682180 FAASt [Distribution Pole and Conductor Repair - Mayagüez Group 10]
(Distribution) ($43,374.00)
682324 FAASt [Distribution Pole and Conductor Repair - Caguas Group 13]
(Distribution) ($573,047.24)
682373 FAASt [Distribution Pole and Conductor Repair - Caguas Group 14]
(Distribution) ($65,944.00)

AR_0026545

682882 FAASt [Distribution Pole and Conductor Repair - Caguas Group 11] (Distribution) ($545,661.24)
685370 FAASt Distribution Pole and Conductor Repair - Mayagüez Group 8 (Distribution) ($68,823.00)
685943 FAASt Distribution Pole and Conductor Repair Ponce Group 5(Distribution) ($254,972.22)

FEMA's approval official in EMMIE will ensure the FAASt Project de-obligation amendment and the recovery project obligation are processed simultaneously so that the net financial impact is zero dollars.

Work to be Completed (WTBC) Version 23: -$59,740,469.92

Version 23 Total: Version 22 + Change Requested = $2,323,527,457.09 - $59,740,469.92 = $2,263,786,987.17

***Version 23 Ends***

Note: SOW from previous version has been removed from the current SOW. It can be found in the Versioning and Amendments tab in GM.
PA-02-PR-4339-PW-06099(24):
206253 Island Wide Transmission Line System

***Version 24 Starts***


Version 24 only affected:

DI 250081 Island Wide Distribution Lines System


The DDD and SOW of this DI remains the same as in Version 23.


*****Version 24 Ends*****


Note: SOW from previous version has been removed from the current SOW. It can be found in the Versioning and Amendments tab in GM.
PA-02-PR-4339-PW-06099(25):
206253 Island Wide Transmission Line System

***Version 26 Starts***

Amendment Approved as per the FEMA 4339-DR-PR Public Assistance Post-Fixed Cost Estimate Obligation Part D-Processing Recovery SOW, we are requesting a de-obligation amendment of the FAASt project (Donor Project) 136271, for a total amount of $3,470,718.45. This amount will be obligated on the following projects:

DI 206253 Island Wide Transmission

681672 FAASt Transmission Priority Pole Replacements –38kV Line 2300 (Transmission); Amount: $214,124.00

Work to be Completed (WTBC) Version 26: -$214,124.00

Version 26 Total: Version 25 + Change Requested = $2,263,786,987.17 - $214,124.00 = $2,263,572,863.17

DI 250081 Island Wide Distribution Lines System

682031 FAASt [Distribution Pole and Conductor Repair - San Juan Group 9] (Distribution); Amount: $516,951.00

688627 FAASt [Distribution Pole and Conductor Repair - Arecibo Group 9]

AR_0026546

(Distribution); Amount: $ 303,774.00

682910 FAASt [Distribution Pole and Conductor Repair - Bayamón Group 7] (Distribution); Amount: $ 517,156.00

682178 FAASt [Distribution Pole and Conductor Repair - Arecibo Group 7] (Distribution); Amount: $208,544.25

688096 FAASt [Distribution Pole and Conductor Repair - Caguas Group 15] (Distribution); Amount: $21,408.25

682228 FAASt Distribution Pole and Conductor Repair - Ponce Group 8 (Distribution); Amount: $775,779.00

688774 FAASt Distribution Pole and Conductor Repair - Ponce Group 9 (Distribution); Amount: $443,331.00

682136 FAASt [Distribution Pole and Conductor Repair-Bayamon Group 9] (Distribution); Amount: $469,650.95

FEMA's approval official in EMMIE will ensure the FAASt Project de-obligation amendment and the recovery project obligation are processed simultaneously so that the net financial impact is zero dollars.

***Version 26 Ends***


Note: SOW from previous version has been removed from the current SOW. It can be found in the Versioning and Amendments tab in GM.
PA-02-PR-4339-PW-06099(26):
206253 Island Wide Transmission Line System

*****Version 27 Starts*****

Version 2 only affected:

DI 250081 Island Wide Distribution Lines System


The DDD and SOW of this DI remains the same as in Version 26.

*****Version 27 Ends*****

Note: SOW from previous version has been removed from the current SOW. It can be found in the Versioning and Amendments tab in GM.
PA-02-PR-4339-PW-06099(27):
206253 Island Wide Transmission Line System

*****Version 28 Starts*****

Version 28 only affected:

DI 250081 Island Wide Distribution Lines System

The DDD and SOW of this DI remains the same as in Version 27

*****Version 28 Ends*****

Note: SOW from previous version has been removed from the current SOW. It can be found in the Versioning and Amendments tab in GM.
PA-02-PR-4339-PW-06099(28):
206253 Island Wide Transmission Line System
*****Version 29 Starts*****

Version 29 only affected:
• DI 250081 Island Wide Distribution Lines System

AR_0026547

The DDD and SOW of this DI remains the same as in Version 28.

*****Version 29 Ends*****

Note: SOW from previous version has been removed from the current SOW. It can
be found in the Versioning and Amendments tab in GM.
PA-02-PR-4339-PW-06099(29):
206253 Island Wide Transmission Line System
*****Version 30 Starts*****

Version 30 only affected:

- DI 250081 Island Wide Distribution Lines System

The DDD and SOW of this DI remains the same as in Version 29.

*****Version 30 Ends*****
PA-02-PR-4339-PW-06099(30):
206253 Island Wide Transmission Line System
*****Version 31 Starts*****

Version 31 only affected:

- DI 250081 Island Wide Distribution Lines System

The DDD and SOW of this DI remains the same as in Version 30.

*****Version 31 Ends*****

Note: SOW from previous version has been removed from the current SOW. It can
be found in the Versioning and Amendments tab in GM.
PA-02-PR-4339-PW-06099(32):
206253 Island Wide Transmission Line System
*****Version 33 Starts*****

Version 33 only affected:

DI 250081 Island Wide Distribution Lines System

The DDD and SOW of this DI remains the same as in Version 32.

*****Version 33 Ends*****

Note: SOW from previous version has been removed from the current SOW. It can

AR_0026548

| | be found in the Versioning and Amendments tab in GM. |
|---|---|

| Hazard Mitigation Proposal | |
|---|---|
| * Is effective mitigation feasible on this facility (site)? | Yes |
| If you answered **Yes** to the above question, the next question is required | |
| Will mitigation be performed on this facility (site)? | Yes |
| If you answered **Yes** to the above question, the next question is required | |
| Do you wish to attach a Hazard Mitigation Proposal? | No |
| If you answered **Yes** to the above question, the next two questions are required | |
| Please provide the Scope of Work for the estimate:<br>(maximum 4000 characters) | GM Inventory Damage # 206253<br><br>406 HMP Scope<br><br>This project does not include 406 Hazard Mitigation funding. Hazard mitigation proposals for 428 projects will only be considered based on the actual scope of work to be implemented. When the Subrecipient submits the scope of work for its actual recovery solution, the Subrecipient may also provide proposals for 406 hazard mitigation (HMP). The proposed HMP will require evaluation by FEMA for eligibility and EHP for compliance review. As part of the eligibility review, FEMA will evaluate the scope of work, technical feasibility, the level of protection, and the cost effectiveness of the HMP. If a proposed HMP is not determined to be feasible, FEMA staff will suggest alternative mitigation measure(s). The eligible 406 mitigation scope of work will be limited to that which is necessary to reduce risk to the original function at the pre-disaster capacity.<br><br>For alternate and improved projects, if the project results in a reduction of risk to the function of a damaged facility, 406 mitigation costs may also be eligible and included in the fixed-cost subaward. The amount of eligible 406 mitigation funding included in the HMP will be limited to that associated with the capacity of the pre-disaster design of the facility.<br><br>Should the Subrecipient identify structures that are possible candidates for application of the Wind Retrofit Memo, the Subrecipient must complete and submit Appendix D of the Wind Retrofit Memo Standard Operating Procedure. FEMA will evaluate the structure's eligibility for Wind Retrofit and communicate with the Subrecipient if additional information is needed.<br><br>The approved eligible 406 mitigation costs will be captured as a discrete scope of work and fixed-cost estimate and will be obligated in the PA subaward which includes the actual scope of work to be implemented. If funds for 406 mitigation are included, the Subrecipient must complete the approved scope of work of the HMP in order to retain the 406 mitigation funding. |
| Would you like to add the Hazard Mitigation Proposal as a cost line item to the project cost? | No |

| GIS Coordinates | | |
|---|---|---|
| Project Location | Latitude | Longitude |
| #1110 Ponce de Leon Avenue, San Juan, PR 00936 | 18.45098 | -66.07631 |

| Facility (Site) Name: | Damage #223189; Island Wide Substations |
|---|---|
| Address 1: | |
| Address 2: | |

AR_0026549

| | |
|---|---|
| County: | |
| City: | |
| State: | PR |
| ZIP: | |
| Damage Category: | F |
| Was this facility (site) previously damaged? | No |
| Percentage Work Completed? | 0.00 % |
| Location: | PA-02-PR-4339-PW-06099(0): Island Wide Substations<br>PA-02-PR-4339-PW-06099(1): No Changes to Location<br>PA-02-PR-4339-PW-06099(6): No Changes to Location.<br>PA-02-PR-4339-PW-06099(8): No Changes to Location.<br>PA-02-PR-4339-PW-06099(11): No changes to Location.<br>PA-02-PR-4339-PW-06099(15): No changes to location.<br>PA-02-PR-4339-PW-06099(21): No changes to location.<br>PA-02-PR-4339-PW-06099(29): No Changes to Location<br>PA-02-PR-4339-PW-06099(30): No Changes to Location<br>PA-02-PR-4339-PW-06099(31): No changes to location.<br>PA-02-PR-4339-PW-06099(32): No changes to location. |
| Damage Description and Dimensions: | PA-02-PR-4339-PW-06099(0):<br>Damage #223189; Island Wide Substations<br><br>Detailed inspection results can be found in attachments:<br><br>[136271 - DR4339PR - Substations DDD PREPA Final]<br><br>General Facility Information:<br><br>Facility Type: Power generation, transmission, and distribution facilities<br><br>Facility: Island Wide Substations<br><br>Facility Description: PREPA owns, maintains and operates total of 392 substations and Transmission Centers located in 292 facilities . Substations were divided in two groups: 53 Transmission Centers (TC's) and 339 Substations throughout the island. Transmission Centers and Substations are grouped by the voltage that they work. FEMA participated in 60 of the 81 inspections selected as a sampling. PREPA and COR3 inspected the remaining 21 sites and discussed the results with FEMA.<br><br>Approx. Year Built: 1952<br><br>GPS Latitude/Longitude: 18.45170, -66.07590<br><br>General Damage Information:<br><br>Date Damaged: 9/20/2017<br><br>Cause of Damage: Disaster # 4339DR, incident period 09/17/2017 to 11/15/2017 |

AR_0026550

Hurricane Maria made landfall on Puerto Rico on Wednesday, September 20, 2017 as a Category 4 hurricane with maximum sustained winds of 155 mph. The hurricane destroyed the island's power grid, leaving 3.4 million residents without electricity. This historic storm caused catastrophic damage on the island's electric power infrastructure including the Transmission Centers and Substations in Puerto Rico. These Transmission Centers and Substations received major damage from flooding, high speed winds, lightning, wind driven rain and windblown debris during the storm and post storm related effects.

Facility Damage:

Transmission Centers, 53 each of connect transmission lines to industrial customers and distribution substations and experienced equipment and, components damages due to severe flooding, high winds, windblown debris and/or water infiltration. Control Houses were severely impacted by flooding, high winds and/or water infiltration. Structure damages due to high winds and/or windblown debris. Yards damages due to severe flooding, water washout, sedimentation accumulation, high winds, and/or windblown debris., 0% work completed.

Substations, 339 each of receive power from Transmission Centers and reduce from transmission voltages (230kV, 115kV, 38kV) to distribution voltages (13.2 kV, 8.32 kV, 7.2 kV and 4.16 kV) for distribution to PREPA customers and experienced equipment and components damages due to severe flooding, high winds, windblown debris and/or water infiltration. Control House were severely impacted by flooding, high winds and/or water infiltration. Structure damages due to high winds and/or windblown debris. Yards damages due to severe flooding, water washout, sedimentation accumulation, high winds, and/or windblown debris., 0% work completed.
PA-02-PR-4339-PW-06099(1):
No Changes to DDD
PA-02-PR-4339-PW-06099(6):
No Changes to DDD.
PA-02-PR-4339-PW-06099(8):
No Changes to DDD.
PA-02-PR-4339-PW-06099(11):
No changes to DDD.
PA-02-PR-4339-PW-06099(15):
No changes to DDD.
PA-02-PR-4339-PW-06099(21):
No changes to DDD.
PA-02-PR-4339-PW-06099(29):
No Changes to DDD
PA-02-PR-4339-PW-06099(30):
No Changes to DDD
PA-02-PR-4339-PW-06099(31):
No changes to DDD.
PA-02-PR-4339-PW-06099(32):
No changes to DDD.

| Scope of Work: | PA-02-PR-4339-PW-06099(0):<br>SCOPE TO RESTORE TO PRE-DISASTER CONDITION<br><br>223189 Island Wide Substations<br><br>FAASt Scope of Work (6/30/2020)<br><br>The SOW from DI 206253 applies to this DI.<br><br>NOTE: Other than design, planning and non-destructive due diligence studies, no construction nor work should commence prior to the issuance of specific FEMA approval for each incremental amendment. A thorough EHP compliance review will proceed on each proposed scope of work submitted. FEMA EHP review does not relieve the Subrecipient of its responsibility for coordinating, notifying, obtaining permits, and complying with applicable Federal, State, and local laws, regulations, |
| --- | --- |

AR_0026551

and executive orders. Failure to comply with EHP requirements may jeopardize FEMA funding.

The complexity of some undertakings and the high potential for adversely affecting historic/archaeological resources may require development of a Project-Specific Programmatic Agreement (PSPA) as identified in Stipulation II.C.6.c of the current Programmatic Agreement among the Federal Emergency Management Agency, the Puerto Rico State Historic Preservation Officer, and the Puerto Rico Central Office for Recovery, Reconstruction and Resiliency. The PSPA will provide a specific strategy for compliance with the National Historic Preservation Act. See attached conditions for additional information on NHPA compliance as well as for compliance with other EHP laws, policies, and executive orders.

INTENDED SCOPE

223189 Island Wide Substations

FAASt Scope of Work (6/30/2020)

The SOW from DI 206253 applies to this DI.

NOTE: Other than design, planning and non-destructive due diligence studies, no construction nor work should commence prior to the issuance of specific FEMA approval for each incremental amendment. A thorough EHP compliance review will proceed on each proposed scope of work submitted. FEMA EHP review does not relieve the Subrecipient of its responsibility for coordinating, notifying, obtaining permits, and complying with applicable Federal, State, and local laws, regulations, and executive orders. Failure to comply with EHP requirements may jeopardize FEMA funding.

The complexity of some undertakings and the high potential for adversely affecting historic/archaeological resources may require development of a Project-Specific Programmatic Agreement (PSPA) as identified in Stipulation II.C.6.c of the current Programmatic Agreement among the Federal Emergency Management Agency, the Puerto Rico State Historic Preservation Officer, and the Puerto Rico Central Office for Recovery, Reconstruction and Resiliency. The PSPA will provide a specific strategy for compliance with the National Historic Preservation Act. See attached conditions for additional information on NHPA compliance as well as for compliance with other EHP laws, policies, and executive orders.
PA-02-PR-4339-PW-06099(1):
Intended Scope

223189 Island Wide Substations

****Version 1 Starts****

Work to be Completed

As per the FEMA 4339-DR-PR Public Assistance Post-Fixed Cost Estimate Obligation Part D-Processing Recovery SOW, we are requesting a de-obligation amendment of the FAASt project (donor project) 136271, specifically for DI 223189 - Island Wide Substations for the amount of $-35,527,909.95. This amount will be obligated on the [335168] FAASt A&E PREPA FEMA's approval official in EMMIE will ensure the FAASt Project de-obligation amendment and the recovery project obligation are processed simultaneously so that the net financial impact is zero dollars.

Work to be Completed (WTBC) Version 1: -$35,527,909.95

Version 1 Total: Version 0 + Change Requested = $781,890,093.70 - $35,527,909.95 = $746,362,183.75

****Version 1 Ends****

Note: SOW from previous version has been removed from the current SOW. It can be found in the Versioning and Amendments tab in GM.

AR_0026552

PA-02-PR-4339-PW-06099(6):
Scope to Restore to Pre-Disaster Conditions

223189 Island Wide Substations

***Version 6 Starts***

Amendment Approved as per the FEMA 4339-DR-PR Public Assistance Post-Fixed Cost Estimate Obligation Part D-Processing Recovery SOW, we are requesting a de-obligation amendment of the FAASt project (Donor Project) 136271, for the amount of $16,359,899.17. This amount will be obligated on the [174422] FAASt - Catano-Rebuild 1801(Substation). FEMA's approval official in EMMIE will ensure the FAASt Project de-obligation amendment and the recovery project obligation are processed simultaneously so that the net financial impact is zero dollars.

Work to be Completed (WTBC) Version 6: -$16,359,899.17

Version 6 Total: Version 5 + Change Requested = $746,362,183.75 - $16,359,899.17 = $730,002,284.58

*****Version 6 Ends*****

Note: SOW from previous version has been removed from the current SOW. It can be found in the Versioning and Amendments tab in GM.


Intended Scope

223189 Island Wide Substations

***Version 6 Starts***

Amendment Approved as per the FEMA 4339-DR-PR Public Assistance Post-Fixed Cost Estimate Obligation Part D-Processing Recovery SOW, we are requesting a de-obligation amendment of the FAASt project (Donor Project) 136271, for the amount of $16,359,899.17. This amount will be obligated on the [174422] FAASt - Catano-Rebuild 1801(Substation). FEMA's approval official in EMMIE will ensure the FAASt Project de-obligation amendment and the recovery project obligation are processed simultaneously so that the net financial impact is zero dollars.

Work to be Completed (WTBC) Version 6: -$16,359,899.17

Version 6 Total: Version 5 + Change Requested = $746,362,183.75 - $16,359,899.17 = $730,002,284.58

*****Version 6 Ends*****

Note: SOW from previous version has been removed from the current SOW. It can be found in the Versioning and Amendments tab in GM.
PA-02-PR-4339-PW-06099(8):
Scope to Restore to Pre-Disaster Condition

223189 Island Wide Substations

***Version 8 Starts***

Amendment Approved as per the FEMA 4339-DR-PR Public Assistance Post-Fixed Cost Estimate Obligation Part D-Processing Recovery SOW, we are requesting a de-obligation amendment of the FAASt project (Donor Project) 136271, for a total amount of $14,778,555.05. This amount will be obligated on the following projects:

· 179558 FAASt - Manatí TC - BRKS 230 kV - (Substation); Amount: $1,593,443.00;

· 334323 FAASt Distribution Feeders - Ponce Short Term Group 1 (Distribution): $323,692.00;

AR_0026553

· 334488 FAASt Distribution Feeders – Caguas Short Term Group 4; $142,917.00;

· 542756 FAASt Streetlighting – Guanica (Distribution); $9,687,238.00;

· 669498 FAASt Aguirre Power Plant 001 Infrastructure Projects (Generation); Amount: $3,031,261.05

FEMA's approval official in EMMIE will ensure the FAASt Project de-obligation amendment and the recovery project obligation are processed simultaneously so that the net financial impact is zero dollars.

Work to be Completed (WTBC) Version 8: -$1,593,443.00

Version 8 Total: Version 7 + Change Requested = $730,002,284.58 – $1,593,443.00 = $728,408,841.58

*****Version 8 Ends*****

Note: SOW from previous version has been removed from the current SOW. It can be found in the Versioning and Amendments tab in GM.


Intended Scope

223189 Island Wide Substations

***Version 8 Starts***

Amendment Approved as per the FEMA 4339-DR-PR Public Assistance Post-Fixed Cost Estimate Obligation Part D-Processing Recovery SOW, we are requesting a de-obligation amendment of the FAASt project (Donor Project) 136271, for a total amount of $14,778,555.05. This amount will be obligated on the following projects:

· 179558 FAASt - Manatí TC - BRKS 230 kV - (Substation); Amount: $1,593,443.00;

· 334323 FAASt Distribution Feeders - Ponce Short Term Group 1 (Distribution): $323,692.00;

· 334488 FAASt Distribution Feeders – Caguas Short Term Group 4; $142,917.00;

· 542756 FAASt Streetlighting – Guanica (Distribution); $9,687,238.00;

· 669498 FAASt Aguirre Power Plant 001 Infrastructure Projects (Generation); Amount: $3,031,261.05

FEMA's approval official in EMMIE will ensure the FAASt Project de-obligation amendment and the recovery project obligation are processed simultaneously so that the net financial impact is zero dollars.

Work to be Completed (WTBC) Version 8: -$1,593,443.00

Version 8 Total: Version 7 + Change Requested = $730,002,284.58 – $1,593,443.00 = $728,408,841.58

*****Version 8 Ends*****

Note: SOW from previous version has been removed from the current SOW. It can be found in the Versioning and Amendments tab in GM.
PA-02-PR-4339-PW-06099(11):
*** Version 11 ***

SCOPE TO RESTORE TO PRE-DISASTER CONDITION

223189 Island Wide Substations

AR_0026554

***Version 11 Starts***

Per FEMA 4339-DR-PR Public Assistance Post-Fixed Cost Estimate Obligation Part D-Processing Recovery SOW, we are requesting a de-obligation amendment of the FAASt project (Donor Project) 136271, for a total amount of $658,701,606. This amount will be obligated on the following projects:

- 673691 FAASt [Equipment and Materials]: $656,101,430
Distribution: $84,050,759

Transmission: $181,021,074

Substation (Major Equipment): $360,675,897

Telecommunications: $30,353,700

- 165209 FAASt-Substation 3801 Culebra (Substation): $1,282,218
- 165225 FAASt-Substation 2501 Vieques (Substation): $1,209,111
- 334527 FAASt [Distribution Feeders - Caguas Short Term Group 8] (Distribution): $108,847

FEMA's approval official in EMMIE will ensure the FAASt Project de-obligation amendment and the recovery project obligation are processed simultaneously so that the net financial impact is zero dollars.

Work to be Completed (WTBC) Version 11: -$360,675,897 + -$1,282,218 + -$1,209,111 = -$363,167,226
Version 11 Total: Version 10 + Change Requested = $728,408,841.58 - $363,167,226 = $365,241,615.58

*****Version 11 Ends*****

Note: SOW from previous version has been removed from the current SOW. It can be found in the Versioning and Amendments tab in GM.


INTENDED SCOPE

223189 Island Wide Substations

***Version 11 Starts***

Per FEMA 4339-DR-PR Public Assistance Post-Fixed Cost Estimate Obligation Part D-Processing Recovery SOW, we are requesting a de-obligation amendment of the FAASt project (Donor Project) 136271, for a total amount of $658,701,606. This amount will be obligated on the following projects:

- 673691 FAASt [Equipment and Materials]: $656,101,430
Distribution: $84,050,759

Transmission: $181,021,074

Substation (Major Equipment): $360,675,897

Telecommunications: $30,353,700

- 165209 FAASt-Substation 3801 Culebra (Substation): $1,282,218
- 165225 FAASt-Substation 2501 Vieques (Substation): $1,209,111
- 334527 FAASt [Distribution Feeders - Caguas Short Term Group 8] (Distribution): $108,847

FEMA's approval official in EMMIE will ensure the FAASt Project de-obligation amendment and the recovery project obligation are processed simultaneously so that the net financial impact is zero dollars.

Work to be Completed (WTBC) Version 11: -$360,675,897 + -$1,282,218 +

AR_0026555

-$1,209,111 = -$363,167,226
Version 11 Total: Version 10 + Change Requested = $728,408,841.58 - $363,167,226 = $365,241,615.58

*****Version 11 Ends*****

Note: SOW from previous version has been removed from the current SOW. It can be found in the Versioning and Amendments tab in GM.
PA-02-PR-4339-PW-06099(15):
Scope to Restore to Pre-Disaster Condition

223189 Island Wide Substations

***Version 15 Starts***

FEMA 4339-DR-PR Public Assistance Post-Fixed Cost Estimate Obligation Part D-Processing Recovery SOW, we are requesting a de-obligation amendment of the FAASt project (Donor Project) 136271, for a total amount of $26,539,126.00. This amount will be obligated on the following projects:

· [673774] FAASt [Distribution Pole and Conductor Repair - Mayaguez Group 1] (Distribution) - $1,408,531.00

· [673795] FAASt Distribution Pole and Conductor Repair - Mayaguez Group 4 (Distribution) - $1,425,163.00

· [169896] FAASt - Costa Sur SP TC – Equipment Repair and Replacement (Substation) - $23,251,835.00

· [668583] FAASt [Line 13300 GOAB 13301C to Hato Tejas Sect] (Transmission) - $453,597.00

FEMA's approval official in EMMIE will ensure the FAASt Project de-obligation amendment and the recovery project obligation are processed simultaneously so that the net financial impact is zero dollars.

Work to be Completed (WTBC) Version 11: -$23,251,835.00
Version 15 Total: Version 14 + Change Requested = $365,241,615.58 - $23,251,835.00 = $341,989,780.58

*****Version 15 Ends*****

Note: SOW from previous version has been removed from the current SOW. It can be found in the Versioning and Amendments tab in GM.


Intended Scope

223189 Island Wide Substations

***Version 15 Starts***

FEMA 4339-DR-PR Public Assistance Post-Fixed Cost Estimate Obligation Part D-Processing Recovery SOW, we are requesting a de-obligation amendment of the FAASt project (Donor Project) 136271, for a total amount of $26,539,126.00. This amount will be obligated on the following projects:

· [673774] FAASt [Distribution Pole and Conductor Repair - Mayaguez Group 1] (Distribution) - $1,408,531.00

· [673795] FAASt Distribution Pole and Conductor Repair - Mayaguez Group 4 (Distribution) - $1,425,163.00

· [169896] FAASt - Costa Sur SP TC – Equipment Repair and Replacement (Substation) - $23,251,835.00

· [668583] FAASt [Line 13300 GOAB 13301C to Hato Tejas Sect]

AR_0026556

(Transmission) - $453,597.00

FEMA's approval official in EMMIE will ensure the FAASt Project de-obligation amendment and the recovery project obligation are processed simultaneously so that the net financial impact is zero dollars.

Work to be Completed (WTBC) Version 11: -$23,251,835.00
Version 15 Total: Version 14 + Change Requested = $365,241,615.58 - $23,251,835.00 = $341,989,780.58

*****Version 15 Ends*****

Note: SOW from previous version has been removed from the current SOW. It can be found in the Versioning and Amendments tab in GM.
PA-02-PR-4339-PW-06099(21):
***Version 21 Starts***

Scope to Restore to Pre-Disaster Condition

Amendment Approved as per the FEMA 4339-DR-PR Public Assistance Post-Fixed Cost Estimate Obligation Part D-Processing Recovery SOW, we are requesting a de-obligation amendment of the FAASt project (Donor Project) 136271, for a total amount of $26,531,198.01. This amount will be obligated on the following projects:

· 165268 FAASt Rio Grande Estate Substation CH-2306 (Substation) ($7,098,243.76)

FEMA's approval official in EMMIE will ensure the FAASt Project de-obligation amendment and the recovery project obligation are processed simultaneously so that the net financial impact is zero dollars.

Work to be Completed (WTBC) Version 21: -$7,098,243.76

Version 21 Total: Version 20 + Change Requested = $341,989,780.58 - $7,098,243.76 = $334,891,536.82

***Version 21 Ends***

Note: SOW from previous version has been removed from the current SOW. It can be found in the Versioning and Amendments tab in GM.

Intended Scope

***Version 21 Starts***

Amendment Approved as per the FEMA 4339-DR-PR Public Assistance Post-Fixed Cost Estimate Obligation Part D-Processing Recovery SOW, we are requesting a de-obligation amendment of the FAASt project (Donor Project) 136271, for a total amount of $26,531,198.01. This amount will be obligated on the following projects:

· 165268 FAASt Rio Grande Estate Substation CH-2306 (Substation) ($7,098,243.76)

FEMA's approval official in EMMIE will ensure the FAASt Project de-obligation amendment and the recovery project obligation are processed simultaneously so that the net financial impact is zero dollars.

Work to be Completed (WTBC) Version 21: -$7,098,243.76

Version 21 Total: Version 20 + Change Requested = $341,989,780.58 - $7,098,243.76 = $334,891,536.82

***Version 21 Ends***

Note: SOW from previous version has been removed from the current SOW. It can be found in the Versioning and Amendments tab in GM.

AR_0026557

PA-02-PR-4339-PW-06099(22):
***Version 22 Starts***

Scope to Restore to Pre-Disaster Condition

Amendment Approved as per the FEMA 4339-DR-PR Public Assistance Post-Fixed Cost Estimate Obligation Part D-Processing Recovery SOW, we are requesting a de-obligation amendment of the FAASt project (Donor Project) 136271, for a total amount of $91,511,394.04. This amount will be obligated on the following projects:

DI 223189 Island Wide Substations
· 178503 FAASt Aguirre TC - BKRS (Substations) ($39,034,592.00)

DI 250081 Island Wide Distribution Lines System
· 659623 FAASt [Distribution Streetlighting - Cataño] (Distribution) ($16,996,758.00)
· 659715 FAASt [Distribution Streetlighting - Aibonito] (Distribution) ($7,074,498.00)
· 673775 FAASt [Distribution Pole and Conductor Repair - Mayaguez Group 3] (Distribution) ($3,575,454.81)
· 678985 FAASt [Distribution Pole and Conductor Repair-Bayamon Group 4] (Distribution) ($353,628.00)
· 678988 FAASt [Distribution Pole and Conductor Repair-Bayamon Group 5] (Distribution) ($911,136.76)
· 679025 FAASt [Distribution Pole and Conductor Repair - San Juan Group 4] (Distribution) ($243,073.00)
· 679026 FAASt [Distribution Pole and Conductor Repair - San Juan Group 5] (Distribution) ($483,786.00)
· 679033 FAASt [Distribution Pole and Conductor Repair - Caguas Group 9] (Distribution) ($729,040.00)
· 679127 FAASt [Distribution Pole and Conductor Repair - Arecibo Group 3] (Distribution) ($171,152.23)
· 679133 FAASt [Distribution Pole and Conductor Repair - Arecibo Group 4] (Distribution) ($20,729.00)
· 679149 FAASt Distribution Pole and Conductor Repair - Mayagüez Group 5 (Distribution) ($129,744.00)
· 679153 FAASt Distribution Pole and Conductor Repair - Mayagüez Group 6 (Distribution) ($163,846.51)
· 679457 FAASt [Distribution Pole and Conductor Repair - Ponce Group 3] (Distribution) ($589,335.00)
· 682865 FAASt [Distribution Pole and Conductor Repair - San Juan Group 7] (Distribution) ($70,683.00)
· 682870 FAASt [Distribution Pole and Conductor Repair - San Juan Group 6] (Distribution) ($85,921.77)
· 682890 FAASt [Distribution Pole and Conductor Repair - Caguas Group 12] (Distribution) ($510,067.96)
· 685263 FAASt Distribution Pole and Conductor Repair - Ponce Group 6 (Distribution) ($537,688.00)
· 686453 FAASt Distribution Pole and Conductor Repair - Mayagüez Group 7 (Distribution) ($20,584.00)
· 686471 FAASt Distribution Pole and Conductor Repair - Arecibo Group 5 (Distribution) ($250,906.00)

DI 223318 Island Wide Telecommunication System

· 687480 FAASt [San Juan Power Plant 002 Units 7 & 8] (Generation) ($19,558,770.00)

FEMA's approval official in EMMIE will ensure the FAASt Project de-obligation amendment and the recovery project obligation are processed simultaneously so that the net financial impact is zero dollars.

Work to be Completed (WTBC) Version 22: -$39,034,592.00
Version 22 Total: Version 21 + Change Requested = $334,891,536.82 - $39,034,592.00 = $295,856,944.82

***Version 22 Ends***

AR_0026558

Note: SOW from previous version has been removed from the current SOW. It can be found in the Versioning and Amendments tab in GM.

Intended Scope

Amendment Approved as per the FEMA 4339-DR-PR Public Assistance Post-Fixed Cost Estimate Obligation Part D-Processing Recovery SOW, we are requesting a de-obligation amendment of the FAASt project (Donor Project) 136271, for a total amount of $91,511,394.04. This amount will be obligated on the following projects:

DI 223189 Island Wide Substations
·   178503 FAASt Aguirre TC - BKRS (Substations) ($39,034,592.00)

DI 250081 Island Wide Distribution Lines System
·   659623 FAASt [Distribution Streetlighting - Cataño] (Distribution) ($16,996,758.00)
·   659715 FAASt [Distribution Streetlighting - Aibonito] (Distribution) ($7,074,498.00)
·   673775 FAASt [Distribution Pole and Conductor Repair - Mayaguez Group 3] (Distribution) ($3,575,454.81)
·   678985 FAASt [Distribution Pole and Conductor Repair-Bayamon Group 4] (Distribution) ($353,628.00)
·   678988 FAASt [Distribution Pole and Conductor Repair-Bayamon Group 5] (Distribution) ($911,136.76)
·   679025 FAASt [Distribution Pole and Conductor Repair - San Juan Group 4] (Distribution) ($243,073.00)
·   679026 FAASt [Distribution Pole and Conductor Repair - San Juan Group 5] (Distribution) ($483,786.00)
·   679033 FAASt [Distribution Pole and Conductor Repair - Caguas Group 9] (Distribution) ($729,040.00)
·   679127 FAASt [Distribution Pole and Conductor Repair - Arecibo Group 3] (Distribution) ($171,152.23)
·   679133 FAASt [Distribution Pole and Conductor Repair - Arecibo Group 4] (Distribution) ($20,729.00)
·   679149 FAASt Distribution Pole and Conductor Repair - Mayagüez Group 5 (Distribution) ($129,744.00)
·   679153 FAASt Distribution Pole and Conductor Repair - Mayagüez Group 6 (Distribution) ($163,846.51)
·   679457 FAASt [Distribution Pole and Conductor Repair - Ponce Group 3] (Distribution) ($589,335.00)
·   682865 FAASt [Distribution Pole and Conductor Repair - San Juan Group 7] (Distribution) ($70,683.00)
·   682870 FAASt [Distribution Pole and Conductor Repair - San Juan Group 6] (Distribution) ($85,921.77)
·   682890 FAASt [Distribution Pole and Conductor Repair - Caguas Group 12] (Distribution) ($510,067.96)
·   685263 FAASt Distribution Pole and Conductor Repair - Ponce Group 6 (Distribution) ($537,688.00)
·   686453 FAASt Distribution Pole and Conductor Repair - Mayagüez Group 7 (Distribution) ($20,584.00)
·   686471 FAASt Distribution Pole and Conductor Repair - Arecibo Group 5 (Distribution) ($250,906.00)

DI 223318 Island Wide Telecommunication System

·   687480 FAASt [San Juan Power Plant 002 Units 7 & 8] (Generation) ($19,558,770.00)

FEMA's approval official in EMMIE will ensure the FAASt Project de-obligation amendment and the recovery project obligation are processed simultaneously so that the net financial impact is zero dollars.

Work to be Completed (WTBC) Version 22: -$39,034,592.00
Version 22 Total: Version 21 + Change Requested = $334,891,536.82 - $39,034,592.00 = $295,856,944.82

AR_0026559

JA_799

***Version 22 Ends***

Note: SOW from previous version has been removed from the current SOW.  It can be found in the Versioning and Amendments tab in GM.
PA-02-PR-4339-PW-06099(24):
223189 Island Wide Substations
***Version 24 Starts***


Version 24 only affected:

DI 250081 Island Wide Distribution Lines System


The DDD and SOW of this DI remains the same as in Version 23.


*****Version 24 Ends*****


Note: SOW from previous version has been removed from the current SOW.  It can be found in the Versioning and Amendments tab in GM.
PA-02-PR-4339-PW-06099(25):
223189 Island Wide Substations

*****Version 26 Starts*****


Version 2 only affected:

DI 250081 Island Wide Distribution Lines System

DI 206253 Island Wide Transmission


The DDD and SOW of this DI remains the same as in Version 25.

