# United States Court of Appeals
## For the First Circuit

No. 25-2163

COMITÉ DIALOGO AMBIENTAL, INC.; ALIANZA COMUNITARIA AMBIENTALISTA DEL SURESTE, INC.; CAMPAMENTO CONTRA LAS CENIZAS EN PEÑUELAS, INC.; CASA TALLABOEÑA DE FORMACIÓN COMUNITARIA Y RESILIENCIA, INC.; CENTER FOR BIOLOGICAL DIVERSITY; COMITÉ CABORROJEÑO PRO SALUD Y AMBIENTE, INC.; COMITÉ YABUCOEÑO PRO-CALIDAD DE VIDA, INC; EL PUENTE DE WILLIAMSBURG, INC.; FRENTE UNIDO PRO-DEFENSA DEL VALLE DE LAJAS, INC.,

Plaintiffs - Appellees,

v.

FEDERAL EMERGENCY MANAGEMENT AGENCY; DEPARTMENT OF HOMELAND SECURITY; KAREN EVANS, Acting Administrator, Federal Emergency Management Agency; KRISTI NOEM, Secretary, Department of Homeland Security,

Defendants - Appellants.

### ORDER OF COURT

Entered: March 30, 2026
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of motion, it is ordered that the time for Appellees Comité Dialogo Ambiental, Inc., Alianza Comunitaria Ambientalista del Sureste, Inc., Campamento Contra las Cenizas en Peñuelas, Inc., Casa Tallaboeña de Formación Comunitaria y Resiliencia, Inc., Center for Biological Diversity, Comité Caborrojeño Pro Salud y Ambiente, Inc., Comité Yabucoeño Pro-Calidad de Vida, Inc, El Puente de Williamsburg, Inc., and Frente Unido Pro-Defensa del Valle de Lajas to file an appellees' brief be enlarged to and including **May 13, 2026**.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Robert J. Lundman, Juan Carlos Reyes-Ramos, Adam R.F. Gustafson, Kristina Pett, Jacob David Ecker, Matthew Oakes, Christopher Hair, William Santiago-Sastre, Howard M. Crystal, Roberto Cruz-Hernandez, Alejandro Ortiz, Fermín L. Arraiza-Navas