No. 25-2163

## IN THE UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

COMITÉ DIÁLOGO AMBIENTAL, INC., et al.,

*Plaintiffs-Appellees,*

v.

FEDERAL EMERGENCY MANAGEMENT AGENCY; U.S. DEPARTMENT OF HOMELAND SECURITY; KAREN S. EVANS, in her official capacity as Acting Administrator of FEMA; and KRISTI NOEM, in her official capacity as Secretary of Homeland Security,

*Defendants-Appellants.*

On Appeal from the United States District Court for the District of Puerto Rico Case No. 3:24-cv-01145-JAG

**ASSENTED-TO MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF OF SOUTHERN LEGAL COUNSEL, INC., LATINOJUSTICE PRLDEF, AND THE AMERICAN CIVIL LIBERTIES UNION OF PUERTO RICO IN SUPPORT OF PLAINTIFFS-APPELLEES AND AFFIRMANCE**

1

Pursuant to Federal Rule of Appellate Procedure 29(b)(2) and First Circuit Local Rules, Southern Legal Counsel, Inc. ("SLC"), LatinoJustice PRLDEF ("LJP"), and the American Civil Liberties Union of Puerto Rico ("ACLU of PR") (collectively, "Amici Curiae") respectfully move this Court for leave to file the attached Amicus Curiae Brief in support of Plaintiffs-Appellees and affirmance of the District Court's order. All parties to this appeal have explicitly assented to the filing of this brief. 1st Cir. Loc. R. 27.0(a). In support of this motion, Amici Curiae state as follows:

## I. INTEREST OF AMICI CURIAE

1. Amici Curiae comprise a coalition of prominent civil rights, environmental justice, and legal advocacy organizations explicitly dedicated to protecting the constitutional and human rights of marginalized and vulnerable populations in Puerto Rico and across the United States.

2. Southern Legal Counsel, Inc. (SLC), a statewide, Florida-based non-profit law firm providing high-impact legal advocacy to protect the civil rights of vulnerable populations, including underrepresented groups systematically impacted by natural disasters. SLC leads this

2

amicus effort to ensure federal disaster recovery frameworks remain climate-resilient and structurally equitable.

3.  LatinoJustice PRLDEF (LJP), founded in 1972 as the Puerto Rican Legal Defense and Education Fund, LJP is dedicated to protecting the constitutional, legal, and human rights of Puerto Ricans and the broader Latino community. LJP actively responds to environmental crises and structural disparities affecting both the Archipelago and the Diaspora.

4.  The ACLU of PR, a national and territorial civil liberties organization devoted to promoting the internationally recognized right to self-determination for residents of Puerto Rico and aggressively challenging discriminatory, unequally applied federal policies within U.S. territories.

## II. DESIRABILITY AND RELEVANCE OF THE AMICUS CURIAE BRIEF

5.  Under Federal Rule of Appellate Procedure 29(a)(3), an amicus brief is desirable when it brings unique information or perspective that assists the Court in resolving the core legal issues. Here, Amici Curiae provide a vital, data-driven national and regional perspective on the institutional consequences of the Federal Emergency Management

Agency's ("FEMA") disaster response mechanisms that transcend the immediate record developed by the principal parties.

6. Specifically, the attached amicus brief and its accompanying empirical research addendum—developed by expert witness Professor Nadia B. Ahmad—elucidate how FEMA's programmatic reliance on a threadbare Programmatic Environmental Assessment ("Utilities PEA") entrenches systemic civil rights and structural inequities.

7. Amici Curiae's brief contextualizes the administrative record by highlighting:

(i) Systemic Funding Disparities: Factual data indicating a structural, national 3.99:1 funding ratio skewed in favor of contractor-directed Public Assistance over Individual and Households Program (IHP) aid—a ratio that deteriorates to 4.26:1 within the South and Southwest;

(ii) The Territorial and Rural Penalty: Empirical evidence that completely rural jurisdictions face a 38 percent national penalty in household grants , while every U.S. territory sits within the bottom half of the national damage-adjusted household support distribution; and,

(iii) The National Risk Index Void: The legal significance of FEMA executing multi-billion-dollar infrastructure decisions in Puerto Rico while its own primary hazard tracking mechanism, the National Risk Index (NRI), contains zero usable risk or resilience data for any of the territory's 78 municipios.

8.  Furthermore, post- *Loper Bright Enterprises v. Raimondo*, 144 S. Ct. 2244, this brief provides this Court with an analytical framework to exercise its mandatory independent judgment. Amici demonstrate that FEMA is acting not as a passive lender, but as a primary policymaker holding exclusive "purse strings" over $12 billion in reconstruction funding, thus executing a "major federal action" that legally triggers a comprehensive Environmental Impact Statement ("EIS") under the National Environmental Policy Act ("NEPA").

### III. CONCLUSION

9.  Because this brief provides critical sociological, data-driven, and statutory context directly impacting vulnerable frontline populations within the First Circuit and the Diaspora nationwide, Amici Curiae respectfully request that this Court grant leave to file the attached Amicus Curiae Brief.

Dated: May 20, 2026

Respectfully submitted,

/s/ Roberto Cruz Hernández

Roberto Cruz Hernández

USDC-PR No. 217006

Attorney

Southern Legal Counsel, Inc.

1229 NW 12th Ave,

Gainesville, FL 32601

(352) 271-8890

Email:

roberto.cruz@southernlegal.org

*Lead Counsel for Amici Curiae*

## RULE 26.1 CORPORATE DISCLOSURE STATEMENT

In accordance with Federal Rule of Appellate Procedure 26.1, Amici Curiae state that Southern Legal Counsel, Inc., LatinoJustice PRLDEF, and the American Civil Liberties Union of Puerto Rico are nonprofit corporations. They possess no parent companies, subsidiaries, or affiliates, nor do they issue shares to the public. No publicly traded corporation owns 10% or more of stock in any of the moving organizations.

Dated: May 20, 2026        /s/ Roberto Cruz Hernández
                                  Roberto Cruz Hernández
                                  USDC-PR No. 217006