No. 25-2163

_____

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

_____

COMITÉ DIALOGO AMBIENTAL, INC.; ALIANZA COMUNITARIA
AMBIENTALISTA DEL SURESTE, INC.; CAMPAMENTO CONTRA LAS
CENIZAS EN PENUELAS, INC.; CASA TALLABOEÑA DE
FORMACIÓN COMUNITARIA Y RESILIENCIA, INC.; CENTER FOR
BIOLOGICAL DIVERSITY; COMITÉ CABORROJEÑO PRO SALUD Y
AMBIENTE, INC.; COMITÉ YABUCOEÑO PRO-CALIDAD DE VIDA, INC.;
EL PUENTE DE WILLIAMSBURG, INC.; FRENTE UNIDO PRO-DEFENSA
DEL VALLE DE LAJAS, INC.,
*Plaintiffs-Appellees*,

v.

FEDERAL EMERGENCY MANAGEMENT AGENCY; DEPARTMENT OF
HOMELAND SECURITY; KAREN EVANS, Acting Administrator, Federal
Emergency Management Agency; MARKWAYNE MULLIN, Secretary,
Department of Homeland Security,
*Defendants-Appellants*.

_____

Appeal from the United States District Court for the District of Puerto Rico
No. 3:24-1145-JAG (Hon. Jay A. Garcia-Gregory)

_____

**BRIEF OF AMICI CURIAE CAMBIO PR, INC., RESILIENCY LAW
CENTER, AND UNION OF CONCERNED SCIENTISTS IN SUPPORT OF
PLAINTIFFS-APPELLEES AND AFFIRMANCE**

_____

Rachel Westrate, Fellow
Christophe Courchesne, Associate Professor and Director
ENVIRONMENTAL ADVOCACY CLINIC, Vermont Law and Graduate School
*Counsel for Amici*
*Counsel block continues on next page*

P.O. Box 96, 164 Chelsea St.
South Royalton, VT 05068
(802) 831-1630
ccourchesne@vermontlaw.edu

# **RULE 26.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rules of Appellate Procedure 26.1 and 29(a)(4)(A), Amici CAMBIO PR, Inc., Resiliency Law Center, and Union of Concerned Scientists state that they are each a non-profit corporation with no parent corporations, and no publicly held company holds a 10% or more ownership interest in them.

Dated: May 20, 2026                    s/ Christophe Courchesne
                                                     Christophe Courchesne
                                                     *Counsel for Amici*

# TABLE OF CONTENTS

RULE 26.1 CORPORATE DISCLOSURE STATEMENT ...................................... iii

TABLE OF CONTENTS ........................................................................ iv

TABLE OF AUTHORITIES ...................................................................... v

INTERESTS OF AMICI CURIAE ............................................................... 1

INTRODUCTION ................................................................................ 3

ARGUMENT ..................................................................................... 4

   I.  FEMA Violated NEPA by Failing to Consider DERs and Refusing to Prepare an EIS. .......................................................................................... 4

      A.  FEMA Failed to Consider DERs as a Reasonable Alternative. ............... 5

      B.  FEMA Failed to Take a Hard Look at Environmental Consequences of Entrenching Fossil Fuel Energy. ............................................................ 8

      C.  FEMA's Excuses Do Not Excuse It from NEPA. .................................... 9

   II.  DERs Are a Less Harmful, More Resilient, and Environmentally Beneficial Alternative. ....................................................................................... 10

   III.  DERs Are a Technically and Economically Feasible Alternative to the Centralized, Fossil-Fuel-Based Grid. ........................................................ 20

      A.  DERs Are More Reliable and Resilient than Current Fossil-Fuel-Based Energy Utilities. ................................................................................ 20

      B.  DERs Are an Economically Feasible and Preferable Alternative to Fossil-Fuel Generation. ..................................................................... 23

      C.  Distributed Generation and Rooftop Solar Can Fulfill the Purpose and Need of the Project Rapidly. ............................................................... 25

CONCLUSION .................................................................................. 29

CERTIFICATE OF COMPLIANCE ........................................................... 31

CERTIFICATE OF SERVICE .................................................................. 32

# TABLE OF AUTHORITIES

**Cases**

*Beyond Nuclear v. NRC*, 704 F.3d 12 (1st Cir. 2013) ................................................6

*Dubois v. U.S. Dep't of Agric.*, 102 F.3d 1273 (1st Cir. 1996)......................... 4, 5, 6

*Motor Vehicle Mfrs. Ass'n v. State Farm Mut. Auto. Ins. Co.*, 463 U.S. 29 (1983)...9

*Natural Res. Def. Council v. Morton*, 458 F.2d 827 (D.C. Cir. 1972) ......................7

*Roberston v. Methow Valley Citizens Council*, 490 U.S. 332 (1989) .......................8

*Seacoast Anti-Pollution League v. NRC*, 598 F.2d 1221 (1st Cir. 1979) ..................6

*Seven Cnty. Infrastructure Coal. v. Eagle Cnty.*, 605 U.S. 168 (2025)......................4

*Sierra Club v. Marsh,* 872 F.2d 497 (1st Cir. 1989)...................................................5

*Theodore Roosevelet Conservation P'ship v. Salazar*, 661 F.3d 66
   (D.C. Cir. 2011)........................................................................................................6

*United States v. Coal. For Buzzards Bay*, 644 F.3d 26 (1st Cir. 2011)......................8

*Valley Citizens for Safe Env't v. Aldridge*, 886 F.2d 458 (1st Cir. 1989) ...............8, 9

**Statutes and Regulations**

26 U.S.C. § 48E (2025).............................................................................................28

42 U.S.C. § 4332(H) .................................................................................................5

44 C.F.R. § 206.203(d)..............................................................................................11

Statement of Motives, P.R. Laws Act No. 17 (Apr. 11, 2019), *as amended*............10

Statement of Motives, P.R. Laws Act No. 82 (2010), *as amended* ..........................25

**Other Authorities**

*"We Want Sun:" The Battle for Solar Power in Puerto Rico*, THE GUARDIAN (Oct. 18, 2021), https://perma.cc/MLA3-6HWX........................................................19

*90.5% above average residential electricity rate in Puerto Rico compared to 282 urban areas in the United States,* P.R. STAT. INST. (Dec. 18, 2025), https://perma.cc/G27P-UFPV ........................................................................11

Azad & Ghandehari, *A Study on the Association of Socioeconomic and Physical Cofactors Contributing to Power Restoration After Hurricane Maria*, 9 IEEE ACCESS 98654 (2021)........................................................................18

Bean, et al., *Keeping the Power on to Home Medical Devices,* 15 PLoS ONE 7:e0235068 (2020) ........................................................................13

Bethel et al., *Disaster Preparedness Among Medically Vulnerable Populations,* 40 AM. J. PREV. MED. 139 (2011) ........................................................................14

Bouzarovski & Petrova, *A Global Perspective on Domestic Energy Deprivation: Overcoming the Energy Poverty–Fuel Poverty Binary*, 10 ENERGY RES. SOCIAL SCI. 31 (2015)........................................................................18

Burbank, et al., *Community- and Neighborhood-level Disparities in Extreme Climate Exposure: Implications for Asthma and Atopic Disease Outcomes,* 152 J. ALLERGY AND CLINICAL IMMUNOLOGY 1084 (2023)........................................17