*****Version 26 Ends*****


Note: SOW from previous version has been removed from the current SOW.  It can be found in the Versioning and Amendments tab in GM.
PA-02-PR-4339-PW-06099(26):
223189 Island Wide Substations

*****Version 27 Starts*****

Version 2 only affected:

DI 250081 Island Wide Distribution Lines System

The DDD and SOW of this DI remains the same as in Version 26.

*****Version 27 Ends*****

Note: SOW from previous version has been removed from the current SOW.  It can be found in the Versioning and Amendments tab in GM.
PA-02-PR-4339-PW-06099(27):
223189 Island Wide Substations

*****Version 28 Starts*****

Version 28 only affected:

AR_0026560

DI 250081 Island Wide Distribution Lines System

The DDD and SOW of this DI remains the same as in Version 27.

*****Version 28 Ends*****

Note: SOW from previous version has been removed from the current SOW. It can be found in the Versioning and Amendments tab in GM.
PA-02-PR-4339-PW-06099(28):
223189 Island Wide Substations
*****Version 29 Starts*****

Version 29 only affected:
• DI 250081 Island Wide Distribution Lines System

The DDD and SOW of this DI remains the same as in Version 28.

*****Version 29 Ends*****

Note: SOW from previous version has been removed from the current SOW. It can be found in the Versioning and Amendments tab in GM.
PA-02-PR-4339-PW-06099(29):
223189 Island Wide Substations
*****Version 30 Starts*****

Version 30 only affected:

·   DI 250081 Island Wide Distribution Lines System

The DDD and SOW of this DI remains the same as in Version 29.

*****Version 30 Ends*****

Note: SOW from previous version has been removed from the current SOW. It can be found in the Versioning and Amendments tab in GM.
PA-02-PR-4339-PW-06099(30):
206253 Island Wide Transmission Line System
*****Version 31 Starts*****

Version 31 only affected:

·   DI 250081 Island Wide Distribution Lines System

The DDD and SOW of this DI remains the same as in Version 30.

*****Version 31 Ends*****

AR_0026561

Note: SOW from previous version has been removed from the current SOW. It can be found in the Versioning and Amendments tab in GM.
PA-02-PR-4339-PW-06099(31):
***Version 32 Starts***

Scope to Restore to Pre-Disaster Condition

Amendment Approved as per the FEMA 4339-DR-PR Public Assistance Post-Fixed Cost Estimate Obligation Part D-Processing Recovery SOW, we are requesting a de-obligation amendment of the FAASt project (Donor Project) 136271, for a total amount of $6,025,270.22. This amount will be obligated on the following projects:

- 550910 [Physical Security - Group 1] (Substation); Amount: $6,025,270.22

Work to be Completed (WTBC) Version 32: -$6,025,270.22

Version 32 Total: Version 31 + Change Requested = $295,856,944.82 - $6,025,270.22 = $289,831,674.60

FEMA's approval official in EMMIE will ensure the FAASt Project de-obligation amendment and the recovery project obligation are processed simultaneously so that the net financial impact is zero dollars.

***Version 32 Ends***

Note: SOW from previous version has been removed from the current SOW. It can be found in the Versioning and Amendments tab in GM.


Intended Scope

Amendment Approved as per the FEMA 4339-DR-PR Public Assistance Post-Fixed Cost Estimate Obligation Part D-Processing Recovery SOW, we are requesting a de-obligation amendment of the FAASt project (Donor Project) 136271, for a total amount of $6,025,270.22. This amount will be obligated on the following projects:

- 550910 [Physical Security - Group 1] (Substation); Amount: $6,025,270.22

Work to be Completed (WTBC) Version 32: -$6,025,270.22

Version 32 Total: Version 31 + Change Requested = $295,856,944.82 - $6,025,270.22 = $289,831,674.60

FEMA's approval official in EMMIE will ensure the FAASt Project de-obligation amendment and the recovery project obligation are processed simultaneously so that the net financial impact is zero dollars.

***Version 32 Ends***

Note: SOW from previous version has been removed from the current SOW. It can be found in the Versioning and Amendments tab in GM.
PA-02-PR-4339-PW-06099(32):
223189 Island Wide Substations
*****Version 33 Starts*****


Version 33 only affected:

DI 250081 Island Wide Distribution Lines System


The DDD and SOW of this DI remains the same as in Version 32.


*****Version 33 Ends*****

AR_0026562

JA_802

| | Note: SOW from previous version has been removed from the current SOW. It can be found in the Versioning and Amendments tab in GM. |
|---|---|

| Hazard Mitigation Proposal | |
|---|---|
| * Is effective mitigation feasible on this facility (site)? | Yes |
| If you answered **Yes** to the above question, the next question is required | |
| Will mitigation be performed on this facility (site)? | Yes |
| If you answered **Yes** to the above question, the next question is required | |
| Do you wish to attach a Hazard Mitigation Proposal? | No |
| If you answered **Yes** to the above question, the next two questions are required | |
| Please provide the Scope of Work for the estimate: (maximum 4000 characters) | GM Inventory Damage # 223189<br><br>406 HMP Scope<br><br>This project does not include 406 Hazard Mitigation funding. Hazard mitigation proposals for 428 projects will only be considered based on the actual scope of work to be implemented. When the Subrecipient submits the scope of work for its actual recovery solution, the Subrecipient may also provide proposals for 406 hazard mitigation (HMP). The proposed HMP will require evaluation by FEMA for eligibility and EHP for compliance review. As part of the eligibility review, FEMA will evaluate the scope of work, technical feasibility, the level of protection, and the cost effectiveness of the HMP. If a proposed HMP is not determined to be feasible, FEMA staff will suggest alternative mitigation measure(s). The eligible 406 mitigation scope of work will be limited to that which is necessary to reduce risk to the original function at the pre-disaster capacity.<br><br>For alternate and improved projects, if the project results in a reduction of risk to the function of a damaged facility, 406 mitigation costs may also be eligible and included in the fixed-cost subaward. The amount of eligible 406 mitigation funding included in the HMP will be limited to that associated with the capacity of the pre-disaster design of the facility.<br><br>Should the Subrecipient identify structures that are possible candidates for application of the Wind Retrofit Memo, the Subrecipient must complete and submit Appendix D of the Wind Retrofit Memo Standard Operating Procedure. FEMA will evaluate the structure's eligibility for Wind Retrofit and communicate with the Subrecipient if additional information is needed.<br><br>The approved eligible 406 mitigation costs will be captured as a discrete scope of work and fixed-cost estimate and will be obligated in the PA subaward which includes the actual scope of work to be implemented. If funds for 406 mitigation are included, the Subrecipient must complete the approved scope of work of the HMP in order to retain the 406 mitigation funding. |
| Would you like to add the Hazard Mitigation Proposal as a cost line item to the project cost? | No |

| Cost Estimates | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Option(s) that apply to this facility (site):** | | | | | | | |
| **Insurance Adjustments : $-193,746,436.00** | | | | | | | |
| # | Code | Material and/or Description | Unit Quantity | Unit of Measure | Unit Price | Subgrant Budget | Type | Cost Estimate |

AR_0026563

| | | | | | | Class | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | *** Version 1 *** | | | | | | |
| 1 | 5912 | Deduct Anticipated Insurance proceeds From Wind | 1 | LS | $ -193,746,436.00 | OTHER | | | $ -193,746,436.00 |

**Facility (Site) Level Cost Estimate Total: $ -193,746,436.00**

| GIS Coordinates | | |
|---|---|---|
| Project Location | Latitude | Longitude |
| Island Wide Substations | 18.4517 | -66.0759 |

| | |
|---|---|
| Facility (Site) Name: | Damage #223318; Island Wide Telecommunication System |
| Address 1: | |
| Address 2: | |
| County: | |
| City: | |
| State: | PR |
| ZIP: | |
| Damage Category: | F |
| Was this facility (site) previously damaged? | No |
| Percentage Work Completed? | 0.00 % |
| Location: | PA-02-PR-4339-PW-06099(0):<br>#1110 Ponce de Leon Avenue, San Juan, PR 00936<br>PA-02-PR-4339-PW-06099(1):<br>No Changes to Location<br>PA-02-PR-4339-PW-06099(11):<br>No Changes to Location.<br>PA-02-PR-4339-PW-06099(18):<br>No changes to location.<br>PA-02-PR-4339-PW-06099(19):<br>No changes to location.<br>PA-02-PR-4339-PW-06099(22):<br>No changes to location.<br>PA-02-PR-4339-PW-06099(23):<br>No changes to location.<br>PA-02-PR-4339-PW-06099(29):<br>No changes to location.<br>PA-02-PR-4339-PW-06099(30):<br>No changes to location.<br>PA-02-PR-4339-PW-06099(32):<br>No changes to location. |
| Damage Description and Dimensions: | PA-02-PR-4339-PW-06099(0):<br>Damage #223318; Island Wide Telecommunication System<br><br>Detailed inspection results can be found in attachment:<br><br>[136271 - DR4339PR - Telecommunications DDD PREPA Final]<br><br>General Facility Information:<br><br>Facility Type: Communication<br><br>Facility: Telecommunications Network<br><br>Facility Description: PREPA Telecommunications is the nervous system of the Power Grid. It is responsible for communication between Substations, |

AR_0026564

Transmission Centers, Power Plants, Control Centers and Administrative & Customer Service offices. It consists of telecom facilities, communication hardware, software, information technology (IT) and other peripheral elements like: Station Control (RTU's) weather stations, access control, security, accountability and remote reading systems. These damages were divided in four categories: Operation Technology (OT) which includes 478.3 linear miles of Fiber Optics and 108 Microwave Networks antennas; Information Technology (IT) in 34 facilities; 9 Buildings (repeater stations) and 49 Towers; and Auxiliary Equipment which includes: 920 batteries, 15 weather stations and 23 generators located in 21 PREPA facilities.

Approx. Year Built: 1970

Location Description: #1110 Ponce de Leon Avenue, San Juan, PR 00936

GPS Latitude/Longitude: 18.45147, -66.07583

General Damage Information:

Date Damaged: 9/20/2017

Cause of Damage: Disaster # 4339DR, incident period 09/17/2017 to 11/15/2017 Hurricane Maria made landfall on Puerto Rico on Wednesday, September 20, 2017 as a Category 4 hurricane with maximum sustained winds of 155 mph. The hurricane destroyed the island's power grid, leaving 3.4 million residents without electricity. This historic storm caused catastrophic damage on the island's electric power infrastructure including PREPA's Telecommunications Systems in Puerto Rico.

Facility Damage:

Auxiliary Systems:

Telecommunications, equipment and components including, Batteries, Generators, Weather Stations and Auxiliary Equipment is designed to protect the telecommunications network continuity of services to the power grid. The integrity of the telecom system is important for the protection, control and continuous operation of the energy grid. A major failure of or damage to these systems could cause critical failures in the communications network severely impacting operational controls, system safety and emergency response times. They are responsible for providing primary power surge protection, climate control, and auxiliary power to communications equipment within substations, transmission centers, power plants, and control centers, as well as gathering real-time telemetry regarding weather conditions and personnel deployments and secondary means of communications such as satellite phones. The system consists of telecom equipment such as Emergency Generators, Air Conditioning Units, Vehicle Global Positioning System, Weather Stations, Test Measurement Diagnostic Equipment (i.e. Fiber Splicing Equipment, and Spectrum Analyzer), Uninterrupted Power Supplies (UPS), and Battery Banks. Auxiliary Systems were damaged by High winds, wind driven rain and Power fluctuation & surges., 0% work completed.

Buildings and Towers:

Telecommunications, equipment including Antennas, Communication towers host antennas and other equipment necessary to send signals and messages, that are used to run and protect the system from faults. These structures are designed to withstand weather conditions; however, hurricane Maria carried wind forces that were not accounted for in the code & standards used at the time of design. These towers suffered structural damages resulting in the collapse of some structures and compromised structural soundness of others. Buildings and Towers were damaged by High winds, wind driven rain, & wind-blown debris., 0% work completed.

Information Technology (IT):

Telecommunications, equipment and components including computers and wiring, are part of the Information Technology (IT) department which is responsible for installing, configuring and maintaining computer hardware, peripherals, software,

AR_0026565

and all related customer service equipment and monitoring of the grid. The Buildings Island-wide DDD established a universe of 131 PREPA Building facilities. These facilities include Administrative Buildings, Customer Service Offices, Technical Facilities, Construction and Improvement Sites, Generation Plants, Irrigation Offices and other. High winds, wind-driven rain & wind-blown debris. Fiber optic and Microwave antennas were damaged by High winds, wind driven rain, & wind-blown debris., 0% work completed.

Operation Technology (OT):

Telecommunications, equipment and components that make up the OT category consist of a Fiber Optic and Microwave Network, and include a115kV and 230kV Fiber Optic transmission network which consists of an OPGW (Optical Ground Wire), a fiber optic cable that is used overhead of the Transmission power lines. The role of the fiber optic is to provide a path for wide band voice and data transmission. The role of the OPGW is to protect the transmission system from lighting strikes and to provides a path for the high-speed communication, which is part of the telecom network. It is responsible for communication and control between substations, transmission centers, power plants, and control centers. Given that it uses optical signals it has the capability to react and protect the system from faults in real time. It consists of communication hardware, software and other peripheral elements like station control (RTU's), weather stations, access control, security, accountability and remote reading systems. Damages in OPGW Fiber Optic Cable were calculated using Transmission Lines "T Lines" Damages Report. Only the T Lines that have OPGW cables were considered in the analysis. The universe of OPGW was determined using the island wide OPGW Map (see Island wide OPGW Map Fig 2). According to this Map and the T Lines linear length, the total OPGW length at the date of the Hurricane event was 514 miles. The T Lines Damages were recorded per structure and they specified the damages suffered to specific structures and its components. The T-Lines segments that carry OPGW with a related fiber damage were marked out. High winds, wind-driven rain & wind-blown debris. Fiber optic and Microwave antennas were damaged by High winds, wind driven rain, & wind-blown debris., 0% work completed.
PA-02-PR-4339-PW-06099(1):
No Changes to DDD
PA-02-PR-4339-PW-06099(11):
No Changes to DDD.
PA-02-PR-4339-PW-06099(18):
No changes to DDD.
PA-02-PR-4339-PW-06099(19):
No changes to DDD.
PA-02-PR-4339-PW-06099(22):
No changes to DDD.
PA-02-PR-4339-PW-06099(23):
No changes to DDD.
PA-02-PR-4339-PW-06099(29):
No changes to DDD.
PA-02-PR-4339-PW-06099(30):
No changes to DDD.
PA-02-PR-4339-PW-06099(32):
No changes to DDD.

| Scope of Work: | PA-02-PR-4339-PW-06099(0): SCOPE TO RESTORE TO PRE-DISASTER CONDITION |
| --- | --- |

223318 Island Wide Telecommunication System

FAASt Scope of Work (6/30/2020)

The SOW from DI 206253 applies to this DI.

NOTE: Other than design, planning and non-destructive due diligence studies, no construction nor work should commence prior to the issuance of specific FEMA approval for each incremental amendment. A thorough EHP compliance review will

AR_0026566

proceed on each proposed scope of work submitted. FEMA EHP review does not relieve the Subrecipient of its responsibility for coordinating, notifying, obtaining permits, and complying with applicable Federal, State, and local laws, regulations, and executive orders. Failure to comply with EHP requirements may jeopardize FEMA funding.

The complexity of some undertakings and the high potential for adversely affecting historic/archaeological resources may require development of a Project-Specific Programmatic Agreement (PSPA) as identified in Stipulation II.C.6.c of the current Programmatic Agreement among the Federal Emergency Management Agency, the Puerto Rico State Historic Preservation Officer, and the Puerto Rico Central Office for Recovery, Reconstruction and Resiliency. The PSPA will provide a specific strategy for compliance with the National Historic Preservation Act. See attached conditions for additional information on NHPA compliance as well as for compliance with other EHP laws, policies, and executive orders.


INTENDED SCOPE

223318 Island Wide Telecommunication System

FAASt Scope of Work (6/30/2020)

The SOW from DI 206253 applies to this DI.

NOTE: Other than design, planning and non-destructive due diligence studies, no construction nor work should commence prior to the issuance of specific FEMA approval for each incremental amendment. A thorough EHP compliance review will proceed on each proposed scope of work submitted. FEMA EHP review does not relieve the Subrecipient of its responsibility for coordinating, notifying, obtaining permits, and complying with applicable Federal, State, and local laws, regulations, and executive orders. Failure to comply with EHP requirements may jeopardize FEMA funding.

The complexity of some undertakings and the high potential for adversely affecting historic/archaeological resources may require development of a Project-Specific Programmatic Agreement (PSPA) as identified in Stipulation II.C.6.c of the current Programmatic Agreement among the Federal Emergency Management Agency, the Puerto Rico State Historic Preservation Officer, and the Puerto Rico Central Office for Recovery, Reconstruction and Resiliency. The PSPA will provide a specific strategy for compliance with the National Historic Preservation Act. See attached conditions for additional information on NHPA compliance as well as for compliance with other EHP laws, policies, and executive orders.
PA-02-PR-4339-PW-06099(1):
Intended Scope

223318 Island Wide Telecommunication System

****Version 1 Starts****

Work to be Completed

As per the FEMA 4339-DR-PR Public Assistance Post-Fixed Cost Estimate Obligation Part D-Processing Recovery SOW, we are requesting a de-obligation amendment of the FAASt project (donor project) 136271, specifically for DI 223318 - Island Wide Telecommunication Systems for the amount of $-31,167,569.50. This amount will be obligated on the [335168] FAASt A&E PREPA FEMA's approval official in EMMIE will ensure the FAASt Project de-obligation amendment and the recovery project obligation are processed simultaneously so that the net financial impact is zero dollars.

Work to be Completed (WTBC) Version 1: -$31,167,569.50

Version 1 Total: Version 0 + Change Requested = $685,928,720.98 - $31,167,569.50 = $654,761,151.48

****Version 1 Ends****

AR_0026567

JA_807

Note: SOW from previous version has been removed from the current SOW. It can be found in the Versioning and Amendments tab in GM.
PA-02-PR-4339-PW-06099(11):
*** Version 11 ***

SCOPE TO RESTORE TO PRE-DISASTER CONDITION

223318 Island Wide Telecommunication System

***Version 11 Starts***

Per FEMA 4339-DR-PR Public Assistance Post-Fixed Cost Estimate Obligation Part D-Processing Recovery SOW, we are requesting a de-obligation amendment of the FAASt project (Donor Project) 136271, for a total amount of $658,701,606. This amount will be obligated on the following projects:

- 673691 FAASt [Equipment and Materials]: $656,101,430

Distribution: $84,050,759

Transmission: $181,021,074

Substation (Major Equipment): $360,675,897

Telecommunications: $30,353,700

- 165209 FAASt-Substation 3801 Culebra (Substation): $1,282,218
- 165225 FAASt-Substation 2501 Vieques (Substation): $1,209,111
- 334527 FAASt [Distribution Feeders - Caguas Short Term Group 8] (Distribution): $108,847

FEMA's approval official in EMMIE will ensure the FAASt Project de-obligation amendment and the recovery project obligation are processed simultaneously so that the net financial impact is zero dollars.

Work to be Completed (WTBC) Version 11: -$30,353,700
Version 11 Total: Version 10 + Change Requested = $654,761,151.48 - $30,353,700 = $624,407,451.48

*****Version 11 Ends*****

Note: SOW from previous version has been removed from the current SOW. It can be found in the Versioning and Amendments tab in GM.


INTENDED SCOPE

223318 Island Wide Telecommunication System

***Version 11 Starts***

Per FEMA 4339-DR-PR Public Assistance Post-Fixed Cost Estimate Obligation Part D-Processing Recovery SOW, we are requesting a de-obligation amendment of the FAASt project (Donor Project) 136271, for a total amount of $658,701,606. This amount will be obligated on the following projects:

- 673691 FAASt [Equipment and Materials]: $656,101,430

Distribution: $84,050,759

Transmission: $181,021,074

Substation (Major Equipment): $360,675,897

Telecommunications: $30,353,700

AR_0026568

- 165209 FAASt-Substation 3801 Culebra (Substation): $1,282,218
- 165225 FAASt-Substation 2501 Vieques (Substation): $1,209,111
- 334527 FAASt [Distribution Feeders - Caguas Short Term Group 8] (Distribution): $108,847

FEMA's approval official in EMMIE will ensure the FAASt Project de-obligation amendment and the recovery project obligation are processed simultaneously so that the net financial impact is zero dollars.

Work to be Completed (WTBC) Version 11: -$30,353,700
Version 11 Total: Version 10 + Change Requested = $654,761,151.48 - $30,353,700 = $624,407,451.48

*****Version 11 Ends*****

Note: SOW from previous version has been removed from the current SOW. It can be found in the Versioning and Amendments tab in GM.
PA-02-PR-4339-PW-06099(18):
***Version 18 Starts***

As per the FEMA 4339-DR-PR Public Assistance Post-Fixed Cost Estimate Obligation Part D-Processing Recovery SOW, we are requesting a de-obligation amendment of the FAASt project (Donor Project) 136271, for the amount of $2,382,065.00. This amount will be obligated on:

· [674092] FAASt [Distribution Pole and Conductor Repair - Caguas Group 5] (Distribution): $441,308.00,

· [674072] FAASt [Distribution Pole and Conductor Repair - Caguas Group 1] (Distribution): $872,891.00,

· [668592] FAASt [Line 9800 Bayamon TC - Guaraguao Sect] (Transmission): $420,866.00, and

· [667744] FAASt [San Juan Power Plant - Auxiliary Infrastructure] (Generation): $647,000.00. (See Scope Note 1)

FEMA's approval official in EMMIE will ensure the FAASt Project de-obligation amendment and the recovery project obligation are processed simultaneously so that the net financial impact is zero dollars.

Work to be Completed (WTBC) Version 18: -$647,000.00 (See Scope Note 1)

Version 18 Total: Version 17 + Change Requested = $624,407,451.48 - $647,000.00 = $623,760,451.48

Scope Notes

1. Project 667744 FAASt [San Juan Power Plant - Auxiliary Infrastructure] (Generation), was assigned to:

· DI 223318 Island Wide Telecommunication System, the deduction amount will be $647,000.00.

This as indicated by PDTFL, via Email, on 29-Aug-2022. Please see file: 136271 - DR4339PR - Email Correspondence - Assignment of De-Obligation DIs Version 18.pdf.

***Version 18 Ends***

Note: SOW from previous version has been removed from the current SOW. It can be found in the Versioning and Amendments tab in GM.


Intended Scope

***Version 18 Starts***

AR_0026569

JA_809

As per the FEMA 4339-DR-PR Public Assistance Post-Fixed Cost Estimate Obligation Part D-Processing Recovery SOW, we are requesting a de-obligation amendment of the FAASt project (Donor Project) 136271, for the amount of $2,382,065.00. This amount will be obligated on:

· [674092] FAASt [Distribution Pole and Conductor Repair - Caguas Group 5] (Distribution): $441,308.00,

· [674072] FAASt [Distribution Pole and Conductor Repair - Caguas Group 1] (Distribution): $872,891.00,

· [668592] FAASt [Line 9800 Bayamon TC - Guaraguao Sect] (Transmission): $420,866.00, and

· [667744] FAASt [San Juan Power Plant - Auxiliary Infrastructure] (Generation): $647,000.00. (See Scope Note 1)

FEMA's approval official in EMMIE will ensure the FAASt Project de-obligation amendment and the recovery project obligation are processed simultaneously so that the net financial impact is zero dollars.

Work to be Completed (WTBC) Version 18: -$647,000.00 (See Scope Note 1)

Version 18 Total: Version 17 + Change Requested = $624,407,451.48 - $647,000.00 = $623,760,451.48

Scope Notes

1. Project 667744 FAASt [San Juan Power Plant - Auxiliary Infrastructure] (Generation), was assigned to:

· DI 223318 Island Wide Telecommunication System, the deduction amount will be $647,000.00.

This as indicated by PDTFL, via Email, on 29-Aug-2022. Please see file: 136271 - DR4339PR - Email Correspondence - Assignment of De-Obligation DIs Version 18.pdf.

***Version 18 Ends***

Note: SOW from previous version has been removed from the current SOW. It can be found in the Versioning and Amendments tab in GM.
PA-02-PR-4339-PW-06099(19):
Scope to Restore to Pre-Disaster Condition

***Version 19 Starts***

As per the FEMA 4339-DR-PR Public Assistance Post-Fixed Cost Estimate Obligation Part D-Processing Recovery SOW, we are requesting a de-obligation amendment of the FAASt project (Donor Project) 136271, for the amount of $212,757,883.48. This amount will be obligated on:

· 673771 - FAASt [Distribution Pole and Conductor Repair - Arecibo Group 1] (Distribution) - $1,894,033.53

· 674088 FAASt [Distribution Pole and Conductor Repair - Caguas Group 3] (Distribution) - $1,412,368.00

· 674096 FAASt [Distribution Pole and Conductor Repair - Caguas Group 6] (Distribution) - $1,773,428.00

· 673843 FAASt [Distribution Pole and Conductor Repair-Bayamon Group 3] (Distribution) - $904,194.00

· 657300 FAASt [ENERGY MANAGEMENT SYSTEM (EMS)] (Telecommunication) - $48,941,484.00

AR_0026570

· 669233 FAASt Aguirre Power Plant 002 Units 1 & 2 Projects (Generation) - $5,983,862.95 (See Scope Note 1)

· 662957 FAASt [Palo Seco Power Plant –001 Units 3 & 4] (Generation) - $10,766,817.80 (See Scope Note 1)

· 673691 FAASt [Equipment and Materials] - $141,081,695.20 (See Scope Note 1)

FEMA's approval official in EMMIE will ensure the FAASt Project de-obligation amendment and the recovery project obligation are processed simultaneously so that the net financial impact is zero dollars.

Work to be Completed (WTBC) Version 19: -$48,941,484.00 + -$5,983,862.95 + -$10,766,817.80 + -$141,081,695.20 = -$206,773,859.95

Version 19 Total: Version 18 + Change Requested = $623,760,451.48 - $206,773,859.95 = $416,986,591.53

Scope Notes

1. Projects 669233 FAASt Aguirre Power Plant 002 Units 1 & 2 Projects (Generation), 662957 FAASt Palo Seco Power Plant –001 Units 3 & 4 (Generation), and 673691 FAASt [Equipment and Materials] were assigned to:

· DI 223318 Island Wide Telecommunication System. The additional deduction amount for these three (3) projects will be $157,832,375.95.

This as indicated by PDTFL, via Email, on 23-Aug-2022. Please see file: 136271 - DR4339PR - Email Correspondence - Assignment of De-Obligation DIs Version 19.pdf.

***Version 19 Ends***

Note: SOW from previous version has been removed from the current SOW. It can be found in the Versioning and Amendments tab in GM.

Intended Scope

***Version 19 Starts***

As per the FEMA 4339-DR-PR Public Assistance Post-Fixed Cost Estimate Obligation Part D-Processing Recovery SOW, we are requesting a de-obligation amendment of the FAASt project (Donor Project) 136271, for the amount of $212,757,883.48. This amount will be obligated on:

· 673771 - FAASt [Distribution Pole and Conductor Repair - Arecibo Group 1] (Distribution) - $1,894,033.53

· 674088 FAASt [Distribution Pole and Conductor Repair - Caguas Group 3] (Distribution) - $1,412,368.00

· 674096 FAASt [Distribution Pole and Conductor Repair - Caguas Group 6] (Distribution) - $1,773,428.00

· 673843 FAASt [Distribution Pole and Conductor Repair-Bayamon Group 3] (Distribution) - $904,194.00

· 657300 FAASt [ENERGY MANAGEMENT SYSTEM (EMS)] (Telecommunication) - $48,941,484.00

· 669233 FAASt Aguirre Power Plant 002 Units 1 & 2 Projects (Generation) - $5,983,862.95 (See Scope Note 1)

· 662957 FAASt [Palo Seco Power Plant –001 Units 3 & 4] (Generation) -

AR_0026571

$10,766,817.80 (See Scope Note 1)

· 673691 FAASt [Equipment and Materials] - $141,081,695.20 (See Scope Note 1)

FEMA's approval official in EMMIE will ensure the FAASt Project de-obligation amendment and the recovery project obligation are processed simultaneously so that the net financial impact is zero dollars.

Work to be Completed (WTBC) Version 19: -$48,941,484.00 + -$5,983,862.95 + -$10,766,817.80 + -$141,081,695.20 = -$206,773,859.95

Version 19 Total: Version 18 + Change Requested = $623,760,451.48 - $206,773,859.95 = $416,986,591.53

Scope Notes

1. Projects 669233 FAASt Aguirre Power Plant 002 Units 1 & 2 Projects (Generation), 662957 FAASt Palo Seco Power Plant –001 Units 3 & 4 (Generation), and 673691 FAASt [Equipment and Materials] were assigned to:

· DI 223318 Island Wide Telecommunication System. The additional deduction amount for these three (3) projects will be $157,832,375.95.

This as indicated by PDTFL, vía Email, on 23-Aug-2022. Please see file: 136271 - DR4339PR - Email Correspondence - Assignment of De-Obligation DIs Version 19.pdf.

***Version 19 Ends***

Note: SOW from previous version has been removed from the current SOW. It can be found in the Versioning and Amendments tab in GM.
PA-02-PR-4339-PW-06099(22):
***Version 22 Starts***

Scope to Restore to Pre-Disaster Condition

Amendment Approved as per the FEMA 4339-DR-PR Public Assistance Post-Fixed Cost Estimate Obligation Part D-Processing Recovery SOW, we are requesting a de-obligation amendment of the FAASt project (Donor Project) 136271, for a total amount of $91,511,394.04. This amount will be obligated on the following projects:

DI 223189 Island Wide Substations
· 178503 FAASt Aguirre TC - BKRS (Substations) ($39,034,592.00)

DI 250081 Island Wide Distribution Lines System
· 659623 FAASt [Distribution Streetlighting - Cataño] (Distribution) ($16,996,758.00)
· 659715 FAASt [Distribution Streetlighting - Aibonito] (Distribution) ($7,074,498.00)
· 673775 FAASt [Distribution Pole and Conductor Repair - Mayaguez Group 3] (Distribution) ($3,575,454.81)
· 678985 FAASt [Distribution Pole and Conductor Repair-Bayamon Group 4] (Distribution) ($353,628.00)
· 678988 FAASt [Distribution Pole and Conductor Repair-Bayamon Group 5] (Distribution) ($911,136.76)
· 679025 FAASt [Distribution Pole and Conductor Repair - San Juan Group 4] (Distribution) ($243,073.00)
· 679026 FAASt [Distribution Pole and Conductor Repair - San Juan Group 5] (Distribution) ($483,786.00)
· 679033 FAASt [Distribution Pole and Conductor Repair - Caguas Group 9] (Distribution) ($729,040.00)
· 679127 FAASt [Distribution Pole and Conductor Repair - Arecibo Group 3] (Distribution) ($171,152.23)
· 679133 FAASt [Distribution Pole and Conductor Repair - Arecibo Group 4] (Distribution) ($20,729.00)
· 679149 FAASt Distribution Pole and Conductor Repair - Mayagüez Group 5

AR_0026572

JA_812

(Distribution) ($129,744.00)
· 679153 FAASt Distribution Pole and Conductor Repair - Mayagüez Group 6 (Distribution) ($163,846.51)
· 679457 FAASt [Distribution Pole and Conductor Repair - Ponce Group 3] (Distribution) ($589,335.00)
· 682865 FAASt [Distribution Pole and Conductor Repair - San Juan Group 7] (Distribution) ($70,683.00)
· 682870 FAASt [Distribution Pole and Conductor Repair - San Juan Group 6] (Distribution) ($85,921.77)
· 682890 FAASt [Distribution Pole and Conductor Repair - Caguas Group 12] (Distribution) ($510,067.96)
· 685263 FAASt Distribution Pole and Conductor Repair - Ponce Group 6 (Distribution) ($537,688.00)
· 686453 FAASt Distribution Pole and Conductor Repair - Mayagüez Group 7 (Distribution) ($20,584.00)
· 686471 FAASt Distribution Pole and Conductor Repair - Arecibo Group 5 (Distribution) ($250,906.00)

DI 223318 Island Wide Telecommunication System

· 687480 FAASt [San Juan Power Plant 002 Units 7 & 8] (Generation) ($19,558,770.00)

FEMA's approval official in EMMIE will ensure the FAASt Project de-obligation amendment and the recovery project obligation are processed simultaneously so that the net financial impact is zero dollars.

Work to be Completed (WTBC) Version 22: -$19,558,770.00
Version 22 Total: Version 21 + Change Requested = $416,986,591.53 - $19,558,770.00 = $397,427,821.53

Scope Notes

1. Project 687480 FAASt [San Juan Power Plant 002 Units 7 & 8] (Generation) was assigned to:
· DI 223318 Island Wide Telecommunication System. The additional deduction amount for this project will be $19,558,770.00.

This as indicated by PDTFL, via Email, on 20-Dec-2022. Please see file: Project-136271-Amendment#22 .pdf.

***Version 22 Ends***

Note: SOW from previous version has been removed from the current SOW. It can be found in the Versioning and Amendments tab in GM.


Intended Scope

Amendment Approved as per the FEMA 4339-DR-PR Public Assistance Post-Fixed Cost Estimate Obligation Part D-Processing Recovery SOW, we are requesting a de-obligation amendment of the FAASt project (Donor Project) 136271, for a total amount of $91,511,394.04. This amount will be obligated on the following projects:

DI 223189 Island Wide Substations
· 178503 FAASt Aguirre TC - BKRS (Substations) ($39,034,592.00)

DI 250081 Island Wide Distribution Lines System
· 659623 FAASt [Distribution Streetlighting - Cataño] (Distribution) ($16,996,758.00)
· 659715 FAASt [Distribution Streetlighting - Aibonito] (Distribution) ($7,074,498.00)
· 673775 FAASt [Distribution Pole and Conductor Repair - Mayaguez Group 3] (Distribution) ($3,575,454.81)
· 678985 FAASt [Distribution Pole and Conductor Repair-Bayamon Group 4] (Distribution) ($353,628.00)
· 678988 FAASt [Distribution Pole and Conductor Repair-Bayamon Group 5]

AR_0026573

JA_813

(Distribution) ($911,136.76)
· 679025 FAASt [Distribution Pole and Conductor Repair - San Juan Group 4] (Distribution) ($243,073.00)
· 679026 FAASt [Distribution Pole and Conductor Repair - San Juan Group 5] (Distribution) ($483,786.00)
· 679033 FAASt [Distribution Pole and Conductor Repair - Caguas Group 9] (Distribution) ($729,040.00)
· 679127 FAASt [Distribution Pole and Conductor Repair - Arecibo Group 3] (Distribution) ($171,152.23)
· 679133 FAASt [Distribution Pole and Conductor Repair - Arecibo Group 4] (Distribution) ($20,729.00)
· 679149 FAASt Distribution Pole and Conductor Repair - Mayagüez Group 5 (Distribution) ($129,744.00)
· 679153 FAASt Distribution Pole and Conductor Repair - Mayagüez Group 6 (Distribution) ($163,846.51)
· 679457 FAASt [Distribution Pole and Conductor Repair - Ponce Group 3] (Distribution) ($589,335.00)
· 682865 FAASt [Distribution Pole and Conductor Repair - San Juan Group 7] (Distribution) ($70,683.00)
· 682870 FAASt [Distribution Pole and Conductor Repair - San Juan Group 6] (Distribution) ($85,921.77)
· 682890 FAASt [Distribution Pole and Conductor Repair - Caguas Group 12] (Distribution) ($510,067.96)
· 685263 FAASt Distribution Pole and Conductor Repair - Ponce Group 6 (Distribution) ($537,688.00)
· 686453 FAASt Distribution Pole and Conductor Repair - Mayagüez Group 7 (Distribution) ($20,584.00)
· 686471 FAASt Distribution Pole and Conductor Repair - Arecibo Group 5 (Distribution) ($250,906.00)

DI 223318 Island Wide Telecommunication System

· 687480 FAASt [San Juan Power Plant 002 Units 7 & 8] (Generation) ($19,558,770.00)

FEMA's approval official in EMMIE will ensure the FAASt Project de-obligation amendment and the recovery project obligation are processed simultaneously so that the net financial impact is zero dollars.