CAMBIO PR & INST. FOR ENERGY ECONOMICS AND FINANCIAL ANALYSIS, WE WANT SUN AND WE WANT MORE: 75% DISTRIBUTED RENEWABLE GENERATION IN 15 YEARS IN PUERTO RICO IS ACHIEVABLE AND AFFORDABLE (2021), https://ieefa.org/wp-content/uploads/2021/03/We-Want-Sun-and-We-Want-More_March-2021.pdf ........................................................ 22, 28

Casey, et al., *Power Outages and Community Health: A Narrative Review*. 7 CURR. ENV. HEALTH REP. 371 (2020) ........................................................................13

Coleman, et al., *Energy Inequality in Climate Hazards: Empirical Evidence of Social and Spatial Disparities in Managed and Hazard-induced Power Outages,* 92 SUST. CITIES AND SOC. 104491 (2023)........................................17

Comellas, et al., *Emergency Preparedness in Older Adults With and Without COPD During Power Outages and Natural Disasters*, advance online publication, https://doi.org/10.1177/07334648261431433 ........................................................16

Cox & Kim, *Race and Income Disparities in Disaster Preparedness in Old Age*, 61 J. GERONTOLOGICAL SOCIAL WORK 719 (2018) ....................................................15

Cruz-Cano & Mead, *Causes of Excess Deaths in Puerto Rico After Hurricane Maria: A Time-Series Estimation*, 109 AM. J. PUB. HEALTH 1050 (2019)...........15

*Customer Battery Storage Sharing*, LUMA, https://perma.cc/8R7M-LAWH (last visited May 13, 2026) ..........................................................................................27

Díaz, et al., *Chronic Obstructive Pulmonary Disease in Hispanics. A 9-Year Update*, 197 AM. J. RESPIRATORY CRITICAL CARE MED. 15 (2018).....................16

Driscoll, *In Puerto Rico, residential solar and storage growth outpaces utility-scale developments*, PV MAGAZINE (Nov. 14, 2025), https://perma.cc/XDX7-U7NC ..........................................................................................................27

*Earthquakes Response*, CENTRAL OFFICE OF RECOVERY, RECONSTRUCTION AND RESILIENCY, GOV'T OF PUERTO RICO, https://perma.cc/5LG3-Q8HJ (last visited May 12, 2026) ..........................................................................................21

*Even without hurricanes, customers in Puerto Rico lose about 27 hours of power per year,* U.S. ENERGY INFO. ADMIN. (Aug. 13, 2024), https://perma.cc/XMG8-BK2Z..........................................................................................................12

Fagan & Dover, *Casa Pueblo: Community-Based Electricity Resilience in Puerto Rico*, HARVARD KENNEDY SCHOOL CASE PROGRAM Case 2229.0 (Mar. 24, 2022) (on file with author) ..................................................................................22

FEMA STRATEGIC PLAN FISCAL YEARS 2011-2014 (2011) ....................................11

FEMA, DISASTER PREPAREDNESS GUIDE FOR OLDER ADULTS (2023), https://www.ready.gov/sites/default/files/2023-09/ready-gov_disaster-preparedness-guide-for-older-adults.pdf..............................................................14

FEMA, NATIONAL RESILIENCE GUIDANCE: BACKGROUND AND KEY CONCEPTS (2023), https://www.fema.gov/sites/default/files/documents/fema_national-resilience-guidance-project-background_2023.pdf ............................................21

García, et al., *The Neighborhood Context and All-cause Mortality Among Older Adults in Puerto Rico*, FRONTIERS OF PUB. HEALTH 11:995529 (2023)...............16

*Hurricane Ernesto Leaves Half of Puerto Rico Customers Without Power*, REUTERS (Aug. 14, 2024), https://www.reuters.com/business/environment/ernesto-expected-become-hurricane-after-drenching-puerto-rico-virgin-islands-2024-08-14/......................12

*Hurricanes in Puerto Rico*, WORLDDATA, https://www.worlddata.info/america/puerto-rico/hurricanes.php (last visited May 20, 2026) .........................................................................................................21

*Impacts, Risks, and Adaptation: Fourth National Climate Assessment, U.S. Caribbean*, U.S. GLOBAL CHANGE RESEARCH PROGRAM (2019), *available at* https://caribbeanclimatehub.org/wp-content/uploads/2019/04/bc_iitf_2019_gould001.pdf........................................21

Kishore, et al., *Mortality in Puerto Rico after Hurricane Maria,* 379 NEW ENGLAND J. OF MED. 162 (2018).........................................................................12

Klinger, et al., *Power Outages, Extreme Events and Health: A Systematic Review of the Literature from 2011–2012,* PLOS CURR. 6 (2014) ....................................13

Kunkel, *Rooftop solar in Puerto Rico reaches 10% as grid reliability continues to wane*, INST. FOR ENERGY ECONOMICS AND FINANCIAL ANALYSIS (Sept. 11, 2025), https://ieefa.org/resources/rooftop-solar-puerto-rico-reaches-10-grid-reliability-continues-wane..............................................................................................26

LUMA Puerto Rico (@lumaenergypr), X (July 9, 2025, 4:10 PM), https://perma.cc/94V2-5JC6 ............................................................................27

LUMA, *To our friends, families and neighbors*, https://perma.cc/GXW4-TS7R (last visited May 14, 2026) ................................................................................24

Martínez-Lozano, et al*., Hurricanes Irma and Maria and Diabetes Incidence in Puerto Rico*, 23 BMC PUB. HEALTH 1019 (2023)................................................15

Matos-Moreno, et al., *Aging and the Left Behind: Puerto Rico and its Unconventional Rapid Aging*, 62 GERONTOLOGIST 964 (2022) ...........................14

McBrien, et al., *The Association Between Power Outages and Cardiovascular and Respiratory Hospitalizations Among US Medicare Beneficiaries in 2018: A Case-crossover Study,* 23 PLoS MED. 3:e1004923 (2026) ...................................13

NAT'L RENEWABLE ENERGY LABORATORY, P. R. GRID RESILIENCE AND TRANSITIONS TO 100% RENEWABLE ENERGY STUDY (PR100): SUMMARY REPORT (2024), https://docs.nrel.gov/docs/fy24osti/88615.pdf............................................... 26, 28

National Conference of State Legislatures, *Distributed Energy Resources 101* (2025), https://www.ncsl.org/energy/distributed-energy-resources-101 ...............3

Pasten & Santamarina, *Energy and Quality of Life*, 49 ENERGY POL. 468 (2012) ..16

*Power outage hits nearly all of Puerto Rico on New Year's Eve*, NAT'L PUBLIC RADIO (Dec. 31, 2024), https://perma.cc/JF8A-LJZW .......................................10

*Puerto Rico*, U.S. CENSUS BUREAU (2024), https://perma.cc/6W2N-SBYH ..........14

*Puerto Rico*, U.S. ENERGY INFO. ADMIN., https://perma.cc/H9QB-4CQX (last visited May 12, 2026) ...................................................................... 23, 28

Rangelova & Jones, *How cheap is battery storage?* EMBER (Dec. 11, 2025), https://perma.cc/2KF2-7RDG ....................................................................24

ROCKY MOUNTAIN INST., SOLAR UNDER STORM PART II: SELECT BEST PRACTICES FOR RESILIENT ROOF-MOUNT PV SYSTEMS WITH HURRICANE EXPOSURE (2020), https://rmi.org/wp-content/uploads/2020/02/Solar_Under_Storm_Part_Two.pdf ..................................................................................................................22