Work to be Completed (WTBC) Version 22: -$19,558,770.00
Version 22 Total: Version 21 + Change Requested = $416,986,591.53 - $19,558,770.00 = $397,427,821.53

Scope Notes

1. Project 687480 FAASt [San Juan Power Plant 002 Units 7 & 8] (Generation) was assigned to:
· DI 223318 Island Wide Telecommunication System. The additional deduction amount for this project will be $19,558,770.00.

This as indicated by PDTFL, via Email, on 20-Dec-2022. Please see file: Project-136271-Amendment#22 .pdf.

***Version 22 Ends***

Note: SOW from previous version has been removed from the current SOW. It can be found in the Versioning and Amendments tab in GM.
PA-02-PR-4339-PW-06099(23):
***Version 23 Starts***

Scope to Restore to Pre-Disaster Condition

Amendment Approved as per the FEMA 4339-DR-PR Public Assistance Post-Fixed Cost Estimate Obligation Part D-Processing Recovery SOW, we are requesting a de-obligation amendment of the FAASt project (Donor Project) 136271, for a total amount of $66,143,004.35. This amount will be obligated on the following projects:

AR_0026574

JA_814

DI 206253 Island Wide Transmission Line System

- 180692 FAASt Mobile Generation Units Purchases (Transmission) ($59,740,469.92)

DI 223318 Island Wide Telecommunication System
- 334509 FAASt [Palo Seco Demin Water Tank 4] (Generation) ($2,890,937.33)

DI 250081 Island Wide Distribution Lines System
- 679134 FAASt [Distribution Pole and Conductor Repair - Caguas Group 10] (Distribution) ($452,956.93)
- 679458 FAASt [Distribution Pole and Conductor Repair - Ponce Group 4] (Distribution) ($498,436.00)
- 682028 FAASt [Distribution Pole and Conductor Repair - San Juan Group 8] (Distribution) ($431,381.68)
- 682135 FAASt [Distribution Pole and Conductor Repair-Bayamon Group 8] (Distribution) ($577,000.79)
- 682180 FAASt [Distribution Pole and Conductor Repair - Mayagüez Group 10] (Distribution) ($43,374.00)
- 682324 FAASt [Distribution Pole and Conductor Repair - Caguas Group 13] (Distribution) ($573,047.24)
- 682373 FAASt [Distribution Pole and Conductor Repair - Caguas Group 14] (Distribution) ($65,944.00)
- 682882 FAASt [Distribution Pole and Conductor Repair - Caguas Group 11] (Distribution) ($545,661.24)
- 685370 FAASt Distribution Pole and Conductor Repair - Mayagüez Group 8 (Distribution) ($68,823.00)
- 685943 FAASt Distribution Pole and Conductor Repair Ponce Group 5(Distribution) ($254,972.22)

FEMA's approval official in EMMIE will ensure the FAASt Project de-obligation amendment and the recovery project obligation are processed simultaneously so that the net financial impact is zero dollars.

Work to be Completed (WTBC) Version 23: - $2,890,937.33

Version 23 Total: Version 22 + Change Requested = $397,427,821.53 - $2,890,937.33 = $394,536,884.20

Scope Notes
1. Project 334509 FAASt [Palo Seco Demin Water Tank 4] (Generation)was assigned to: DI 223318 Island Wide Telecommunication System. The additional deduction amount for this project will be $2,890,937.33. As indicated by PDMG on 12/29/2022 via Teams Communication.


Intended Scope

Amendment Approved as per the FEMA 4339-DR-PR Public Assistance Post-Fixed Cost Estimate Obligation Part D-Processing Recovery SOW, we are requesting a de-obligation amendment of the FAASt project (Donor Project) 136271, for a total amount of $66,143,004.35. This amount will be obligated on the following projects:

DI 206253 Island Wide Transmission Line System

- 180692 FAASt Mobile Generation Units Purchases (Transmission) ($59,740,469.92)

DI 223318 Island Wide Telecommunication System
- 334509 FAASt [Palo Seco Demin Water Tank 4] (Generation) ($2,890,937.33)

DI 250081 Island Wide Distribution Lines System
- 679134 FAASt [Distribution Pole and Conductor Repair - Caguas Group 10] (Distribution) ($452,956.93)
- 679458 FAASt [Distribution Pole and Conductor Repair - Ponce Group 4] (Distribution) ($498,436.00)
- 682028 FAASt [Distribution Pole and Conductor Repair - San Juan Group 8]

AR_0026575

JA_815

(Distribution) ($431,381.68)
- 682135 FAASt [Distribution Pole and Conductor Repair-Bayamon Group 8] (Distribution) ($577,000.79)
- 682180 FAASt [Distribution Pole and Conductor Repair - Mayagüez Group 10] (Distribution) ($43,374.00)
- 682324 FAASt [Distribution Pole and Conductor Repair - Caguas Group 13] (Distribution) ($573,047.24)
- 682373 FAASt [Distribution Pole and Conductor Repair - Caguas Group 14] (Distribution) ($65,944.00)
- 682882 FAASt [Distribution Pole and Conductor Repair - Caguas Group 11] (Distribution) ($545,661.24)
- 685370 FAASt Distribution Pole and Conductor Repair - Mayagüez Group 8 (Distribution) ($68,823.00)
- 685943 FAASt Distribution Pole and Conductor Repair Ponce Group 5(Distribution) ($254,972.22)

FEMA's approval official in EMMIE will ensure the FAASt Project de-obligation amendment and the recovery project obligation are processed simultaneously so that the net financial impact is zero dollars.

Work to be Completed (WTBC) Version 23: - $2,890,937.33

Version 23 Total: Version 22 + Change Requested = $397,427,821.53 - $2,890,937.33 = $394,536,884.20

Scope Notes
1. Project 334509 FAASt [Palo Seco Demin Water Tank 4] (Generation)was assigned to: DI 223318 Island Wide Telecommunication System. The additional deduction amount for this project will be $2,890,937.33. As indicated by PDMG on 12/29/2022 via Teams Communication.
PA-02-PR-4339-PW-06099(24):
223318 Island Wide Telecommunication System
***Version 24 Starts***


Version 24 only affected:

DI 250081 Island Wide Distribution Lines System


The DDD and SOW of this DI remains the same as in Version 23.


*****Version 24 Ends*****


Note: SOW from previous version has been removed from the current SOW. It can be found in the Versioning and Amendments tab in GM.
PA-02-PR-4339-PW-06099(25):
223318 Island Wide Telecommunication System

*****Version 26 Starts*****


Version 2 only affected:

DI 250081 Island Wide Distribution Lines System

DI 206253 Island Wide Transmission

The DDD and SOW of this DI remains the same as in Version 25.

*****Version 26 Ends*****

AR_0026576

Note: SOW from previous version has been removed from the current SOW. It can be found in the Versioning and Amendments tab in GM.
PA-02-PR-4339-PW-06099(26):
223318 Island Wide Telecommunication System

*****Version 27 Starts*****

Version 2 only affected:

DI 250081 Island Wide Distribution Lines System

The DDD and SOW of this DI remains the same as in Version 26.

*****Version 27 Ends*****

Note: SOW from previous version has been removed from the current SOW. It can be found in the Versioning and Amendments tab in GM.
PA-02-PR-4339-PW-06099(27):
223318 Island Wide Telecommunication System

*****Version 28 Starts*****

Version 28 only affected:

DI 250081 Island Wide Distribution Lines System

The DDD and SOW of this DI remains the same as in Version 27.

*****Version 28 Ends*****


Note: SOW from previous version has been removed from the current SOW. It can be found in the Versioning and Amendments tab in GM.
PA-02-PR-4339-PW-06099(28):
223318 Island Wide Telecommunication System
*****Version 29 Starts*****

Version 29 only affected:
- DI 250081 Island Wide Distribution Lines System

The DDD and SOW of this DI remains the same as in Version 28.

*****Version 29 Ends*****

Note: SOW from previous version has been removed from the current SOW. It can be found in the Versioning and Amendments tab in GM.
PA-02-PR-4339-PW-06099(29):
223318 Island Wide Telecommunication System
*****Version 30 Starts*****


Version 30 only affected:

- DI 250081 Island Wide Distribution Lines System


The DDD and SOW of this DI remains the same as in Version 29.


*****Version 30 Ends*****

AR_0026577

Note: SOW from previous version has been removed from the current SOW. It can be found in the Versioning and Amendments tab in GM.
PA-02-PR-4339-PW-06099(30):
223318 Island Wide Telecommunication System
*****Version 31 Starts*****

Version 31 only affected:

· DI 250081 Island Wide Distribution Lines System

The DDD and SOW of this DI remains the same as in Version 30.

*****Version 31 Ends*****

Note: SOW from previous version has been removed from the current SOW. It can be found in the Versioning and Amendments tab in GM.
PA-02-PR-4339-PW-06099(32):
223318 Island Wide Telecommunication System
*****Version 33 Starts*****

Version 33 only affected:

DI 250081 Island Wide Distribution Lines System

The DDD and SOW of this DI remains the same as in Version 32.

*****Version 33 Ends*****

Note: SOW from previous version has been removed from the current SOW. It can be found in the Versioning and Amendments tab in GM.

| Hazard Mitigation Proposal | |
|---|---|
| * Is effective mitigation feasible on this facility (site)? | Yes |
| If you answered **Yes** to the above question, the next question is required | |
| Will mitigation be performed on this facility (site)? | Yes |
| If you answered **Yes** to the above question, the next question is required | |
| Do you wish to attach a Hazard Mitigation Proposal? | No |
| If you answered **Yes** to the above question, the next two questions are required | |
| Please provide the Scope of Work for the estimate: (maximum 4000 characters) | GM Inventory Damage # 223318<br><br>406 HMP Scope<br><br>This project does not include 406 Hazard Mitigation funding. Hazard mitigation proposals for 428 projects will only be considered based on the actual scope of work to be implemented. When the |

AR_0026578

Subrecipient submits the scope of work for its actual recovery solution, the Subrecipient may also provide proposals for 406 hazard mitigation (HMP). The proposed HMP will require evaluation by FEMA for eligibility and EHP for compliance review. As part of the eligibility review, FEMA will evaluate the scope of work, technical feasibility, the level of protection, and the cost effectiveness of the HMP. If a proposed HMP is not determined to be feasible, FEMA staff will suggest alternative mitigation measure(s). The eligible 406 mitigation scope of work will be limited to that which is necessary to reduce risk to the original function at the pre-disaster capacity.

For alternate and improved projects, if the project results in a reduction of risk to the function of a damaged facility, 406 mitigation costs may also be eligible and included in the fixed-cost subaward. The amount of eligible 406 mitigation funding included in the HMP will be limited to that associated with the capacity of the pre-disaster design of the facility.

Should the Subrecipient identify structures that are possible candidates for application of the Wind Retrofit Memo, the Subrecipient must complete and submit Appendix D of the Wind Retrofit Memo Standard Operating Procedure. FEMA will evaluate the structure's eligibility for Wind Retrofit and communicate with the Subrecipient if additional information is needed.

The approved eligible 406 mitigation costs will be captured as a discrete scope of work and fixed-cost estimate and will be obligated in the PA subaward which includes the actual scope of work to be implemented. If funds for 406 mitigation are included, the Subrecipient must complete the approved scope of work of the HMP in order to retain the 406 mitigation funding.

| Would you like to add the Hazard Mitigation Proposal as a cost line item to the project cost? | No |
|---|---|

| GIS Coordinates | | |
|---|---|---|
| Project Location | Latitude | Longitude |
| #1110 Ponce de Leon Avenue, San Juan, PR 00936 | 18.45147 | -66.07583 |

| Facility (Site) Name: | Damage #250040; Island Wide Generation Plants |
|---|---|
| Address 1: | |
| Address 2: | |
| County: | |
| City: | |
| State: | PR |
| ZIP: | |
| Damage Category: | F |
| Was this facility (site) previously damaged? | No |
| Percentage Work Completed? | 0.00 % |
| Location: | PA-02-PR-4339-PW-06099(0): #1110 Ponce de Leon Avenue, San Juan, PR 00936 PA-02-PR-4339-PW-06099(1): No Changes to Location PA-02-PR-4339-PW-06099(2): No Changes to Location. PA-02-PR-4339-PW-06099(7): No Changes to Location. PA-02-PR-4339-PW-06099(8): No Changes to Location. |

AR_0026579

| | |
|---|---|
| | PA-02-PR-4339-PW-06099(9):<br>No Changes to Location.<br>PA-02-PR-4339-PW-06099(29):<br>No Changes to Location.<br>PA-02-PR-4339-PW-06099(30):<br>No Changes to Location.<br>PA-02-PR-4339-PW-06099(32):<br>No Changes to Location. |
| Damage Description and Dimensions: | PA-02-PR-4339-PW-06099(0):<br>Damage #250040; Island Wide Generation Plants<br><br>Detailed inspection results can be found in attachment:<br><br>[136271 - DR4339PR - Generation Plants DDD PREPA Final]<br><br>General Facility Information:<br><br>Facility Type: Power generation, transmission, and distribution facilities<br><br>Facility: Power Generation System<br><br>Facility Description: PREPA's generation system consists of 12 power plants that generate electricity through fossil fuel. To validate these damage reports, FEMA conducted inspections on 8 plants. FEMA's inspections validated information on PREPA's damage reports, so FEMA accepted the damage information provided by PREPA. Nine power plants are included in this claim: Cambalache, Aguirre, Palo Seco, San Juan, Yabucoa, Mayaguez, Vega Baja, Daguao, and Jobos. Seven (7) of these facilities were inspected by FEMA. San Juan and Vega Baja were inspected by PREPA/COR3 and validated by FEMA. No disaster damage was reported for the plants on Vieques and Culebra and thus are not included in this claim. In early 2020, the Costa Sur plant sustained significant earthquake damage, so PREPA decided to combine all damage under the major disaster declared for the earthquake, except for the Costa Sur Blackstart/Peaking Units.<br><br>Approx. Year Built: 1970<br><br>Location Description: #1110 Ponce de Leon Avenue, San Juan, PR 00936<br><br>GPS Latitude/Longitude: 18.45098, -66.07631<br><br>General Damage Information:<br><br>Date Damaged: 9/17/2017<br><br>Cause of Damage: Disaster # 4339DR, incident period 09/17/2017 to 11/15/2017 Hurricane Maria made landfall on Puerto Rico on Wednesday, September 20, 2017 as a Category 4 hurricane with maximum sustained winds of 155 mph. The hurricane destroyed the island's power grid, leaving 3.4 million residents without electricity. This historic storm caused catastrophic damage on the island's electric power infrastructure including PREPA's Generation Plants in Puerto Rico.<br><br>Facility Damage:<br><br>Black Start System:<br><br>Peaking Unit, 1 each of Generator, Costa Sur has two black start gas turbine generators, one of the generators was grounded and the control room which operates both units was damaged making the black start system inoperable. This created a functional problem since the plant was left in an island mode without sufficient back up power and no back feed needed to keep critical operating equipment energized and to be able to restart the plant., 0% work completed.<br><br>Generation typical damage: |

AR_0026580

GENERATION, equipment and components of the quantified damages are concentrated in ten Power Plants: Cambalache, Aguirre, Costa Sur, Palo Seco, San Juan, Yabucoa, Mayaguez, Vega Baja, Daguao, and Jobos with most of the damages in lights, equipment and structures. Wind driven rain, high winds, wind driven debris, lighting, and flooding damaged all PREPA's assets that are included on this DDD , typical damage categories include lights, equipment, structures, instrumentation and controls, tanks, and flood control. The list of total damages for the 10 power plants are 1,055, of which 420 (40%) damages represent the category of lights, 330 (31%) damages for equipment, 191 (18%) damages for structure, 63 (6%) damages for instrumentation and control, 40 (4%) damages for tanks, and 11 (1%) damages for flood control. , 0% work completed.

GENERATION, Buildings and structures inside Generation Sites to support Generation Plant functions include: Operation Centers, Control Rooms, Administration, Laboratories, Medical Dispensary, Machine Rooms, Warehouses, Workshops, Fire Prevention and Environmental Protection. Amount of buildings claimed per generation plant: Aguirre (10), Costa Sur (9), San Juan (9), Cambalache (6), Palo Seco (11), Yabucoa (3), Mayaguez (2), Vega Baja (2), Daguao (2) and Jobos (1). , In General, Building Damages sustained vary from destroyed to minor, both exterior and interior. Actual disaster related damages include but are not limited to 1. Structural – Foundation / Footing / Roof 2. Siding - Stucco / Wood / Metal / Vinyl / Brick / Other 3. Windows 4. Doors – Exterior and Interior 5. Guttering – Building Drainage Systems 6. Ceiling 7. Walls – Gypsum / Drywall / Paint or other wall coverings / Insulation 8. Flooring – Carpet / Tile / Other 9. Interior Framing / Moldings / Partitions 10. Lighting Fixtures 11. Security / Sprinkler Systems 12. Electrical Systems 13. Plumbing Systems 14. Mechanical Systems - Heating / AC / Ventilation 15. Driveways – Concrete / Pavement / Gravel / Other 16. Entrance ways and Railings - Concrete / Pavement / Gravel / Other 17. Perimeter Security Fencing and Gates – Single / Drive 18. Contents / Furniture / Equipment / Other 19. Trailers , 0% work completed., 0% work completed.
PA-02-PR-4339-PW-06099(1):
No Changes to DDD
PA-02-PR-4339-PW-06099(2):
No Changes to DDD.
PA-02-PR-4339-PW-06099(7):
No Changes to DDD.
PA-02-PR-4339-PW-06099(8):
No Changes to DDD.
PA-02-PR-4339-PW-06099(9):
No Changes to DDD.
PA-02-PR-4339-PW-06099(29):
No Changes to DDD.
PA-02-PR-4339-PW-06099(30):
No Changes to DDD.
PA-02-PR-4339-PW-06099(32):
No Changes to DDD.

| Scope of Work: | PA-02-PR-4339-PW-06099(0):<br>SCOPE TO RESTORE TO PRE-DISASTER CONDITION<br><br>250040 Island Wide Generation Power Plants<br><br>FAASt Scope of Work (6/30/2020)<br><br>The SOW from DI 206253 applies to this DI.<br>NOTE: Other than design, planning and non-destructive due diligence studies, no construction nor work should commence prior to the issuance of specific FEMA approval for each incremental amendment. A thorough EHP compliance review will proceed on each proposed scope of work submitted. FEMA EHP review does not relieve the Subrecipient of its responsibility for coordinating, notifying, obtaining permits, and complying with applicable Federal, State, and local laws, regulations, and executive orders. Failure to comply with EHP requirements may jeopardize FEMA funding. |
|---|---|

AR_0026581

The complexity of some undertakings and the high potential for adversely affecting historic/archaeological resources may require development of a Project-Specific Programmatic Agreement (PSPA) as identified in Stipulation II.C.6.c of the current Programmatic Agreement among the Federal Emergency Management Agency, the Puerto Rico State Historic Preservation Officer, and the Puerto Rico Central Office for Recovery, Reconstruction and Resiliency. The PSPA will provide a specific strategy for compliance with the National Historic Preservation Act. See attached conditions for additional information on NHPA compliance as well as for compliance with other EHP laws, policies, and executive orders.

INTENDED SCOPE

250040 Island Wide Generation Power Plants

FAASt Scope of Work (6/30/2020)

The SOW from DI 206253 applies to this DI.

NOTE: Other than design, planning and non-destructive due diligence studies, no construction nor work should commence prior to the issuance of specific FEMA approval for each incremental amendment. A thorough EHP compliance review will proceed on each proposed scope of work submitted. FEMA EHP review does not relieve the Subrecipient of its responsibility for coordinating, notifying, obtaining permits, and complying with applicable Federal, State, and local laws, regulations, and executive orders. Failure to comply with EHP requirements may jeopardize FEMA funding.

The complexity of some undertakings and the high potential for adversely affecting historic/archaeological resources may require development of a Project-Specific Programmatic Agreement (PSPA) as identified in Stipulation II.C.6.c of the current Programmatic Agreement among the Federal Emergency Management Agency, the Puerto Rico State Historic Preservation Officer, and the Puerto Rico Central Office for Recovery, Reconstruction and Resiliency. The PSPA will provide a specific strategy for compliance with the National Historic Preservation Act. See attached conditions for additional information on NHPA compliance as well as for compliance with other EHP laws, policies, and executive orders.
PA-02-PR-4339-PW-06099(1):
Intended Scope

250040 Island Wide Generation Power Plants

****Version 1 Starts****

Work to be Completed

As per the FEMA 4339-DR-PR Public Assistance Post-Fixed Cost Estimate Obligation Part D-Processing Recovery SOW, we are requesting a de-obligation amendment of the FAASt project (donor project) 136271, specifically for DI 250040 - Island Wide Generation Plants for the amount of $-4,949,511.55. This amount will be obligated on the [335168] FAASt A&E PREPA FEMA's approval official in EMMIE will ensure the FAASt Project de-obligation amendment and the recovery project obligation are processed simultaneously so that the net financial impact is zero dollars.

Work to be Completed (WTBC) Version 1: -$4,949,511.55

Version 1 Total: Version 0 + Change Requested = $108,927,715.08 - $4,949,511.55 = $103,978,203.53

****Version 1 Ends****

Note: SOW from previous version has been removed from the current SOW. It can be found in the Versioning and Amendments tab in GM.
PA-02-PR-4339-PW-06099(2):
Scope to Restore to Pre-Disaster Condition

AR_0026582

JA_822

250040 Island Wide Generation Power Plants

***Version 2 Starts***

As per the FEMA 4339-DR-PR Public Assistance Post-Fixed Cost Estimate Obligation Part D-Processing Recovery SOW, we are requesting a de-obligation amendment of the FAASt project (Donor Project) 136271, for the amount of $18,192,582.58. This amount will be obligated on GM# 663385 FAASt [Mayaguez Hydro-Gas Power Plant Permanent Repairs] (Generation). FEMA's approval official in EMMIE will ensure the FAASt Project de-obligation amendment and the recovery project obligation are processed simultaneously so that the net financial impact is zero dollars.

Work to be Completed (WTBC) Version 2: -$18,192,582.58

Version 2 Total: Version 1 + Change Requested = $103,978,203.53 – $18,192,582.58 = $85,785,620.95

*****Version 2 Ends*****

Note: SOW from previous version has been removed from the current SOW. It can be found in the Versioning and Amendments tab in GM.

Intended Scope

250040 Island Wide Generation Power Plants

***Version 2 Starts***

As per the FEMA 4339-DR-PR Public Assistance Post-Fixed Cost Estimate Obligation Part D-Processing Recovery SOW, we are requesting a de-obligation amendment of the FAASt project (Donor Project) 136271, for the amount of $18,192,582.58. This amount will be obligated on GM# 663385 FAASt [Mayaguez Hydro-Gas Power Plant Permanent Repairs] (Generation). FEMA's approval official in EMMIE will ensure the FAASt Project de-obligation amendment and the recovery project obligation are processed simultaneously so that the net financial impact is zero dollars.

Work to be Completed (WTBC) Version 2: -$18,192,582.58

Version 2 Total: Version 1 + Change Requested = $103,978,203.53 – $18,192,582.58 = $85,785,620.95

*****Version 2 Ends*****

Note: SOW from previous version has been removed from the current SOW. It can be found in the Versioning and Amendments tab in GM.
PA-02-PR-4339-PW-06099(7):
***Version 7 Starts***

Scope to Restore to Pre-Disaster Condition

As per FEMA 4339-DR-PR Public Assistance Post-Fixed Cost Estimate Obligation Part D-Processing Recovery SOW, we are requesting a de-obligation amendment of the FAASt project (Donor Project) 136271, for a total amount of $21,230,710.19. This amount will be obligated on the following projects:

• 334329 FAASt Distribution Feeders - Ponce Short Term Group 2 (Distribution); Amount: $316,119.00

• 542517 FAASt Luquillo Distribution Streetlighting (Distribution); Amount: $8,628,667.29

• 542687 FAASt Lajas Streetlighting (Distribution); Amount: $10,278,336.09

AR_0026583

• 663383 FAASt Cambalache Power Plant Permanent Repairs (Generation);
Amount: $2,007,587.81

FEMA's approval official in EMMIE will ensure the FAASt Project de-obligation
amendment and the recovery project obligation are processed simultaneously so
that the net financial impact is zero dollars.

Work to be Completed (WTBC) Version 7: -$2,007,587.81

Version 7 Total: Version 6 + Change Requested = $85,785,620.95 - $2,007,587.81
= $83,778,033.14

*****Version 7 Ends*****

Note: SOW from previous version has been removed from the current SOW. It can
be found in the Versioning and Amendments tab in GM.


Intended Scope

***Version 7 Starts***

As per FEMA 4339-DR-PR Public Assistance Post-Fixed Cost Estimate Obligation
Part D-Processing Recovery SOW, we are requesting a de-obligation amendment
of the FAASt project (Donor Project) 136271, for a total amount of $21,230,710.19.
This amount will be obligated on the following projects:

• 334329 FAASt Distribution Feeders - Ponce Short Term Group 2 (Distribution);
Amount: $316,119.00

• 542517 FAASt Luquillo Distribution Streetlighting (Distribution); Amount:
$8,628,667.29

• 542687 FAASt Lajas Streetlighting (Distribution); Amount: $10,278,336.09

• 663383 FAASt Cambalache Power Plant Permanent Repairs (Generation);
Amount: $2,007,587.81

FEMA's approval official in EMMIE will ensure the FAASt Project de-obligation
amendment and the recovery project obligation are processed simultaneously so
that the net financial impact is zero dollars.

Work to be Completed (WTBC) Version 7: -$2,007,587.81

Version 7 Total: Version 6 + Change Requested = $85,785,620.95 - $2,007,587.81
= $83,778,033.14

*****Version 7 Ends*****

Note: SOW from previous version has been removed from the current SOW. It can
be found in the Versioning and Amendments tab in GM.
PA-02-PR-4339-PW-06099(8):
Scope to Restore to Pre-Disaster Condition

250040 Island Wide Generation Power Plants

***Version 8 Starts***

Amendment Approved as per the FEMA 4339-DR-PR Public Assistance Post-Fixed
Cost Estimate Obligation Part D-Processing Recovery SOW, we are requesting a
de-obligation amendment of the FAASt project (Donor Project) 136271, for a total
amount of $14,778,555.05. This amount will be obligated on the following projects:

·    179558 FAASt - Manatí TC - BRKS 230 kV - (Substation); Amount:
$1,593,443.00;

·    334323 FAASt Distribution Feeders - Ponce Short Term Group 1 (Distribution):

AR_0026584

JA_824

$323,692.00;

· 334488 FAASt Distribution Feeders – Caguas Short Term Group 4; $142,917.00;

· 542756 FAASt Streetlighting – Guanica (Distribution); $9,687,238.00;

· 669498 FAASt Aguirre Power Plant 001 Infrastructure Projects (Generation); Amount: $3,031,261.05

FEMA's approval official in EMMIE will ensure the FAASt Project de-obligation amendment and the recovery project obligation are processed simultaneously so that the net financial impact is zero dollars.

Work to be Completed (WTBC) Version 7: -$3,031,261.05

Version 8 Total: Version 7 + Change Requested = $83,778,033.14 - $3,031,261.05= $80,746,772.09

*****Version 8 Ends*****

Note: SOW from previous version has been removed from the current SOW. It can be found in the Versioning and Amendments tab in GM.

Intended Scope

250040 Island Wide Generation Power Plants

***Version 8 Starts***

Amendment Approved as per the FEMA 4339-DR-PR Public Assistance Post-Fixed Cost Estimate Obligation Part D-Processing Recovery SOW, we are requesting a de-obligation amendment of the FAASt project (Donor Project) 136271, for a total amount of $14,778,555.05. This amount will be obligated on the following projects:

· 179558 FAASt - Manatí TC - BRKS 230 kV - (Substation); Amount: $1,593,443.00;

· 334323 FAASt Distribution Feeders - Ponce Short Term Group 1 (Distribution): $323,692.00;

· 334488 FAASt Distribution Feeders – Caguas Short Term Group 4; $142,917.00;

· 542756 FAASt Streetlighting – Guanica (Distribution); $9,687,238.00;

· 669498 FAASt Aguirre Power Plant 001 Infrastructure Projects (Generation); Amount: $3,031,261.05

FEMA's approval official in EMMIE will ensure the FAASt Project de-obligation amendment and the recovery project obligation are processed simultaneously so that the net financial impact is zero dollars.

Work to be Completed (WTBC) Version 7: -$3,031,261.05

Version 8 Total: Version 7 + Change Requested = $83,778,033.14 - $3,031,261.05= $80,746,772.09

*****Version 8 Ends*****

Note: SOW from previous version has been removed from the current SOW. It can be found in the Versioning and Amendments tab in GM.
PA-02-PR-4339-PW-06099(9):
Scope to Restore to Pre-Disaster Condition

250040 Island Wide Generation Power Plants

AR_0026585

JA_825

\*\*\*Version 9 Starts\*\*\*

Amendment Approved as per the FEMA 4339-DR-PR Public Assistance Post-Fixed Cost Estimate Obligation Part D-Processing Recovery SOW, we are requesting a de-obligation amendment of the FAASt project (Donor Project) 136271, for a total amount of $14,922,050.00. This amount will be obligated on the project [669233] FAASt Aguirre Power Plant 002 Units 1 & 2 Projects (Generation) for the amount of $14,922,046.00 and an adjustment of $4.00 corresponding to project 669498 that was obligated by $3,031,265.05 instead of $3,031,261.05 stated in the Amendment 8. FEMA's approval official in EMMIE will ensure the FAASt Project de-obligation amendment and the recovery project obligation are processed simultaneously so that the net financial impact is zero dollars.

Work to be Completed (WTBC) Version 8: -$14,922,046.00 + -$4.00 = -$14,922,050.00

Version 9 Total: Version 8 + Change Requested = $80,746,772.09 - $14,922,050.00 = $65,824,722.09

\*\*\*\*\*Version 9 Ends\*\*\*\*\*

Note: SOW from previous version has been removed from the current SOW. It can be found in the Versioning and Amendments tab in GM.


Intended Scope

250040 Island Wide Generation Power Plants

\*\*\*Version 9 Starts\*\*\*

Amendment Approved as per the FEMA 4339-DR-PR Public Assistance Post-Fixed Cost Estimate Obligation Part D-Processing Recovery SOW, we are requesting a de-obligation amendment of the FAASt project (Donor Project) 136271, for a total amount of $14,922,050.00. This amount will be obligated on the project [669233] FAASt Aguirre Power Plant 002 Units 1 & 2 Projects (Generation) for the amount of $14,922,046.00 and an adjustment of $4.00 corresponding to project 669498 that was obligated by $3,031,265.05 instead of $3,031,261.05 stated in the Amendment 8. FEMA's approval official in EMMIE will ensure the FAASt Project de-obligation amendment and the recovery project obligation are processed simultaneously so that the net financial impact is zero dollars.

Work to be Completed (WTBC) Version 8: -$14,922,046.00 + -$4.00 = -$14,922,050.00

Version 9 Total: Version 8 + Change Requested = $80,746,772.09 - $14,922,050.00 = $65,824,722.09

\*\*\*\*\*Version 9 Ends\*\*\*\*\*

Note: SOW from previous version has been removed from the current SOW. It can be found in the Versioning and Amendments tab in GM.
PA-02-PR-4339-PW-06099(12):
Scope to Restore to Pre-Disaster Conditions

250040 Island Wide Generation Power Plants

\*\*\*Version 12 Starts\*\*\*

FEMA 4339-DR-PR Public Assistance Post-Fixed Cost Estimate Obligation Part D-Processing Recovery SOW, we are requesting a de-obligation amendment of the FAASt project (Donor Project) 136271, for a total amount of $88,697,205.71. This amount will be obligated on the following projects:
· 669815 FAASt [Aguirre Power Plant 003 Combined Cycle] (Generation); Amount: $5,405,870.36
· 667744 FAASt [San Juan Power Plant - Auxiliary Infrastructure] (Generation);

AR_0026586

JA_826

Amount: $1,721,247.00
· 662947 FAASt [San Juan 001 – Units 5 & 6] (Generation); Amount: $60,080,015.51
· 662957 FAASt [Palo Seco Power Plant –001 Units 3 & 4] (Generation); Amount: $18,007,604.84
· 671481 FAASt [Palo Seco 002- Auxiliary Infrastructure Projects] (Generation); Amount: $3,482,468.00

FEMA's approval official in EMMIE will ensure the FAASt Project de-obligation amendment and the recovery project obligation are processed simultaneously so that the net financial impact is zero dollars.

Work to be Completed (WTBC) Version 12: -$5,405,870.36 + -$1,721,247.00 + -$18,007,604.84 + -$3,482,468.00 + -($60,080,015.51 - $22,872,483.62 = $37,207,531.89) = -$65,824,722.09 (See Scope Note 1)
Version 12 Total: Version 11 + Change Requested = $65,824,722.09 - $65,824,722.09 = $0.00

Scope Notes

1. The de-obligation amount for project 662947 FAASt [San Juan 001 – Units 5 & 6] (Generation), $60,080,015.51, was segregated into two DIs:
· In DI 250040 Island Wide Generation Plants, the deduction amount will be $37,207,531.89.
· In DI 250081 Island Wide Distribution Lines System, the deduction amount will be $22,872,483.62.
This as indicated by PDTFL, via Email, on 13-Jun-2022. Please see file: 136271 - DR4339PR - Email Correspondence - Assignment of De-Obligation DIs Version 12.pdf.

***Version 12 Ends***

Note: SOW from previous version has been removed from the current SOW. It can be found in the Versioning and Amendments tab in GM.


Intended Scope

250040 Island Wide Generation Power Plants

***Version 12 Starts***

FEMA 4339-DR-PR Public Assistance Post-Fixed Cost Estimate Obligation Part D-Processing Recovery SOW, we are requesting a de-obligation amendment of the FAASt project (Donor Project) 136271, for a total amount of $88,697,205.71. This amount will be obligated on the following projects:
· 669815 FAASt [Aguirre Power Plant 003 Combined Cycle] (Generation); Amount: $5,405,870.36
· 667744 FAASt [San Juan Power Plant - Auxiliary Infrastructure] (Generation); Amount: $1,721,247.00
· 662947 FAASt [San Juan 001 – Units 5 & 6] (Generation); Amount: $60,080,015.51
· 662957 FAASt [Palo Seco Power Plant –001 Units 3 & 4] (Generation); Amount: $18,007,604.84
· 671481 FAASt [Palo Seco 002- Auxiliary Infrastructure Projects] (Generation); Amount: $3,482,468.00

FEMA's approval official in EMMIE will ensure the FAASt Project de-obligation amendment and the recovery project obligation are processed simultaneously so that the net financial impact is zero dollars.

Work to be Completed (WTBC) Version 12: -$5,405,870.36 + -$1,721,247.00 + -$18,007,604.84 + -$3,482,468.00 + -($60,080,015.51 - $22,872,483.62 = $37,207,531.89) = -$65,824,722.09 (See Scope Note 1)
Version 12 Total: Version 11 + Change Requested = $65,824,722.09 - $65,824,722.09 = $0.00

AR_0026587

JA_827



# PREPA-LUMA
# 90-Day Plan

December 2021

AR_0027198





## TABLE OF CONTENTS

I. Introduction .................................................................................................................. 3

II. Overview of Focus Areas for the Next 90 Days.................................................... 3

III. PREPA Estimated Schedule for Submission of Detailed SOWs.......................... 8

IV. LUMA Estimated Schedule for Submission of Detailed SOWs........................... 9

2

*December 2021*

AR_0027199

JA_829

 
## I. Introduction

In accordance with the directive received from FEMA to produce a 90-Day Plan, this document captures an overview of the key next steps and progress made on FEMA-funded projects for the Puerto Rico electrical system.

On June 1, 2021, LUMA assumed overall responsibilities for PREPA's T&D System as outlined within the O&M Agreement (OMA) between PREPA, P3A, and LUMA. Upon Commencement of the Service Period, PREPA refocused its efforts on projects in the Generation and Dams, Hydro, and Irrigation asset categories; while projects in the Transmission, Distribution, Substations, IT/Telecom, Buildings, and Environmental asset categories ("T&D Projects") were transitioned to and are now the responsibility of LUMA.