Román, et al., S*atellite-based assessment of electricity restoration efforts in Puerto Rico after Hurricane Maria,* PLoS ONE 14 (6) Article e:0218883 (2019)..........12

*Rooftop solar photovoltaic systems account for 20% of Puerto Rico's capacity mix,* U.S. ENERGY INFO. ADMIN. (Apr. 2, 2026), https://perma.cc/D4UT-6969 9, 26, 27

Santiago-Santiago, et al., *"Many Old People Taking Care of Old People:" Experiences of Older Adults After Hurricane María in Puerto Rico,* 20 PLoS ONE 1:e0316156 (2025) ..................................................................................14

Sanzillo, *Latest Puerto Rico plan for electric grid is a step in the wrong direction*, INST. FOR ENERGY ECONOMICS AND FINANCIAL ANALYSIS (July 14, 2022),

https://ieefa.org/resources/latest-puerto-rico-plan-electric-grid-step-wrong-direction...........................................................................................23

*SESA hails signing of law banning $300 fee on solar customers*, THE SAN JUAN DAILY STAR (Jan. 9, 2026), https://perma.cc/7R4Y-5Q2Y.................................27

*Solar Market Insight Report 2025 Year in Review*, SOLAR ENERGIES INDUSTRY ASS'N (Mar. 9, 2026), https://perma.cc/HJ9G-HRKU.........................................9

*Solar Photovoltaic System Cost Benchmarks*, U.S. DEP'T OF ENERGY, https://perma.cc/5Z39-2H8J (last visited May 12, 2026) ...................................24

Sotolongo, et al., *Using Environmental Justice to Inform Disaster Recovery: Vulnerability and Electricity Restoration in Puerto Rico*, 122 ENV. SCIENCE & POLICY 59 (2021) ...............................................................................................18

Sovacool, et al., *Energy Decisions Reframed as Justice and Ethical Concerns*, 1 NAT. ENERGY 16024 (2016) .................................................................................19

Sperry, et al., *Combating Energy Poverty via Small-scale Solar for Initial Electrification and Post-disaster Recovery in Guatemala and Puerto Rico Communities*, 76 ENERGY FOR SUST. DEV. 101291 (2023)..................................12

Szentpetery, et al., *Asthma in Puerto Ricans: Lessons from a High-risk Population*, 138 J. ALLERGY AND CLINICAL IMMUNOLOGY 1556 (2018).................................17

TELOS ENERGY, PUERTO RICO DISTRIBUTED ENERGY RESOURCE INTEGRATION STUDY: ACHIEVING A RENEWABLE, RELIABLE, AND RESILIENT DISTRIBUTED GRID (2020), https://cambiopr.org/wp-content/uploads/2021/03/Puerto-Rico-Distributed-Energy-Resource-Integration-Study-Telos-Energy.pdf....................28

*The people's power plant: How Puerto Rico turned home batteries into a reliable grid asset*, UTILITY DIVE (Nov. 3, 2025), https://perma.cc/VF4L-ZLSY ........7, 11

U.S. DEP'T OF ENERGY, QUADRENNIAL TECHNOLOGY REVIEW: AN ASSESSMENT OF ENERGY TECHNOLOGIES AND RESEARCH OPPORTUNITIES (2015), https://www.energy.gov/sites/prod/files/2017/03/f34/quadrennial-technology-review-2015_1.pdf ...............................................................................................7

WORLD BANK GROUP, APRIL 2026 COMMODITY MARKETS OUTLOOK (April 2026),
https://openknowledge.worldbank.org/entities/publication/3ede6f8c-ba03-4176-
867c-40e604698570 ...............................................................................................24

## INTERESTS OF AMICI CURIAE

**CAMBIO PR, Inc.** (CAMBIO) is a 501(c)(3) non-profit organization dedicated to research, design, promotion, and implementation of sustainable and responsible strategies and policies for Puerto Rico (P.R.). CAMBIO has a long history of participating in the public discussion of P.R.'s energy present and future, including in U.S. Congressional, P.R. Legislative, and P.R. Energy Bureau proceedings, and leading community efforts advocating for distributed renewable energy. CAMBIO coordinates and is part of Queremos Sol, a multi-sector initiative that proposes the transformation of the Puerto Rican electrical system based on efficiency, distributed renewable energy, and a renewed public governance model. CAMBIO's work includes technical modeling demonstrating that P.R. can attain 75% renewable energy generation in 15 years and provide resiliency to 100% of homes using rooftop solar and storage; several community collective purchasing projects providing residents with benefits from rooftop photovoltaic and storage systems; assisting low-income communities in evaluating, maintaining, and improving rooftop distributed renewable energy micro-grid systems; and public education on solar energy and responsible energy use.

**The Resiliency Law Center** (RLC) is a 501(c)(3) non-profit organization that emerged in response to the urgent need for legal guidance and assistance following the devastating Hurricanes Irma and Maria. RLC facilitates access to

1

essential information and resources, as well as provides legal support and assistance to individuals and nonprofit organizations that work tirelessly to assist communities but often lack the structure or capacity to access federal funding. RLC empowers communities by offering tools that enable them not only to recover but also to rebuild sustainably and resiliently. RLC's work goes beyond providing assistance; it is about fostering a sense of community and solidarity. RLC provides legal representation and advocacy on issues related to environmental justice, community rights, and equitable access to resources, ensuring that communities' interests are protected. It also offers strategic guidance to communities, organizations, and small businesses in the planning and implementation of economic development and environmental resilience initiatives. Through ongoing support during recovery processes, RLC helps communities participate in policy decisions, promoting a recovery that is both equitable and sustainable.

**Union of Concerned Scientists** (UCS) is a national, member-supported nonprofit organization that puts rigorous, independent science to work to solve our planet's most pressing problems. The organization combines technical analysis and effective advocacy to create innovative, practical solutions for a healthy, safe, and sustainable future. UCS is recognized for its expertise in modeling changes to the U.S. electricity system, and its experts regularly appear in national media, attend annual international climate negotiations, and participate in climate and energy

working groups and coalitions. UCS advocates for energy justice and resilience in P.R. and has Puerto Rican supporters among the public and scientific community.

**<u>INTRODUCTION</u>**

Amici respectfully submit this brief in support of Plaintiffs-Appellees.[1] As the district court found, the Federal Emergency Management Agency's (FEMA) environmental analysis of its energy investment in P.R. violated federal law by, *inter alia*, failing to consider the reasonable alternative of renewable distributed energy resources (DERs), generally smaller energy generation and storage systems that provide energy or storage where it is needed. National Conference of State Legislatures, *Distributed Energy Resources 101* (2025). The National Environmental Policy Act (NEPA) requires the federal government to integrate environmental considerations into its decision-making process. Brief of Plaintiffs-Appellees (Appellees' Br.) at 6–7. As briefly discussed below and more fully explained in the Appellees' brief, FEMA violated the fundamental requirements of this process. *See* Appellees' Br. Section II.

---

[1] Pursuant to Federal Rule of Appellate Procedure 29(a)(4), Amici state that no party or party's counsel authored this brief in whole or in part, and that no party, party's counsel, or person other than Amici or their counsel contributed money intended to fund preparing or submitting this brief. Pursuant to Federal Rule of Appellate Procedure 29(a)(2), Amici may file this brief without leave of court because all parties have consented.