This 90-Day Plan provides information on areas of coordination between PREPA and LUMA as well as focus areas specific to each.

## II. Overview of Focus Areas for the Next 90 Days

The content below summarizes next steps across the following six areas: 1) PREPA-LUMA Coordination and Alignment; 2) Federal Grant Management; 3) Funding and Reporting; 4) Environmental and Historic Preservation; 5) Engineering Management; and 6) Enterprise Project Management ("EPM").

### PREPA-LUMA Coordination and Alignment
*PREPA and LUMA Focus Areas*
- PREPA and LUMA leadership are participating in regular weekly meetings with COR3 & FEMA to ensure visibility of progress of project work, ensure the coordination and understanding of common matters, and to identify and resolve risks that involve points of integration between the two entities
- PREPA and LUMA will continue coordination to support successful operations under the OMA

### Federal Grant Management
*PREPA Focus Areas*
- Submitted 104 projects to the PREB for approval in the last 90-day period, representing $344.2 million in infrastructure investments
  - Projects include rehabilitation, improvement, and repairs to various generation units to recover load generation capacity and reliability reducing load sheds events to citizens and commercial and industry sectors.

3

AR_0027200




- o Projects include repair and improvements to fuel tank, fire protection and cooling systems to address compliance standards under NFPA and CWA
- o All projects are awaiting PREB approval for formal submittal to FEMA.
- Four (4) reimbursement projects were submitted on December 1, 2021 for PREB approval to claim repair cost incurred in generation plants after hurricane María. PREB approved these projects on December 20, 2021.
- Nevertheless, once projects receive regulatory approval the Authority will execute formal submission to FEMA via Grants. Meanwhile, PREPA will continue collaboration with COR3 and FEMA to address project eligibility, specifically on environmental compliance.
- Continue with remaining Generation Plants FAASt reimbursement repairs
- Continue with actions required by the Environmental Protection Agency (EPA) in its Administrative Compliance Order of November 10, 2021 regarding the Megagenerators project in Palo Seco.
- Continue with the development of an amendment to the $280M Emergency Generation 404 program-funded project that includes investing approximately $100M in retrofitting existing simple cycle units island-wide
- Continue advancing work on other 428 projects towards finalizing *Detailed SOWs* for submission to COR3 and FEMA. This effort will include 406 Hazard Mitigation and EHP work.

*LUMA Focus Areas*

- Submitted the *Detailed SOW* (including 406 Hazard Mitigation & EHP requirements) for the Cataño Modernization and Hardening project to COR3 and FEMA for review and approval (currently awaiting FEMA approval)
- Developed 406 Hazard Mitigation Strategies for Distribution, Transmission, Substation and Streetlights and presented to COR3 and FEMA for feedback and alignment. In the next 90-day period LUMA will continue to refine 406 Strategies with COR3 and FEMA
- During the last 90-day period, LUMA completed the following:
  - o Submitted 38 *Initial SOWs* to the PREB for approval representing $0.65 billion[1] in capital investments
  - o Received approval from PREB of 67 Projects/Programs
  - o Submitted 96 Projects to COR3 and FEMA for FAASt number assignment
  - o Received FEMA assigned FAASt numbers for 52 projects
  - o Awaiting assignment of FAAst numbers on 45 projects still under FEMA review

---

[1] Value does not match subcomponent total exactly due to rounding

4

  

- Continue advancing work on 428 projects towards finalizing *Detailed SOWs* for submission to COR3 and FEMA. This effort will include 406 Hazard Mitigation and EHP work
- Continue to work on opportunities for potential additional funding afforded by the 404 Hazard Mitigation Grant Program and the Community Development Block Grant (CDBG-DR) Program. LUMA submitted four key projects representing ~$900M for COR3 & the Puerto Rico Department of Housing's (PRDOH) consideration. These projects have been included in the PRDOH's draft Disaster Recovery Action Plan currently undergoing public consultations. LUMA will continue to work with COR3 & PRDOH to advance these projects as required
- Expect to submit ~30 *Detailed SOWs* within the next 90-day period or Q1 2022
- Continue to work with the representatives from COR3 and FEMA on key issues identified to date and identified as the work progresses

**Funding and Reporting**

*PREPA Focus Areas*

- Link all proof of payments for A/E advance received ($7.1Million) and formalize subsequent advance to fund A/E services for Generation and Water assets.
- Request amendment to Management Cost PW 1294 to include contracts awarded for grant management and program management activities by LUMA and PREPA, to obtain adequate funding
- Submit progress and financial quarterly reports for period ending 12/31/2021 on all 428 and 404-obligated projects

*LUMA Focus Areas*

- As previously reported, established structure and reports to support development of FEMA-required financial reporting in preparation for submitting the FEMA-funded projects progress and financial quarterly reports during future periods
- Continue tracking project actual costs in accordance with FEMA and COR3 standards to support financial reporting requirements for federally funded projects
- Submit progress and financial quarterly reports for period ending 12/31/2021 on all 428-obligated projects

AR_0027202

  

### Environmental and Historic Preservation

*PREPA Focus Areas*

- For emergency Generation projects PREPA prepared an all-inclusive EHP checklist by site taking into consideration that all projects have similar scope and very limited implications in environmental matters. PREPA alongside COR3 will continue with the formulation of the following remaining plants:
  - Mayagüez
  - Costa Sur
  - Cambalache

  EHP checklist have been completed for San Juan, Palo-Seco and Aguirre and will be share with FEMA, alongside the SOW, once PREB approval is received.
- Management is currently pursuing a Request for Proposal to contract services to support to carry out compliance activities, including the preparation of Biological Assessments for FEMA consultation with U.S. Fish and Wildlife Services; development of high level NEPA documentation (i.e., Environmental Assessments, Supplemental Environmental Assessments; or an Environmental Impact Statement); Clean Water Act Section 401 and 404 permit submittals through the U.S. Army Corps of Engineers; and actions required to achieve compliance with Section 106 of the National Historic Preservation Act (NHPA) (including archaeological survey and monitoring; building survey and recordation; data recovery and curation; and mitigation of adverse effects).
- Implement an independent public notification program that meets FAASt and EHP requirements within PREPA website.
- Initiate contracting process for Costa-Sur Black Start environmental studies:
  - Geotechnical Floor study
  - Facility Study

*LUMA Focus Areas*

- Submitted EHP checklist and received feedback as part of the submittal of the *Detailed SOW* for the Cataño Modernization and Hardening project to COR3 and FEMA
- LUMA's Environmental, Land, and Permits team developed a process in consultation with FEMA's EHP group for the review and authorization of environmental, geotechnical, and engineering studies required for projects currently in preliminary design
- In conjunction with FEMA, engaged state and federal agencies including DRNA, FWS, SHPO and USACE to streamline project review and consultation processes

6

AR_0027203

  

- Obtain FEMA approval for access, vegetation clearing and soil testing or boring on required projects to facilitate the preliminary designs
- Review and analyze environmental impacts (soil testing or boring, water works, vegetation removal, etc.) required during the preliminary design and continue to refine standardized internal process to better facilitate the development and execution of environmental assessments

**Engineering Management**

*PREPA Focus Areas*

- Dredging Projects – Publish RFP to perform bathymetric surveys and thus initiate its design, environmental considerations and other.
  - PREPA will initiate collaborative meetings with FEMA EHP to address studies eligibility and completeness.
- Guajataca Dam – Project requires specialized skillsets and thus management is finalizing the evaluation of the contract structure to receive such services.
  - Meeting to be held with all stakeholders to discuss eligibility on procurement and contracting structure.
- Award two contract releases to A/E contractor and initiate design on:
  - Cambalache Flood Barrier Protection
  - Toro Negro Hydroelectric System
- Commence formation of construction specifications for applicable asset categories and work with program stakeholders on review and approval
- Costa Sur & Yabucoa Black Starts – Complete Technical specifications and draft EPC competitive process
- Río Blanco Hydroelectric System – PREPA finalized its design alternative solutions and is currently awaiting selection. PREPA will request a collaborative meeting with FEMA EHP and 406 to incorporate recommendations into its alternative selection.

*LUMA Focus Areas*

- Evaluated engineering firm proponents from the recently published RFP seeking additional A/E resources to support the federally funded projects. Expect to name and assign contracts to successful proponents within the next 90 days
- Leverage the successful engineering firm proponents to assign projects with FEMA project numbers to begin A/E design work within the next two 90-day periods
- Develop standardized engineering package for engineering firms to leverage during the preliminary engineering work for each project. These templates will

7

AR_0027204

JA_834

  

be based on lessons learned during the development of the Cataño Modernization and Hardening project

- Continue evaluating and prioritizing the existing projects with FEMA numbers against the needs and constraints of the electrical system and available contractor capacities to optimize and level the execution strategies

### Enterprise Project Management ("EPM")

*PREPA Focus Areas*

- Continue managing project schedules, tasks, budgets, and progress in PREPA's system of record, MS Project Online
- Continue refining project management controls and artifacts aligned with federal requirements
- Monitor and manage implementation progress through the EPM program

*LUMA Focus Areas*

- Continue to ramp-up project management resources, systems, and processes related to the execution of project within the infrastructure plan and continue to monitor resource needs as additional projects are launched
- Continue to track and monitor project schedules and costs within the EPM System leveraging the quality controls developed by LUMA

## III. PREPA Estimated Schedule for Submission of Detailed SOWs

Over the next 90 days, PREPA will be focused on submitting Generation Emergency projects *Detailed SOWS* once approved by PREB. The table below shows the current set of projects estimated to have *Detailed SOWs* submitted to COR3 and FEMA in the first quarter of 2022, all of which are Generation projects.

The estimation of project submission timing is based on the best information available to PREPA at the time of this plan update.

**Table 1.1 – PREPA 2022 Q1 Project Submittal Milestone**

| # | Project Name | Asset Category |
|---|---|---|
| 2021 Q4 – Milestone: Submit Project to COR3 and FEMA for Review | | |
| 1 | New Black Start System at Costa Sur | Generation |
| 2 | Emergency Generation projects – Various pending approval | Generation |

8

AR_0027205

 
## IV. LUMA Estimated Schedule for Submission of *Detailed SOWs*

Over the next 90 days, LUMA will be focused on preparing *Detailed SOW* and cost estimates for T&D projects that currently have both PREB approval and FEMA project numbers. The table below shows the current set of projects in this group along with the estimated timing for *Detailed SOWs* submittals to COR3 and FEMA.

The estimation of project submission timing noted below is based on the best information available to LUMA at the time of this plan update. LUMA is focused on meeting or exceeding the project submission estimates listed in the table below.

### Table 1.2 – LUMA Projects Being Prepared for *Detailed SOW* Submission

| FEMA Project # | Project Name | Submission Estimate | Asset Category |
|---|---|---|---|
| 174422 | FAASt - Cataño-Rebuild 1801(Substation) | Complete | Substation |
| 165209 | FAASt-Substation 3801 Culebra (Substation) | 2022 Q1 | Substation |
| 165225 | FAASt-Substation 2501 Vieques (Substation) | 2022 Q1 | Substation |
| 169058 | FAASt - Llorens Torres MC 1106 - Equipment Repair & Replacement - (Substation) | 2022 Q1 | Substation |
| 169500 | FAASt - Bayamón TC – MC-BKRS-Y1 (Substation) | 2022 Q1 | Substation |
| 178577 | FAASt Cachete – MC 1526 (Substation) | 2022 Q1 | Substation |
| 168226 | FAASt San Juan 115kV Underground Transmission Loop (Transmission) | 2022 Q2 | Transmission |
| 176954 | FAASt Garzas 1 HP to Garzas 2 HP - Line 1100 (Transmission) | 2022 Q2 | Transmission |
| 177134 | FAASt Guaraguao TC to Comerío TC Line-4100 (Transmission) | 2022 Q2 | Transmission |
| 165268 | FAASt Río Grande Estates Substation CH-2306 (Substation) | 2022 Q2 | Substation |
| 178258 | FAASt - Taft - MC 1105 (Substation) | 2022 Q2 | Substation |
| 169266 | FAASt Centro Médico 1327/1359 Equipment Repair & Replacement (Substation) | 2022 Q2 | Substation |
| 169896 | FAASt - Costa Sur SP TC – Equipment Repair and Replacement (Substation) | 2022 Q2 | Substation |
| 178503 | FAASt Aguirre TC - BKRS (Substation) | 2022 Q2 | Substation |
| 169495 | FAASt - Substations - Tapia GIS Rebuilt - Equipment Repair & Replacement (Substation) | 2022 Q2 | Substation |

9

AR_0027206

  

| FEMA Project # | Project Name | Submission Estimate | Asset Category |
|---|---|---|---|
| 171118 | FAASt Caridad Substation – XFMR MC 1714 (Substation) | 2022 Q2 | Substation |
| 179558 | FAASt - Manatí TC - BRKS 230 kV - (Substation) | 2022 Q2 | Substation |
| 169276 | FAASt Substation - Viaducto TC - MC 1100 - Equipment Repair & Replacement [Substation] | 2022 Q2 | Substation |
| 165226 | FAASt – Vieques Feeders 2501-01, 2501-02, 2501-03 and Culebra Feeders 3801-01, 3801-02 (Distribution) | 2022 Q2 | Distribution |
| 176971 | FAASt – Line 8200 - San Juan SP to Cataño Sect Line (Transmission) | 2022 Q3 | Transmission |
| 180052 | FAASt Ponce TC to Jobos TC - 100 & 200 (Transmission) | 2022 Q3 | Transmission |
| 166904 | FAASt Transmission Line 37800 Caguas TC to Monacillo TC (Transmission) | 2022 Q3 | Transmission |
| 165213 | FAASt – Line 5400 – Río Blanco HP to Daguao TC to Punta Lima TO to Vieques 2501 to Culebra 3801 (Transmission) | 2022 Q3 | Transmission |
| 176913 | FAASt [Palo Seco SP to Cataño Sect Line-9500] (Transmission) | 2022 Q3 | Transmission |
| 177191 | FAASt - Line 39000 - Aguas Buenas TC to Caguas TC (Transmission) | 2022 Q3 | Transmission |
| 166707 | FAASt - Line 51300 - Ponce TC to Costa Sur SP TC (Transmission) | 2022 Q3 | Transmission |
| 166860 | FAASt-Line 37800 - Jobos TC to Cayey TC & Cayey TC to Caguas TC (Transmission) | 2022 Q3 | Transmission |
| 167446 | FAASt - Line 36100 - Dos Bocas HP to Monacillo TC (Transmission) | 2022 Q3 | Transmission |
| 169576 | FAASt Arecibo Regional Office Building (Buildings) | 2022 Q3 | Buildings |
| 169798 | FAASt Arecibo Electric Service Center (Buildings) | 2022 Q3 | Buildings |
| 169804 | FAASt Aguadilla Electric Service Center (Buildings) | 2022 Q3 | Buildings |
| 167168 | FAASt Transmission Line 37100 Costa Sur ST - Acacias TC (Transmission) | 2022 Q3 | Transmission |
| 180326 | FAASt - Line 36800 - Sabana Llana TC to Canóvanas TC to Palmer-Fajardo TC (Transmission) | 2022 Q4 | Transmission |
| 167443 | FAASt - Line 36200 - Monacillo TC to Juncos TC (Transmission) | 2022 Q4 | Transmission |
| 167508 | FAASt Transmission - Line 50100 - Cambalache GP TC to Manatí TC (Transmission) | 2023 Q1 | Transmission |
| 168483 | FAASt - Line 36400 - Dos Bocas HP to Ponce TC (Transmission) | 2023 Q2 | Transmission |
| 165208 | FAASt Transmission Access Roads (Environmental) | TBD | Environmental |
| Pending | Distribution Pole and Conductor Repair-Arecibo Group 1 | 2022 Q1 | Distribution |

10

AR_0027207

  

| FEMA Project # | Project Name | Submission Estimate | Asset Category |
|---|---|---|---|
| Pending | Distribution Pole and Conductor Repair-Arecibo Group 2 | 2021 Q4 | Distribution |
| Pending | Distribution Pole and Conductor Repair-Bayamón Group 1 | 2022 Q1 | Distribution |
| Pending | Distribution Pole and Conductor Repair-Bayamón Group 2 | 2022 Q1 | Distribution |
| Pending | Distribution Pole and Conductor Repair-Bayamón Group 3 | 2022 Q1 | Distribution |
| Pending | Distribution Pole and Conductor Repair-Caguas Group 1 | 2022 Q1 | Distribution |
| Pending | Distribution Pole and Conductor Repair-Caguas Group 2 | 2022 Q1 | Distribution |
| Pending | Distribution Pole and Conductor Repair-Caguas Group 3 | 2022 Q1 | Distribution |
| Pending | Distribution Pole and Conductor Repair-Caguas Group 4 | 2022 Q1 | Distribution |
| Pending | Distribution Pole and Conductor Repair-Caguas Group 5 | 2022 Q1 | Distribution |
| Pending | Distribution Pole and Conductor Repair-Caguas Group 6 | 2022 Q1 | Distribution |
| Pending | Distribution Pole and Conductor Repair-Caguas Group 7 | 2022 Q2 | Distribution |
| Pending | Distribution Pole and Conductor Repair-Caguas Group 8 | 2022 Q2 | Distribution |
| Pending | Distribution Pole and Conductor Repair-Carolina Group 1 | 2022 Q2 | Distribution |
| Pending | Distribution Pole and Conductor Repair-Carolina Group 2 | 2022 Q2 | Distribution |
| Pending | Distribution Pole and Conductor Repair-Carolina Group 3 | 2022 Q1 | Distribution |
| Pending | Distribution Pole and Conductor Repair-Mayagüez Group 1 | 2022 Q1 | Distribution |
| Pending | Distribution Pole and Conductor Repair- Mayagüez Group 2 | 2022 Q1 | Distribution |
| Pending | Distribution Pole and Conductor Repair- Mayagüez Group 3 | 2022 Q1 | Distribution |
| Pending | Distribution Pole and Conductor Repair- Mayagüez Group 4 | 2022 Q1 | Distribution |
| Pending | Distribution Pole and Conductor Repair- Ponce Group 1 | 2021 Q4 | Distribution |
| Pending | Distribution Pole and Conductor Repair- Ponce Group 2 | 2021 Q4 | Distribution |
| Pending | Distribution Pole and Conductor Repair- San Juan Group 1 | 2022 Q1 | Distribution |
| Pending | Distribution Pole and Conductor Repair- San Juan Group 2 | 2022 Q2 | Distribution |
| Pending | Distribution Pole and Conductor Repair- San Juan Group 3 | 2022 Q2 | Distribution |
| 546370 | Substation Minor Repairs-Group A | 2022 Q1 | Substations |
| 542758 | Substation Minor Repairs-Group B | 2022 Q1 | Substations |

11

AR_0027208

JA_838





| FEMA Project # | Project Name | Submission Estimate | Asset Category |
|---|---|---|---|
| 546371 | Substation Minor Repairs-Group C | 2022 Q1 | Substations |
| Pending | Substation Minor Repairs-Group D | 2022 Q1 | Substations |
| Pending | Substation Minor Repairs-Group E | 2022 Q1 | Substations |
| 542688 | Streetlighting - Aguada | 2022 Q1 | Distribution |
| 542756 | Streetlighting - Guánica | 2022 Q1 | Distribution |
| 542687 | Streetlighting - Lajas | 2022 Q1 | Distribution |
| 542517 | Streetlighting - Luquillo | 2022 Q1 | Distribution |
| 542690 | Streetlighting - Maunabo | 2022 Q1 | Distribution |

12

*December 2021*

AR_0027209



# PREPA
# Supplemental
# 90-Day Plan

December 2020

**Puerto Rico Electric Power Authority**

AR_0027224

 **Puerto Rico Electric Power Authority**

 **FEMA**

## TABLE OF CONTENTS

I. Introduction .................................................................................................... 3

II. Overview of Activities for Next 90 Days ........................................................ 3

III. Projects for Immediate Submission ............................................................. 5

IV. Estimated Schedule of Additional Project Submissions for Next 90 Days ............................................. 5

2

*December 2020*

AR_0027225

JA_841





## I. Introduction

This document is a supplement to the PREPA 10-Year Infrastructure Plan that provides a summary overview of key next steps PREPA plans to take over the next 90 days to execute on its 10-Year Infrastructure Plan. Additional detail on PREPA's investment strategy, and the full set of infrastructure projects currently included in its project portfolio, can be found in the PREPA 10-Year Infrastructure Plan.

## II. Overview of Activities for Next 90 Days

The content below summarizes next steps across the following six areas: 1) Federal Grant Management, 2) Funding and Reporting, 3) Environmental and Historic Preservation, 4) Engineering Management, 5) Project Management, and 6) Program Management.

**Federal Grant Management**

- Submit to COR3 and FEMA eight initial SOWs and cost estimates for review and comment
- Integrate hazard mitigation measures and environmental and historic preservation (EHP) compliance into recovery scopes; initiate project-specific collaborative meeting with EHP and Hazard Mitigation
- Review each near-term project for 406 hazard mitigation opportunities and formulate proposals
- Develop general potential benefit items for 406 hazard mitigation benefit cost analyses
- Continue to support and to work with PREPA 10-Year Infrastructure Plan project team to develop initial SOWs and cost estimates for near-term projects

**Funding and Reporting**

- Initiate A/E spend plan to support request for advancement on permanent projects, send COR3 procurement packages for review, and establish quarterly payment schedules
- Prepare request for reimbursement of completed work and management costs associated with the program
- Establish internal accounting and reporting mechanisms
- Submit quarterly financial reports on obligated 404 Projects and on processed projects under the FAASt
- Request amendment to Management Cost PW 1294 to include contracts awarded on grant management and program management activities
- Develop system study criteria (e.g., protection coordination, system impact study, etc..) for project planning and outage coordination

3

AR_0027226

JA_842



### Environmental and Historic Preservation

- Develop project scoping doc per EHP request
- Provide support to EHP SHPO programmatic agreement development
- Respond to EHP data requests for the revised ESA
- Support review of RFPs to ensure EHP requirements are incorporated
- Review near-term projects as they develop to identify EHP requirements
- Develop public notification program to meet FAAST and EHP requirements

### Engineering Management

- Execute and finalize architecture and engineering (A/E) contracts
- Initiate procurement-specialized designs studies (e.g., finalize and issue LiDAR Survey RFP to potential bidders)
- Develop and award A/E scope of work (SOW) for Early Warning System project
- Develop and award A/E SOW for 404 Peaker project
- Develop and award A/E SOW for 404 CCGT project
- Perform site visits for near-term projects
- Review and assess as-found documentation
- Track and review engineering standards
- Submit revised Design Criteria Documents (DCDs)
- Formulate and finalize A/E 30% design work template for projects funded through FEMA 428, and potentially 406, programs
- Commence design and specifications for FEMA 404 projects
- Continue formulation and finalization of design standards for near-term projects
- Commence formation of construction specifications for near-term projects

### Project Management

- Continue preparation of SOWs for near-term projects
- Develop and award A/E SOW for Early Warning System project
- Develop and award A/E SOW for 404 Peaker project
- Develop and award A/E SOW for 404 CCGT project
- Develop major equipment procurement plan
- Submit 404 projects to PREPA stakeholders and commence monthly project meetings for 404 projects with PREPA stakeholders and A/E firms
- Commence development of work scope packages and RFPs for Access Road Stabilization projects in the Environmental asset category

### Program Management

- Continue development of program management execution plan
- Continue identifying necessary staff and resources needed to execute program tasks
- Continue formulating Primavera (P6) layouts and schedule requirements
- Provide updates from P6 to PREPA scheduling system

4

AR_0027227



- Implement Aconex document control system for document retention and program communication and vendor invoicing
- Develop program cost control system to track and report out on project/program budgets, forecasts, actuals, invoices, and change management for the program
- Develop stakeholder reporting criteria and initiate program reporting cycles for PREPA and other stakeholders

## III. Projects for Immediate Submission

The following projects will be submitted to COR3 and FEMA concurrently with this document:

1. New Black Start System at Aguirre (Generation)
2. New Black Start System at Costa Sur (Generation)
3. Line 5400[1] (Transmission)
4. Vieques Feeders 2501-01, 2501-02, 2501-03 and Culebra Feeders 3801-01, 3801-02[2] (Distribution)
5. Vieques SUB 2501 (Substations)
6. Culebra SUB 3801 (Substations)
7. Rio Grande Estates - CH – 2306 (Substations)
8. Access Roads[3] (Environmental)

## IV. Estimated Schedule of Additional Project Submissions for Next 90 Days

The table below shows the current set of projects estimated to be submitted in the first quarter of 2021, in addition to those noted above as being submitted concurrently with this document. Projects are grouped by asset category and are sequenced from largest to smallest investment amount. The estimation of project submission timing is based on the best information available to PREPA at the time of plan development. Additional information on assumptions impacting milestone timing can be found in the PREPA 10-Year Infrastructure Plan.

---

[1] This is part of the "21-Transmission Existing (38 kV)" project in the PREPA 10-Year Infrastructure Plan
[2] This is part of the "Distribution Feeders - Short Term Group - Tier 1 - Carolina Region" project in the PREPA 10-Year Infrastructure Plan
[3] This submission covers ten individual access road projects included in the PREPA 10-Year Infrastructure Plan

5

AR_0027228

JA_844

 

### Table 1.1 – 2021 Q1 Project Submittal Milestone

| # | Project Name | Asset Category |
|---|---|---|
| 2021 Q1 – Milestone: Submit Project to COR3 and FEMA for Review | | |
| 1 | New Combined Cycle – Performance and Financial Report | Generation |
| 2 | Cambalache Dike | |
| 3 | New Peaker Units – Performance and Financial Report | |
| 4 | San Juan 115kV GIS | Substations |
| 5 | Cataño Modernization and Hardening Project | |
| 6 | Isla Grande 1101 | |
| 7 | Sabanera TRF 3603 | |
| 8 | Bartolo TRF 7902 | |
| 9 | Ceiba Baja TRF 7012 | |
| 10 | Las Lomas TRF 1525 | |
| 11 | Isla Grande GIS | |
| 12 | Jayuya Minor Rprs - 8301 | |
| 13 | Salinas Urbano Minor Rprs - 4501 | |
| 14 | Sabana Grande Minor Rprs - 6501 | |
| 15 | Arecibo ESC | Buildings |
| 16 | Bayamón Region Miscellaneous Repairs | |
| 17 | Mayagüez Region Miscellaneous Repairs | |
| 18 | Arecibo Region Miscellaneous Repairs | |
| 19 | Caguas Region Miscellaneous Repairs | |
| 20 | Ponce Region Miscellaneous Repairs | |
| 21 | Carolina Region Miscellaneous Repairs | |

6

*December 2020*

AR_0027229

JA_845

U.S. Department of Homeland Security
Washington, DC 20472



January 25, 2023

Ruth Santiago
RUA NO. 8589
P.O. Box 518
Salinas, Puerto Rico 00751

Howard M. Crystal
Augusta C.F.R. Wilson
Center for Biological Diversity
1411 K Street NW, Suite 1300
Washington, DC, 2005

Dear Ms. Santiago, Mr. Crystal, and Ms. Wilson:

Thank you for your letter dated January 6, 2023, in which you shared your concerns about FEMA's approach to funding electric power restoration projects in Puerto Rico and FEMA's compliance with the National Environmental Policy Act (NEPA). As noted, in 2021 and 2022, FEMA performed Programmatic Environmental Assessments (PEA).[1] You demand FEMA prepare an Environmental Impact Statement ("EIS"), or in the alternative, supplement its NEPA analysis.

You assert FEMA's "fractured and incomplete approach" will have the effect of perpetuating Puerto Rico's reliance on fossil fuels and ongoing work will not aid Puerto Rico in transitioning to much-needed use of renewable energy. You state that with the use of renewables, Puerto Rico would be better prepared to withstand the impacts of disasters, reduce air pollution and its effect on the environment, and reduce energy costs.

FEMA, in cooperation with the Commonwealth of Puerto Rico, the U.S. Department of Energy (DOE), and U.S. Department of Housing and Urban Development (HUD), shares the goal of increasing Puerto Rico's resilience to disasters and assisting with Puerto Rico's transition to renewable energy.[2] The Commonwealth has shown its commitment to transitioning to renewable energy by passing the Puerto Rico Energy Public Policy Act of 2019 (Act 17-2019)

---

[1] Programmatic Environmental Assessment for Puerto Rico Utility Repair, Replacement, and Realignment -- Puerto Rico (finalized June 20, 2021), DR-4339-PR (2021 FEMA PEA); Programmatic Environmental Assessment for Public Facilities Infrastructure Recovery and Resiliency, Puerto Rico, FEMA-DR-4336-PR, FEMA-DR-4339-PR, & FEMA-DR-4473-PR (Finalized December2022) (2022 FEMA PEA).
[2] Memorandum of Understanding Among the U.S. Department of Energy, the U.S. Department of Homeland Security, the U.S. Department of Housing and Urban Development, and the Government of Puerto Rico (Feb. 2, 2022).

AR_0029141

JA_846

which establishes a renewable energy target of 100 percent by 2050.[3]  Among other actions, the Act requires the Puerto Rico Electric Power Authority to proactively reduce the use of fossil fuels, minimize greenhouse gas emissions, and focus on mitigation, adaptation, and resilience.[4]

Further, on February 2, 2022, consistent with the executive orders issued by President Biden addressing the impacts of climate change,[5] the U.S. Department of Homeland Security (DHS), DOE, HUD, and the Commonwealth signed a Memorandum of Understanding (MOU) to collaborate on the recovery and resilience of Puerto Rico's energy sector.  The parties to the MOU acknowledged that federally funded disaster recovery efforts in Puerto Rico need to occur in the context of long-term energy objective to "design resilient and sustainable systems that lessen the adverse consequences of future disaster events while addressing clean energy goals."

You referenced that the 2021 and 2022 FEMA PEAs are primarily intended to cover FEMA-funded actions to restore and repair Puerto Rico's existing damaged utility infrastructure.  The actions involve addressing Puerto Rico's immediate needs to provide its citizens with access to electricity and with critical services such as police protection, hospital care, and fire emergency response that depend on electricity to deliver their services.  As you also indicate, minorities and disadvantaged communities can be particularly vulnerable when the electric grid fails.

FEMA views the two PEAs as a start to a more comprehensive NEPA analysis as the energy efforts advance to address immediate and long-term critical needs regarding the Commonwealth's infrastructure.  They are part of what must be a combined effort for FEMA, its federal partners, and the Commonwealth, to both restore and strengthen Puerto Rico's utility system to withstand future disaster events. The environmental review in these PEAs is not intended to preclude a more comprehensive environmental review by FEMA or its federal partners of energy measures that Puerto Rico contemplates undertaking in the future.  FEMA acknowledges that as the Commonwealth, with the assistance of our agency and federal partners, moves forward to develop measures to address its energy needs, additional environmental review will be necessary.  FEMA will also continue to comply with NEPA throughout these efforts.

Sincerely,

Deanne Criswell
Administrator

---

[3] Puerto Rico Energy Public Policy Act of 2019 (Act 17-2019).
[4] Memorandum of Understanding among the U.S. Department of Energy, the U.S. Department of Homeland Security, the U.S. Department of Housing and Urban Development, and the Commonwealth of Puerto Rico (Feb. 2, 2022). memorandum of understanding between department of energy and puerto rico - Google Search
[5] *See e.g.*, Executive Order 13990, Protecting Public Health and the Environment and Restoring Science to Tackle the Climate Crisis, and Executive Order 14008, Tackling the Climate Crisis at Home and Abroad.

2

AR_0029142

JA_847

January 6, 2023

*via email and U.S. mail*
Deanne Criswell, Administrator
Federal Emergency Management Agency
500 C St SW,
Washington, DC 20024

David Warrington, Regional Administrator, Region 2,
Federal Emergency Management Agency
One World Trade Center
285 Fulton St,
New York, NY 10006

> Re:    Urgent Demand For Appropriate NEPA Review On FEMA's Funding
>        Towards Puerto Rico Electricity Projects

Dear Administrator Criswell and Regional Administrator Warrington:

We write to share serious concerns regarding the Federal Emergency Management Agency's (FEMA) approach to funding electric power restoration projects for communities in the Commonwealth of Puerto Rico, and in particular the agency's required compliance or duty to comply with the National Environmental Policy Act (NEPA), 42 U.S.C. § 4321, *et seq.* Because Puerto Rico's centralized fossil-fuel electricity system is dependent on long-distance transmission lines to connect generation capacity in the south with population centers in the north and throughout Puerto Rico, it is highly vulnerable to the devastating storms hitting with increasing intensity frequency. It is also heavily dependent on dirty fossil fuels, while the people of Puerto Rico have made it abundantly clear in establishing renewable energy goals that they are committed to a resilient and renewable energy future.

However, while solar and related distributed energy technologies present a perfect opportunity for FEMA to both address the weaknesses in Puerto Rico's existing electricity system while also furthering the Commonwealth's clean energy goals, ***FEMA is allocating billions of U.S. taxpayer dollars to repair the existing fossil fuel electricity system and is considering renewable technology alternatives only as a source of back-up power.***

As we discuss further below, given the integral relationship between the two separate Programmatic Environmental Assessments (PEAs) FEMA has issued on these matters pursuant to NEPA recently,[1] the agency must prepare a single Environmental Impact Statement (EIS) that meaningfully addresses the devastating environmental impacts of rebuilding and relocating the vulnerable centralized transmission and distribution (T&D) infrastructure and restoring the fossil

---

[1] *See* Programmatic Environmental Assessment Utility Repair, Replacement, and Realignment - Commonwealth of Puerto Rico, DR-4339-PR (Finalized June 2021) (2021 FEMA PEA); Programmatic Environmental Assessment for the Post-Hurricanes Irma and Maria and Increased Seismic Activity for Puerto Rico's Public Facilities Infrastructure Recovery and Resiliency, FEMA-DR-4336-PR, FEMA-DR-4339-PR& FEMA-DR-4473-PR (Finalized December 2022) (2022 FEMA PEA).

1

AR_0029401

fuel *status quo* energy system in the Commonwealth, and explores reasonable alternatives – including relying on rooftop, onsite and community-sited solar, storage, and microgrids as principal sources of electric power. At a minimum, in light of significant new circumstances and information since FEMA finalized its first PEA on rebuilding and relocating this infrastructure in the summer of 2021, *FEMA must at least supplement its NEPA analysis at this time*. 40 C.F.R. § 1502.9(d).

Given the urgency of these matters, *we ask that you respond to this letter by February 6, 2023.*

## Brief Background

In the wake of devastating storms and a brittle centralized T&D and fossil-fired power system, in summer of 2020 FEMA issued a PEA which addressed relocation and repairs to Puerto Rico's centralized power infrastructure such as power plants, transmission lines, towers, poles, distribution feeders and substations. The only substantive "alternative" to FEMA's proposed action was the possibility of on-site backup generation, including potentially renewable backup alternatives. Rejecting substantial comments urging FEMA to prepare an EIS, and to consider other alternatives beyond rebuilding the continuously failing centralized T&D and fossil-fuel system, in June 2021, FEMA determined to move forward with its plans and issued a Finding of No Significant Impact (FONSI).

Although FEMA does not appear to have made significant progress allocating funds for the projects contemplated under the 2021 FEMA PEA, in the summer of 2022 FEMA issued a second PEA that addressed, among other items, the electric power needs specific to public government facilities. The 2022 FEMA PEA focus remained on ensuring these facilities have continued access to the centralized fossil fuel power system, and alternatives were only addressed as a source of backup power during grid outages. As before, commenters urged FEMA to address meaningful alternatives and to prepare an EIS. However, on December 22, 2022 FEMA issued a FONSI on this EA and determined it would neither prepare an EIS nor consider additional alternatives.

## Discussion

A.      **NEPA Requires That FEMA Prepare A Single EIS Comprehensively Addressing Reasonable Alternatives To Restoring Electricity Service To Communities In Puerto Rico, Including By Providing Distributed Renewable Energy Technologies.**

FEMA's fractured and incomplete approach to addressing the environmental impact of, and alternatives to, providing resilient and cost-effective electricity service to communities in Puerto Rico violates NEPA. That statute requires that an agency prepare a *single* EIS to address "a group of concerted actions" that "implement a specific policy or plan," including "connected agency decisions allocating agency resources to implement a specific statutory program or executive directive." 40 C.F.R. §§ 1508.1(q)(3)(iii); 1501.9(e)(1). Because the activities addressed in the two PEAs FEMA has prepared to date all concern how to allocate FEMA

2

AR_0029402

resources to providing electric power to homes, businesses, and public facilities in Puerto Rico, these matters should be addressed in a single EIS.