FEMA is poised to spend billions of taxpayer dollars designing P.R.'s energy future—and yet failed to consider the fastest growing energy generation resource in P.R., rooftop solar. Amici P.R. energy experts and advocates focus on FEMA's key failures to consider a DERs alternative to their action and the negative environmental consequences of the agency's decision to rebuild an expensive, unreliable, and fossil-fuel-dependent energy system. This brief provides additional technical information to demonstrate the feasibility, affordability, and community and grid benefits of those technologies in providing affordable, sustainable, and resilient power to P.R.

**ARGUMENT**

I.    **FEMA Violated NEPA by Failing to Consider DERs and Refusing to Prepare an EIS.**

While NEPA "does not mandate particular results," *Seven Cnty. Infrastructure Coal. v. Eagle Cnty.*, 605 U.S. 168, 177 (2025) (citations omitted), it does "declare[] a broad national commitment to protecting and promoting environmental quality" and upholds that commitment by "insur[ing] [] fully informed and well-considered" federal decision-making. *Dubois v. U.S. Dep't of Agric.*, 102 F.3d 1273, 1285, 1284 (1st Cir. 1996) (citations omitted). And "when a decision to which NEPA obligations attach is made without the informed environmental consideration that NEPA requires, the harm that NEPA intends to prevent has been suffered." *Sierra Club v. Marsh,* 872 F.2d 497, 500 (1st Cir.

4

1989). FEMA's purpose for this project is to "re-establish a safe and reliable network of utilities" for 3.2 million people and increase the resiliency of utilities to ensure future weather events do not cause the same widespread devastation of Hurricanes Irma and Maria. JA207. Yet FEMA not only refused to prepare an Environmental Impact Statement (EIS) in violation of NEPA, but, as the district court found, it failed to prepare even a sufficient Environmental Assessment. By contravening the required information-gathering and planning process, FEMA risks further burdening P.R. with an unreliable and fragile grid, powered by imported, polluting, and expensive fossil fuels with high price volatility. NEPA does not allow the agency to make such a major decision uninformed, and neither should this Court.

A. **FEMA Failed to Consider DERs as a Reasonable Alternative.**

NEPA requires agencies to "study, develop, and describe appropriate alternatives to recommended courses of action in any proposal which involves unresolved conflicts concerning alternative uses of available resources." 42 U.S.C. § 4332(H). Indeed, as this Court has long recognized, the alternatives analysis is "the heart" of the NEPA process. *Dubois*, 102 F.3d at 1286 (citations omitted). This Court has repeatedly held that "an agency must on its own initiative study all alternatives that appear reasonable and appropriate… and must also look into other significant alternatives that are called to its attention by other agencies, or by the

5

public." *Seacoast Anti-Pollution League v. NRC*, 598 F.2d 1221, 1230 (1st Cir. 1979); *see Dubois*, 102 F.3d at 1291. Reasonable alternatives are those that are technically and economically practical or feasible, not just those desirable to the proponent. *Beyond Nuclear v. NRC*, 704 F.3d 12, 19 (1st Cir. 2013) (citing *Theodore Roosevelet Conservation P'ship v. Salazar*, 661 F.3d 66, 69 (D.C. Cir. 2011)).

But here, ignoring both public comment and common sense, FEMA only considered one main energy source—imported fossil fuels. In the Programmatic Environmental Assessment for Utility Repair, Replacement and Realignment (Utilities Repair PEA), FEMA describes two main action alternatives that do little to avoid the mistakes of the past: repairing and replacing the existing fossil-fuel-powered electric utility infrastructure at existing locations; and repairing and moving existing fossil-fuel-powered electric utility infrastructure to new locations. JA210-15. Appellees' Br. at 11. FEMA considered *no* alternatives that would solve P.R.'s long-term grid reliability problems and shift energy generation from the existing centralized fossil-fuel generation units, despite recognizing that current conditions "limit the ability of [current] utility systems to function as designed." JA207. FEMA's choice of large-scale central generation further exacerbates grid instability, as power continues to traverse aging and increasingly fragile transmission and distribution infrastructure to reach end-users. U.S. DEP'T OF

ENERGY, QUADRENNIAL TECHNOLOGY REVIEW: AN ASSESSMENT OF ENERGY TECHNOLOGIES AND RESEARCH OPPORTUNITIES 53–59 (2015).

DERs, such as rooftop solar with battery storage, can enhance grid resilience by decoupling local demand from other demands on the aging grid. Indeed, P.R. has one of the highest per capita adoption rates of residential solar and batteries in the country. *See The people's power plant: How Puerto Rico turned home batteries into a reliable grid asset*, UTILITY DIVE (Nov. 3, 2025). The "purpose and need" statement for the project explicitly allows for funds to be used for utility system "upgrade, expansion, [or] redesign" to restore electricity to residents and prevent future failures. JA207. Plaintiffs-Appellees repeatedly called to FEMA's attention a DERs alternative, including its technical and economic feasibility and the benefits of DERs to P.R. residents and the environment. JA398-404; JA852. FEMA's refusal to consider such a significant alternative shows a basic lack of understanding of what DERs could do and are doing to address the energy reliability and affordability crisis in P.R. and violates its affirmative duty to develop and consider alternatives under NEPA. *See Natural Res. Def. Council v. Morton*, 458 F.2d 827, 835 (D.C. Cir. 1972) (EIS is "not only for the exposition of the thinking of the agency, but also for the guidance of [other] ultimate decision-makers, and must provide them with the environmental effects of both the proposal and the alternatives").

**B.** **FEMA Failed to Take a Hard Look at Environmental Consequences of Entrenching Fossil Fuel Energy.**

In addition to studying alternatives, federal agencies must take a "hard look at environmental consequences" of their proposed actions. *United States v. Coal. For Buzzards Bay*, 644 F.3d 26, 31 (1st Cir. 2011) (citations omitted). This "hard look" is intended to inform the agency and the public about "what adverse environmental effects might occur and whether less harmful alternatives are likely to be available." *Valley Citizens for Safe Env't v. Aldridge*, 886 F.2d 458, 460 (1st Cir. 1989) (citing *Roberston v. Methow Valley Citizens Council*, 490 U.S. 332 (1989)).

The Utilities Repair PEA failed to take a hard look at critical environmental resources, including impacts on air quality, water quality, and endangered species. JA411-14; Appellees' Br. at 43-50. In addition, failing to analyze any renewable energy alternative, FEMA failed to capture potential environmental benefits. By adding more DERs, in particular rooftop solar and storage, instead of repairing outdated, polluting fossil-fuel-powered energy infrastructure, FEMA would not only reduce greenhouse gas emissions, JA418, but also reduce air pollution from fossil-fuel-fired power plants, decrease the risk of petroleum leaks into water resources, reduce water use and thermal pollution from cooling needs of thermoelectric power plants, negate the need to re-construct power lines in ecologically sensitive areas across P.R., and better support the affordability and

resilience needs of the community. *See* Section II. DERs are exactly the kind of "less harmful alternatives" meant to be fully considered by both the agency and the public during the NEPA process. *Valley Citizens for Safe Env't*, 886 F.2d at 460.

### C. FEMA's Excuses Do Not Excuse It from NEPA.

Regardless of FEMA's blinders to the benefits of DERs, it was common knowledge in 2020 that P.R. was experiencing a solar and battery boom, with rooftop solar providing 81% of all new generating capacity between 2016 and 2025. *Rooftop solar photovoltaic systems account for 20% of Puerto Rico's capacity mix,* U.S. ENERGY INFO. ADMIN. (Apr. 2, 2026). As explained below in Section III, DERs are practical and feasible from both a technical and economic standpoint to establish a safe, reliable, and resilient network of utilities. It defies common sense that a multi-billion-dollar investment in the future of P.R.'s energy infrastructure would not attract *any* interest or proposals from solar and storage companies, an energy source which last year accounted for more than 70% of new electricity-generating capacity in the United States. *Solar Market Insight Report 2025 Year in Review*, SOLAR ENERGIES INDUSTRY ASS'N (Mar. 9, 2026).