That EIS must meaningfully address the environmental impacts of restoring Puerto Rico's fossil fuel infrastructure and rebuilding or relocating vulnerable centralized transmission and distribution systems. This must include air pollution and climate impacts; environmental injustice, lack of resiliency and cultural resource impacts; and species and habitat impacts. The EIS must also consider reasonable alternatives, including relying on rooftop, onsite and community-based solar, storage, microgrids and other forms of distributed renewable energy resources as a source of primary power. These alternatives offer to bring low-cost, resilient, and environmentally beneficial power to millions of homes, businesses, and public facilities. Given the substantial work that has been done demonstrating not only the viability of these alternatives, but the significant benefits they can provide as compared to the centralized fossil-fuel *status quo*, FEMA's EIS should fully address how they can be deployed to serve electricity needs in the archipelago.[2]

### B. At Minimum, FEMA Must Supplement Its NEPA Analysis In Light Of Significant New Circumstances and Information Since FEMA Finalized The 2021 FEMA PEA.

Regardless of whether FEMA prepares a single EIS on these activities, NEPA demands that FEMA prepare supplemental NEPA analysis on the matters addressed in the 2021 FEMA PEA, in light of significant new developments since that environmental review was completed. Under NEPA, after an environmental review process is complete, an agency "shall" supplement the review where "[t]here are significant new circumstances or information relevant to environmental concerns and bearing on the proposed action or its impacts." 40 C.F.R. § 1502.9(d). Here, a number of developments fit these criteria.

---

[2] *See, e.g.*, Meghan Mooney & Katy Waechter, *Puerto Rico Low-to-Moderate Income Rooftop PV and Solar Savings Potential*, National Renewable Energy Laboratory (2020), https://www.nrel.gov/docs/fy21osti/78756.pdf (Attachment (Att.) 1); Estudio de Integración de Recurso Solar Distribuido en Puerto Rico, *Sol + Techos, Cambio PR* (2021), https://cambiopr.org/solmastechos/#downloads; Ingrid M.Vila Biaggi *et al.*, *We Want Sun and We Want More:75% Distributed Renewable Generation in 15 Years in Puerto Rico is Achievable and Affordable* (2021), https://cambiopr.org/wp-content/uploads/2021/03/We-Want-Sun-and-We-Want-More-Summary-ENGLISH-03_21.pdf (Att. 2); *Puerto Rico Distributed Energy Resource Integration Study: Achieving a Renewable, Reliable, and Resilient Distributed Grid*, Telos Energy (December 2020), https://cambiopr.org/wpcontent/uploads/2021/03/PuertoRicoDistributed-Energy-Resource-Integration-Study-Telos-Energy.pdf (Att. 3); Puerto Rico Distribution Modeling, *EE Plus* (2021), https://cambiopr.org/wpcontent/uploads/2021/03/Puerto-Rico-Distribution-Modeling-EE-Plus.pdf (Att. 4); Energy Futures Group, *Puerto Rico Distributed Energy Resource Integration Study: Load, Energy Efficiency, and System Cost* (2021), https://cambiopr.org/wp-content/uploads/2021/03/Puerto-Rico-Distributed-EnergyResourceIntegration-Study-Energy-Futures-Group.pdf (Att. 5); Achievable Renewable Energy Targets ("ARET") Ch. 4 Solar Resource, https://www.uprm.edu/aret/docs/Ch_4_Solar_resource_and_solar_thermal.pdf (Att. 6); Agustín A. Irizarry Rivera *et al.*, Achievable Renewable Energy Targets ("ARET") (2008), https://bibliotecalegalambiental.files.wordpress.com/2013/12/achievable-renewable-energytargets-fo-p-r.pdf (Att. 7); Nick Grue, *et al.*, *Quantifying the Solar Energy Resource for Puerto Rico*, NREL (2021), https://www.nrel.gov/docs/fy21osti/75524.pdf. (Att. 8).

AR_0029403

*First*, during the same month the FONSI for the 2021 FEMA PEA was issued, LUMA Energy (LUMA) – a consortium of Houston-based Quanta Energy Services and Calgary-based ATCO – took over management of the archipelago's electric T&D system. Under LUMA's contract with the government of Puerto Rico, LUMA manages all of the non-generation aspects of the electrical system, including transmission, distribution, power dispatch, customer service and billing.

However, as a report from the Institute for Energy Economics and Financial Analysis (IEEFA) summarized, the transfer of control to LUMA quickly led to dramatically increased service disruptions, loss of personnel, and a lack of transparency and effective oversight.[3] Numerous additional articles have detailed the many problems with LUMA, which are ongoing.[4]

Further highlighting these concerns, in September 2022, the New York Attorney General urged federal authorities to launch an investigation to address the company's performance. Among other concerns, LUMA's Monacillo substation suffered a fire that left 900,000 customers without power; a fire at the Costa Sur power plant caused a complete outage in April, 2022; and additional widespread failures and outages have occurred.[5]

Nonetheless, in late 2022 the LUMA contract was extended, despite a long record of ongoing problems rebuilding the centralized power system and providing reliable power to critical facilities.[6] The apparent inability of the company charged with rebuilding the centralized fossil fuel power system to operate effectively seriously undermines the rationale in the 2021 FEMA PEA to spend billions of dollars to rebuild that system rather than pursue viable alternatives, and calls into question the continued validity of the 2021 FEMA PEA's assessment of the environmental impacts of the chosen alternative.

---

[3] Cathy Kunkel and Tom Sanzillo, *Puerto Rico Grid Privatization Flaws Highlighted in First Two Months of Operation*, Institute for Energy Economics and Financial Analysis, Aug. 2021, https://ieefa.org/resources/puerto-rico-grid-privatization-flaws-highlighted-first-two-months-operation (Att. 9).

[4] *E.g.*, Patricia Mazzei, *'Why Don't We Have Electricity?': Outages Plague Puerto Rico*, N.Y. Times, Nov. 10, 2021, https://www.nytimes.com/2021/10/19/us/puerto-rico-electricity-protest.html; Alexander C. Kaufman, *As Puerto Rico's Privatized Power Grid Collapses, Its Owner Eyes A Bigger Payday*, Huffpost, Oct. 21, 2022, https://www.huffpost.com/entry/puerto-rico-power-grid-luma-energy-hurricane-damage_n_6349f7cee4b08e0e6083b06c?utm_medium=email; Israel Meléndez Ayala, *¡Basta de Apagones! The Rot in Puerto Rico Runs Deeper Than Its Disastrous Power Company*, N.Y. Times, Sept. 22, 2022, https://www.nytimes.com/2022/09/22/opinion/puerto-rico-fiona-power-luma.html.

[5] *Attorney General James Calls for Investigation into Puerto Rico Energy Provider: Letter to U.S. Department of Energy, FEMA, and FERC Raises Concerns and Urges Investigation*, N.Y Attorney General's Office, Sept. 20, 2022, https://ag.ny.gov/press-release/2022/attorney-general-james-calls-investigation-puerto-rico-energy-provider.

[6] Associated Press, *Puerto Rico extends power contract amid outages, objections*, EnergyWire, Dec. 2, 2022, https://subscriber.politicopro.com/article/eenews/2022/12/02/puerto-rico-extends-power-contract-amid-outages-objections-00071651.

4

AR_0029404

JA_851

*Second*, additional research and data has further demonstrated how FEMA could rely on distributed solar and related technologies to serve electricity needs rather than pouring money into the failed and brittle centralized power system. These data seriously undermine FEMA's cursory rejection of these alternatives as commenters urged in response to the draft of the 2021 FEMA PEA.

Multiple studies have shown that Puerto Rico can make use of sprawling rooftops to site distributed renewable energy such as solar panels coupled with battery energy storage systems to meet the archipelago's energy needs. The U.S. Department of Energy ("DOE") has determined that the potential for residential rooftop solar in Puerto Rico is 20GW (20,000MW).[7] In other words, more than enough to cover Puerto Rico's entire energy demand which is less than 3000MW.

Moreover, one recent analysis shows that:

- achieving 75% distributed renewable energy generation in Puerto Rico within 15 years is feasible with minimal upgrades to the distribution system;
- equipping 100% of homes with 2.7 kW PV and 12.6 kWh battery backup could provide 2700 MW of power to the Puerto Rico grid;
- achieving 75% distributed renewable energy by 2035 would cut imported fossil fuel costs to $430 million/year (relative to recent expenditures over $1.4 billion/year) and would reduce carbon dioxide emissions by more than 70%; and
- a 75% distributed renewable energy scenario is less expensive than the current grid.[8]

Comments submitted in response to the 2022 FEMA PEA further detail many of these issues, and include numerous attachments – all of which we hereby attach and incorporate by reference.[9]

These new analyses showing the economic and technological viability of reasonable alternatives further necessitate supplemental NEPA review over the matters addressed in the 2021 FEMA PEA.[10]

---

[7] *See Puerto Rico Grid Resilience and Transitions to 100% Renewable Energy Study (PR100),* https://www.energy.gov/gdo/puerto-rico-grid-resilience-and-transitions-100-renewable-energy-study-pr100.

[8] Ingrid M Vila Biaggi, MS PE, et al, *We Want Sun and We Want More: 75% Distributed Renewable Generation in 15 Years in Puerto Rico Is Achievable and Affordable* (2021), https://cambiopr.org/wp-content/uploads/2021/03/We-Want-Sun-and-We-Want-More-Summary-ENGLISH-03_21.pdf (Att. 3); *see also, e.g.,* Ruth Santiago, *Why Biden Should Support Puerto Rico in Transition to Solar Power* (Dec. 6, 2022), https://earthjustice.org/from-the-experts/2022-december/why-biden-should-support-puerto-rico-in-transition-to-solar-power.

[9] *See* September 30, 2022 Comments on 2022 FEMA PEA (Att. 10).

[10] The Department of Energy also recently appointed a first-ever Director of Puerto Rico Grid Modernization and Recovery Team – Agustín Carbó – who is now charged with leading an interagency effort to solve the Commonwealth's electricity challenges, including by accelerating the transition to resilient renewable energy alternatives. *See DOE Selects First-Ever Director of Puerto Rico Grid Modernization and Recovery Team,* Dept of Energy, Nov. 2, 2022, https://www.energy.gov/articles/doe-selects-first-ever-director-puerto-rico-grid-modernization-and-recovery-team.

AR_0029405

JA_852

*Finally*, Puerto Rico suffered yet another devastating Hurricane just a few months ago. Although Hurricane Fiona was a relatively small Category 1 storm, it caused heavy flooding and landslides and knocked out the island's entire electric grid yet again.

Fiona is just the latest in a series of devastating storms that have repeatedly ravaged the archipelago and exposed the high vulnerability of its centralized grid. At the same time, Fiona revealed that facilities with rooftop solar *are more resilient and can maintain power during these storms.*[11]

Once again, these recent developments constitute further significant evidence concerning the relative environmental impacts of reasonable alternatives to FEMA's spending to restore power.

Any single one of these developments would be sufficient for FEMA to undertake supplemental NEPA review as significant new circumstances or information relevant to environmental concerns raised by the projects proceeding under the 2021 FEMA PEA – under which FEMA is pouring billions into rebuilding the *status quo* vulnerable centralized grid and the fossil fuel power system. However, taken together, these developments *demand* that FEMA re-open the issues considered in the 2021 FEMA PEA and reconsider both the environmental impacts of its approach, and reasonable alternatives.

## Conclusion

FEMA has an opportunity, and a responsibility, to ensure that the billions of taxpayer dollars poured into restoring electricity service to the Commonwealth of Puerto Rico is spent in a manner that provides resilient, cost-effective, and environmentally beneficial power. To fulfill these obligations, and comply with NEPA, FEMA should prepare a comprehensive EIS on its electricity-related funding for Puerto Rico that meaningfully addresses reasonable alternatives.

At bare minimum, however, FEMA must supplement the NEPA review it completed in 2021 as part of the 2021 FEMA PEA.

---

[11] Maria Gallucci, *Solar is lifeline in Puerto Rico after Hurricane Fiona knocks out power*, Canary Media, Sept. 19, 2022, https://www.canarymedia.com/articles/solar/solar-offers-lifeline-in-puerto-rico-after-fiona-knocks-out-power.

6

AR_0029406

JA_853

*Please let us know no later than February 6, 2023 whether FEMA will undertake timely supplemental NEPA review*. Unless we receive a firm commitment, within that time frame, that FEMA will promptly undertake appropriate NEPA review, we will assume the agency is unwilling to take appropriate remedial steps, and we will proceed accordingly.

Sincerely yours,

*/s/ Ruth Santiago*
Ruth Santiago
RUA No. 8589
P.O. Box 518
Salinas, Puerto Rico 00751
(787) 312-2223
rstgo2@gmail.com


*/s/ Howard M. Crystal*
Howard M. Crystal
hcrystal@biologicaldiversity.org

*/s/ Augusta C.F. Wilson*
Augusta C.F. Wilson
awilson@biologicaldiversity.org

Center for Biological Diversity
1411 K Street NW, Suite 1300
Washington, D.C., 20005
(202) 809-6926

cc (*via email*):
Jennifer Granholm, Secretary of Energy (without attachments)
Agustín Carbó, Director of Puerto Rico Grid Modernization
    and Recovery Team, Department of Energy (without attachments)
Puerto Rico Caribbean Area Office – Joint Recovery Office, fema-ehp-dr4339@fema.dhs.gov

AR_0029407

JA_854

| | |
|---|---|
| **From:** | McKee, John </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=45F9C56B50BB445B827BA39C07EB0107-MCKEE, JOHN> |
| **To:** | Bonnet, Marisol (External); Dawson, John; jose.a.cedenomaldonado@hud.gov; Speiser, Tertia; Blazek, Steven; Burns, Samantha L CIV USARMY CESAJ (USA); Austin, Mark; Benjamin, Arielle; Juan C. Perez-Bofill; Sally Z. Acevedo-Cosme; Rosie Tullos; Katie Watson; Jim Pritchard; kvenegas@cor3.pr.gov; Pdeleon@vivienda.pr.gov |
| **CC:** | Alicea Pou, Jose; Metz-Estrella, Tania; Rodriguez Lopez, Jorge; ghernandez@cor3.pr.gov; Rosenblatt, Anne; Valente, Niccolo; Gonzalez, Alberto CIV USARMY CESAJ (USA); Mahon, Donna M; Soto Santiago, Francisco; Mcdonnell, William; Ross, Portia |
| **Sent:** | 4/13/2023 12:37:41 PM |
| **Subject:** | RE: Energy PEA partner meeting |

Hi Marisol,

I hope you are well. I know you addressed your email to a different 'John' at FEMA EHP but you'll have to settle for me (Dawson is on Leave). After discussions with leaders at FEMA OEHP (HQ), FEMA EHP JRO, and my own key EHP advisors (including John Dawson), I have recently paused the proposed Energy Generation PEA for two major reasons: 1) the information we feel necessary for the informing the EA will be in the DOE's (your) forthcoming PR100 Study and; 2) currently the projects that FEMA is seeing scopes of work (SOW) proposals for, are those that do not appear to include generation. We are also not seeing SOWs coming to FEMA for renewable energy projects (although we understand other agencies might be funding renewable energy projects in Puerto Rico). If we conditions change, we will again move forward with this NEPA document.

Please let me know if you have any questions.

Regards,

John

JOHN J. McKEE
Regional Environmental Officer
U.S. Department of Homeland Security
Federal Emergency Management Agency, Region 2
Mitigation/EHP

john.mckee@fema.dhs.gov
(202) 704-7160 iPhone
-

 FEMA

**From:** Bonnet, Marisol <Marisol.Bonnet@hq.doe.gov>
**Sent:** Thursday, April 13, 2023 10:47 AM
**To:** Dawson, John <John.Dawson@fema.dhs.gov>; jose.a.cedenomaldonado@hud.gov; Speiser, Tertia <tertia.speiser@hq.doe.gov>; Blazek, Steven <steven.blazek@hq.doe.gov>; Burns, Samantha L CIV USARMY CESAJ (USA) <Samantha.L.Burns@usace.army.mil>; Austin, Mark <Austin.Mark@epa.gov>; Benjamin, Arielle <Benjamin.Arielle@epa.gov>; Juan C. Perez-Bofill <jcperez@vivienda.pr.gov>; Sally Z. Acevedo-Cosme <Sacevedo@vivienda.pr.gov>; Rosie Tullos <rosie.tullos@envrg.com>; Katie Watson <katie.watson@envrg.com>; Jim Pritchard <jim.pritchard@envrg.com>; kvenegas@cor3.pr.gov;

AR_0029687

Pdeleon@vivienda.pr.gov
**Cc:** Alicea Pou, Jose <jose.aliceapou@fema.dhs.gov>; Metz-Estrella, Tania <tania.metzestrella@fema.dhs.gov>; Rodriguez Lopez, Jorge <jorge.rodriguezlopez@fema.dhs.gov>; ghernandez@cor3.pr.gov; McKee, John <john.mckee@fema.dhs.gov>; Rosenblatt, Anne <rosenblatt.anne@epa.gov>; Valente, Niccolo <Valente.Niccolo@epa.gov>; Gonzalez, Alberto CIV USARMY CESAJ (USA) <Albert.Gonzalez@usace.army.mil>; Mahon, Donna M <Donna.M.Mahon@hud.gov>; Soto Santiago, Francisco <francisco.sotosantiago@fema.dhs.gov>
**Subject:** RE: Energy PEA partner meeting

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please select the Phish Alert Report button on the top right of your screen to report this email if it is unsolicited or suspicious in nature.

Hi John, hope you're doing well! Does FEMA have a revised timeline for the Energy PEA development and implementation?

**From:** Dawson, John <John.Dawson@fema.dhs.gov>
**Sent:** Wednesday, February 15, 2023 9:25 AM
**To:** jose.a.cedenomaldonado@hud.gov; Speiser, Tertia <tertia.speiser@hq.doe.gov>; Bonnet, Marisol <Marisol.Bonnet@hq.doe.gov>; Blazek, Steven <steven.blazek@hq.doe.gov>; Burns, Samantha L CIV USARMY CESAJ (USA) <Samantha.L.Burns@usace.army.mil>; Austin, Mark <Austin.Mark@epa.gov>; Benjamin, Arielle <Benjamin.Arielle@epa.gov>; Juan C. Perez-Bofill <jcperez@vivienda.pr.gov>; Sally Z. Acevedo-Cosme <Sacevedo@vivienda.pr.gov>; Rosie Tullos <rosie.tullos@envrg.com>; Katie Watson <katie.watson@envrg.com>; Jim Pritchard <jim.pritchard@envrg.com>; kvenegas@cor3.pr.gov; Pdeleon@vivienda.pr.gov
**Cc:** Alicea Pou, Jose <jose.aliceapou@fema.dhs.gov>; Metz-Estrella, Tania <tania.metzestrella@fema.dhs.gov>; Rodriguez Lopez, Jorge <jorge.rodriguezlopez@fema.dhs.gov>; ghernandez@cor3.pr.gov; McKee, John <john.mckee@fema.dhs.gov>; Rosenblatt, Anne <rosenblatt.anne@epa.gov>; Valente, Niccolo <Valente.Niccolo@epa.gov>; Gonzalez, Alberto CIV USARMY CESAJ (USA) <Albert.Gonzalez@usace.army.mil>; Mahon, Donna M <Donna.M.Mahon@hud.gov>; Soto Santiago, Francisco <francisco.sotosantiago@fema.dhs.gov>
**Subject:** [EXTERNAL] RE: Energy PEA partner meeting

Good morning folks,

My deepest apologies for the long absence since we had our initial call back in August. Since then, we have had Hurricane Fiona and an increase in unexpected priorities and leadership visits that have demanded our time and attention. Resulting from re-evaluating the range of recovery circumstances in the Commonwealth and additional impacts from Fiona to the energy grid, we made a decision with our headquarters to put this initiative on temporary pause. Supporting restoration and Commonwealth-desired improvements remains one of our top priorities while we explore the appropriate compliance approaches.

Regards,

JOHN DAWSON
Regional Unified Federal Review Coordinator | Region 2 | FEMA
Mobile (202) 286-1627
john.dawson@fema.dhs.gov

**From:** Dawson, John
**Sent:** Friday, August 12, 2022 1:17 PM
**To:** jose.a.cedenomaldonado@hud.gov; Speiser, Tertia <tertia.speiser@hq.doe.gov>; Bonnet, Marisol (External) <marisol.bonnet@hq.doe.gov>; Blazek, Steven <steven.blazek@hq.doe.gov>; Burns, Samantha L CIV USARMY CESAJ (USA) <Samantha.L.Burns@usace.army.mil>; Austin, Mark <Austin.Mark@epa.gov>; Benjamin, Arielle <Benjamin.Arielle@epa.gov>; Juan C. Perez-Bofill <jcperez@vivienda.pr.gov>; Sally Z. Acevedo-Cosme <Sacevedo@vivienda.pr.gov>; Rosie Tullos <rosie.tullos@envrg.com>; Katie Watson

AR_0029688

<katie.watson@envrg.com>; Jim Pritchard <jim.pritchard@envrg.com>; kvenegas@cor3.pr.gov;
Pdeleon@vivienda.pr.gov
**Cc:** Alicea Pou, Jose <jose.aliceapou@fema.dhs.gov>; Metz-Estrella, Tania <tania.metzestrella@fema.dhs.gov>;
Rodriguez Lopez, Jorge <jorge.rodriguezlopez@fema.dhs.gov>; ghernandez@cor3.pr.gov; McKee, John
<john.mckee@fema.dhs.gov>; Rosenblatt, Anne <rosenblatt.anne@epa.gov>; Valente, Niccolo
<Valente.Niccolo@epa.gov>; Gonzalez, Alberto CIV USARMY CESAJ (USA)
<Albert.Gonzalez@usace.army.mil>; Mahon, Donna M <Donna.M.Mahon@hud.gov>; Soto Santiago, Francisco
<francisco.sotosantiago@fema.dhs.gov>
**Subject:** RE: Energy PEA partner meeting

Good afternoon,

Please forgive me if you receive this twice, despite copying the emails from the meeting invitation, my previous
email seems to have missed some folks. Here are the attachments and message from my email about an hour
ago, in case I missed you.

---

Good afternoon everyone,

Thank you for joining our first group call on Friday August 5 in support of Puerto Rico's goal of a renewable energy
future and recovery from the hurricanes and earthquakes. Attached you will find several documents;
- Meeting notes
- NEPA ID Memo
- Draft talking points

We will get more material to you soon including questions for the group to think about to help us refine next steps
and where the steps fit together with what you may have going on too. Please take a look at the talking points and
the meeting notes and let us know if we made any errors in the notes or have suggestions in our messaging. We
intend to finalize these and re-distribute as PDF documents the week of August 22, 2022.

At their request, we will be following up with Kim Venegas and with Marisol Bonnet, separately, for additional
background discussion.

We look forward to this collaboration, thank you for supporting this effort!

JOHN DAWSON
Regional Unified Federal Review Coordinator | Region 2 | FEMA
Office: (212) 720-9539 | Mobile (202) 286-1627 (preferred)
john.dawson@fema.dhs.gov

Federal Emergency Management Agency
fema.gov

-----Original Appointment-----
**From:** Dawson, John
**Sent:** Monday, July 25, 2022 3:41 PM
**To:** Dawson, John; jose.a.cedenomaldonado@hud.gov; Speiser, Tertia; Bonnet, Marisol; Blazek, Steven; Burns,
Samantha L CIV USARMY CESAJ (USA); Austin, Mark; Benjamin, Arielle; Juan C. Perez-Bofill; Sally Z. Acevedo-
Cosme; Rosie Tullos; Katie Watson; Jim Pritchard; kvenegas@cor3.pr.gov; Pdeleon@vivienda.pr.gov
**Cc:** Alicea Pou, Jose; Metz-Estrella, Tania; Rodriguez Lopez, Jorge; ghernandez@cor3.pr.gov; McKee, John;
Rosenblatt, Anne; Valente, Niccolo; Gonzalez, Alberto CIV USARMY CESAJ (USA); Mahon, Donna M; Soto
Santiago, Francisco
**Subject:** Energy PEA partner meeting
**When:** Friday, August 5, 2022 1:00 PM-1:45 PM (UTC-05:00) Eastern Time (US & Canada).
**Where:** Call: 800-320-4330 PIN 586516#

Please call into FEMA's conference line; 800-320-4330 PIN 586516#

AR_0029689

Agenda:
- Brief welcome (Jorge / John McKee optional)

- General introductions (All)

- General vision (John Dawson)

    ○ FEMA guiding process from Region 2 office through scoping and then transition to Puerto Rico team

    ○ Scoping to include initial public notice and solicitation, partner coordination, and key stakeholder outreach

    ○ Draft FEMA tool, NEPA ID Memo, and function / content

- Next Steps (John Dawson)

    ○ Partner meeting, scheduling poll in progress (UFR)

    ○ Decide on partner meeting tempo

    ○ Prepare public notice and begin stakeholder outreach (FEMA Region 2 / UFR)

    ○ Identify existing resources, studies in progress, other known activities to consider (all)

    ○ Draft EA Project Plan, starting FEMA's one-year statutory time limit for EAs (FEMA Region 2)

    ○ Transition writing and process management to Puerto Rico EHP team with contractors and UFR support

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This message does not originate from a known Department of Energy email system.
Use caution if this message contains attachments, links or requests for information.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| From: | Benjamin, Arielle <Benjamin.Arielle@epa.gov> |
| --- | --- |
| To: | Dawson, John |
| CC: | Schaffer, Anne; Hector Velez; Schaffer, Anne |
| Sent: | 2/15/2023 10:13:03 AM |
| Subject: | RE: Energy PEA partner meeting |

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please select the Phish Alert Report button on the top right of your screen to report this email if it is unsolicited or suspicious in nature.

Good morning John,

Received and understood, thanks.

Arielle Benjamin

**From:** Dawson, John <John.Dawson@fema.dhs.gov>
**Sent:** Wednesday, February 15, 2023 9:25 AM
**To:** jose.a.cedenomaldonado@hud.gov; Speiser, Tertia <tertia.speiser@hq.doe.gov>; Marisol.Bonnet <Marisol.Bonnet@hq.doe.gov>; Blazek, Steven <steven.blazek@hq.doe.gov>; Burns, Samantha L CIV USARMY CESAJ (USA) <Samantha.L.Burns@usace.army.mil>; Austin, Mark <Austin.Mark@epa.gov>; Benjamin, Arielle <Benjamin.Arielle@epa.gov>; Juan C. Perez-Bofill <jcperez@vivienda.pr.gov>; Sally Z. Acevedo-Cosme <Sacevedo@vivienda.pr.gov>; Rosie Tullos <rosie.tullos@envrg.com>; Katie Watson <katie.watson@envrg.com>; Jim Pritchard <jim.pritchard@envrg.com>; kvenegas@cor3.pr.gov; Pdeleon@vivienda.pr.gov
**Cc:** Alicea Pou, Jose <Jose.AliceaPou@FEMA.dhs.gov>; Metz-Estrella, Tania <tania.metzestrella@fema.dhs.gov>; Rodriguez Lopez, Jorge <jorge.rodriguezlopez@fema.dhs.gov>; ghernandez@cor3.pr.gov; McKee, John <john.mckee@fema.dhs.gov>; Schaffer, Anne <Schaffer.Anne@epa.gov>; Valente, Niccolo <Valente.Niccolo@epa.gov>; Gonzalez, Alberto CIV USARMY CESAJ (USA) <Albert.Gonzalez@usace.army.mil>; Mahon, Donna M <Donna.M.Mahon@hud.gov>; Soto Santiago, Francisco <francisco.sotosantiago@fema.dhs.gov>
**Subject:** RE: Energy PEA partner meeting

Good morning folks,

My deepest apologies for the long absence since we had our initial call back in August. Since then, we have had Hurricane Fiona and an increase in unexpected priorities and leadership visits that have demanded our time and attention. Resulting from re-evaluating the range of recovery circumstances in the Commonwealth and additional impacts from Fiona to the energy grid, we made a decision with our headquarters to put this initiative on temporary pause. Supporting restoration and Commonwealth-desired improvements remains one of our top priorities while we explore the appropriate compliance approaches.

Regards,

JOHN DAWSON
Regional Unified Federal Review Coordinator | Region 2 | FEMA
Mobile (202) 286-1627
john.dawson@fema.dhs.gov

**From:** Dawson, John
**Sent:** Friday, August 12, 2022 1:17 PM
**To:** jose.a.cedenomaldonado@hud.gov; Speiser, Tertia <tertia.speiser@hq.doe.gov>; Bonnet, Marisol (External) <marisol.bonnet@hq.doe.gov>; Blazek, Steven <steven.blazek@hq.doe.gov>; Burns, Samantha L CIV USARMY CESAJ (USA) <Samantha.L.Burns@usace.army.mil>; Austin, Mark <Austin.Mark@epa.gov>; Benjamin, Arielle <Benjamin.Arielle@epa.gov>; Juan C. Perez-Bofill <jcperez@vivienda.pr.gov>; Sally Z. Acevedo-Cosme

<Sacevedo@vivienda.pr.gov>; Rosie Tullos <rosie.tullos@envrg.com>; Katie Watson <katie.watson@envrg.com>; Jim Pritchard <jim.pritchard@envrg.com>; kvenegas@cor3.pr.gov; Pdeleon@vivienda.pr.gov

**Cc:** Alicea Pou, Jose <jose.aliceapou@fema.dhs.gov>; Metz-Estrella, Tania <tania.metzestrella@fema.dhs.gov>; Rodriguez Lopez, Jorge <jorge.rodriguezlopez@fema.dhs.gov>; ghernandez@cor3.pr.gov; McKee, John <john.mckee@fema.dhs.gov>; Rosenblatt, Anne <rosenblatt.anne@epa.gov>; Valente, Niccolo <Valente.Niccolo@epa.gov>; Gonzalez, Alberto CIV USARMY CESAJ (USA) <Albert.Gonzalez@usace.army.mil>; Mahon, Donna M <Donna.M.Mahon@hud.gov>; Soto Santiago, Francisco <francisco.sotosantiago@fema.dhs.gov>

**Subject:** RE: Energy PEA partner meeting

Good afternoon,

Please forgive me if you receive this twice, despite copying the emails from the meeting invitation, my previous email seems to have missed some folks. Here are the attachments and message from my email about an hour ago, in case I missed you.

---

Good afternoon everyone,

Thank you for joining our first group call on Friday August 5 in support of Puerto Rico's goal of a renewable energy future and recovery from the hurricanes and earthquakes. Attached you will find several documents;
- Meeting notes
- NEPA ID Memo
- Draft talking points

We will get more material to you soon including questions for the group to think about to help us refine next steps and where the steps fit together with what you may have going on too. Please take a look at the talking points and the meeting notes and let us know if we made any errors in the notes or have suggestions in our messaging. We intend to finalize these and re-distribute as PDF documents the week of August 22, 2022.

At their request, we will be following up with Kim Venegas and with Marisol Bonnet, separately, for additional background discussion.

We look forward to this collaboration, thank you for supporting this effort!

JOHN DAWSON
Regional Unified Federal Review Coordinator | Region 2 | FEMA
Office: (212) 720-9539 | Mobile (202) 286-1627 (preferred)
john.dawson@fema.dhs.gov

Federal Emergency Management Agency
fema.gov

-----Original Appointment-----
**From:** Dawson, John
**Sent:** Monday, July 25, 2022 3:41 PM
**To:** Dawson, John; jose.a.cedenomaldonado@hud.gov; Speiser, Tertia; Bonnet, Marisol; Blazek, Steven; Burns, Samantha L CIV USARMY CESAJ (USA); Austin, Mark; Benjamin, Arielle; Juan C. Perez-Bofill; Sally Z. Acevedo-Cosme; Rosie Tullos; Katie Watson; Jim Pritchard; kvenegas@cor3.pr.gov; Pdeleon@vivienda.pr.gov
**Cc:** Alicea Pou, Jose; Metz-Estrella, Tania; Rodriguez Lopez, Jorge; ghernandez@cor3.pr.gov; McKee, John; Rosenblatt, Anne; Valente, Niccolo; Gonzalez, Alberto CIV USARMY CESAJ (USA); Mahon, Donna M; Soto Santiago, Francisco
**Subject:** Energy PEA partner meeting
**When:** Friday, August 5, 2022 1:00 PM-1:45 PM (UTC-05:00) Eastern Time (US & Canada).
**Where:** Call: 800-320-4330 PIN 586516#

AR_0029702

Please call into FEMA's conference line; 800-320-4330 PIN 586516#

Agenda:
- Brief welcome (Jorge / John McKee optional)

- General introductions (All)

- General vision (John Dawson)

    - FEMA guiding process from Region 2 office through scoping and then transition to Puerto Rico team

    - Scoping to include initial public notice and solicitation, partner coordination, and key stakeholder outreach

    - Draft FEMA tool, NEPA ID Memo, and function / content

- Next Steps (John Dawson)

    - Partner meeting, scheduling poll in progress (UFR)

    - Decide on partner meeting tempo

    - Prepare public notice and begin stakeholder outreach (FEMA Region 2 / UFR)

    - Identify existing resources, studies in progress, other known activities to consider (all)

    - Draft EA Project Plan, starting FEMA's one-year statutory time limit for EAs (FEMA Region 2)

    - Transition writing and process management to Puerto Rico EHP team with contractors and UFR support

AR_0029703

| **From:** | Dawson, John </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=BBC95F6EA2B14DE1B6994E9A62BBF3E5-DAWSON, JOH> |
|---|---|
| **To:** | McKee, John; Jim Pritchard |
| **CC:** | Katie Watson; Rosie Tullos |
| **Sent:** | 7/19/2022 9:02:04 AM |
| **Subject:** | RE: FEMA PR power kickoff |
| **Attachments:** | 20220621_PR_Energy_Intent_Memo.pdf; Energy PEA process outline.xlsx |

Good morning folks,

A brief qualifier and then some additional information. We were taking lead on the process from the region through scoping because of the multiple players and the sensitivity of this effort; so far, I am coordinating most of the current steps. I would recommend that when we meet with Jorge and Francisco, that I and our UFR Advisor in PR, Jose Alicea also participate. I think that we may have more and more current information than Jorge and Francisco at this stage and probably will until we get into more of a rhythm with all of the parties.

So far, we have shared our intent (attached memo), drafted initial invitation letters and had calls with each of the agencies to talk through the concept and address initial questions and concerns, and completed the invitation letters for signature yesterday. There are already meetings in progress through DOE for the studies they are working on and that will be integral to this effort; we attended one of their steering committee meetings last week. As of last night, we may have a spot on the August steering committee meeting to present NEPA and our concept to the DOE stakeholders. We are in progress identifying an internal federal call to bring all the players together in one call for the first time and to draft milestones and discuss early public scoping approaches; because of some partner schedules, that looks like it may extend up to mid-August. I don't foresee having an NEPA Project Plan until late fall since we are using public scoping and early stakeholder engagement to shape our plan (draft FEMA-DOE milestones attached).

There are a lot of variables at play for this, some well underway, and we are just getting them and NEPA processes into alignment. My calendar this week is relatively light, but busier than normal next week.

Regards,

JOHN DAWSON
Regional Unified Federal Review Coordinator | Region 2 | FEMA
Office: (212) 720-9539 | Mobile (202) 286-1627 (preferred)
john.dawson@fema.dhs.gov

Federal Emergency Management Agency
fema.gov

-----Original Message-----
From: McKee, John <john.mckee@fema.dhs.gov>
Sent: Tuesday, July 19, 2022 8:15 AM
To: Jim Pritchard <jim.pritchard@envrg.com>
Cc: Katie Watson <katie.watson@envrg.com>; Rosie Tullos <rosie.tullos@envrg.com>; Dawson, John <John.Dawson@fema.dhs.gov>
Subject: RE: FEMA PR power kickoff

Hi Jim,

This is just our initial meeting and NOT our Scoping Meeting that we equate to the trigger for start of the 1 year clock, correct?