It is black-letter administrative law that agencies get no deference when their actions are arbitrary, capricious, or otherwise not in accordance with the law. *Motor Vehicle Mfrs. Ass'n v. State Farm Mut. Auto. Ins. Co.*, 463 U.S. 29, 41–44 (1983). FEMA not only failed to consider alternatives to and consequences of their

proposed action but failed to comply with the bedrock principles and requirements of NEPA.

## II. DERs Are a Less Harmful, More Resilient, and Environmentally Beneficial Alternative.

Generations of Puerto Ricans have faced frequent power outages lasting days or weeks, even before Hurricanes Maria and Irma pummeled the archipelago in 2017. For decades, "[e]lectric power services in Puerto Rico [have been] inefficient, unreliable, and provided at an unreasonable cost to residential, commercial, and industrial customers despite the existence of a vertically integrated monopolistic structure." Statement of Motives, P.R. Laws Act No. 17 (Apr. 11, 2019), *as amended*. An overreliance on fossil fuel energy sources, an outdated grid, a failure to adopt distributed generation and microgrids, inadequate system maintenance, and an ongoing exodus of skilled workers have made the P.R.'s elderly, low-income, and rural residents especially vulnerable to power outages, not just during hurricanes, but on a weekly basis. Blackouts occur even during the hurricane off-season – like on New Year's Eve 2024, when 1.3 million Puerto Ricans were left without power. *Power outage hits nearly all of Puerto Rico on New Year's Eve*, NAT'L PUBLIC RADIO (Dec. 31, 2024).

The hurricanes brought global attention to a fossil-fuel-dominated electrical grid that has never been reliable and fails the most vulnerable, even while Puerto Ricans pay among the highest residential electricity prices in the nation. *See The*

*people's power plant, supra*. Puerto Ricans paid 90.5% above average residential electricity rate compared to other U.S. urban areas in 2025. *90.5% above average residential electricity rate in Puerto Rico compared to 282 urban areas in the United States,* P.R. STAT. INST. (Dec. 18, 2025).

FEMA, by its own admission, is guided by regulations requiring consideration of "alternate projects" where "the public welfare would not be best served by restoring a damaged public facility or the function of that facility." 44 C.F.R. § 206.203(d). FEMA's "Whole Community" approach, adopted in 2011 as a guiding principle, defines that concept as "... the full spectrum of community residents and members (including but not limited to people speaking diverse languages or from diverse cultures or economic backgrounds, all ages from children and youth to seniors, people with disabilities, others with access and functional needs, and populations traditionally underrepresented in civic government)." FEMA STRATEGIC PLAN FISCAL YEARS 2011-2014 9 (2011).

FEMA must honor its mandate and consider DERs, such as solar-powered microgrids with battery storage. Hurricane Maria, which in 2017 caused the "largest blackout in U.S. history," also drove an increase in fatalities across P.R. JA15. Statistical modeling after Hurricane Maria estimates that 1,271 lives were lost in the month following the storm, and 2,975 lives were lost in the five months following the storm, far outweighing the death toll from the hurricane's duration.

*See* Sperry, et al., *Combating Energy Poverty via Small-scale Solar for Initial Electrification and Post-disaster Recovery in Guatemala and Puerto Rico Communities*, 76 ENERGY FOR SUST. DEV. 101291 (2023). In a survey of 3,299 P.R. households, 31% reported disrupted medical services due to power outages, including a lack of electricity for respirators, an inability to reach 911 services, and about one-third of post-hurricane deaths were reported as being caused by delayed or prevented access to medical care. *See* Kishore, et al., *Mortality in Puerto Rico after Hurricane Maria,* 379 NEW ENGLAND J. OF MED. 162 (2018). Long-duration power outages (> 120 days) disproportionately impacted rural and remote communities. *See* Román, et al., S*atellite-based assessment of electricity restoration efforts in Puerto Rico after Hurricane Maria,* PLoS ONE 14 (6) Article e:0218883 (2019). In August 2024, Hurricane Ernesto affected at least 1 million customers in P.R. *See Hurricane Ernesto Leaves Half of Puerto Rico Customers Without Power*, REUTERS (Aug. 14, 2024) . On average in 2024, Puerto Ricans went without electricity for more than 73 hours, of which 43 hours were attributed to major events such as hurricanes. *Even without hurricanes, customers in Puerto Rico lose about 27 hours of power per year,* U.S. ENERGY INFO. ADMIN. (Aug. 13, 2024).

Particularly in rural settings, and for elderly populations, these prolonged power outages caused by inadequate, damaged, and aging fossil-fuel energy

infrastructure can be directly linked to increased mortality. Adults aged sixty-five and older have higher risks of adverse health outcomes and increased mortality during power outages. Numerous studies of elder Americans in hurricane-prone communities highlight the particular dangers and increased mortality of frequent and prolonged power outages in this subgroup of the population. *See* Klinger, et al., *Power Outages, Extreme Events and Health: A Systematic Review of the Literature from 2011–2012,* PLoS CURR. 6 (2014). Older adults rely more on durable medical equipment like oxygen concentrators or breathing apparatus; they are less able to evacuate, make minor repairs on damaged homes, and complete daily activities without help from others; and, for those that are able to afford the electricity in the first instance, they are more susceptible to extreme heat when air conditioning goes out. *See* Bean, et al., *Keeping the Power on to Home Medical Devices,* 15 PLoS ONE 7:e0235068 (2020). Older adults with Chronic Obstructive Pulmonary Disease (COPD), cardiovascular disease, and diabetes are at even greater risk than their peers without these comorbidities. *See* Casey, et al., *Power Outages and Community Health: A Narrative Review.* 7 CURR. ENV. HEALTH REP. 371 (2020). *See also* McBrien, et al., *The Association Between Power Outages and Cardiovascular and Respiratory Hospitalizations Among US Medicare Beneficiaries in 2018: A Case-crossover Study,* 23 PLoS MED. 3:e1004923 (2026).

Approximately a quarter of Puerto Ricans are over the age of sixty-five, and of those, roughly 40% live below the poverty line. *Puerto Rico*, U.S. CENSUS BUREAU (2024). P.R. is the tenth-fastest-aging population globally and has nearly doubled its percentage of adults aged sixty-five and older in the last decade. *See* Matos-Moreno, et al., *Aging and the Left Behind: Puerto Rico and its Unconventional Rapid Aging*, 62 GERONTOLOGIST 964 (2022). This demographic reality demands that FEMA consider the significant health risks, particularly for older, rural Puerto Ricans with chronic illnesses such as diabetes, respiratory illness, and impaired physical mobility, that long-term outages pose. *See* Santiago-Santiago, et al., *"Many Old People Taking Care of Old People:" Experiences of Older Adults After Hurricane María in Puerto Rico,* 20 PLOS ONE 1:e0316156 (2025).