I think that is best answered by Jorge Rodriguez-Lopez and his team from Puerto Rico. Jorge is the lead staff member for EHP in PR. My assumption is that you can meet this week. Meanwhile, John Dawson and some of Jorge's staff have been working together to develop the invitations for the Participating/Cooperating parties and the Department of Energy, our co-Leading Agency with FEMA. We are pushing to have the Scoping meeting soon (not this week ...but soon) as well. At a minimum, we might be able to do some introductions at our standing EA status meeting we have with the Puerto Rico EHP team on Fridays at 2:00.

Jorge or his deputy Francisco Soto will be in touch.

Regards,

John

JOHN J. McKEE
Regional Environmental Officer
U.S. Department of Homeland Security
Federal Emergency Management Agency, Region 2 Mitigation/EHP

john.mckee@fema.dhs.gov
(202) 704-7160 iPhone

-----Original Message-----
From: Jim Pritchard <jim.pritchard@envrg.com>
Sent: Monday, July 18, 2022 8:08 PM
To: McKee, John <john.mckee@fema.dhs.gov>
Cc: Katie Watson <katie.watson@envrg.com>; Rosie Tullos <rosie.tullos@envrg.com>
Subject: FEMA PR power kickoff

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please select the Phish Alert Report button on the top right of your screen to report this email if it is unsolicited or suspicious in nature.

John,
According to the award, we need to schedule and complete a kickoff meeting. Is that something we can accomplish this week?

I am working in Central America for the next couple of weeks. Katie and Rosie can arrange things on our end.

Please advise, sir.

VR

Jim Pritchard, RPA
Operations Director
ERG, LLC
Charlotte, NC
502.715.1763

AR_0029742

U.S. Department of Homeland Security
FEMA Region 2
285 Fulton Street, Suite 53
New York, NY 10007



21 June 2022

MEMORANDUM FOR RECORD

FROM:     John J. McKee
          Regional Environmental Officer
          FEMA Region 2

**JOHN J MCKEE**

Digitally signed by
JOHN J MCKEE
Date: 2022.06.21
14:54:16 -04'00'

SUBJECT:  NEPA Approach for Puerto Rico Energy Generation Projects in the Hurricanes Irma and
          Maria and earthquake disasters at the Puerto Rico Joint Recovery Office

SUMMARY:

Region 2 Environmental Planning and Historic Preservation (EHP) intends to initiate a programmatic
environmental assessment (PEA) with federal partners in support of the PR100 initiative and in advance of
Puerto Rico subrecipients submitting complex energy generation projects for review and funding. As part
of this process EHP intends to use an early public engagement strategy to inform the foundation of the PEA,
alternatives, stakeholders, and sources of data. A PEA process takes time, especially when soliciting
enhanced public engagement, and this topic has a real chance of requiring a programmatic environmental
impact statement (PEIS). The benefit of this approach is that it begins consideration of legal and regulatory
requirements early, incorporates best practices and technical support, can guide decision-makers on courses
of action, reduces potential delays in initiating projects associated with public perception or legal action,
and provides transparency and predictability to project reviews.

BACKGROUND:

Region 2 EHP began several PEAs in 2018 to anticipate types of projects that may require a greater level
of analysis under the National Environmental Policy Act (NEPA) and begin the compliance review process.
The first of these PEAs completed in late 2020 and issued for public comment was the Puerto Rico Utilities
Repair, Replacement, and Realignment PEA (a.k.a. utilities PEA).[1] This PEA was intended to facilitate
review of predominantly linear utility systems including power, communications, water, and waste water
along with restoration of critical nodes in the utility distribution network for activities that would either not
fit within a Department of Homeland Security (DHS) Categorical Exclusions (CATEX) or with uncertain
impacts. Some proposed projects with developed scopes of work for simple repair in-kind or minor
upgrades fully fit within existing CATEXs and are proceeding through that level of review.

During the public comment period, EHP received numerous comments from several sources, including a
coalition of advocacy groups fronted by EarthJustice and several congressional offices expressing the
perspective that the PEA was insufficient to meet Puerto Rico's renewable energy goals and requesting an
extension to the standard 30-day public comment period. As a result, EHP extended the comment period
an additional 30-days and began consultation with Region 2 Office of Chief Council and the Office (OCC)
of Environmental Planning and Historic Preservation (OEHP). EHP incorporated OCC and OEHP inputs,
along with addressing comments received and clarifications on the PEA, intent, and adopted the PEA as

---

[1] Environmental Assessment including Signed FONSI of June 16, 2021, Puerto Rico Utilities Repair, Replacement
and Realignment, Statewide, DR-4339-PR, Puerto Rico, August 2020 | FEMA.gov

AR_0029751

JA_864

final with a Finding of No Significant Impact (FONSI) in June 2021. So far, the PEA is being used as intended to facilitate review of project groupings for traffic light and feeder line restorations, including pole replacement and upgrades.

In February 2022, DHS with FEMA, Department of Energy (DOE), Housing and Urban Development (HUD), and the Governor's office of Puerto Rico signed a Memorandum of Understanding (MOU) affirming intent to coordinate efforts toward the goal of 100% renewable energies in Puerto Rico by 2050.[2] In the principle of Unified Federal Review (UFR), Region 2 and the JRO EHP team have been coordinating with partner agencies, identifying key stakeholders, and aligning resources to satisfy NEPA requirements. The National Renewable Energy Laboratory (NREL) launched a study exploring renewable energy options for Puerto Rico shortly after signature of the MOU.[3] Region 2 EHP attended the Mitigation Sprint with JRO EHP at which the Regional Environmental Officer laid out an approach with the partners who signed the MOU and regulatory partners to launch a PEA for energy generation[4] alternatives.[5] The presentation highlighted the variables associated with the complexity of anticipated project proposals, partnering across multiple agencies, and enhanced public engagement as they affect timelines. There is a real possibility that a PEA will not sufficiently conclude the NEPA process, requiring EHP to transition into a PEIS given the complexities of transitioning energy sources and meeting interim needs and future resiliency. Likewise, such a transformation of the energy sector may need to continue to include some amount of fossil fuel use for power generation in the interim for continuity of power while cleaner sources are brought into use.

In May 2022, Region 2 EHP and OEHP had some preliminary discussion about approaches to address persistent public perceptions and messaging farther removed from the local operation on what is unfolding on the ground. One includes bringing the White House Puerto Rico Working Group and/or the White House Environmental Justice Advisory Council together with JRO Leadership, the Interagency Recovery Coordination team, and Region 2.

STEPS FORWARD:
Region 2 and JRO UFR have been discussing with partner agencies the intent of the NEPA approach, needs, and coordination opportunities with DOE and HUD since late May and initiating the same with the U.S. Environmental Protection Agency (EPA) and U.S. Army Corps of Engineers (USACE) into June 2022. By the end of June, Region 2 intends to have letters out to these initially identified partners describing the invitation to coordinate the NEPA process, roles and responsibilities, and general expectations;
- DOE as joint-lead agency with FEMA
- HUD as either cooperating or participating agency
- EPA as participating agency
- USACE as participating agency

---

[2] Memorandum of Understanding Among The U.S. Department of Energy, The U.S. Department of Homeland Security, The U.S. Department of Housing and Urban Development And The Government of Puerto Rico Collaboration for the Recovery and Resilience of Puerto Rico's Energy Sector, MOU - DOE-DHS-HUD-Puerto Rico.pdf (energy.gov)
[3] DOE Launches Study To Consider Equitable Pathways To Power Puerto Rico With 100% Renewable Energy | News | NREL
[4] Note: Public Assistance and COR3 classifies some projects as "Generation" as part of differentiation from 'distribution' and other terms to distinguish PREPA projects from other subrecipients; EHP understands this classification to encompass projects not limited to the generation of power to also include activities at power plants.
[5] Approach presented in alignment with Chapter 3 FEMA Instruction 108-1-1 and and 40 CFR 1500-1508, fema_ehp_instructions_implementation_2018.pdf, eCFR :: 40 CFR Chapter V -- Council on Environmental Quality, respectively

NEPA Approach for Puerto Rico Energy Generation Projects

AR_0029752

Upon response from the initially identified partners to be part of this approach, Region 2 EHP intends to initiate early scoping for the PEA by reaching out to the groups that commented on the utilities PEA as well as an open public notice requesting input. This is to provide a venue for the federal family to solicit feedback and public opinion on desired outcomes, data sources, local resources, and identify if there are other key stakeholders to engage. Region 2 EHP and JRO EHP will coordinate with External Affairs, OCC, and related support for managing enhanced public outreach along with the federal partners. Region 2 EHP intends this early scoping to lead into a NEPA Project Plan to lay out the vision for the team and begin the PEA process. If the team finds during scoping or any point along the NEPA process that a PEA would be insufficient to reach a determination, the team may pause the PEA process and initiate a PEIS.

Region 2 EHP intends to oversee the effort through the scoping process and turn oversight back to the JRO EHP team once a NEPA Project Plan is signed. Should the process transition into a PEIS, then Region 2 EHP will need to engage OEHP; under the FEMA Directive, OEHP notifies DHS for further coordination. Currently, approval authority for EISs and Records of Decision rests between OEHP and DHS and is not shared with the regional offices.

*How long will this take?*
There is a regulatory time limit of no more than one calendar year from the agency decision to prepare an environmental assessment (EA); this does not include the scoping process. FEMA Region 2 interprets the decision to begin an EA begins with the REO's signature on a NEPA Project Plan. An EA or PEA requires a public comment period with very limited exception under FEMA's Instruction; likewise, an EIS or PEIS also requires the same, but has more external steps. An EIS is limited to two calendar years following publication of a Notice of Intent (NOI). Should the team and the analysis support concluding the NEPA process with a FONSI, Region 2 typically sees about two weeks to reconcile public comments, draft the FONSI, and obtain signatures. Reconciling public comments on the 2020 utilities PEA took several months due to the complexity and high-profile nature of the comments and commentors plus the associated consultation with OCC and OEHP.

- Confirming OFA involvement: approximately 30-60 days
- Scoping: depends on degree of public and stakeholder input, initial estimate is 60-90 days from initial public notice
- NEPA Project Plan: two weeks
- PEA: no more than one calendar year from signature of NEPA Project Plan
- PEA Public Comment: standard 30-days[6]
- FONSI: anticipate 30-60 days given existing level of public interest and complexity of effort
- * Publish NOI to prepare EIS in the Federal Register: unknown, OEHP, DHS, and EPA coordinate
- * PEIS process: no more than two calendar years from publication of NOI
  o Publish draft PEIS for comment period: 45-days, included within two-year limit
  o Publish final PEIS for comment period: 30-days, included within two-year limit
- Implement and proceed with funding covered projects

FEMA Region 2 is fully committed to the NEPA process with the intent promoting public awareness and input. Region 2 EHP intends to review FAASt projects to ensure that those projects exceeding CATEX thresholds are reviewed with the appropriate levels of NEPA compliance for the complexity of action. That is, Region 2 EHP in PR will continue to use the utilities PEA to address projects within its scope, intended

---

[6] FEMA Instruction 3.4.D.5

Page 3 of 4

NEPA Approach for Puerto Rico Energy Generation Projects

AR_0029753

JA_866

for primarily linear facilities like transmission lines, water and waste water lines, and related distribution appurtenances. The utilities PEA allows for backup generators for use by individual facilities during emergencies for continuity of operations, but not for utility-scale generation for commercial sale. Region 2 EHP emphasizes that projects not falling within the thresholds of a FEMA CATEX or the scope of the utilities PEA, may be delayed waiting for the completion of the Energy PEA, or potentially the Energy PEIS, if one is necessary.

POC for this document is John Dawson, R2 UFR Coordinator, at john.dawson@fema.dhs.gov, (202) 286-1627 or directly to me, John McKee, R2 REO at john.mckee@fema.dhs.gov, (202) 704-7160.

AR_0029754

JA_867

 

# We Want Sun and We Want More

75% Distributed Renewable Generation in 15 Years in Puerto Rico
Is Achievable and Affordable

*Ingrid M Vila Biaggi, MS PE, CAMBIO*
*Cathy Kunkel, IEEFA Energy Finance Analyst*
*Agustín A. Irizarry Rivera, PhD, PE*

With support from:



March 2021

AR_0029787

# We Want Sun and We Want More

## 75% Distributed Renewable Generation in 15 Years in Puerto Rico Is Achievable and Affordable

*Ingrid M Vila Biaggi, MS PE, CAMBIO; Cathy Kunkel, IEEFA Energy Finance Analyst; Agustín A. Irizarry Rivera, PhD, PE*

**March 2021**

## Executive Summary

In 2018, Queremos Sol ("We Want Sun"), a multi-sectoral coalition of Puerto Rican community, environmental and labor organizations, put forward a policy proposal for the renewable energy transformation of Puerto Rico's electrical system under a reformed public ownership model. The proposal emphasized efficiency and distributed renewable energy, particularly rooftop solar and behind-the-meter storage, as a strategy to provide resilience to households in future blackouts, to reduce the impact on agricultural and ecologically valuable lands from utility-scale renewable energy projects, and to reduce the island's dependence on imported fossil fuels and extensive transmission systems. Queremos Sol proposes a transformation that is equitable, affordable and that ensures a transition to renewables that is fair to PREPA workers.

In this report, we summarize the result of in-depth grid modeling studies completed in early 2021 to investigate specific technical aspects of the Queremos Sol proposal. Specifically, Telos Energy and EE Plus performed modeling of the Puerto Rico Electric Power Authority's generation, transmission and distribution infrastructure, using data obtained from PREPA, to analyze scenarios of increasing penetration of renewable energy, up to 75% (with over half of that from residential installations) of total electricity consumption by 2035. Energy Futures Group used these grid modeling results to estimate costs. Key results of this analysis are:

- Achieving 75% distributed renewable energy generation in 15 years is feasible with minimal upgrades to the distribution system.
- Equipping 100% of homes with 2.7 kW PV and 12.6 kWh battery backup can provide 2700 MW of power to the Puerto Rico grid, which would need to be supplemented by solar installations at commercial sites (rooftops and parking lots) to reach 75% renewable energy penetration.
- Seventy-five percent distributed renewable energy by 2035 would cut imported fossil fuel costs to $430 million/year (relative to recent expenditures over $1.4 billion/year) and reduce carbon dioxide emissions by more than 70%.
- The distributed energy scenarios demonstrate there is no need for new fossil fuel generation or conversions of existing units to natural gas. It is possible to move directly to the widespread deployment of distributed solar and storage technologies, rather than locking in decades of new natural gas infrastructure.

AR_0029788

JA_869

- Under the 75% distributed renewable energy scenario, the vast majority of PREPA's current power plants would no longer be used, included the AES coal plant, which can be retired in the next 4 years.[1]
- The 75% distributed renewable energy scenario is less expensive than the base case of PREPA's current grid.

Puerto Rico's future electric rates face significant uncertainty due to federal funding, privatization contracts and PREPA's ongoing debt restructuring. Without including legacy debt, the 50% and 75% distributed energy scenarios modelized here result in average system costs equal or less than 20 cents per kWh. The study does not assume any specific ratemaking policy. **If $9.6 billion in federal funding is used to cover necessary distribution system improvements and to invest in distributed solar and battery systems as proposed by Queremos Sol and modeled, the average system cost is less than 15 cents/kWh in 2035.** Moreover, Puerto Rico's dependency on fluctuating fossil fuel prices would be dramatically reduced providing greater stability in rates.

After the 2017 hurricanes, high-level rhetoric has emphasized transitioning to a renewable energy-based, resilient electrical system, while money has flowed to privatization, centralized generation and natural gas infrastructure. Most recently, PREPA's 10-Year Infrastructure Plan calls for spending about $10 billion in federal funds to harden PREPA's centralized transmission and distribution systems and to build out new natural gas infrastructure, with zero dollars directed towards renewable energy and storage. Decisions over the use of billions of dollars in federal funding will shape Puerto Rico's grid for decades to come.

A distributed energy future for the island is technically achievable, affordable and would provide real resiliency to Puerto Rico homes and businesses. In this report, we make the case for policy development and prioritization of federal funding to widely deploy rooftop solar and storage, coupled with energy efficiency, across Puerto Rico.

---

[1] Retirement of AES modeled follows substitution of its generation capacity with roof-top solar and PV. However, Queremos Sol's demand for immediate retirement of AES can also be attained through other operational modifications.

AR_0029789

JA_870

## Background

The future of Puerto Rico's oil-dependent, poorly maintained and bankrupt electrical system has been highly contested. In the aftermath of Hurricanes Irma and Maria in 2017, this debate received much greater attention island-wide and in the continental United States. At a high level, there has been significant recognition of the role that distributed renewable energy could play in enhancing resiliency.

Law 17-2019, Puerto Rico's Energy Public Policy Act envisions an electrical system "that empowers the consumer to be part of the energy resources portfolio through the adoption of energy efficiency strategies, demand response, the installation of distributed generators."[2]

However, in the three years since the hurricane, distributed energy resources have not played a central role in the transformation process, which continues to perpetuate a centralized generation model.

PREPA's twenty-year Integrated Resource Plan (IRP) - the long-term plan for the island's generation system approved by its regulator, the Puerto Rico Energy Bureau — is supposed to be the guiding document for investments in the generation system.[3] PREPA's IRP was based on electric generation capacity expansion modeling that evaluated the cost of adding new capacity and retiring existing capacity to arrive at the least-cost trajectory for transforming the island's generation mix. However, the capacity expansion model was not capable of simulating distribution system investments and simply assumed a certain penetration of rooftop solar resources (13% by 2035[4]). While this is common practice in integrated resource planning in the continental United States, it is an impediment to achieving the desired widespread penetration of distributed energy resources in Puerto Rico.

Additionally, despite the alleged primacy of the IRP in guiding the development of Puerto Rico's electrical system, investments in the generation system have moved forward outside of the IRP process. Notably, PREPA entered into a contract with New Fortress Energy subsidiary NFEnergía for the conversion of units 5 and 6 of the San Juan power plant to natural gas and for a five-year supply of natural gas (with possible extension up to 20 years).[5] The deal has been criticized for its lack of clarity on savings to ratepayers, for taking place outside of the IRP process, for NFE's failure to gain approval from the Federal Energy Regulatory Commission for its project, for failing to notify and consult neighboring communities, and for numerous red flags in the contracting process itself.[6]

---

[2] Act 17-2019, Article 1.5(2)(e).

[3] Act 57-2014, Article 6.23.

[4] PREPA's workpaper for the Energy System Modernization scenario (its preferred IRP scenario) in 2035 shows 1,508 GWh of customer-owned PV generation out of a total generation of 11,780 GWh. (See PREPA file "ESM_Metrics_Base_SII-mm with action plan tab" filed with the Puerto Rico Energy Bureau in Case No. CEPR-AP-2018-0001 on June 28, 2019).

[5] Gerardo E. Alvarado León, "La AEE y NFEnergía firman contrato de combustible," El Nuevo Día, March 5, 2019.

[6] Tom Sanzillo and Ingrid Vila-Biaggi, "Is Puerto Rico's Energy Future Rigged?", Institute for Energy Economics and Financial Analysis, June 2020.

AR_0029790

JA_871

Most recently, PREPA has earmarked federal funding to build new natural gas infrastructure that was rejected by the Energy Bureau in the IRP proceeding. Specifically, PREPA plans to spend over $500 million in federal funds to construct a 400 MW natural gas plant near San Juan in 2024, despite the fact that this was not approved in the IRP.[7] PREPA does not plan to spend any FEMA grid reconstruction funds on renewable energy or storage.

The laws passed by the Puerto Rico legislature since Hurricane Maria are aimed primarily at privatizing the electrical system (Law 120-2018 and Law 17-2019). These laws set up a streamlined and non-transparent process for the lease of PREPA's T&D system to a private operator and for the sale or lease of generation assets to private buyers. In the absence of clear prioritization of distributed renewable energy, this legislation has facilitated natural gas interests (like NFEnergia) pushing centralized natural gas infrastructure in Puerto Rico.

Finally, ongoing negotiations with PREPA's creditors to restructure PREPA's $9 billion in legacy debt are likely to have a material impact on future investment in the electrical system. The most recent debt restructuring agreement (RSA) seeks to recover legacy debt from a surcharge on rates for the next 47 years. The debt charge, which grows to 4.552 cents/kWh over that period, would also be applied to electricity generated by distributed solar panels installed after September 2020.[8] This structure thwarts the goal of incentivizing distributed generation on the island. As of February 2021, the RSA has not received court approval because the 2020 earthquakes and pandemic have dramatically worsened economic conditions in Puerto Rico.

In short, the transformation process post-hurricane Maria has been fraught with contradictions that, so far, have furthered more of the same: politically-driven contracting focused on centralized generation, particularly natural gas. Yet there is still much that is uncertain about the future of the power system. PREPA's proposals for new natural gas infrastructure were largely rejected by the Energy Bureau in its latest IRP, despite PREPA's ongoing attempts to circumvent the Bureau. The outcome of debt restructuring negotiations are still uncertain. The recent concession of PREPA's operations (excluding generation) to a private third-party has drawn stiff opposition. The imminent disbursement of over $10 billion in FEMA funds for the electrical system, plus the potential future disbursement of nearly $2 billion in HUD funds, will shape the grid for decades to come.[9]

## Queremos Sol Modeling Initiative

In this context, Queremos Sol ("We Want Sun"), a multi-sectoral coalition of Puerto Rican community, environmental and labor organizations, put forward a policy proposal for the renewable energy transformation of Puerto Rico's electrical system under a reformed public ownership model in 2018. Queremos Sol explicitly rejected the push for privatization of the electrical system and centered energy efficiency and distributed renewable energy in its vision.

---

[7] See: Puerto Rico Electric Power Authority, Revised 10-Year Infrastructure Plan, February 2021. And Puerto Rico Energy Bureau, Final Resolution and Order, Case No. CEPR-AP-2018-0001, August 21, 2020, paragraph 620.
[8] Definitive Restructuring Support Agreement, May 3, 2019. (See Appendix C: Recovery Plan Term Sheet).
[9] José Delgado, "FEMA aprueba cerca de $13,000 millones para reconstruir la red eléctrica y el sistema educativo," El Nuevo Día, September 18, 2020.

AR_0029791

JA_872

The vision included specific goals of 25% energy efficiency by 2035, 50% renewable energy by 2035 and 100% by 2050. Queremos Sol specifically advanced the proposal of providing 75% of homes in Puerto Rico with a minimum level of energy security, in the form of solar with battery back-up, by 2035. Queremos Sol also rejected the development of new natural gas infrastructure on the island.[10]

In this report, we present the results of modeling conducted on behalf of CAMBIO to lend more analytical detail to the Queremos Sol proposal. A key focus of this modeling was analyzing the costs and technical operations of a grid heavily based on decentralized renewable energy (rooftop solar and storage). As noted above, this type of modeling was absent from PREPA's most recent IRP. The modeling analyzed three scenarios of increasing penetration of decentralized renewable energy to find out what that would mean in terms of: (a) generation mix; (b) costs; and (c) upgrades required to maintain grid stability and reliability.

The modeling was conducted by Telos Energy and EE Plus, using data provided to CAMBIO and the Institute for Energy Economics and Financial Analysis (IEEFA) as a result of a public records request.[11] Energy Futures Group used these grid modeling results to estimate costs. The modeling evaluated four scenarios for the Puerto Rico grid in 2035: a base case scenario that projects today's grid and generation mix into 2035, and three scenarios with increasing levels of renewable energy penetration. As shown in Table 1, these scenarios meet 25, 50 and 75% of Puerto Rico's assumed 2035 electricity consumption with renewable energy and assume that 50, 75 and 100% of residential homes are equipped with 2.7 kW solar panels and 12.6 kWh battery backup, respectively.[12]

**Table 1: Summary of Renewable Energy Scenarios[13]**

| | | 25% DPV | 50% DPV | 75% DPV |
|---|---|---|---|---|
| Renewable Share | % of Total Generation | 25% | 50% | 75% |
| Resilient Homes | % of Resilient Homes | 50% | 75% | 100% |
| Distributed PV Capacity (MW)* | Residential | 1,350 | 2,025 | 2,700 |
| | Commercial | 143 | 1,212 | 2,282 |
| | Total | 1,493 | 3,237 | 4,982 |
| Distributed BESS Capacity | Power Rating (MW) | 1,178 | 1,853 | 2,528 |
| | Energy Rating (MWh) | 5,301 | 8,339 | 11,376 |
| | Duration (hrs) | 4.5 | 4.5 | 4.5 |

*Includes existing distributed PV

---

[10] For more details, see queremossolpr.com

[11] Although data used was provided by PREPA the model has been independently developed by consultants on behalf of CAMBIO and in no way represents any proposal, projection or representation of the Puerto Rico Electric Power Authority.

[12] 100% of homes refers to 1,000,000 homes that are projected to be inhabited by 2035. Multi-family units, or houses where PV installation is not possible, are assumed to be served by nearby home, community or commercial installations.

[13] Telos report, Table 1.

AR_0029792

JA_873

These scenarios were evaluated using a production cost model (PLEXOS) that optimized the use of generation resources on the grid in each scenario, according to assumptions about solar availability, fuel prices, and operations and maintenance costs for each generating unit. The full details of this analysis are found in the report of Telos Energy (hereafter "Telos report"). Telos also ran a transmission model (PSS/E) that simulated the flow of power on PREPA's transmission network in each scenario. This showed how the integration of increasing amounts of distributed renewable energy changes PREPA's traditional reliance on south-to-north transmission lines to bring power from generators in the south to population centers in the north. It also provided an opportunity to analyze the stability of the grid under increasing amounts of renewable energy systems, which do not respond to disruptions to the grid (generator or transmission outages) in the same way as traditional fossil fuel-based generators.

EE Plus used the transmission system power flow modeling output from the Telos analysis to model power flows on the distribution system using OpenDSS. EE Plus analyzed 976 feeders (89% of PREPA's distribution system mileage) to determine which distribution lines would need to be rebuilt or reconductored in order to accommodate increasing amounts of rooftop solar interconnected directly to the distribution system.

Energy Futures Group analyzed the energy efficiency measures that could be used to meet Queremos Sol's vision of 25% energy efficiency by 2035 and forecasted the 2035 island-wide electricity demand that was input into the Telos and EE Plus modeling. Energy Futures Group also modeled the total costs of each scenario, including the costs of acquiring the solar and battery storage resources.

## Modeling Results
### No New Natural Gas Infrastructure Is Needed to Achieve High Penetrations of Renewable Energy

The modeling analysis conducted here shows that it is possible to skip over natural gas as a "bridge fuel" and move directly to the widespread deployment of distributed solar and storage technologies, rather than locking in decades of new natural gas infrastructure. The modeling shows there is no need for the construction of any new natural gas infrastructure or for the conversion of existing plants to gas. In contrast, the integrated resource plan (IRP) presented by PREPA to the Energy Bureau included substantial investment in new natural gas infrastructure. Although many of these proposals were rejected by the Bureau, the Bureau did authorize PREPA to move forward with preliminary permitting activities and studies for a 300 MW natural gas plant at Palo Seco and also stated that it would consider the conversion of the AES coal plant to natural gas as part of the next IRP cycle.[14] Moreover, PREPA's 10-Year Infrastructure Plan also calls for the use of FEMA funding to build new natural gas infrastructure, although the

---

[14] Puerto Rico Energy Bureau, Final Resolution and Order, Case No. CEPR-AP-2018-0001, August 21, 2020, p. 284.

AR_0029793

JA_874

Bureau has ordered PREPA not to move forward with implementation of this initiative beyond $5 million for preliminary studies.[15]

### *The Scenarios Allow for the Retirement of the AES Coal Plant and Varying Amounts of Oil and Natural Gas Capacity*

In the modeled scenarios, increasing amounts of distributed renewable energy displace the current fossil-based generation and allow for the retirement of existing units. Telos used a weighted ranking – that included age, cost, emissions, flexibility, forced outage rate, and location – to prioritize units for retirement.

The 25% DER scenario allows for the retirement of the AES coal plant and Palo Seco units 3 & 4.[16] If pursued starting in 2021, this scenario can be attained by 2024. The 50% DER scenario allows for the additional retirement of the Aguirre steam units 1 & 2. And the 75% DER scenario allows for the additional retirement of the Aguirre combined cycle plant, for a total of 2,306 MW of conventional generation retired. This is shown in the following table:

**Table 2: Unit Retirements Under Distributed Renewable Energy Scenarios[17]**

| Case | Units Retired | Incremental Capacity (MW) | Cumulative Capacity (MW) |
|---|---|---|---|
| Base Case | Not Applicable | 0 | 0 |
| 25% DER | AES 1 & 2 and Palo Seco Steam 3 & 4 | 886 | 886 |
| 50% DER | Aguirre Steam 1 & 2 | 900 | 1,786 |
| 75% DER | Aguirre CC 1 & 2 | 520 | 2,306 |

It is worth noting that in the 75% DER scenario, the majority of the fossil generation units remaining on the system are rarely, if ever, used. As shown in the following figure, a maximum of 7 fossil generating units (out of a current total of 39) are generating power during the 75% DER scenario. A more detailed resource adequacy analysis could likely identify additional units that could be retired.

---

[15] PREPA, "Response to Resolution and Order Entered on January 25, 2021 and Request for Approval of Revised 10-Year Infrastructure Plan," Puerto Rico Energy Bureau Case No. NEPR-MI-2021-0002, February 16, 2021.
[16] Retirement of AES modeled follows substitution of its generation capacity with roof-top solar and PV. However, Queremos Sol's demand for immediate retirement of AES can also be attained through other operational modifications.
[17] Telos report, Table 2

AR_0029794

JA_875

**Figure 1: Number of Fossil Fuel Units Generating Power Per Hour of the Year in 2035[18]**



Decreased reliance on PREPA's unreliable power plants, which are a frequent cause of power outages, also provides a reliability benefit for the distributed energy scenarios.

Figure 2 shows Puerto Rico's energy generation mix under the modeled scenarios. There is no coal generation in any of the DER scenarios since the AES coal plant is retired. The natural gas- and oil-fired units (blue and light grey bars) initially increase to compensate for some of the lost coal generation, but are ultimately partially displaced by solar. In the 75% DER scenario, both oil and natural gas consumption have declined by more than 50% relative to the current grid. The San Juan 5 and 6 units were modeled as operating with fuel oil in 2035.

**Figure 2: Electricity Generation by Fuel Type in 2035[19]**



---

[18] Telos report, Figure 30
[19] Telos report, Figure 15.

AR_0029795

JA_876

The amount of renewable energy resources built out in the 75% DER scenario is comparable to the S3S2B scenario in PREPA's IRP, which was the most aggressive renewable energy scenario that PREPA analyzed for implementation over a 20-year period. The 75% DER scenario achieves 8,802 GWh of renewable energy generation, over half of which is from residential rooftop installations.[20] The S3S2B scenario presented by PREPA achieves 7,613 GWh of utility-scale renewable energy and 1,508 GWh of residential rooftop solar by 2035.[21] The key difference is that the 75% DER scenario is based on distributed resources rather than utility-scale solar generation and therefore provides a much greater level of household-level resiliency and reduced dependency on transmission.

### *The Modeled Scenarios Cut Puerto Rico's Imported Fuel Bill by Close to $600 Million per Year*

As a result of the decreased reliance on fossil fuels, Puerto Rico is able to dramatically decrease its bill for imported fossil fuels (i.e. all fossil fuels) across the modeled scenarios. Table 3 shows total operating costs (not including capital costs) for the fossil fuel units across all of the scenarios. Using modeled 2035 fuel prices from PREPA's integrated resource plan, the distributed energy scenarios save close to $600 million in fuel costs in 2035 relative to Puerto Rico's current grid. The 75% renewable energy by 2035 scenario would cut imported fossil fuel costs to $432 million/year (relative to recent expenditures over $1.4 billion/year)

**Table 3: Costs of Operating Fossil Fuel Units in Each Scenario[22]**

| Case | Base | 25% DER | 50% DER | 75% DER |
|---|---|---|---|---|
| Fuel Costs | $1,003 | $926 | $677 | $432 |
| Fixed O&M + Cap. Maint. | $255 | $198 | $151 | $130 |
| Variable O&M | $59 | $32 | $21 | $13 |
| Startup Costs | $24 | $31 | $34 | $28 |
| Total Costs | $1,341 | $1,188 | $883 | $603 |

### *Distributed Energy Scenarios Both Reduce Puerto Rico's Contribution to Climate Change and Enhance Resilience to Future Storms*

By 2035, the 75% DER scenario results in a 70% reduction in carbon dioxide emissions relative to the base case from 8.9 million tons per year to 2.6 million tons per year.[23] This is a direct result of reduced consumption of fossil fuels.

At the same time as the much greater reliance on distributed renewable energy reduces Puerto Rico's contribution to climate change, it also greatly enhances household resiliency to more severe storms. In the 75% DER scenario, all households have a 2.7 kW rooftop solar system with

---

[20] See Table 17 of Telos report.
[21] PREPA IRP workpaper "S3S2B_Metrics_Base_SII" filed with the Puerto Rico Energy Bureau in Case No. CEPR-AP-2018-0001.
[22] EFG Report, Table 12.
[23] Telos report, p. 38.

AR_0029796

JA_877

12.6 kWh battery storage to serve critical loads, providing continued access to electricity even if the transmission system is severely damaged by a hurricane.

The strategy pursued by Queremos Sol and modeled here would place Puerto Rico at the forefront of worldwide climate change mitigation objectives while adopting a cost-effecting approach to much needed adaptation, in order to reduce vulnerabilities.

### *Increased Reliance on Distributed Renewable Energy Dramatically Reduces Reliance on South-To-North Transmission*

One of the vulnerabilities of Puerto Rico's current grid configuration, which was dramatically exposed by hurricane Maria, is its over-reliance on south-to-north transmission because the majority of the power plants are located in the south and the main population center (the San Juan metropolitan area) is in the north. This is shown in Figure 3, where the black bars (the current grid configuration) show large net power flows out of the two Ponce transmission zones located along the south coast.

In the modeled scenarios, solar is distributed evenly across the island's eight transmission zones, roughly proportional to population within each zone. As a result of the location of more power generation in the north, power imports decline across all of the northern transmission zones (Arecibo, Bayamon, Carolina, and San Juan). Power export declines dramatically out of the eastern Ponce zone ("PONCE ES") because of the retirement of the AES coal plant in all DER scenarios. Power export actually increases out of the western Ponce zone ("PONCE OE") to compensate for the AES retirement in the 25% DER scenario, but then power exports decrease as more distributed solar is integrated to the grid.[24]

**Figure 3: Net Annual Flow of Power Out of Each Transmission Zone[25]**



---

[24] Telos report, pp. 40-41.
[25] Telos report, Figure 22.

AR_0029797

JA_878

### Energy Efficiency Programs Can Be Scaled to Meet 25% of Puerto Rico's Demand by 2035

Energy Futures Group identified several areas where energy efficiency programs could be scaled to meet the goal of meeting 25% of projected 2035 electricity demand through energy efficiency. However, EFG's projection of 2035 sales does not depend entirely on specific energy efficiency programs. Efficiency gains are a combination of: natural energy efficiency (savings that occur without additional policy intervention through the tightening of appliance energy efficiency standards); energy efficiency programs administered by the utility; and the conversion of 70% of residential electric water heaters to solar water heaters.[26] Utility-sponsored energy efficiency programs include incentive programs to improve the efficiency of residential lighting, residential air conditioning, commercial lighting, commercial refrigeration, commercial lighting controls and more.[27]

### Operational Changes to Achieving 75% Renewable Energy Grid by 2035 Can Be Addressed

One of the critical results of the Telos study is that achieving high levels of distributed renewable energy penetration (75%) on the Puerto Rican grid is technically feasible by 2035. Solar is different from traditional power plant generation in that it is only available when the sun is shining. The addition of batteries allows solar power to be stored for use to meet electricity demand at other times. But even so, solar plus battery storage at high levels of penetration changes grid operations. The Telos study explored these changes at length, modeling how a grid with increasing amounts of distributed renewable energy would respond to different disruptive events like a generator outage or a transmission line fault. The study identified mitigation options, including introducing Fast Frequency Response (FFR), synchronous condensers, and grid forming inverters, to result in a reliable grid with 75% renewable energy penetration by 2035.