FEMA's strategic plan and "whole community" approach acknowledges and identifies these risks. FEMA, DISASTER PREPAREDNESS GUIDE FOR OLDER ADULTS (2023). While studies show that older adults with medical devices tend to have backup generators and risk management strategies, those with chronic diseases not requiring medical devices are unprepared for long-term power outages from extreme weather. *See* Bethel et al., *Disaster Preparedness Among Medically Vulnerable Populations,* 40 AM. J. PREV. MED. 139 (2011). Income disparities further drive a lack of preparedness, which is tightly correlated to a sharp increase

in mortality. Older Puerto Ricans on tight fixed incomes have fewer resources to prepare for long power outages, even as they are the subgroup most frequently affected by long-term power outages in extreme weather events. *See* Cox & Kim, *Race and Income Disparities in Disaster Preparedness in Old Age*, 61 J. GERONTOLOGICAL SOCIAL WORK 719 (2018).

In two specific diseases—diabetes and COPD—older Puerto Ricans suffer greater morbidity and suffered greater mortality after Hurricanes Irma and Maria than older Americans in other states. The prevalence of diabetes in P.R. was roughly 15% in 2018, compared to 10% in the general US population. *See* Martínez-Lozano, et al*., Hurricanes Irma and Maria and Diabetes Incidence in Puerto Rico*, 23 BMC PUB. HEALTH 1019 (2023).

As a result of power outages after the hurricanes, hundreds of thousands of doses of insulin had to be discarded because they could not be stored properly, and estimates indicate hundreds of excess diabetes-related deaths occurred, with one analysis finding over six hundred such deaths in September and October 2017 alone; almost 50% higher than previous years. *See* Cruz-Cano & Mead, *Causes of Excess Deaths in Puerto Rico After Hurricane Maria: A Time-Series Estimation*, 109 AM. J. PUB. HEALTH 1050 (2019); *see also* Martínez-Lozano, et al., *Hurricanes Irma and Maria and Diabetes Incidence in Puerto Rico*, 23 BMC PUB. HEALTH 1019 (2023).

Another illustrative example is the high prevalence of mortality among those who have COPD during prolonged power outages. Puerto Ricans have one of the highest prevalences of COPD among American Hispanics, with estimates showing roughly 14% affected. *See* Díaz, et al., *Chronic Obstructive Pulmonary Disease in Hispanics. A 9-Year Update*, 197 AM. J. RESPIRATORY CRITICAL CARE MED. 15 (2018). Indeed, older adults with COPD in rural counties across America ultimately face increased mortality despite taking more care to have emergency supplies and plans to survive long-term power outages in place. *See* Comellas, et al., *Emergency Preparedness in Older Adults With and Without COPD During Power Outages and Natural Disasters*, advance online publication. This survey mirrors evidence of post-Maria fatalities among older Puerto Ricans, where the poorest municipalities, which are primarily rural, saw a sustained risk of elder mortality exceeding 60% of expected rates when compared to higher-income, more urban areas. *See* García, et al., *The Neighborhood Context and All-cause Mortality Among Older Adults in Puerto Rico*, FRONTIERS OF PUB. HEALTH 11:995529 (2023).

Beyond the harms of prolonged power outages, communities with an inadequate power supply generally face increased income poverty, limited healthcare, and excessive exposure to air pollution. *See* Pasten & Santamarina, *Energy and Quality of Life*, 49 ENERGY POL. 468 (2012). In P.R., the high degree of

fossil-fuel dependency directly and negatively impacts the physical health of people residing adjacent to these facilities. Puerto Ricans have some of the highest asthma rates in the world, with roughly 14% affected at some point in their lives, and environmental factors contribute, especially in rural areas. *See* Szentpetery, et al., *Asthma in Puerto Ricans: Lessons from a High-risk Population,* 138 J. ALLERGY AND CLINICAL IMMUNOLOGY 1556 (2018). In the U.S., the prevalence of asthma is higher in Puerto Ricans than in any other ethnic or racial group. *Id.* Proximity to fossil-fuel infrastructure directly correlates with higher asthma morbidity and severe asthma attacks due to high exposure to sulfur dioxide and particulate matter. *See* Burbank, et al., *Community- and Neighborhood-level Disparities in Extreme Climate Exposure: Implications for Asthma and Atopic Disease Outcomes,* 152 J. ALLERGY AND CLINICAL IMMUNOLOGY 1084 (2023). In creating resilient energy systems, identifying energy sources that do not increase asthma rates fits within FEMA's own directive to consider projects that "reduce or eliminate risks to life…." Brief of Defendants-Appellants (Appellants' Br.) at 35.

Further, disparities in the speed at which utilities restore electricity vary by geography and income class. Coleman, et al., *Energy Inequality in Climate Hazards: Empirical Evidence of Social and Spatial Disparities in Managed and Hazard-induced Power Outages,* 92 SUST. CITIES AND SOC. 104491 (2023). While "a traditional environmental justice approach… is not sufficient for understanding

the electricity restoration process post-hurricane," income and ruralness are useful variables when examining power restoration in P.R. *See* Sotolongo, et al., *Using Environmental Justice to Inform Disaster Recovery: Vulnerability and Electricity Restoration in Puerto Rico*, 122 ENV. SCIENCE & POLICY 59 (2021). Communities with high rates of poverty among the elderly are more likely to have longer electricity restoration wait times. *Id*. Lower-income rural communities have poorly maintained roads, and limited road access increases the time for utility restoration. *See* Azad & Ghandehari, *A Study on the Association of Socioeconomic and Physical Cofactors Contributing to Power Restoration After Hurricane Maria*, 9 IEEE ACCESS 98654 (2021). Studies of P.R.'s disparities in rural, low-income community utility restoration are consistent with wider U.S.-based academic studies in energy vulnerability and energy justice, which conceptualize energy insecurity not simply as a technical failure, but as a "socially produced condition shaped by political economy, governance, and historical inequality." *See* Bouzarovski & Petrova, *A Global Perspective on Domestic Energy Deprivation: Overcoming the Energy Poverty–Fuel Poverty Binary*, 10 ENERGY RES. SOCIAL SCI. 31 (2015). Likewise, energy justice scholarship highlights how unequal access to energy systems reproduces social inequities across lines of class, age, and geography, and P.R.'s history of colonial and geopolitical inequality. *See* Sovacool,

et al., *Energy Decisions Reframed as Justice and Ethical Concerns*, 1 NAT. ENERGY 16024 (2016).

Given the twin risks to human life that fossil-fueled energy infrastructure poses, FEMA must consider the benefits of reasonable alternatives. The Utilities Repair PEA's focus on rebuilding the existing fossil-fuel-based system ignores the potential of other forms of energy, including modern, cost-effective solutions like solar microgrids and battery storage. FEMA acknowledges that P.R.'s centralized grid and aging fossil-fuel energy infrastructure are highly susceptible to damage from disasters that not only result in environmental harm but also can be life-threatening for vulnerable residents and communities, Appellants' Br. at 34-35, but proceeds to further tie the utility system to fossil fuels anyway.

Thankfully, modern solutions exist, and evidence is mounting that they benefit older, rural-based Puerto Ricans. Older Puerto Ricans with their own rooftop solar energy and storage systems access cheaper energy that runs even while their neighbors suffer power outages. To quote one resident who installed rooftop solar, "It's the best thing that's happened to me. I thank God because my poor neighbors are suffering, but I've always got electricity. I feel more secure, if we get another big hurricane like Maria, I won't suffer so much." *"We Want Sun:" The Battle for Solar Power in Puerto Rico*, THE GUARDIAN (Oct. 18, 2021). FEMA's assertions ignore basic, available technology that meets its remit to

consider systems that improve, not simply restore, the inequitable and unreliable status quo.