### Little Investment in the Distribution System Is Required to Achieve High Levels of Renewable Energy Penetration; No Investment Required in Transmission

The EE Plus study modeled 89% of the distribution system including Vieques and Culebra. It identified distribution feeder lines that would need to be rebuilt or reconductored in order to avoid overheating of lines and equipment, and to maintain voltages within the needed range, in the distribution system as a result of integrating renewable energy generation at the distribution level. In the 75% DER penetration scenario, this analysis found that 4,504 miles of distribution lines would need to be reconductored or rebuilt (about 14% of the total line-miles

---

[26] EFG Report, p. 7-8.

[27] The baseline load forecast assumed for modeling is slightly higher than what PREPA assumed in its integrated resource plan. This modeling assumed, before accounting for energy efficiency, 0% growth in sales by 2035, whereas the IRP modeled a 4% decline in sales by 2038. (Puerto Rico Energy Bureau, Final Resolution and Order, Case No. CEPR-AP-2018-0001, August 21, 2020, p. 47).

AR_0029798

JA_879

of Puerto Rico's distribution system), and 149 MVA of transformers upgraded.[28] The cost of these upgrades are estimated in Table 4.

Table 4: Cost of Distribution System Upgrades in 75% DER Scenario[29]

| Scenario | Transformer Upgrade Cost | Line Reconductor Cost | Line Rebuild Cost | Total Cost |
|---|---|---|---|---|
| Base | $0 | $41,141,424 | $243,592,659 | $284,734,084 |
| 25% DER | $0 | $77,545,581 | $455,887,200 | $533,432,781 |
| 50% DER | $2,410,800 | $76,269,071 | $516,119,531 | $594,799,403 |
| 75% DER | $7,330,800 | $97,837,352 | $546,739,997 | $651,908,149 |

Two factors contribute to the relatively low level of distribution system improvements needed to integrate this high level of distributed generation. One is the fact that highly distributed, rooftop systems allow for a large amount of generation to be consumed on site, minimizing use of the distribution system. The second is the coordinated deployment of rooftop solar with battery storage, which helps to minimize impact on system voltage.[30]

No additional upgrades to the transmission system were identified in the Telos study for integration of renewables.

These levels of transmission and distribution system investment are much lower than proposed by PREPA in its most recent integrated resource plan. PREPA's IRP devoted more than $5 billion to its minigrid concept. Beyond this, the IRP included over $3 billion for hardening of existing infrastructure and bringing it up to standards. Because we lacked data on the current condition of distribution system assets, the EE Plus study does not include costs to bring this infrastructure up to standard. It may be that at least some of the $3+ billion in upgrades and urgent improvements of existing transmission and distribution system infrastructure are needed. Even with such costs included, transmission and distribution system capital investments would still be over $5 billion less than proposed by PREPA in its IRP.

---

[28] EE Plus report, p. 22.
[29] EFG report, Table 10.
[30] EE Plus report, p. 5.

AR_0029799

JA_880

**Figure 4: Total Transmission & Distribution System Capital Costs[31]**



***Investment in Solar and Storage Required to Achieve High Penetrations of Distribution Renewable Energy Is Comparable To Generation System Investment Proposed by PREPA for a Centralized System***

Even though the high distributed energy scenarios require significant capital investment in PV and battery storage technologies, total capital costs in those scenarios are still comparable with capital investment in new generation proposed by PREPA in its IRP. Figure 4 compares the total amount of generation system capital investment in each DER scenario to PREPA's preferred scenario in its IRP. Note that PREPA's IRP did not include the cost of the 848 MW of distributed solar that it assumed customers would install; adding that cost would raise the cost of the IRP scenario by roughly $1 billion to over $7.5 billion.

On the other hand, as mentioned earlier there is a dramatic difference in investment proposed for distribution and transmission by PREPA and the investment required in the 75% scenario. When adding all components (generation, transmission & distribution), Figure 6 shows that even the 75% scenario of distributed renewable generation is over $5 billion less than PREPA's preferred IRP scenario.

---

[31] EFG Report, Figure 14.

AR_0029800

JA_881

**Figure 5: Total Generation System Capital Costs, 2020-2035[32]**





**Figure 6: Total Capital Costs[33]**

## *Overall 2035 Costs Are Lower in the 75% DER Scenario*

Figure 7 shows the total costs of the scenarios in 2035, including both operational costs and the annualized cost of solar and battery storage systems. The base case includes no capital costs for

---

[32] Source: EFG Report, Figure 12.
[33] Fuente, Informe EFG

AR_0029801

JA_882

new generation which represents a conservative approach. Capital costs are modeled assuming a 6.5% cost of capital, an estimate that assumes that PREPA is responsible for financing of solar and battery storage systems.[34] The figure also includes a carbon cost to take into account the climate change damage caused by burning fossil fuels. Including carbon costs, all of the DER scenarios are progressively less expensive than the base case. Even without the carbon cost, and without capital costs for new generation in the base case, the 75% DER cost scenario is slightly less expensive than the base case, as increasing capital costs are balanced by declining fuel import costs.

**Figure 7: Total System Costs (Millions of 2020$) in 2035[35]**



## Impact on Electric Rates

To evaluate the affordability of these scenarios, we derived an estimate of the electric rate in each DER scenario in 2035. Generation costs shown in Figure 8 include thermal unit operational costs and the annualized capital costs for PV and storage, assuming that PREPA finances the installation of these systems.[36] Non-generation costs are based on PREPA's certified FY 2021 budget, but excluding costs related to the privatization of the system and to PREPA's bankruptcy process, under the assumptions that PREPA remains a public utility and emerges from bankruptcy well before 2035.[37] The non-generation system costs also include the

---

[34] PREPA's most recent long-term debt issuances prior to bankruptcy had interest rates in the 5-7% range. EFG modelled financing costs using a value that was conservatively high compared to the interest rates faced by other public power utilities.

[35] EFG Report, Figure 6.

[36] Our analysis assumes that PREPA customers in 2035 are paying the debt service on prior years' installations. As a sensitivity, we analyzed the impact on rates if PREPA finances these installations at 8.5%, not 6.5%. In that case, the cost of the 75% DER scenario only increases by about 1 cent to 21.1 cents/kWh.

[37] Specifically, our non-generation cost estimate is derived from PREPA's FY 2021 Certified Budget. Labor costs were adjusted based on the ratio of non-generation to total employees. Generation maintenance expenses as well as line

AR_0029802

JA_883

annualized cost of financing the distribution system capital upgrades identified in the EE Plus study. We further include a scenario in which Puerto Rico is able to direct $9 billion in grid reconstruction funding towards distributed energy resources and $650 million to distribution system upgrades to achieve the 75% DER scenario.[38] We arrive at total system costs at or below 20 cents per kWh in the 50% and 75% DER scenarios, and below 15 cents/kWh in the scenario with federal funding. It is worth noting that 20 cents per kWh is the rate set as desirable target in PREPA's Fiscal Plans and defined in the Preamble of Law 17-2019.

**Figure 8: Average Costs in 2035 per kWh (in 2020 dollars)**



These scenarios compare favorably with recent PREPA rates, shown in the black bar in Figure 7. We emphasize that electric rates in the DER scenarios will be much less subject to fuel price volatility than current rates.

It is worth highlighting that the scenarios evaluated for modeling were never cost-optimized. That is, the scenarios were developed to explore the operation of the Puerto Rico grid at pre-defined high levels of distributed renewable energy penetration, with renewable energy and household resiliency goals in mind. They were not developed to minimize total system cost (and decisions about which units to retire included factors such as emissions rates, age, flexibility and location, in addition to cost). Therefore, it is particularly significant that we find that the high-penetration DER scenarios are affordable, as defined by Law 17-2019.

---

items for "PREPA Restructuring & Title III," "FOMB Advisor Costs allocated to PREPA", "P3 Authority Transaction Costs" and "T&D Operator Costs" were also excluded. Finally, we included an estimate of energy efficiency program costs based on PREPA's IRP modeling.

[38] This assumption takes into account $1.9 billion in forthcoming HUD funding for grid reconstruction work, an existing allocation of $850 million in FEMA 404 funding for natural gas plants that could be repurposed and the fact that PREPA has proposed to spend $8.4 billion in FEMA 428 funding on its transmission and distribution systems despite only receiving Energy Bureau approval to spend about $2 billion over the next 5 years.

AR_0029803

JA_884

It is also important to note that the non-generation costs in the above figure do not reflect any costs related to PREPA's legacy debt or its underfunded pension liability. The May 2019 PREPA Restructuring Support Agreement would impose a surcharge on electric rates of 2.6 cents/kWh in 2035,[39] which would push rates above 20 cents/kWh in all but the last of the scenarios show in Figure 7, without any provision for PREPA's pension liability.

Finally, we highlight that Figure 8 reflects average cost of the system; no specific ratemaking policy is assumed. The cost of residential and commercial rooftop solar and battery installations will decline over time, and it should be a goal of public policy to ensure that rates for all customers are just and reasonable. This would require decisions about how to allocate subsidies across income levels to ensure an equitable transition in which low-income households are able to participate in energy resiliency solutions.

## Achieving the Queremos Sol Scenario

The Queremos Sol high penetration scenario (75% distributed renewable energy by 2035) is the most cost-effective strategy modeled thus far for PREPA to achieve RPS goals, mitigate risks due to grid failure, lower $CO_2$ emissions and attain reasonable and more stable rates. PREPA's current path will not achieve these goals or the DER scenarios proposed by 2035. PREPA has been ordered by the Energy Bureau to procure a large amount of renewable energy and storage over the next several years (3750 MW of solar by 2023), but the focus is not on rooftop solar systems.

If PREPA were to aim specifically for a higher penetration of distributed renewable energy, it could implement an on-bill financing program in which customers could install solar and battery systems and pay back their investment through their electric bills. PREPA could directly offer the systems to customers, using PREPA employees and a network of local contractors, as needed, to perform the installations. A well-designed program should make use of community partners to market the program to households. If it is a requirement of federal funding that PREPA retain ownership of the systems, PREPA could lease the systems to customers.

It is clear that federal funds present a unique opportunity to lower overall systems costs while implementing DER scenarios modeled. In light of the experience of Hurricane Maria, there is a clear case to be made that siting generation at points of consumption (rather than relying on long-distance transmission) and enabling households to become self-sufficient in energy production will save lives in future severe storms. Significant federal funding is available (around $12 billion)[40], although thus far PREPA has proposed to use those funds towards rebuilding a centralized generation system reliant on fossil fuels.[41] In contrast, $9-$10 billion in federal funding could be deployed towards implementing high DER scenarios that would result

---

[39] The Restructuring Support Agreement provides for 3.76 cents/kWh in FY 2035, which we have converted to 2020 dollars for consistency with Figure 6.
[40] Including FEMA 404 and 428 funds, and HUD CDBG funds
[41] PREPA currently proposes to spend over $800 million in FEMA 404 funds for a new natural gas plant near San Juan and new peaker generation. PREPA has also proposed to spend $8.4 billion in FEMA 428 funds on upgrades to its transmission and distribution systems.

AR_0029804

JA_885

in real resiliency, e.g. through deployment of rooftop PV and storage to serve critical loads. This level of funding leaves $2-$3 billion of federal funds available to address upgrades that require urgent attention at the transmission and distribution level.

Other jurisdictions provide examples of policies that have successfully achieved higher levels of distributed renewable energy penetration than PREPA is currently seeking to achieve. For example, more than 21% of households in Australia have rooftop solar installations.[42] Initially, feed-in tariffs helped drive the market for rooftop solar, but they have now been phased out. Rebates are still available to cover roughly one-third of upfront costs.[43] High electric rates (above US $0.20/kWh) have helped make rooftop solar an economic choice for households. Hawaii has achieved even higher penetrations of rooftop solar, with one-third of homes on the island of Oahu having rooftop solar.[44] With the highest electric rates in the United States, rooftop solar makes economic sense in Hawaii and has also been driven by supportive policies to compensate homeowners for power exported to the grid.[45]

Additionally, achieving the Queremos Sol scenario also requires significant investment in energy efficiency, which PREPA has already been ordered to do by the Energy Bureau.[46] There are many examples in the United States of ratepayer funded energy efficiency programs to achieve the levels of energy savings described in the EFG study. Such programs offer financial incentives to customers to install more efficient lighting, refrigeration, air conditioning, and other products, as well as solar hot water heaters, to encourage the adoption of efficient technologies. Although such programs cost money and are funded through electric rates, they ultimately save money for all customers because they are cheaper than the cost of investing in new generation. An important first step would be to conduct an energy efficiency potential study to inform the design of cost-effective energy efficiency programs.

## Areas for Future Work

The modeling conducted for this study reveals several opportunities for future work:

- The Telos study was conservative in its decisions about which existing power plants could be retired. A more detailed study of resource adequacy would show which additional units would be candidates for retirement or conversion to synchronous condensers.
- Both the Telos and EE Plus studies recommended additional studies and modeling tools to evaluate other options for grid stability at the 75% DER scenario.

---

[42] Australian Department of Industry, Science, Energy and Resources, "Solar PV and Batteries," https://www.energy.gov.au/households/solar-pv-and-batteries, last accessed January 26, 2021.
[43] Jason Deign, "What the U.S. can learn from Australia's roaring rooftop solar market," Greentech Media, August 3, 2020.
[44] Hawaiian Electric, "2019 saw 21% jump in solar generation capacity," January 17, 2020.
[45] Hawaiian Electric, "Private Rooftop Solar," last accessed January 26, 2021.
[46] The Energy Bureau ordered PREPA to "Support all necessary steps to establish EE programs at 2%/year savings including quick-start programs." (Puerto Rico Energy Bureau, Final Resolution and Order, Case No. CEPR-AP-2018-0001, August 21, 2020, p. 283.)

AR_0029805

JA_886

- A residential appliance saturation study, and a similar study to determine baseline commercial energy consumption, should be undertaken to better understand current energy consumption. This would inform the design of effective energy efficiency programs to achieve the desired savings.[47]
- Additional avenues for future study are outlined in Section 10 of the Telos report.

In addition to technical modeling needs, more work must be done to identify workforce development and training needs and to identify possible sources of federal funding to support worker training. Additional investigation is also needed to develop a plan for recycling of PV and battery systems at the end of their useful lives.

## Conclusions

In 2018, Queremos Sol put forth a vision of Puerto Rico's electrical system based on efficiency and decentralized, renewable energy. The modeling summarized in this report has shown that achieving 75% distributed renewable energy in 2035, with 100% of households equipped with solar and battery storage to address critical loads, is both technically and economically feasible. This scenario would result in a grid that is far less dependent on long-distance south-to-north transmission, that does not rely extensively on imported fossil fuels and that does not lock Puerto Rico into new natural gas infrastructure. Achieving this scenario will require a change of course in policy to truly prioritize rooftop solar and storage systems. Puerto Rico has a historic opportunity to use billions of dollars of federal grid reconstruction funding to redesign an electrical grid to promote real resiliency, an opportunity which is unlikely to come again.

---

[47] EFG report, p. 8.

AR_0029806

JA_887

# About the Authors

## Ingrid M. Vila-Biaggi

Ingrid M. Vila-Biaggi is co-founder and President of CAMBIO, a non-profit organization based in Puerto Rico that designs, promotes and implements sustainable policies and practices. She has held several government positions, including Chief of Staff for the Commonwealth of Puerto Rico where she oversaw policy development and implementation of over 100 agencies and corporations and served as liaison to the Puerto Rico White House Task Force. She collaborates and coordinates Queremos Sol, an alliance of environmental, labor, community groups and energy experts, aimed at transforming Puerto Rico's energy sector, establishing a 100% clean renewable path. She also works with the Caño Martín Peña communities as Urban Waters Ambassador. Vila-Biaggi is a former Open Society Leadership in Government Fellow and recently joined the Institute for Energy Economics and Financial Analysis' Board. Vila-Biaggi has a bachelor's degree in Civil and Environmental Engineering from Cornell University and a master's degree in Environmental Engineering from Stanford University.

## Cathy Kunkel

Cathy Kunkel, an Energy Finance Analyst at the Institute for Energy Economics and Financial Analysis, has written reports and given expert testimony on the finances of Appalachian natural gas pipelines and drilling; electric utility mergers, rates and resource planning; energy efficiency; and Puerto Rico's electrical system. She has degrees in physics from Princeton and Cambridge.

## Agustín Alexi Irizarry-Rivera

Agustín Alexi Irizarry-Rivera is a professor in the Electrical and Computer Engineering Department at the University of Puerto Rico Mayagüez. Dr. Irizarry-Rivera conducts research on renewable energy and how to adapt the existing power grid to add more renewable resources to our energy portfolio. He has served as a consultant on renewable energy and energy efficiency projects to Puerto Rico government agencies, municipalities, private developers and consulting firms in and outside Puerto Rico. He is author or coauthor of over 50 refereed publications including two book chapters. Dr. Irizarry-Rivera served as one of the first elected consumer representatives on the Board of Directors of the Puerto Rico Electric Power Authority (PREPA) from 2012 to 2014, including serving as vice-president of the Board. Dr. Irizarry-Rivera obtained his bachelor's degree at the University of Puerto Rico Mayagüez (1988), masters at University of Michigan, Ann Arbor (1990) and Ph.D. at Iowa State University, Ames (1996), all in electrical engineering.

AR_0029807

JA_888



# PUERTO RICO DISTRIBUTED ENERGY RESOURCE INTEGRATION STUDY

*Load, Energy Efficiency, and System Cost*

FEBRUARY 2021

ENERGY FUTURES GROUP

AR_0029934

# *Puerto Rico Distributed Energy Resource Integration Study – Load, Energy Efficiency, and System Cost*

## Achieving a Renewable, Reliable, and Resilient Distributed Grid










## Contact Information

Anna Sommer
Principal
Energy Futures Group
315-386-3834
asommer@energyfuturesgroup.com

AR_0029935

## Acknowledgements

This report would not have been possible without the thoughtful guidance and advice of Agustín Irizarry Rivera, Professor of Electrical and Computer Engineering at the University of Puerto Rico – Mayagüez and Ingrid Vila Biaggi, President of CAMBIO. We also extend our appreciation to Jose Humberto Román Morales who lent us his expertise in the development of distributed solar and battery projects in Puerto Rico. Any remaining errors and omissions are the sole responsibility of Energy Futures Group.

## Disclaimer

This model has been independently developed by CAMBIO, PR Inc in collaboration with IEEFA and consultants and in no way represents any proposal, projection or representation of the Puerto Rico Electric Power Authority.

AR_0029936

JA_891

## Table of Contents

1. Executive Summary .................................................................................................. 1

2. Putting the CAMBIO Study in Context ...................................................................... 3

3. Load and Energy Efficiency ...................................................................................... 6

4. New Resource Pricing .............................................................................................. 9

    4.1. Residential and Commercial Solar (PV) ........................................................... 10

    4.2. Battery Energy Storage System (BESS) ........................................................... 13

    4.3. Transmission System ....................................................................................... 14

    4.4. Distribution System ......................................................................................... 14

    4.5. Existing Thermal Generation ........................................................................... 16

    4.6. Carbon .............................................................................................................. 17

5. Scenario Cost Results ............................................................................................... 17

    5.1. Solar (PV) ......................................................................................................... 18

    5.2. BESS ................................................................................................................. 18

    5.3. Distribution System ......................................................................................... 18

    5.4. Thermal Operating Costs ................................................................................. 19

    5.5. Carbon Costs .................................................................................................... 20

    5.6. Total Costs ........................................................................................................ 20

6. Sensitivity Results .................................................................................................... 23

7. Comparison to 2019 PREPA IRP ................................................................................ 25

8. Opportunities to Lower Total System Costs ............................................................. 27

9. Conclusions .............................................................................................................. 29

AR_0029937

## Table of Tables

Table 1: Installed PV Price Estimates (2020 $/kW DC) ................................................................. 12
Table 2. Trajectory of Cumulative Solar Installations by Scenario (MW_AC) ............................. 12
Table 3. Distribution Systems Mitigations Needed in Base Scenario ...................................... 15
Table 4. Distribution Systems Mitigations Needed in 75% DER Scenario................................ 15
Table 5. Per Unit Distribution Mitigation Costs ....................................................................... 16
Table 6: Thermal FOM and CAPEX Representative Values (2020$/kw-yr) .............................. 17
Table 7: Price of Carbon Emissions ......................................................................................... 17
Table 8: PV Cost Results (Millions of 2020$) .......................................................................... 18
Table 9: BESS Cost Results (Millions of 2020$) ...................................................................... 18
Table 10. Distribution Mitigation Costs by Scenario and Mitigation (2020$)........................... 19
Table 11: Thermal Costs in 2035 (Millions of 2020$) ............................................................. 19
Table 12: Thermal Generation Costs at Mod. Prices (Millions of 2020$/yr) ........................... 20
Table 13: CO_2 Emissions Cost (Millions of 2020 $/yr) ........................................................... 20
Table 14: Total Cost Results at 6.5% Discount Rate (Millions of 2020 $/yr) ........................... 20
Table 15: Total Cost Results at 3.99% Discount Rate (Millions of 2020 $/yr) ......................... 20

## Table of Figures

Figure 1: Total Operating & Carrying Costs at 6.5% (Millions of 2020$) .................................... 2
Figure 2. Total Operating and Carrying Costs at 3.99% (Millions of 2020$) .............................. 2
Figure 3. Flow Chart of EFG's Process to Develop a 2035 Load Projection ............................... 9
Figure 4: PV Weighted Price Cases, 75% DER (Nominal $/kW DC)........................................... 13
Figure 5: Battery-Only Price Cases (Nominal $/kWh AC) ......................................................... 14
Figure 6: Total Operating & Carrying Costs with Moderate Prices at 6.5% (Millions of 2020$) 21
Figure 7. Total Operating & Carrying Costs with Advanced Prices at 6.5% (Millions of 2020$) 22
Figure 8. Total Operating and Carrying Costs with Moderate Prices at 3.99% (Millions of
2020$) ...................................................................................................................................... 22
Figure 9. Total Operating and Carrying Costs with Advance Prices at 3.99% (Millions of 2020$)
.................................................................................................................................................. 23
Figure 10. Total Operating & Carrying Costs Under Grid Stability Sensitivity (Millions 2020$) 24
Figure 11. Total Operating & Carrying Costs Under AES Accelerated Retirement Sensitivity
(Millions 2020$)........................................................................................................................ 25
Figure 12. Total Capital Investment, 2020 – 2035.................................................................... 26
Figure 13. Total Generation Investment, 2020 – 2035 ............................................................ 26
Figure 14. Total Transmission and Distribution Investment ..................................................... 27
Figure 15. Breakdown of Residential Solar Cost Components .................................................. 28

JA_893

# 1. Executive Summary

In October 2018, Queremos Sol – a multisector group advocating for self-sufficient and sustainable energy - released a report entitled, "Queremos Sol: Sostenible, Local, Limpio."[1] In the report, Queremos Sol set an ambitious goal to achieve a Renewable Portfolio Standard (RPS) of 50% by 2035 and 100% by 2050, and an Energy Efficiency and Conservation Policy Objective of 25% by 2035. In addition, it advocated for a clear public policy for the following:

- Efficiency, conservation, and demand management.

- Renewable distributed generation based on rooftop solar and storage

- Accelerated elimination of fossil fuels.

At the request of CAMBIO and the Institute for Energy Economics and Financial Analysis (IEEFA), Energy Futures Group ("EFG") collaborated with consulting firms Telos Energy ("Telos") and EE Plus to conduct an analysis of the feasibility, operability, and cost of achieving two energy goals related to the Queremos Sol proposal. Specifically, this collaborative effort sought to examine the operational and cost impacts of achieving a 25%, 50%, and 75% RPS target with two, primary tools:[2]

- Ensuring 50%, 75%, and 100% of homes in Puerto Rico are "resilient" to hurricanes. Resiliency was defined as each home having, on average, 2.7 kW of solar and 12.6 kWh of battery backup; and
- Achieving a 25% reduction in island-wide energy consumption by 2035.

These scenarios provide a pathway to meet and exceed the Queremos Sol 2035 RPS objectives and put the system on a trajectory to achieve 100% clean energy by 2050. The study participants also constructed, for comparison purposes, a Base Case of the system as it exists today.

The analysis of the DER and energy efficiency goals involved a coordinated, detailed, and unique combination of modeling simulations looking at the dispatch of Puerto Rico's fleet of generators under these differing scenarios and the operation of the distribution and transmission lines under that dispatch. EFG's role was to develop the load and energy efficiency assumptions and then bring together data from all the simulations into a total system cost. (Collectively, we call these analyses the "CAMBIO Study".) The dispatch and power flow modeling is detailed in Telos Energy's report, while EE Plus's report discusses the distribution system simulations.

---

[1] Queremos Sol, https://www.queremossolpr.com/
[2] Distributed solar with battery storage and energy efficiency were the primary distributed energy resources (DER) deployed in the study scenarios.

1

JA_894

Under a discount rate similar to PREPA's cost to raise debt before it filed for bankruptcy, all DER scenarios are cheaper than a business-as-usual case (Base Case) as shown in Figure 1.

**Figure 1: Total Operating & Carrying Costs at 6.5% (Millions of 2020$)**



If we assume that these scenarios should be judged using a discount rate that is more indicative of an individual ratepayer's personal financing rate for a rooftop solar and battery storage system, then all DER scenarios become even lower cost relative to the Base Case (Figure 2).

**Figure 2. Total Operating and Carrying Costs at 3.99% (Millions of 2020$)**



2

AR_0029940

It is important to note that the Base Case assumes Puerto Rico's electric grid continues largely as it stood in 2020. There are no additional distributed renewables or natural gas nor any maintenance upgrades of the existing fleet. Because the DER scenarios, with increasing penetration, decreasingly rely upon PREPA's current thermal fleet there is a reliability benefit (in addition to a resiliency benefit) to the DER scenarios that is not quantified or monetized. We largely do not capture that concern in this study because we have no meaningful method to assess this value despite its very real nature. However, the DER scenarios indubitably provide more reliability because they would allow between 500,000 and 1 million households the ability to meet their critical loads even after a critical event such as a hurricane.

## 2. Putting the CAMBIO Study in Context

The Puerto Rico Electric Power Authority ("PREPA") is responsible for electricity generation, power distribution, and power transmission in Puerto Rico. The design of Puerto Rico's electrical grid, as is typical of most systems, has been a centralized approach that includes large fossil fuel power plants that rely on long transmission lines to bring power from the generators located in the southern portion of the island to the load centers located in northern Puerto Rico. Relying on large-scale generators to supply power to residents makes Puerto Rico's grid vulnerable to wide scale power outages from natural disaster and other events. Exacerbating the vulnerability of the electrical grid in Puerto Rico is PREPA's history of mismanagement and lack of investment in necessary infrastructure.

The destruction wrought by Hurricanes Irma and María brought attention to the important role that a decentralized electrical grid could play in providing resiliency in the face of natural disasters. Following hurricanes Irma and then Maria in 2017, 25% of the transmission towers and 40% of the 334 substations were damaged, which left millions of Puerto Ricans without power for a significant period of time.[3] While most of PREPA's generation assets were not damaged from the hurricanes, several earthquakes in 2020 caused severe damage to the Costa Sur units. Costa Sur is one of the largest power plants on the island and supplies about 25% of the electric power in Puerto Rico.[4] In order to mitigate the loss of Costa Sur, the Federal Emergency Management Agency ("FEMA") provided funds to cover costs for 28 peaking generator units to operate until the Costa Sur units could come back online.[5] The combination of the transmission and distribution damage from the hurricanes and the damage to Costa Sur caused by the earthquakes, put in stark terms the dangers of relying on a primarily centralized electric grid in Puerto Rico. These experiences show the importance of the need for Puerto Rico's electric grid to focus on decentralized generation for resiliency and sustainability. The broadening use of distributed solar PV and energy storage, in addition to implementing energy efficiency and demand management to help lower customer use of electricity, would all

---

[3] O'Neill-Carrillo, E., & Irizarry-Rivera, A. (2019). How to Harden Puerto Rico's grid against hurricanes. *IEEE Spectrum*, 56(11), 42-48.

[4] https://www.fema.gov/press-release/20201013/fema-obligates-over-238-million-prepa-earthquake-damage

[5] Ibid.

3

contribute to a more resilient grid. The use of local and renewable generation will also provide the benefit of fostering the socio-economic development of communities.[6]

After the hurricanes, multiple organizations internal and external to Puerto Rico focused on how to rebuild the island's grid. The National Science Foundation funded several sessions to discuss stakeholder visions on how to rebuild Puerto Rico's electric system. Those stakeholder groups included professionals from the energy committee from the Puerto Rico Chamber of Commerce, local trade organization of PV installers and contractors, members of communities across the island, and employees from an out-of-state utility that helped with restoration. During these activities, several focus groups discussed what went wrong with the electric system once the hurricane hit and recommendations to avoid those problems in the future. One of the focus groups included members of professional and trade organizations who noted that rooftop PV systems did not see much damage. Given the strength of winds during the hurricanes, this was clear evidence that when rooftop PV systems are correctly installed, they are able to withstand hurricane-force winds.[7] Not only can solar PV systems help foster resiliency for residents and communities during natural disasters, but solar PV systems have become economically feasible in Puerto Rico.[8,9] The average price of electricity in Puerto Rico has ranged between 20 and 27 U.S. cents per kWh, and this is anticipated to rise above 30 U.S. cents per kWh if a rate increase is factored in for servicing PREPA's debt obligation.[10] In comparison, our study estimates that the cost of a PV system in Puerto Rico in 2021 is about 9.8 cents per kWh. Solar PV is also a very viable resource, since approximately 70% of the population resides in a location with an excellent solar resource.[11] The combination of economic feasibility and resiliency make rooftop solar PV systems a viable option for utilizing local generation.

One of the main criticisms against widespread adoption of rooftop solar PV systems is the variation in generation that occurs with renewable resources. Several studies have looked at a combination of microgrid systems integrating solar PV, energy storage, and demand

---

[6] O'Neill-Carrillo, E., & Irizarry-Rivera, A. (2019). How to Harden Puerto Rico's grid against hurricanes. *IEEE Spectrum*, *56*(11), 42-48.

[7] Oneill, E., McCalley, J., Kimber, A., & Haug, R. (2019, January). Stakeholder perspectives on increasing electric power infrastructure integrity. In *ASEE annual conference & exposition*.

[8] O'Neill-Carrillo, E., Jordan, I., Irizarry-Rivera, A., & Cintron, R. (2018). The long road to community microgrids: adapting to the necessary changes for renewable energy implementation. *IEEE Electrification Magazine*, *6*(4), 6-17.

[9] O'Neill-Carrillo, E., Mercado, E., Luhring, O., Jordán, I., & Irizarry-Rivera, A. Community Energy Projects in the Caribbean.

[10] O'Neill-Carrillo, E., & Irizarry-Rivera, A. (2019). How to Harden Puerto Rico's grid against hurricanes. *IEEE Spectrum*, *56*(11), 42-48.

[11] O'Neill-Carrillo, E., Jordan, I., Irizarry-Rivera, A., & Cintron, R. (2018). The long road to community microgrids: adapting to the necessary changes for renewable energy implementation. *IEEE Electrification Magazine*, *6*(4), 6-17.

4

AR_0029942

management to serve households in communities within Puerto Rico.[12,13] In order to address the concerns related to cloudy days or large-scale system outages, energy storage will need to be co-located with the rooftop PV so that households can still serve their critical loads during those periods of time.

With broader adoption of rooftop solar PV across Puerto Rico, microgrids become more feasible as well. Microgrids consist of local distributed energy resources and loads, and they can operate in two different modes: grid-connected and isolated from the grid. When a microgrid is in grid-connected mode, it can import or export power to the main electricity grid. When a microgrid is in isolated mode, it relies on the local generation resources to supply power to the customers connected to it. Microgrids offer more resiliency than the centralized power system structure in the face of natural disasters.[14] In the event of a natural disaster, such as Hurricane Maria, microgrids can help critical facilities remain operational and they can also help provide power for rural communities who are not easily restored following power outages.

Utilizing local resources can also provide resiliency, in addition to economic, social, and environmental benefits to Puerto Rico. There is a large potential role for communities to play in establishing and managing their grids. There is the potential to build on Puerto Rican experience managing community-based projects primarily through community-operated water aqueducts in over 200 rural communities that own the water resource and manage the distribution system.[15]

The CAMBIO study looks fifteen years down the road to a time when Puerto Rico has retired the dirtiest of its fossil-fuel power plants, has made a coordinated and extensive effort to ensure resilient and efficient production and consumption of electricity, and has upgraded its distribution system to best practice standards. The primary purpose of this study was to assess the feasibility and cost of achieving the 2035 resiliency goals previously discussed. Both this and Telos' report also discuss a sensitivity looking at a 2024 stepping stone that will enable Puerto Rico to achieve a 75% resilient homes goal.

---

[12] O'Neill-Carrillo, E., Jordan, I., Irizarry-Rivera, A., & Cintron, R. (2018). The long road to community microgrids: adapting to the necessary changes for renewable energy implementation. *IEEE Electrification Magazine, 6*(4), 6-17.
[13] Jordán, I. L., O'Neill-Carrillo, E., & López, N. (2016, October). Towards a zero net energy community microgrid. In *2016 IEEE Conference on Technologies for Sustainability (SusTech)* (pp. 63-67). IEEE.
[14] Carrión, G. A., Cintrón, R. A., Rodríguez, M. A., Sanabria, W. E., Reyes, R., & O'Neill-Carrillo, E. (2018, November). Community microgrids to increase local resiliency. In *2018 IEEE International Symposium on Technology and Society (ISTAS)* (pp. 1-7). IEEE.
[15] O'Neill-Carrillo, E., Mercado, E., Luhring, O., Jordán, I., & Irizarry-Rivera, A. Community Energy Projects in the Caribbean.

AR_0029943

## 3. Load and Energy Efficiency

Perhaps the single most important input into a study such as this is the load forecast or a projection of how much energy consumers will demand. Total load is a function of the number of customers in each class (residential, commercial, industrial, etc.), the types of electrical end-uses (refrigerators, air conditioning units, etc.), and the impacts of any programs intended to influence electrical consumption, e.g. energy efficiency programs. In Puerto Rico, there exists data on consumption by customer class, but very little data on typical end-uses. And with no meaningful history of energy efficiency ("EE") in Puerto Rico, it is a real challenge to develop reliable projections of energy efficiency savings or of the impact of natural uptake of efficient technologies on Puerto Rico's overall system load.

Prior load forecasts produced for PREPA's Integrated Resource Plan ("IRP") filings are publicly available. However, those forecasts include no adjustment for "naturally occurring"[16] energy efficiency which, in our opinion, makes them unreliable.

In its most recent IRP filing, PREPA included detailed information for a hypothetical set of energy efficiency programs. Unfortunately, the combination of flawed effective useful life assumptions[17] and limited measure types also makes those figures less than reliable.

Because a prediction of load is so key to planning exercises like this one and because the island now has robust energy efficiency goals established by the Puerto Rico Energy Bureau, a different approach to forecasting load and EE was needed. EFG performed a high-level analysis of the aggregate effect of the following factors in reducing electric energy use on the Island between 2020 and 2035:

- "Naturally-occurring" energy efficiency that reduces electricity use due to:
  - Technology innovations and market pressures that increase baseline equipment efficiencies;
  - Increasing federal appliance and equipment efficiency standards;
- Energy efficiency programs implemented by PREPA or others to provide informational and financial support to customers in making energy efficiency improvements for their homes and businesses;
- Large-scale replacement of residential electric water heating with solar water heating.

Because of the dearth of information on the end-use characteristics of the Island's electric loads, it was necessary for EFG to make several significant assumptions in order to carry out the

---

[16] Naturally occurring energy efficiency is energy savings that occur under normal market forces without intervention. A major driver of naturally occurring energy efficiency is increasing appliance standards. These standards cause the minimum efficiency of electrical consuming technologies available in the market to increase over time and drive an increase in the average efficiency of the stock of those appliances. That, in turn, causes electricity consumption to go down.

[17] Meaning that PREPA assumed that energy efficiency measures such as LED lightbulbs had lifetimes well in excess of the assumptions typically made for energy efficiency measures.