## III. DERs Are a Technically and Economically Feasible Alternative to the Centralized, Fossil-Fuel-Based Grid.

FEMA's project has two purposes: to re-establish utilities and to make those utilities more resilient. JA207. As explained below, DERs achieve both of those goals and creates a more reliable, resilient, and affordable energy system.

### A. DERs Are More Reliable and Resilient than Current Fossil-Fuel-Based Energy Utilities.

As detailed above, the P.R. electric grid suffers significant reliability and resilience problems that underlie the need for FEMA's planned investments. DERs, particularly rooftop solar and battery storage, address these problems. The decentralized nature of rooftop solar bypasses existing challenges facing the grid to directly deliver energy services to communities.

P.R.'s dependence on ten large fossil-fueled central generating plants enhances the risk of system disruption. Four of the plants have nameplate capacities of more than 400 megawatts (MW), which means that they each serve more than 10% of P.R.'s peak demand. The loss of a single facility of this size destabilizes the grid and greatly increases the risk of a cascading shutdown. When operating, they provide essential, if expensive power, but on their own, without a mix of DERs, they cannot meet peak demand in P.R. nor provide reliability for

customers on the grid edge. By contrast, rooftop solar and storage can provide critical new generation capacity at lower prices than imported fossil fuels, backup power during grid failures, and supply grid-balancing services to ensure reliable operations.

P.R.'s electrical grid is subject to constant disruptions and adverse conditions that compromise its "resilience," i.e., "the ability to prepare for threats and hazards, adapt to changing conditions, and withstand and recover rapidly from adverse conditions and disruptions." FEMA, NATIONAL RESILIENCE GUIDANCE: BACKGROUND AND KEY CONCEPTS 2 (2023). Since Hurricanes Irma and Maria devastated the archipelago in 2017, more than 20 other hurricanes have passed near or made landfall, *Hurricanes in Puerto Rico*, WORLDDATA (last visited May 20, 2026), and a 2020 earthquake caused a major power outage. *Earthquakes Response*, CENTRAL OFFICE OF RECOVERY, RECONSTRUCTION AND RESILIENCY, GOV'T OF PUERTO RICO (last visited May 12, 2026). The region is projected to experience an increase in the frequency of the most intense storms in the coming decades. *See Impacts, Risks, and Adaptation: Fourth National Climate Assessment, U.S. Caribbean*, U.S. GLOBAL CHANGE RESEARCH PROGRAM 812 (2019)**.**

Rooftop solar and storage have demonstrated that they can provide immediate power following an extreme weather event in P.R. In the immediate aftermath of Maria in 2017, Casa Pueblo in Adjuntas, P.R., retained power for

medical equipment and refrigerators because of its decentralized solar grid supplying electricity to over 10 properties in the town center. Other mountain communities waited months before getting reconnected to the grid. *See* Fagan & Dover, *Casa Pueblo: Community-Based Electricity Resilience in Puerto Rico*, HARVARD KENNEDY SCHOOL CASE PROGRAM Case 2229.0 at 4 (Mar. 24, 2022) (on file with author).

The rooftop solar sector has learned lessons from P.R.'s recent experience with extreme weather and is sharing best practices on mechanical systems for securing panels to rooftops, the use of better materials, and installation methods. ROCKY MOUNTAIN INST., SOLAR UNDER STORM PART II: SELECT BEST PRACTICES FOR RESILIENT ROOF-MOUNT PV SYSTEMS WITH HURRICANE EXPOSURE 10 (2020). These additional steps add modestly to overall costs (approximately 5%) while providing greatly enhanced reliability. *Id.* at 20. In contrast, a recent fossil-fuel-oriented plan contained proposed transmission investments that cost $5 billion more than building a system based on 75% DERs. CAMBIO PR & INST. FOR ENERGY ECONOMICS AND FINANCIAL ANALYSIS, WE WANT SUN AND WE WANT MORE: 75% DISTRIBUTED RENEWABLE GENERATION IN 15 YEARS IN PUERTO RICO IS ACHIEVABLE AND AFFORDABLE 14 (2021) (hereinafter We Want Sun Report).

**B.**    **DERs Are an Economically Feasible and Preferable Alternative to Fossil-Fuel Generation.**

Shackling the electricity grid to a fossil fuel future is tying P.R. to higher costs and less control over prices. Resilience is both the ability to operate facilities and the ability to pay for the electricity they generate. Even if FEMA's plan is to "restore damaged utilities in Puerto Rico and increase their resilience for future weather events" it does not address that the status quo alternative only perpetuates dependence on increasingly volatile and insecure fuel sources. Appellants' Br. at 7; JA207.

P.R.'s electric system vulnerability includes an economic penalty for sustained dependence on fossil fuels. The heavy reliance on imported fossil fuels places a severe economic burden on residents, businesses, and industries to pay some of the highest electricity prices in the United States. In January 2026, the electricity price paid by a residential customer was $0.2374/kWh, 36% higher than the average price paid in the United States. *Puerto Rico*, U.S. ENERGY INFO. ADMIN. (last visited May 12, 2026). Electricity prices are highly correlated with the cost of imported fuels, which are subject to fluctuations in global energy markets. P.R.'s electric rates reached $0.33/kWh between July and September 2022, driven primarily by its dependence on fossil fuels. Sanzillo, *Latest Puerto Rico plan for electric grid is a step in the wrong direction*, INST. FOR ENERGY ECONOMICS AND FINANCIAL ANALYSIS (July 14, 2022). The World Bank expects

that supply shortages in oil and gas will raise average energy prices by 24% in 2026. WORLD BANK GROUP, APRIL 2026 COMMODITY MARKETS OUTLOOK 11 (April 2026). LUMA, the distribution and transmission operator in P.R., has filed numerous requests to increase customer electricity bills since it took over in June 2021, consistently blaming the volatility in gas, diesel, and oil prices. *See* LUMA, *To our friends, families and neighbors* (last visited May 14, 2026).

Cutting dependence on the fossil fuel industry would free resources for Puerto Ricans to invest in themselves and their community. While fossil-fuel prices have been unstable, the cost of solar and storage has generally decreased over the last decade, with room for further cost declines. In 2024, the Department of Energy estimated the levelized cost of electricity (LCOE) for rooftop solar to be equal to $0.142/kilowatt-hour (kWh), significantly less than the cost of residential power in P.R. (currently set at $0.2374/kWh). Adding an electric storage system pushed the LCOE equal to $0.264/kWh, just barely above the current residential retail price. *Solar Photovoltaic System Cost Benchmarks*, U.S. DEP'T OF ENERGY (last visited May 12, 2026). Furthermore, battery costs are in the middle of a precipitous global price drop with cost reductions of 20% per year over the last decade, driving a decline of more than 93% in the cost of storage. Rangelova & Jones, *How cheap is battery storage?* EMBER (Dec. 11, 2025).

The intent of the Government of P.R. and its citizens has been, for nearly two decades, to transition away from fossil fuel dependency and toward more diversified alternatives, including rooftop solar and other DERs. Statement of Motives, P.R. Laws Act No. 82 (2010), *as amended*. Moreover, this objective fortifies national security and economic development. P.R. cannot continue to rely primarily on imports of foreign fossil fuels. As recognized in Act 82-2010, P.R.'s overreliance on fossil fuels has historically exposed it to economic instability and energy insecurity. Ignoring renewable and DERs alternatives hinders P.R. energy transition goals and exacerbates national security concerns.