AR_0029944

analysis. First, Puerto Rico lacks reliable appliance saturation data that would characterize existing consumption by end-use type,[18] so we looked to another source, specifically the Energy Information Administration's projection of nationwide average end-use efficiency to determine the consumption of existing end-use technologies. Using information from the Electric Power Research Institute and from a study led by Dr. Irizarry,[19] we developed an estimate of the combined impact of the EIA's projected end-use efficiency and the consumption by those end-uses in Puerto Rico. EFG believes the results are illustrative of a path that leads to Queremos Sol's 25% cumulative energy consumption reduction goal but cautions that a next critical step to defining the path will be further research and data gathering.

These are the steps we took to develop forecasted 2035 load:

Step 1: 2020 Sector Loads

EFG used the average of the PREPA historical sector loads for 2016, 2018, and 2019 from PREPA's most recent IRP as the basis for establishing annual consumption by customer class in 2020. We did not use 2017 data for the obvious reason that system-wide outages after Hurricane Maria rendered those data unrepresentative of expected usage under typical conditions. We could not fully remove the impact of the hurricane related outages since hundreds of thousands of people remained without power well into 2018. But we also felt it could be important to capture how load may have changed because of the hurricane even after service was returned, so we tried to strike a balance by taking the average of 2016, 2018, and 2019. For each sector, the three-year average sector load was divided by the reported number of accounts to determine the expected load for an average account/customer within the sector.

Step 2: Naturally Occurring Energy Efficiency

In Step 2, EFG estimated the potential "naturally occurring" energy efficiency, i.e. the reductions that will occur in the expected energy requirements of typical sector loads over time due to technology improvements and advances in codes and standards. To do this, EFG first had to disaggregate the average sector loads by end use, as different levels of naturally occurring efficiency are expected for different types of loads.

For example, the average 2020 residential energy load that was determined in Step 1 above is 4,650 kWh per year. This is the total, on average, of the electric use of all of the

---

[18] A residential appliance saturation study ("RASS") should be undertaken to more definitively understand the electric consumption characteristics of Puerto Rico's homes. A similar energy use baseline study should also be undertaken to understand the load characteristics of the Island's business customers. The data supplied by these studies will be useful to refine energy efficiency program concepts and applications in order to implement a broad and meaningful set of energy efficiency programs that will achieve the desired savings.

[19] Irizarry-Rivera, Agustín, et al. "A case study of residential electric service resiliency through renewable energy following hurricane Maria," Mediterranean Conference Power Generation, Transmission, Distribution, Energy Conversion (MEDPower), Dubrovnik, Croatia, Nov 12-15, 2018.

AR_0029945

different electrical equipment in a home including lighting, refrigeration, cooling, and so on. The amount of electricity used by different end uses varies by region due to differences in climate, economic conditions, and other factors, and as was mentioned above there are virtually no data on electric use by end use specific to Puerto Rico. Therefore, EFG estimated end use electricity by category for the residential and commercial sectors.

EFG used end use load shapes that are available from the Electric Power Research Institute ("EPRI") for Florida as a starting point, and then adjusted the estimated use by end use category based on input from Dr. Irizarry. Specifically, compared to the EPRI Florida data, as a percentage of total residential loads, cooling and water heating electric use were increased significantly for Puerto Rico, refrigeration was increased slightly, and clothes dryer, dishwasher, lighting, and home electronics use were all decreased significantly.

EFG then applied estimates of naturally occurring energy efficiency through 2035 to each of the disaggregated adjusted end use loads, using the change in projected end use energy by category from the Energy Information Administration's 2020 Annual Energy Outlook 2020.

Step 3: Energy Efficiency Programs

On top of naturally occurring energy efficiency EFG assumed savings in certain end uses based on implementation of energy efficiency programs. In the residential sector EFG estimated that the loads for cooling, lighting, and home electronics could all be reduced through efficiency programs more than would be possible simply through naturally occurring energy efficiency. Similarly, in the commercial sector EFG assumed additional program savings for cooling, lighting controls, refrigeration, office equipment and computing, as well as miscellaneous commercial loads. The adjustments were made on the basis of expert judgment – EFG staff have critically evaluated and helped developed hundreds of energy efficiency programs.

Step 4: Solar Water Heating

Given that residential water heating is estimated to consume as much as 30% of 2020 household electric use and given the abundance of solar resources in Puerto Rico, EFG included in its load forecast the assumption that aggressive programs to encourage solar hot water heating ("SHWH") could achieve a total conversion of 70% of residential electric hot water heating to solar by 2035.

These steps are illustrated in Figure 3. Our 2020 estimated starting point load was 15,648 GWh of sales. This was the figure from which the energy efficiency and solar hot water heating adjustments that would occur through 2035 were subtracted.

8

**Figure 3. Flow Chart of EFG's Process to Develop a 2035 Load Projection**



Applying the steps listed above to account for feasible energy efficiency and hot water heating conversions results in projected 2035 sales of 11,736 GWh – a total reduction of 25 percent. This is the level of energy that must be supplied through all modeled scenarios and sensitivities with one exception. The Accelerated Retirement sensitivity discussed in Telos Energy's report and later in this document was based on projected 2024 load. We used the same approach described previously to develop our 2024 load assumption though we conservatively assumed that solar hot water heating conversions would have no significant impact on load by 2024. This gave us an 11 percent reduction in energy consumption for total sales of 13,392 GWh.

## 4. New Resource Pricing

A significant task within EFG's scope of work in this study was to develop cost estimates for the distributed energy resources (DERs) in each scenario. Three primary cost assumptions needed to be developed: residential PV, commercial PV, and residential scale batteries. The explosion of interest and adoption of these technologies throughout the U.S. has generated more and better quality data characterizing their costs than has been the case in years prior. However, Puerto Rico has some important differences from other parts of the U.S. including different tax rates, a different supply chain, and different labor costs. We, therefore, sought to gather information specific to Puerto Rico as much as possible, though there is little publicly available in the way of PV and battery prices.

AR_0029947

JA_902

## 4.1. Residential and Commercial Solar (PV)

In consideration of the many factors that make pricing DERs in Puerto Rico a unique exercise, we relied on residential PV prices provided to us by CAMBIO. These data are for estimates to construct multiple residential rooftop installations. Just as in other jurisdictions, we expect that prices will decline over time. So going forward from 2020 we applied National Renewable Energy Lab's (NREL) Alternative Technology Baseline[20] (ATB) cost curve to the starting point data provided to us by CAMBIO. This yields two trajectories of declining costs. Using the nomenclature adopted by NREL, the first is a Moderate case, i.e., a business as usual case. And the second is the Advanced Case which assumes greater R&D and innovation in solar technology.[21] All estimates include the cost of the PV panels themselves, as well as Balance of System (BoS) and financing costs.

The key assumptions used to determine both total capital expenditure (CAPEX) and the economic carrying charge ("ECC", a mortgage payment equivalent view of cost) were:

1. 2020 Residential Solar Price - $1.86 per $W_{DC}$; this includes all costs needed to permit and construct the solar panels.[22]
2. Inflation Rate
   - This value was set at 2.5% consistent with NREL's ATB inflation assumption.
3. Discount Rate[23] (WACC)
   - The WACC was set to 6.5% as a proxy for PREPA's cost to raise debt.[24]
   - A second sensitivity was conducted assuming a 3.99% discount rate. This discount rate is an estimate of the financing rate an individual would face to finance a rooftop solar and battery storage system if that system were also accompanied by a guarantee or some form of buy-down (either by the Puerto Rican or federal government).

---

[20] https://www.nrel.gov/news/program/2020/2020-annual-technology-baseline-electricity-data-now-available.html

[21] More information about NREL's development of both cases is available here: https://atb.nrel.gov/electricity/2020/index.php?t=sr

[22] Estimate based on direct quote for a 2020 Puerto Rico community roof-top solar installation.

[23] A discount rate is necessary to account for the "time value" of money, i.e, the manner in which people differently value money in their possession now versus the future. There are different ways to set discount rates. A common way is to assume a proxy for the utility's cost to raise capital, we also use a proxy for an individual's cost to borrow money.

[24] This figure presumes that PREPA can emerge from bankruptcy and raise capital. Prior to its bankruptcy filing, PREPA issued bonds for long-term debt in the 5 – 7 percent range, so we chose a value that was conservatively high compared to the interest rates faced by other public power utilities.

AR_0029948

Because we lacked any real-world data for commercial PV installations, we relied upon the ATB to characterize those costs entirely. The key assumptions used to determine both total capital expenditure (CAPEX) and the economic carrying charge were:

1. 2020 Commercial Solar Price - $1.642 per $W_{DC}$ in the Advanced case and $1.664 per $W_{DC}$ in the Moderate case; this includes all costs needed to permit and construct the facility but no financing costs.
2. Inflation Rate
   - This value was set at 2.5% consistent with NREL's ATB inflation assumption.
3. Discount Rate (WACC)
   - The WACC was set to 6.5% as a proxy for PREPA's cost to raise debt.
   - A second sensitivity was conducted assuming a 3.99% discount rate. This discount rate is an estimate of the financing rate an individual would face to finance a rooftop solar and battery storage system if that system were also accompanied by a guarantee or some form of buy-down (either by the Puerto Rican or federal government).

A primary goal of the study was to first meet the RPS objectives through distributed, rooftop solar, and secondarily through solar distributed across commercial and industrial customers, solar carports, and repurposed landfills. Because the ATB cost estimates for commercial PV installations are lower than the cost estimates for residential PV installations, the weighted cost of installation assumed varies across the scenarios. As the renewable energy target increases, the ratio of commercial to residential PV installations also increases. As a result, the final cost estimates represent an installed-capacity-weighted-average as shown in Table 1.

11

AR_0029949

JA_904

**Table 1: Installed PV Price Estimates (2020 $/kW DC)[25]**

|  | Unit | 25% DER | 50% DER | 75% DER |
|---|---|---|---|---|
| **Total PV Capacity** | MW AC | 1,493 | 3,237 | 4,982 |
| **Res PV Capacity %** | Weight % | 90% | 63% | 54% |
| **C&I PV Capacity %** | Weight % | 10% | 37% | 46% |
| **PV Cost (ATB Moderate)** | $/kW DC | $1,857 | $1,849 | $1,846 |
| **PV Cost (ATB Advanced)** | $/kW DC | $1,855 | $1,840 | $1,836 |

These cost estimates are adjusted annually using the ATB cost assumptions through 2035. Though total system costs are reported in the Executive Summary and in Section 5 for a single year, we did not assume that the solar and battery installations would be built overnight. Instead, in order to capture the reality of how Puerto Rico would achieve the level of DERs in each scenario, the project team developed an installation trajectory by year through 2035. Those trajectories are given in Table 2.

**Table 2. Trajectory of Cumulative Solar Installations by Scenario (MW$_{AC}$)**

| Fiscal Year | Base Case | 25% DER | 50% DER | 75% DER |
|---|---|---|---|---|
| **2020** | 172 | 172 | 172 | 172 |
| **2021** | 172 | 337 | 337 | 337 |
| **2022** | 172 | 502 | 502 | 502 |
| **2023** | 172 | 667 | 667 | 667 |
| **2024** | 172 | 833 | 833 | 833 |
| **2025** | 172 | 998 | 998 | 998 |
| **2026** | 172 | 1,163 | 1,163 | 1,163 |
| **2027** | 172 | 1,328 | 1,328 | 1,328 |
| **2028** | 172 | 1,493 | 1,493 | 1,493 |
| **2029** | 172 | 1,493 | 1,784 | 2,075 |
| **2030** | 172 | 1,493 | 2,074 | 2,656 |
| **2031** | 172 | 1,493 | 2,365 | 3,238 |
| **2032** | 172 | 1,493 | 2,656 | 3,819 |
| **2033** | 172 | 1,493 | 2,946 | 4,401 |
| **2034** | 172 | 1,493 | 3,237 | 4,982 |

The combined impact of that trajectory for the 75% DER scenario and the per unit cost predictions from the NREL ATB are given in Figure 4.

---

[25] Please note that the prices in this table do not include the impact of the ITC.

AR_0029950

**Figure 4: PV Weighted Price Cases, 75% DER (Nominal $/kW DC)**



Please note that the weighted prices for the 25% and 50% DER cases are not shown but are slightly higher because they both include a higher percentage of residential installations, which are more expensive than commercial installations due to economies of scale.

To arrive at capital costs per year, these prices were multiplied by the installed capacity of solar PV per year as shown in Table 2.

### 4.2. Battery Energy Storage System (BESS)

The ATB's battery system costs are only offered at the utility-scale, so we turned to a popular website selling batteries for residential scale applications in Puerto Rico – the altE Store – to price the batteries that are installed with residential solar. These prices are specific to residential customers in Puerto Rico and adjustments were made so that the battery specifications were consistent with the manner in which they were modeled. As did Telos, we assumed an inverter efficiency of 96% applied to these systems.

While a number of different battery chemistries are available for residential applications, lithium ion batteries are the most cost-competitive per cycle (a full charge and discharge) and were, therefore, the basis for our battery pricing assumptions.

Our 2020 starting point assumption, given this, was $563 per kWh.[26] To arrive at the battery-only capital costs per year, these prices were multiplied by the installed capacity of batteries in each year. We applied the ATB's Moderate and Advanced cost curves to our starting point

---

[26] Battery prices quoted in "per kWh" are not levelized over the total number of kWh discharged from the battery during its lifetime, but rather are the cost of the battery divided by the useable kWh provided by the battery in a single discharge.

13

AR_0029951

assumption since residential batteries are also experiencing significant cost improvements and are expected to do so going forward (Figure 5).

**Figure 5: Battery-Only Price Cases (Nominal $/kWh AC)**



### 4.3. Transmission System

The power flow studies conducted by Telos identified reliability risk when periods of very high inverter-based generation are reached. Among the possible mitigations for this are the addition of synchronous condensers (SC).[27] If the technology progresses quickly enough, so-called "grid forming" inverters may also be able to mitigate the identified problems, so we did not include a cost of synchronous condensers. No other transmission related upgrades were identified in the Telos study.

### 4.4. Distribution System

The distribution system modeling performed by EE+ identified the mitigations in all scenarios that would be necessary to ensure stable and reliable operation. The mitigations shown in Table 3 are necessary in the Base Case and all DER scenarios.

---

[27] Synchronous condensers are essentially half a thermal power plant, they are a generator whose shaft is unconnected to anything and spins freely. Their function is to help provide essential grid services that mitigate reliability problems.

AR_0029952

JA_907

**Table 3. Distribution Systems Mitigations Needed in Base Scenario**

| Region | Total Line Miles | Line Miles Reconductored | Line Miles Rebuilt | % Mitigation | Transformer Upgrades |
|--------|------------------|--------------------------|--------------------|--------------|----------------------|
| Arecibo | 4,790 | 13.7 | 315.9 | 6.9 | 0 |
| Bayamon | 2,442 | 81.7 | 106.6 | 7.7 | 0 |
| Caguas | 6,761 | 136.9 | 317.3 | 6.7 | 0 |
| Carolina | 3,310 | 100.7 | 140.8 | 7.3 | 0 |
| Mayaguez | 5,482 | 37.7 | 303.9 | 6.2 | 0 |
| Ponce ES | 2,828 | 12.1 | 127.7 | 4.9 | 0 |
| Ponce OE | 2,526 | 21.4 | 125.5 | 5.8 | 0 |
| San Juan | 2,908 | 29.1 | 95.2 | 4.3 | 0 |
| Vieques | 166 | 0.8 | 10.4 | 6.7 | 0 |
| Culebra | 68 | 1 | 2.4 | 5 | 0 |

Table 4 shows the additional mitigations that would be needed in order to accommodate the buildout of the 75% DER scenario.[28]

**Table 4. Distribution Systems Mitigations Needed in 75% DER Scenario**

| Region | Total Line Miles | Line Miles Reconductored | Line Miles Rebuilt | % Mitigation | Transformer Upgrades |
|--------|------------------|--------------------------|--------------------|--------------|----------------------|
| Arecibo | 4,790 | 19 | 381.8 | 8.4 | 15 |
| Bayamon | 2,442 | 114.4 | 131 | 10.1 | 22 |
| Caguas | 6,761 | 191.6 | 384 | 8.5 | 30 |
| Carolina | 3,310 | 141 | 172.3 | 9.5 | 15 |
| Mayaguez | 5,482 | 52.7 | 365.7 | 7.7 | 18 |
| Ponce ES | 2,828 | 16.9 | 160 | 6.3 | 11 |
| Ponce OE | 2,526 | 26.8 | 177.3 | 8.1 | 10 |
| San Juan | 2,908 | 35 | 133.4 | 5.8 | 28 |
| Vieques | 166 | 1 | 14.5 | 9.3 | 0 |
| Culebra | 68 | 1.2 | 3.6 | 7.1 | 0 |

These mitigations are further described in the EE+ report.

To price out the cost of these mitigations we used data given to us by EE+ based on their experience upgrading distribution systems throughout North America. The distribution system presents a particular point of vulnerability for Puerto Rico, as it does for all electrical systems, so we added in a 20% hardening cost to address at least a portion of the hurricane risk to the system. The per unit upgrade costs are given in Table 5.

---

[28] Only one scenario was summarized in this report for brevity. The needed mitigations in each scenario are given in the EE+ report in the tables in Section V.

15

AR_0029953

**Table 5. Per Unit Distribution Mitigation Costs**

| Mitigation | Cost |
|---|---|
| Reconductoring | $94,556 per mile |
| Rebuilding | $157,594 per mile |
| Transformer Upgrade | $49,200 per MVA |

These upgrade costs were then multiplied by the volume of mitigations needed in each scenario as described in the EE+ report.

## 4.5. Existing Thermal Generation

Three sources were used to estimate the cost of operating and maintaining (O&M) the existing fleet of thermal generation.

1. Telos study report [29]
   - Table 9 summarizes the fuel, variable O&M and startup costs in each of scenario; Base Case, 25% DER, 50% DER, and 75% DER.

2. PREPA IRP
   - The fixed O&M costs in $/kW-year were multiplied by the installed capacity, net of retirements, in the CAMBIO Study to estimate fixed O&M in each scenario.

3. Energy Information Administration (EIA) [30]
   - EIA commissioned a cost study in 2019 that characterized the cost of capitalized maintenance for different generating technologies by size and age. The cost estimates in $/kW-year were multiplied by the installed capacity, net of retirements, in each scenario to estimate capitalized maintenance.

Table 6 gives representative Fixed O&M (FOM) and capitalized maintenance (CAPEX) values assumed in this study.

---

[29] Puerto Rico DER Integration Study, Telos 2020, Table 9, page 26
[30] Generating Unit Annual Capital and Life Extension Costs Analysis, Sargent & Lundy, December 2019

AR_0029954

**Table 6: Thermal FOM and CAPEX Representative Values (2020$/kw-yr)**

| Case | FOM | CAPEX |
|---|---|---|
| Coal | $38.37 | $22.55 |
| Combined Cycle Gas | $25.99 | $20.31 |
| Oil/Gas Steam | $29.99 | $9.69 |

To adjust fuel prices for the Advanced case we assumed a 40% decrease in prices from the Moderate case. Those results are shown in Section 5.6.

### 4.6. Carbon

The externality value of carbon dioxide emissions were priced using the Social Cost of Carbon ("SCC") from the EPA's Intergovernmental Working Group's (IWG) Central Estimate[31] at a 3% discount rate. The SCC is an externality value, meaning that it is an attempt to monetize the climate impact of greenhouse gases that are not regulated (internalized). Externality values like the SCC allow economic analyses like this one to explicitly account for the damage caused by greenhouse gases.

**Table 7: Price of Carbon Emissions**

| Year of Emission | 2020 $/Ton |
|---|---|
| 2020 | $69 |
| 2025 | $76 |
| 2030 | $81 |
| 2035 | $87 |

The 2035 SCC cost was multiplied by the carbon emissions estimates from Telos' production cost modeling[32] to arrive at the cost of carbon emissions in 2035.

## 5. Scenario Cost Results

The results of the cost analysis for each major cost category appears in the following sections. First, we show the three primary system costs, solar PV, BESS and the distribution system upgrades using a levelization approach called a "economic carrying charge" (ECC). ECCs spread the total cost of a capital investment evenly across the lifetime of that investment and can be thought of as a mortgage payment. In order to create this levelized payment one must assume a discount rate. We use the two discount rates, 6.5% and 3.99%, described in Section 4.1, above.

---

[31] https://19january2017snapshot.epa.gov/climatechange/social-cost-carbon_.html
[32] Telos report, Table 8

AR_0029955

## 5.1.  Solar (PV)

The costs of solar PV appears in the following table.  Because we assumed a lifetime for solar panels greater than 15 years the panels do not have to be replaced during the study period and so the results shown in Table 8 are the sum the "mortgage payment" associated with the installed solar.  The term for this in the energy industry is "economic carrying charge" (ECC). Renewable costs are often recovered from customers as a levelized payment, so this is a reasonable approximation of the cost in rates in 2035.  These costs are different than the total investment in PV assumed in this study which are given in Section 7.

### Table 8: PV Cost Results (Millions of 2020$)

| Price Case | Metric | Unit | 25% DER | 50% DER | 75% DER |
|---|---|---|---|---|---|
| Moderate | ECC @ 6.5% | 2020 $/Year | $145 | $248 | $354 |
| | ECC @ 3.99% | 2020 $/Year | $122 | $224 | $329 |
| Advanced | ECC @ 6.5% | 2020 $/Year | $134 | $213 | $295 |
| | ECC @ 3.99% | 2020 $/Year | $112 | $190 | $272 |

## 5.2. BESS

Like solar, these ECC values are the sum of the levelized costs of batteries installed through the period from 2021 to 2035.  Because the batteries have a 14-year life, no replacement cost was assumed.  These values do not represent the total investment need to realize any of the DER scenarios.

### Table 9: BESS Cost Results (Millions of 2020$)

| Price Case | Metric | Unit | 25% DER | 50% DER | 75% DER |
|---|---|---|---|---|---|
| Moderate | ECC @ 6.5% | 2020 $/Year | $145 | $248 | $354 |
| | ECC @ 3.99% | 2020 $/Year | $186 | $262 | $336 |
| Advanced | ECC @ 6.5% | 2020 $/Year | $182 | $238 | $292 |
| | ECC @ 3.99% | 2020 $/Year | $174 | $237 | $299 |

## 5.3. Distribution System

To calculate the ECC equivalent of the distribution system costs, we took the sum of the total costs of all mitigations and levelized that sum using the 6.5% and then 3.99% discount rates. Table 10 shows the cost per category of mitigations needed to enable the DER build out. Because the Base Case mitigations are additive to the DER scenarios, the DER scenario costs include the Base Case mitigations.

### Table 10. Distribution Mitigation Costs by Scenario and Mitigation (2020$)

| Scenario | Transformer Upgrade Cost | Reconductor Cost | Rebuild Cost | Total Cost |
|---|---|---|---|---|
| Base | $0 | $41,141,424 | $243,592,659 | $284,734,084 |

18

AR_0029956

JA_911

| | | | | |
|---|---|---|---|---|
| **25% DER** | $0 | $77,545,581 | $455,887,200 | $533,432,781 |
| **50% DER** | $2,410,800 | $76,269,071 | $516,119,531 | $594,799,403 |
| **75% DER** | $7,330,800 | $97,837,352 | $546,739,997 | $651,908,149 |

The cost includes a 20% adder for hardening based on a report by the World Bank[33] that estimates the hardening costs for a variety of power related infrastructure.

## 5.4. Thermal Operating Costs

The cost to operate the existing thermal generation fleet inclusive of fuel, variable O&M, fixed O&M, startup costs, and capitalized maintenance are shown in Table 11. The "Moderate" price case equates to the base case prices as modeled by Telos and the "Advanced" price case equates to a lower fuel price scenario, where fuel prices decrease by about 40%. The Advance case estimate was based on observed, historical volatility in oil and gas commodity prices. No volatility in coal pricing was assumed due to lack of data specific to Puerto Rico.

### Table 11: Thermal Costs in 2035 (Millions of 2020$)

| Price Case | Unit | Base Case | 25% DER | 50% DER | 75% DER |
|---|---|---|---|---|---|
| **Moderate** | Millions of 2020 $ | $1,341 | $1,188 | $883 | $603 |
| **Advanced** | Millions of 2020 $ | $973 | $819 | $614 | $431 |

All costs except the capitalized maintenance were derived from data from PREPA, primarily in its 2019 IRP and supporting workpapers. In order to account for at least an estimate of the cost of major maintenance associated with the thermal units we used a 2019 report prepared by Sargent & Lundy on behalf of the Energy Information Administration ("EIA").[34] Normally this type of maintenance would be capitalized, i.e. booked to rate base with a rate of return assigned to it. Conservatively, we assumed it was simply expensed to ratepayers.

Table 12 provides a breakdown of thermal costs by type and by scenario under Moderate case assumptions.

### Table 12: Thermal Generation Costs at Mod. Prices (Millions of 2020$/yr)

| Case | Base | 25% DER | 50% DER | 75% DER |
|---|---|---|---|---|
| **Fuel Costs** | $1,003 | $926 | $677 | $432 |
| **Fixed O&M + Cap. Maint.** | $255 | $198 | $151 | $130 |
| **Variable O&M** | $59 | $32 | $21 | $13 |
| **Startup Costs** | $24 | $31 | $34 | $28 |

---

[33] Miyamoto International. "Increasing Infrastructure Resilience Background Report." February 2019. Available at: http://documents1.worldbank.org/curated/en/474111560527161937/pdf/Final-Report.pdf

[34] U.S. Energy Information Administration. "Generating Unit Annual Capital and Life Extension Costs." December 2019. Available at: https://www.eia.gov/analysis/studies/powerplants/generationcost/pdf/full_report.pdf

AR_0029957

JA_912

| | | | | |
|---|---|---|---|---|
| Total Costs | $1,341 | $1,188 | $883 | $603 |

It is worth noting that virtually the entirety of the fuel costs in each scenario are exports of Puerto Rican dollars to off-island entities. This has been and remains a material point of price risk for Puerto Rico and for the stability of PREPA's rates.

## 5.5. Carbon Costs

As with the thermal operating costs in the previous section, the cost of carbon emissions is expressed in 2020 dollars. Carbon dioxide emissions are priced at the Social Cost of Carbon mid-point trajectory as determined by the Environmental Protection Agency's Intergovernmental Working Group.

**Table 13: $CO_2$ Emissions Cost (Millions of 2020 $/yr)**

| Metric | Unit | Base Case | 25% DER | 50% DER | 75% DER |
|---|---|---|---|---|---|
| Emissions Cost | 2020 $/Year | $729 | $476 | $339 | $215 |

## 5.6. Total Costs

The total cost to operate the system under each scenario is the sum of annual operating and carrying (levelized) costs for all five cost categories: PV, BESS, distribution system, thermal operating costs and carbon costs. The sum of these costs appears in the following two tables using each of the two discount rates used throughout this report.

**Table 14: Total Cost Results at 6.5% Discount Rate (Millions of 2020 $/yr)**

| Metric | Unit | Base Case | 25% DER | 50% DER | 75% DER |
|---|---|---|---|---|---|
| Moderate | $/Year | $2,091 | $2,043 | $1,776 | $1,549 |
| Advanced | $/Year | $1,724 | $1,651 | $1,448 | $1,284 |

**Table 15: Total Cost Results at 3.99% Discount Rate (Millions of 2020 $/yr)**

| Metric | Unit | Base Case | 25% DER | 50% DER | 75% DER |
|---|---|---|---|---|---|
| Moderate | $/Year | $2,086 | $2,002 | $1,742 | $1,521 |
| Advanced | $/Year | $1,718 | $1,612 | $1,414 | $1,255 |

The following figure combines all of the annual costs into a single chart by cost category under Moderate pricing assumptions. Total system costs in the Base case and 25% DER scenario are very similar. Costs are much lower in the 50% and 75% DER scenarios because of the increasing utilization of lower cost solar in the commercial and industrial sectors, because of larger displacement of oil-fired generation (the highest cost fuel), and because of the decreasing magnitude of carbon dioxide externalities relative to the other scenarios.

20

AR_0029958

JA_913

**Figure 6: Total Operating & Carrying Costs with Moderate Prices at 6.5% (Millions of 2020$)**



The relative cost dynamic of the scenarios is little changed under Advanced case pricing. PV and BESS capital costs decline, but so do fuel costs and because those predominate in the Base Case its overall cost is greatly reduced as well.

**Figure 7. Total Operating & Carrying Costs with Advanced Prices at 6.5% (Millions of 2020$)**



These results look similar under the alternative discount rate assumption of 3.99% as shown in Figure 8. The 75% DER Scenario is very clearly preferable over the Base Case. And the same is true for the 25% and 50% DER Scenarios.

AR_0029959

JA_914

**Figure 8. Total Operating and Carrying Costs with Moderate Prices at 3.99% (Millions of 2020$)**



This result is simply the product of a changed assumption about the time value of money from 6.5% to 3.99%.

Similarly, under Advanced pricing assumptions, the DER Scenarios look much more preferable relative to the Base Case.

**Figure 9. Total Operating and Carrying Costs with Advance Prices at 3.99% (Millions of 2020$)**



AR_0029960

## 6. Sensitivity Results

Telos also ran two sensitivities examining the impacts of imposing a minimum inertia constraint and synchronous ratio to ensure system reliability under current operational conditions. These constraints served to keep additional thermal generation online (though it did not change retirements). The net effect is to increase system cost, particularly in the 75% DER scenario which, but for the inertia constraint, would have had significantly more hours of 100% inverter-based generation.

**Figure 10. Total Operating & Carrying Costs Under Grid Stability Sensitivity (Millions 2020$)**



This sensitivity eliminates a significant portion of the benefit of the 75% DER scenario, i.e, reduced oil spending. The higher DER scenarios still contain the same level of PV and BESS investment, but require more fuel in order to satisfy the minimum inertia and synchronous ratio constraints. Even so, the 75% DER scenario was still significantly cheaper than the Base Case.

We also looked at a second sensitivity exploring early retirement of AES (Figure 11). This sensitivity examined PREPA's grid in 2024 assuming that the AES units had been retired. Under Moderate case assumptions early retirement is slightly more expensive than the Base Case which includes the AES units. This result is largely expected because the Base Case makes no assumptions about additional costs to mitigate coal ash disposal and other environmental burdens imposed by the AES units (beyond pricing its carbon dioxide related externalities). Under Advanced Case assumptions, retirement is even in cost with a cleaner portfolios of resources.

23

AR_0029961

**Figure 11. Total Operating & Carrying Costs Under AES Accelerated Retirement Sensitivity (Millions 2020$)**



## 7. Comparison to 2019 PREPA IRP

At the time that we began this analysis the outcome of PREPA's 2019 IRP was uncertain. The case was awaiting an order from the Puerto Rico Energy Bureau and there was, therefore, no clarity on whether the Bureau would adopt PREPA's preferred plan in that IRP – the so-called Energy System Modernization ("ESM") plan or rule on a different plan altogether. Rather than compare the DER scenarios to a plan that may be out of date by the time the analysis was completed, we chose to compare the DER scenarios to the system as it existed at the start of 2020.

While our results may not be fully comparable to PREPA's 2019 IRP because of differing assumptions about load and the fact that we are simulating only 2035 rather than the full IRP planning period of 2019 - 2038, there is still a useful comparison that can be made – between the total generation and transmission investment under the ESM plan versus the DER scenarios.

That investment is summarized in Figure 12, below.

24

**Figure 12. Total Capital Investment, 2020 – 2035**



Figure 13 and Figure *14* show the capital investment given in Figure 12 broken down between generation and transmission and distribution expenditures.

**Figure 13. Total Generation Investment, 2020 – 2035**



IRP total generation investment does not include the 848 MW of distributed solar by 2035 that was included in the ESM. It is solely the product of utility scale solar, battery storage, and gas assets that were proposed as part of the ESM. For that reason alone, the $6.824 billion of generation investment in the IRP is understated in comparison to the DER scenarios. Either way it makes sense that the DER scenarios would have more generation investment because they

25

AR_0029963

JA_918

are predominantly served by fuel-less power plants and therefore more cost goes into capital than into fuel and operating expenses.

The opposite is the case when comparing total transmission and distribution investment in the IRP to the identified investment in the DER scenarios (Figure 14). Total transmission and distribution investment dwarfs that identified in EE+'s modeling. There are several reasons for this.

**Figure 14. Total Transmission and Distribution Investment**



First, the minigrid/microgrid component of the ESM was very costly – at least $5 billion was devoted to that purpose alone. Second, at least $3 billion of the proposed IRP T&D investment was to address hardening and aging in existing infrastructure. Our study can provide no insight into those expenditures because, as described in their report, EE+ had to extrapolate the seven representative circuits provided by PREPA across the entire island. Therefore, EE+ lacked the data to assess the existing condition of distribution system assets. We cannot conclude, therefore that all or a portion of the $3+ billion in aging and hardening expenditures would be needed (or not) in any future scenario. Even if $3 billion in aging and hardening expenditures needed to be added to all scenarios we evaluated, distribution system costs would still be over $5 billion lower than those proposed as part of the ESM. We believe this raises substantial questions about the merits of PREPA's minigrid/microgrid concept as the least cost way to deliver resiliency to Puerto Rico's grid.

## 8. Opportunities to Lower Total System Costs

Achieving the 75% DER scenario in particular will take concerted and robust policy and regulatory steps. The manner in which the PV and BESS are deployed can also influence the ability to achieve this goal and total system cost. Targeted deployment that installs rooftop

AR_0029964

systems by neighborhood, for example, could likely reduce cost. A similar approach was used in the Netherland's Energiesprong housing retrofit program. Within four years of starting the program per unit cost had been reduced by 60%.[35] We do not know what magnitude of cost reductions is likely to be achievable for a similar program focused on the buildout of rooftop solar, but we believe is very reasonable to think cost reductions would be had.

## Figure 15. Breakdown of Residential Solar Cost Components[36]



The 2020 ATB included NREL's projection of residential solar prices by cost component. Figure 15 clearly shows that there are significant "soft costs" embedded in current solar prices and to the extent that policy tools can be used to remove profit and overhead for example, near-term costs could come down even further.

Finally, there is a significant opportunity for Puerto Rico to offset the cost of deploying the solar and battery storage buildouts in this study by leveraging federal funding. A Community Development Block Grant – Disaster Recovery (CDBG-DR) grant of over $1.5 billion has been allocated to Puerto Rico. At least a portion of those funds are to be directed to the Community Energy and Water Resilience Installations Program which will provide single family homeowners, business and/or public facilities energy and water efficiency improvements to promote resilience with the installation of PV systems with battery back-up for critical loads and water storage system. Additionally, FEMA has allocated over $10 billion for the rebuilding and upgrading of Puerto Rico's electrical system. Those funds are essentially unconstrained and can and should be used to invest in generation that will improve system reliability and resiliency rather than further cementing Puerto Rico's centralized generation model.

---

[35] https://sbcanada.org/wp-content/uploads/2017/09/Energiesprong-Summary-Report.pdf
[36] Taken from NREL 2020 ATB: https://atb.nrel.gov/electricity/2020/index.php?t=sr

AR_0029965

# 9. Conclusions

The project team members on this study engaged in a detailed and complex set of analyses to simulate Puerto Rico's electric grid under high DER penetration. After many months of effort we conclude that a system predominately served by distributed solar is feasible, achievable, and very likely to reduce overall system costs. Among our primary findings are the following:

1. All the DER scenarios were either comparable to or much less costly than a business-as-usual case.
2. More DER also enables Puerto Rico to realize more of the benefits of reduced fuel consumption because greater quantities of oil generation are offset.
3. Under a business-as-usual scenario (Base Case), Puerto Rico would expend $1 billion a year to primarily foreign entities on fuel alone. With load served by 75% DERs those expenditures are more than halved.
4. It is important that Puerto Rico chart a path (and soon) to realizing the benefits of energy efficiency as a way to provide further rate stability and electric bill reductions to all Puerto Ricans.
5. Technologies under development such as smart inverters will be key to unlocking the full economic benefits of the high DER scenarios analyzed here.
6. This study made no attempt to monetize the considerable value of increased reliability or the ability of millions of Puerto Ricans to self-supply at least their critical loads in the event of another hurricane.

AR_0029966