The falling capital expenditure costs of solar and storage further enhance its advantage over fossil fuels, the price of which are being pressured by both increasing capital expenditures for generation assets and the upward movement of globally traded fuels. Today, zero-fuel cost generation assets with low operating expenses provide financial stability against exposure to fossil fuel market volatility. And going forward, the advantages of a zero-fuel-cost system over fossil fuels will only grow.

**C.** **<u>Distributed Generation and Rooftop Solar Can Fulfill the Purpose and Need of the Project Rapidly.</u>**

Rooftop solar is the fastest growing generation resource in P.R. because of its reliability, resilience, and cost control benefits and because of an accelerated deployment timeline. Given that P.R. faces an immediate generation shortfall,

rooftop solar is serving P.R.'s increases in electricity demand. In 2025, rooftop solar became the second largest source of generation capacity, surpassing natural gas, and only trailing oil generation capacity. *Rooftop solar photovoltaic systems account for 20% of Puerto Rico's capacity mix, supra*. It is expected that rooftop solar generation capacity will top 2,000 MW by 2026, from its current capacity of 1,400 MW. Kunkel, *Rooftop solar in Puerto Rico reaches 10% as grid reliability continues to wane*, INST. FOR ENERGY ECONOMICS AND FINANCIAL ANALYSIS (Sept. 11, 2025).

While economic and reliability concerns drive the transformation of P.R.'s electrical grid, they are coupled with statutory and regulatory mandates that promote the decentralization of P.R.'s energy systems. Rooftop solar and battery storage are critical to P.R. meeting its 100% renewable energy goal by 2050 that was established in 2019. NAT'L RENEWABLE ENERGY LABORATORY, P. R. GRID RESILIENCE AND TRANSITIONS TO 100% RENEWABLE ENERGY STUDY (PR100): SUMMARY REPORT 20 (2024) (hereinafter PR100 Report). Under P.R.'s net metering law, rooftop solar systems smaller than 25 kW have a simplified and expedited interconnection process with a timeline of less than thirty days. Simply put, there is no other resource that can be connected faster to the grid. *Id.*

Monthly installation numbers continue to jump with each mandated report. In 2025, approximately 4,000 systems were installed each month, when in 2024 the

number of monthly installations was close to 3,000 per month, and in 2022, it was around 2,600 per month. *SESA hails signing of law banning $300 fee on solar customers*, THE SAN JUAN DAILY STAR (Jan. 9, 2026) . Residential battery storage installations are increasing at an accelerated rate too, driven by resilience concerns and strong regulatory frameworks. Distributed battery storage jumped to 2,864 MWhs in 2025 with more than 180,000 households having installed systems. *Rooftop solar photovoltaic systems account for 20% of Puerto Rico's capacity mix, supra*. Residential battery storage in P.R. is forecast to hit 3,000 MWhs by 2029, making it the second largest amount in the country after California. Driscoll, *In Puerto Rico, residential solar and storage growth outpaces utility-scale developments*, PV MAGAZINE (Nov. 14, 2025). Those individual residential batteries are being aggregated to create a virtual power plant that meets periods of peak demand and improves system reliability and resilience, while also suppressing wholesale power prices. This virtual power plant program contributed nearly 50 MW of demand during a 2025 grid stress event, preventing multiple load-shedding events. LUMA Puerto Rico (@lumaenergypr), X (July 9, 2025, 4:10 PM) . Shortly after it was launched in 2023, P.R. regulators approved the conversion of the pilot into a full program for 2026 to 2028. *Customer Battery Storage Sharing*, LUMA (last visited May 13, 2026). Furthermore, battery storage

tax credits were preserved in the One Big Beautiful Bill Act, extending the economic advantage of installing new systems. 26 U.S.C. § 48E (2025).

A system built on rooftop solar and storage can supply most of P.R.'s electricity needs. A 2024 federal study found that the technical potential annual generation from rooftop solar located on every residential building is 24.6 terawatt-hours (TWh)/year, and 11.9 TWh/year for just low- and moderate-income households. PR100 Report at 13. P.R. consumed approximately 20 TWh in 2024. *Puerto Rico*, U.S. ENERGY INFO. ADMIN. *supra*. A 2020 analysis found that P.R. could feasibly generate 75% of its electricity from DERs (rooftop solar and battery storage) within fifteen years while enhancing grid resilience and cutting reliance on imported fuels. Estimated fuel savings top $430 million per year, which would only grow in a supply-constrained, high price environment. TELOS ENERGY, PUERTO RICO DISTRIBUTED ENERGY RESOURCE INTEGRATION STUDY: ACHIEVING A RENEWABLE, RELIABLE, AND RESILIENT DISTRIBUTED GRID 39 (2020). Furthermore, distributed generation and storage do not require transmission system upgrades. We Want Sun Report at 13.

The benefits of rooftop solar and storage address many of the problems plaguing the P.R. electrical grid: generation shortfalls, aging transmission and distribution infrastructure, exposure to extreme weather events, and volatile fossil fuel prices. The economics and physics of rooftop solar and storage tell the same

story: that DERs are the technology of today and of the future for P.R. It is not hypothetical nor is it unwanted; rooftop solar and storage are the fastest growing generation assets in P.R. because they deliver immediate financial and resilience benefits. And the benefits being captured today are only a small sliver of the total potential available, underscoring just how arbitrary and capricious FEMA's decisions are here to invest billions in federal dollars in projects without considering these alternatives' potential benefits.

## CONCLUSION

For the reasons stated above and in the Plaintiffs-Appellees' Brief, the district court's ruling should be affirmed.

Respectfully Submitted,

s/ Christophe Courchesne
Rachel Westrate, Fellow
Christophe Courchesne, Associate Professor and Director
ENVIRONMENTAL ADVOCACY CLINIC
Vermont Law and Graduate School
P.O. Box 96
164 Chelsea St.
South Royalton, VT 05068
(802) 831-1630
ccourchesne@vermontlaw.edu

*Counsel for Amici CAMBIO PR, Inc., Resiliency Law Center, and Union of Concerned Scientists* [2]

---

[2] On the brief are **Mark James**, Associate Professor and Interim Director, and **Kirt Mayland**, Visiting Professor, Institute for Energy & the Environment, Vermont Law & Graduate School (VLGS); and **Lindi von Mutius**, Visting Professor,

Environmental Justice Clinic, VLGS. Amici also acknowledge the partnership of José Arturo Maldonado Andreu, Professor, and Carolina Fernandez, Student Attorney, Environmental Law Clinic, University of Puerto Rico School of Law.

# <u>CERTIFICATE OF COMPLIANCE</u>

The undersigned herby certifies that this amici brief complies with the type-volume limitation of Fed. R. App. P. 29(a)(5) and Fed. R. App. P. 32(a)(7)(B)(i) because:

1.  Exclusive of the portions exempted by Fed. R. App. P. 32(f), the brief contains 6331 words.

2.  The brief has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Time New Roman font as provided by Fed. R. App. P. 32(a)(5)-(6).

Dated: May 20, 2026                    s/ Christophe Courchesne
                                       Christophe Courchesne
                                       *Counsel for Amici*

## CERTIFICATE OF SERVICE

I hereby certify that, on May 20, 2026, I electronically filed the foregoing amici brief with the Clerk of the Court for the United States Court of Appeals for the First Circuit using the appellate CM/ECF system, which served a copy of the document on all counsel of record in the case.


/s/ Christophe Courchesne
Christophe Courchesne
*Counsel for Amici*